**U.S. Patent No. 9,900,766 v. DJI**

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]    A    short-range wireless    enabled    data capture    device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Osmo Action 4[1] ("short-range wireless enabled data capture device"), a hand-held camera device, which is equipped with approx.10MP 1/1.3-inch CMOS sensor that allows to capture images and 4K/120fps videos. Osmo Action 4 uses wireless communication mediums such as Wi-Fi and Bluetooth ("short-range") to pair with DJI Mimo app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. |

---

[1] While Osmo Action 4 has been used as an exemplary infringing instrumentality, DJI's other cameras including, but not limited, to Osmo Action, Osmo Pocket 2, Osmo Action 3, Osmo Pocket 3, and Osmo Action 5 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other cameras.



"short-range wireless enabled data capture device"

Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651

## Camera

| | |
|---|---|
| **Sensor** | 1/1.3-inch CMOS |
| **Lens** | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| **ISO Range** | Photo: 100-12800<br>Video: 100-12800 |
| **Electronic Shutter Speed** | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| **Max Photo Resolution** | 3648×2736 |
| **Zoom** | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| **Still Photography Modes** | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| **Standard Recording** | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs

| Pre-Rec | Pre-Recording Duration: 5/10/15/30/60 seconds |
|---|---|
| **Max Video Bitrate** | 130 Mbps |
| **Supported File System** | exFAT |
| **Photo Format** | JPEG/RAW |
| **Video Format** | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155°
super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action
4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor,
the camera ensures low-noise footage in sports scenarios and low-light scenes with a high
dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable
color perception and a larger dynamic range, which is convenient for post-production color
correction.
Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1
.2_en.pdf, at Page 5

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1.  Press and hold the Quick Switch Button to power on.
2.  Enable Wi-Fi and Bluetooth on the mobile device.
3.  Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.1] a memory device; a processor coupled to said memory device; | Defendant provides a memory device, a processor coupled to said memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 contains external microSD card ("a memory device") up to 512GB, which is coupled to a processor ("processor"). Osmo Action 4 processes raw sensor data to adjust the aspects of the captured image and/or video, including, but not limited to, exposure, color, and sharpness. It also applies user-selected settings, and encodes the final output into formats such as JPEG for photos or MP4 for videos, before they are stored in the memory and transmitted to the mobile device via DJI Mimo app.<br><br><table><tr><td>**Supported SD Cards**</td><td>microSD (up to 512 GB)</td></tr><tr><td>**Recommended microSD Cards**</td><td>Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC</td></tr></table><br>Source: https://www.dji.com/osmo-action-4/specs |

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Chip including Processor and memory

Source: https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf, Page 3 (annotated)

| | |
|---|---|
| Video | **Basic Mode**<br>FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.<br><br>1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.<br>2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.<br>3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.<br>4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.<br><br>**PRO Mode**<br>Image and audio parameters can be adjusted.<br>Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.<br><br>• Exposure: Auto and Manual modes are available.<br>• White Balance: Auto and Manual modes are available.<br>• Colors: Normal and D-Log M are available. D-Log M is designed for professional color grading in post-editing. In high-contrast or multi-color (e.g., garden, field, etc.) scenarios, it can enlarge the dynamic range for more color-tuning space in post-production. 10-bit color depth enables smoother color transition.<br>• FOV: the parameters are same with Basic Mode.<br>• Image Adjustment: the parameters are same with Basic Mode.<br>• Low-Light Image Enhancement: the parameters are same with Basic Mode.<br><br>Audio Parameters: Channel, Wind Noise Reduction, and Gain are available.<br><br>• Channel: select from Stereo or Mono.<br>• Wind Noise Reduction: when enabled, the camera will reduce the wind noise picked up by the built-in microphone using algorithms. Note: Wind Noise Reduction does not work when connected to the external microphone.<br>• When a microphone is connected, the input gain of the microphone can be adjusted. |

Osmo Action 4 processes the raw sensor data of the captured video.

Source:

https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

| | Photo | **Basic Mode** | |
| | | The FOV can be adjusted. | *Osmo Action 4 processes the raw sensor data of the captured image.* |
| | | FOV: the FOV can be set to Standard (Dewarp) or Wide. | |
| | | **PRO Mode** | |
| | | Exposure, White Balance, FOV, and Format are available. | |
| | | 1. Exposure: Auto and Manual modes are available. | |
| | | 2. White Balance: Auto and Manual modes are available. | |
| | | 3. FOV: the parameters are same with Basic Mode. | |
| | | 4. Format: select the picture to be stored as JPEG or JPEG+RAW. | |
| | Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated) | | |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. | | |
| [1.2] a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises | Defendant provides a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises cryptographically authenticating identity of the short-range wireless enabled cellular phone, and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled data capture device using an association protocol.  This element is infringed literally, or in the alternative, under the doctrine of equivalents.  For example, Osmo Action 4 ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). The mobile device running DJI Mimo app discovers Osmo Action 4 by utilising Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, | | |

| | |
|---|---|
| cryptographically authenticating identity of the short-range wireless enabled cellular phone, and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled data capture device using an association protocol; | a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection".<br><br>Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Osmo Action 4 uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.<br><br>Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).<br><br>## Connecting to the DJI Mimo App<br><br>1. Power on Osmo Action 4.<br><br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br><br>3. Launch DJI Mimo, tap  , and follow the instructions to activate Osmo Action 4.<br><br>---<br><br>☼: • If there is a problem when connecting to DJI Mimo, follow the steps below.<br><br>   a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br><br>   b. Make sure the DJI Mimo app has the latest firmware version.<br><br>   c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords. |

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

a)   Data Confidentiality;

b)   Authentication; and

c)   Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.
- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).
- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.
- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 242



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys
- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair
- *Authentication:* Verifying that the two devices have the same keys
- *Encryption:* Message confidentiality
- *Message integrity:* Protection against message forgeries
- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ⁎ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⁝ >
     **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of
algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17: Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



Figure 4.20:  OOB authentication (P-192)

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | **Encryption key size control enhancements**<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3]  a  data  capture circuitry; | Defendant provides a data capture circuitry.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 contains 1/1.3-inch CMOS sensor, camera and input components, such as buttons (collectively forming "data capture circuitry"), for example, Shutter/Record Button, to capture images and record videos. |

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button
2. Front Touchscreen
3. Lens
4. Status LED I
5. Microphone I
6. Color Temperature Photo Sensor
7. Microphone II
8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

## Button Features

 

Shutter/Record Button

Quick Switch Button

**Shutter/Record Button**
- Press once: take a photo or start/stop recording.
- Press and hold when powered off: power on quickly and begin shooting. The shooting mode will depend on the SnapShot settings. After shooting, the camera will automatically power off if left idle for three seconds.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 11



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## Camera

| Sensor | 1/1.3-inch CMOS |
|--------|-----------------|
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |

Source: https://www.dji.com/osmo-action-4/specs



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.4] said processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after | Defendant provides processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone; | For example, after the "short-range paired wireless connection" is established between the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app and Osmo Action 4 ("short-range wireless enabled data capture device"), Osmo Action 4 utilizes its built-in cameras and sensors to capture images and record videos through the Shutter/ Record Button (collectively "data capture circuitry"). Further, the raw sensor data of the captured images and/or videos ("acquire new-data") are processed (by Osmo Action 4's "processor") to adjust its aspects and apply the preset settings, and then sent to DJI Mimo app on the mobile device. |
|---|---|



Osmo Action 4 captures images/videos after established the paired connection with the mobile device running DJI Mimo app.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button
2. Front Touchscreen
3. Lens
4. Status LED I
5. Microphone I
6. Color Temperature Photo Sensor
7. Microphone II
8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap ☐, and follow the instructions to activate Osmo Action 4.

---

☼:  • If there is a problem when connecting to DJI Mimo, follow the steps below.

   a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

   b. Make sure the DJI Mimo app has the latest firmware version.

   c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



**Video**

**Basic Mode**

FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.
2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.
3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.
4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

• Exposure: Auto and Manual modes are available.

Osmo Action 4 processes the raw sensor data of the captured videos.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

**Photo**

**Basic Mode**

The FOV can be adjusted.

FOV: the FOV can be set to Standard (Dewarp) or Wide.

**PRO Mode**

Exposure, White Balance, FOV, and Format are available.

Osmo Action 4 processes the raw sensor data of the captured images.

1. Exposure: Auto and Manual modes are available.
2. White Balance: Auto and Manual modes are available.
3. FOV: the parameters are same with Basic Mode.
4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.5] said processor further configured to store the new-data in the memory device; | Defendant provides the processor further configured to store the new-data in the memory device. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after the short range paired wireless connection is established, Osmo Action 4 captures videos and/or images of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-data") according to the pre-set settings and aspects, and stores it on the microSD card. |



| Video | **Basic Mode**<br>FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.<br>1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.<br>2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.<br>3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.<br>4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.<br>**PRO Mode**<br>Image and audio parameters can be adjusted.<br>Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.<br>• Exposure: Auto and Manual modes are available. | Osmo Action 4 processes the captured videos. |

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

| Photo | **Basic Mode**<br>The FOV can be adjusted.<br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br>**PRO Mode**<br>Exposure, White Balance, FOV, and Format are available. | Osmo Action 4 processes the captured images. |

1. Exposure: Auto and Manual modes are available.

2. White Balance: Auto and Manual modes are available.

3. FOV: the parameters are same with Basic Mode.

4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

**Where is the footage saved in Osmo Action 4?**

The footage is saved to the microSD card inserted into Osmo Action 4.

Source: https://www.dji.com/osmo-action-4/faq

| Supported SD Cards | microSD (up to 512 GB) |
|---|---|
| Recommended microSD Cards | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4 stores images and videos in the microSD card.

Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:06 and 0:07 (annotated)



Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.6] said processor further configured to create a new-data object, wherein the new-data object comprises: | Defendant provides a processor further configured to create a new-data object, wherein the new-data object comprises: signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer to the cryptographically authenticated short-range wireless enabled cellular phone; the acquired new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer to the cryptographically authenticated short-range wireless enabled cellular phone; the acquired new-data; and | For example, after the paired wireless connection is established, Osmo Action 4 captures the images and videos of the surroundings, and sends the captured images and videos ("acquired new-data"), its metadata, and a signal for acquiring the new-data (collectively referred as "new-data object") to the mobile device ("short-range wireless enabled cellular phone") through the short-range paired wireless connection. The mobile device running DJI Mimo app receive files in the form of signal notification that corresponds to data such as the captured images and videos by Osmo Action 4.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed receives the event notification signal and acquires the new data (captured images and videos) associated with it. The mobile device and Osmo Action 4 utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Osmo Action 4), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

# Alert Notification Profile 1.0   Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

## 3.1 CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1: L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

### 3.4.7.1 Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.

Figure 2.3: Attribute Protocol PDU

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, at Page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, at Page 255

### 29.3   RegisterNotification



Figure 29.4: Example of using RegisterNotification

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, at Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

Register Notification command

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | | Packet Type (0x0) | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |
| 14 | | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21  Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 - 11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:    https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
|---|---|
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

Table 3.11: Client Characteristic Configuration bit field definition

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13 Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.7] associated new-data, wherein the associated new-data corresponds to data associated with the new-data; and | Defendant provides processor configured to create a new-data object, wherein the new-data object comprises: associated new-data, wherein the associated new-data corresponds to data associated with the new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 captures the images and videos of the surroundings, and sends the captured images and videos ("new-data"), along with its metadata ("data associated with the new-data"), such as the image's exposure parameter, location and posture, to the mobile device running DJI Mimo app through the short-range paired wireless connection.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol.<br><br>## 2.2 Media Files and Metadata<br><br>Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.<br><br>Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.<br><br>Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6 |

## Camera

| | |
|---|---|
| Sensor | 1/1.3-inch CMOS |
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| ISO Range | Photo: 100-12800<br>Video: 100-12800 |
| Electronic Shutter Speed | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| Max Photo Resolution | 3648×2736 |
| Zoom | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| Still Photography Modes | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| Standard Recording | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

| | |
|---|---|
| | Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735 |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.8] said processor further configured to transfer automatically the new-data object to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection | Defendant provides processor configured to transfer automatically the new-data object to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established between the devices, Osmo Action 4 processes and automatically transfers the captured images and videos ("new-data") along with the metadata and the signal to notify that the new-data was acquired (collectively "new-data object") to the mobile device ("short-range wireless enabled cellular phone") through the established paired connection in an encrypted form.<br><br>Further, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Osmo Action 4 such that the paired connection is established. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⌾, and follow the instructions to activate Osmo Action 4.



Osmo Action 4 requires establishing the paired connection with the mobile device running DJI Mimo app.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Enable Wi-Fi and bluetooth on the mobile device

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

| | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame. |
| | Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78 |

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

| | |
|---|---|
| | Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.9] wherein the cryptographically authenticated short-range wireless enabled cellular phone is configured to listen to the signal to notify and receive the new-data object over the established short-range paired wireless connection, wherein a mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to process the signal to notify and store the received new-data in a memory device of the cryptographically authenticated short-range wireless enabled cellular phone, | Defendant utilizes cryptographically authenticated short-range wireless enabled cellular phone configured to listen to the signal to notify and receive the new-data object over the established short-range paired wireless connection, wherein a mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to process the signal to notify and store the received new-data in a memory device of the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the "short-range paired wireless connection" is established between the mobile device ("short-range wireless enabled cellular phone") and Osmo Action 4; a signal for listening to the notification is sent to the mobile device on which DJI Mimo app ("mobile client application") is installed. When Osmo Action 4 captures the new-data (captured images and videos), the new-data is transferred to DJI Mimo app via short-range paired wireless connection, and it notifies the mobile device of the incoming new-data along with the metadata (collectively referred as "new-data object"). Further, DJI Mimo app processes the received notification to determine the existence of the new data. Moreover, DJI Mimo app provides a functionality to download the received new-data (i.e., shared images and video files) in the memory of the mobile device.<br><br>Further, as is inherent to how Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed, listens for the notification signal from Osmo Action 4. The mobile device and Osmo Action 4 utilize GATT as part of BLE functionality. GATT is a framework that allows Osmo Action 4 to organize and exchange data. GATT handles the signalling mechanism for listening to event notification signal in BLE devices. When a GATT client establishes a connection with a GATT server, it listens to event notification signal for a particular attribute. The event notification is enabled by writing to the Client Characteristic Configuration Descriptor (CCCD) associated with the attribute. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⤓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



## DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    **Android**

**v2.2.16**
Requires Android 9.0 or above.

**Recommended Models**

Compatible with: Huawei Mate 50 pro，Huawei Mate 50，Huawei Mate 40 pro+，Huawei Mate 40 pro，Huawei Mate 40，Huawei P60，Huawei P50 Pro，Huawei P50，HONOR Magic 5 pro，HONOR Magic 4，HONOR Magic 3，HONOR 80 Pro，Galaxy S23 Ultra，Galaxy S22 Ultra，Galaxy S22，Galaxy S20 Ultra，Galaxy S20+，Galaxy S20，Galaxy Z Flip 4，Galaxy Note 20 Ultra，Xiaomi 13 Ultra，Xiaomi 13 Pro，Xiaomi 12 Pro，Xiaomi 12x，Xiaomi 11 Ultra，Xiaomi 11 Pro，Xiaomi 11，Xiaomi 10 Pro，Xiaomi 10，mix4，Redmi K60 Pro，Redmi K40 Pro，OPPO Find X6 Pro，OPPO Find X5 Pro，OPPO Find X2 Pro，OPPO Find N，OPPO Reno6 Pro+ 5G（Qualcomm Snapdragon），OPPO Reno5 Pro+5G（Qualcomm Snapdragon），OnePlus 11，OnePlus 10 Pro，OnePlus 9 Pro，OnePlus 8 Pro，VIVO X90 Pro +，VIVO X90 Pro，VIVO X80 Pro，VIVO X80，VIVO X70 Pro，VIVO X60 Pro，VIVO X30 Pro，iQOO 10 Pro.
Below Android 8.0, please click to download

\* After the APK is downloaded in the browser, please find the installation package in the download list and manually click to install.
\* Support for additional devices available as testing and development continues, Please refer to the Mimo app product page for information regarding compatibility with specific devices.
\* When the Android version prompts that it cannot be installed or fails to install, please uninstall the original Android application and reinstall the new version.

**Supported Products**

Osmo Pocket   Osmo Action   Osmo Mobile 3   DJI OM 4   DJI Pocket 2   DJI OM 4 SE   DJI OM 5

DJI Action 2   Osmo Action 3   Osmo Mobile 6   Osmo Mobile SE   Osmo Action 4   Osmo Pocket 3

Osmo Action 5 Pro   DJI Mic Mini   Osmo Mobile 7 Series

Source: https://www.dji.com/downloads/djiapp/dji-mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷, and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



to download the materials to your mobile device

DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)



Lauch DJI Mimo and enter the home screen.



📷 **Device**: tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy**: tap to watch tutorials and view manuals.

▣ **AI Editor**: provides several templates for editing photos or videos.

⌂ **Home**: tap to return to the home screen.

▣ **Album**: manage and view footage from a mobile device or DJI device.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

## Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source: https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225

## 6.5   GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

## 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a
client. There is one sub-procedure that can be used to indicate a value:
Indications. Indications can be configured using the Client Characteristic
Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1 Indications

This sub-procedure is used when a server is configured to indicate a
*Characteristic Value* to a client and expects an Attribute Protocol layer
acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-
procedure. The *Attribute Handle* parameter shall be set to the *Characteristic
Value Handle* being indicated, and the *Attribute Value* parameter shall be set to
the *Characteristic Value*. Once the *Handle Value Indication* is received by the
client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. | |

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

Table 3.11:  Client Characteristic Configuration bit field definition

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

| | |
|---|---|
| | **Client** – The Client device initiates the operation, which pushes and pulls objects to and from the Server or instructs the Server to perform actions on objects on the Server. In addition to the interoperability requirements defined in this profile, the Client shall also comply with the interoperability requirements for the Client of the GOEP if not defined to the contrary. The Client shall be able to interpret the OBEX Folder Listing format and may display this information for the user. |
| | **Server** – The Server device is the target remote Bluetooth device that provides an object exchange server and folder browsing capability using the OBEX Folder Listing format. In addition to the interoperability requirements defined in this profile, the Server shall comply with the interoperability requirements for the Server of the GOEP if not defined in the contrary. |
| | Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=309003, Page 13 |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.10] wherein the mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-data along with user information to a user data publishing website over a cellular data network, and wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user | Defendant provides the mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-data along with user information to a user data publishing website over a cellular data network, and wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Mimo app ("mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone"), utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-data") on social media sites, such as SkyPixel ("data publishing website"). DJI Mimo app uses user credentials, such as a username and password ("user information"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to SkyPixel.  The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. |

| | |
|---|---|
| data publishing website and is used by the user data publishing website to publish the new-data for private consumption. | Further, the mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a cellular data network. DJI Mimo app uses the established internet connection to enable functions such as uploading image and video data to social media sites such as SkyPixel. Further, SkyPixel ("user data publishing website") includes a functionality to post content (captured images and/or video) as private ("to publish the new-data for private consumption"), so that the posted content remains accessible only to the user's account.<br><br><br><br>Source: https://www.dji.com/mimo |

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇, to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.

## DJI Mimo App Home Screen

Lauch DJI Mimo and enter the home screen.



🖿 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

🖳 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

🖼 **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:

https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24



Source: DJI Mimo app interface, as seen by a typical user on an Android device. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.



Toggle button to switch posting content from Public to Private.

Source: DJI Mimo app interface, as seen by a typical user on an Android device. (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.



Source: DJI Mimo app interface, as seen by a typical user on an Android device.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data (`com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/

(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [2] The short-range wireless enabled data capture device of claim 1, wherein the short-range paired wireless connection is one of a | Defendant provides the short-range wireless enabled data capture device of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | For example, Osmo Action 4 ("short-range wireless enabled data capture device") connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilising Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection". |
|---|---|
| | **Connecting to the DJI Mimo App**<br><br>1. Power on Osmo Action 4.<br><br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br><br>3. Launch DJI Mimo, tap  , and follow the instructions to activate Osmo Action 4.<br><br>⌖ • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>    b. Make sure the DJI Mimo app has the latest firmware version.<br>    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.<br><br>Source:<br>https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23 |



Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [3] The short-range wireless enabled data capture device of claim 1, wherein the new-data comprises one or more of | Defendant provides the short-range wireless enabled data capture device of claim 1, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

| audio data, video data, image data, text data, digital data, and data associated with the new-data. | For example, after a paired wireless connection is established between the mobile device on which DJI Mimo app is installed and Osmo Action 4 ("short-range wireless enabled data capture device"), Osmo Action 4 transmits the captured images ("image data") and videos ("video data") to the mobile device.  "short-range wireless enabled data capture device"  Source: (annotated) https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651 |



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Captured images and videos

Source: DJI Mimo app interface as see by a typical user on an Android device (annotated).



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

to view the materials shot by Action 4

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

| | Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [4.P]    A    system, comprising:<br>a data capture device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a system comprising a data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Osmo Action 4[2] ("a data capture device"), a hand-held camera device, which is equipped with approx.10MP 1/1.3-inch CMOS sensor that allows to capture images and 4K/120fps videos. Osmo Action 4 uses wireless communication mediums such as Wi-Fi and Bluetooth to pair with DJI Mimo app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. |

---

[2] While Osmo Action 4 has been used as an exemplary infringing instrumentality, DJI's other cameras including, but not limited, to Osmo Action, Osmo Pocket 2, Osmo Action 3, Osmo Pocket 3, and Osmo Action 5 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other cameras.



"data capture device"

Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



you can short press to take a photo or start recording

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651

## Camera

| | |
|---|---|
| **Sensor** | 1/1.3-inch CMOS |
| **Lens** | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| **ISO Range** | Photo: 100-12800<br>Video: 100-12800 |
| **Electronic Shutter Speed** | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| **Max Photo Resolution** | 3648×2736 |
| **Zoom** | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| **Still Photography Modes** | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| **Standard Recording** | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs

| Pre-Rec | Pre-Recording Duration: 5/10/15/30/60 seconds |
|---|---|
| Max Video Bitrate | 130 Mbps |
| Supported File System | exFAT |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155°
super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action
4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor,
the camera ensures low-noise footage in sports scenarios and low-light scenes with a high
dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable
color perception and a larger dynamic range, which is convenient for post-production color
correction.
Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1
.2_en.pdf, at Page 5

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



### DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**
Requires iOS 14.0 or above.

**Recommended Models**

Compatible with: iPhone 16 Pro Max、iPhone 16 Pro、iPhone 16 Plus、iPhone 16、iPhone 15 Pro Max、iPhone 15 Pro、iPhone 15 Plus、iPhone 15、iPhone 14 Pro Max、iPhone 14 Pro、iPhone 14 Plus、iPhone 14、iPhone 13 Pro Max、iPhone 13 Pro、iPhone 13、iPhone 13 Mini、iPhone 12 Pro Max、iPhone 12 Pro、iPhone 12、iPhone 12 Mini、iPhone 11 Pro Max、iPhone 11 Pro、iPhone 11、iPad Pro 2022、iPad 2022、iPad Air 5、iPad mini 6.
For Below iOS 12.0, please click to download
For Below iOS 14.0, please click to download

**Supported Products**

Osmo Pocket  Osmo Action  Osmo Mobile 3  DJI OM 4  DJI Pocket 2  DJI OM 4 SE  DJI OM 5

DJI Action 2  Osmo Action 3  Osmo Mobile 6  Osmo Mobile SE  Osmo Action 4  Osmo Pocket 3

Osmo Action 5 Pro  DJI Mic Mini  Osmo Mobile 7 Series

Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [4.1] a first memory device;<br><br>a first processor coupled to the first memory device; | Defendant provides a first memory device, a first processor coupled to the first memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 contains external microSD card ("a first memory device") up to 512GB, which is coupled to a processor ("a first processor"). Osmo Action 4 processes raw sensor data to adjust the aspects of the captured image and/or video, including, but not limited to, exposure, color, and sharpness. It also applies user-selected settings, and encodes the final output into standard formats such as JPEG for photos or MP4 for videos, before they are stored in the memory and transmitted to the mobile device via DJI Mimo app. |

| Supported SD Cards | microSD (up to 512 GB) |
|---|---|
| Recommended microSD Cards | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Chip including first Processor and first memory

Source: https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf, Page 3 (annotated)

| | | |
|---|---|---|
| | Video | **Basic Mode**<br>FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available. |

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.
2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.
3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.
4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**
Image and audio parameters can be adjusted.
Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

- Exposure: Auto and Manual modes are available.
- White Balance: Auto and Manual modes are available.
- Colors: Normal and D-Log M are available. D-Log M is designed for professional color grading in post-editing. In high-contrast or multi-color (e.g., garden, field, etc.) scenarios, it can enlarge the dynamic range for more color-tuning space in post-production. 10-bit color depth enables smoother color transition.
- FOV: the parameters are same with Basic Mode.
- Image Adjustment: the parameters are same with Basic Mode.
- Low-Light Image Enhancement: the parameters are same with Basic Mode.

Audio Parameters: Channel, Wind Noise Reduction, and Gain are available.

- Channel: select from Stereo or Mono.
- Wind Noise Reduction: when enabled, the camera will reduce the wind noise picked up by the built-in microphone using algorithms. Note: Wind Noise Reduction does not work when connected to the external microphone.
- When a microphone is connected, the input gain of the microphone can be adjusted.

Osmo Action 4 processes the raw sensor data of the captured video.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

| | | |
|---|---|---|
| | Photo | **Basic Mode**<br><br>The FOV can be adjusted.<br><br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br><br>**PRO Mode**<br><br>Exposure, White Balance, FOV, and Format are available.<br><br>1. Exposure: Auto and Manual modes are available.<br><br>2. White Balance: Auto and Manual modes are available.<br><br>3. FOV: the parameters are same with Basic Mode.<br><br>4. Format: select the picture to be stored as JPEG or JPEG+RAW.<br><br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. | <span style="color:red">Osmo Action 4 processes the raw sensor data of the captured image.</span> |
| [4.2] a first short-range wireless communication device configured to establish a short-range paired wireless connection with an internet connected cellular phone, wherein establishing the short-range paired wireless connection comprises, the data capture device cryptographically authenticating identity of | Defendant provides a first short-range wireless communication device configured to establish a short-range paired wireless connection with an internet connected cellular phone, wherein establishing the short-range paired wireless connection comprises, the data capture device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the data capture device using an association protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("data capture device") connects with the mobile device ("an internet connected cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules (collectively "first short-range wireless communication device"). The mobile device running DJI Mimo app discovers Osmo Action 4 by utilising Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection". | |

| the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the data capture device using an association protocol; | Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Osmo Action 4 uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins. |
| | Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |

### Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap  , and follow the instructions to activate Osmo Action 4.

---

☀ • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

---

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🖾 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

a)    Data Confidentiality;

b)    Authentication; and

c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
|-----|----------------------------|---|
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ✳.
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ › **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of
algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17: Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ### Encryption key size control enhancements |
| | New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections. |
| | Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient. |
| | Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/ |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.3] a data capture circuitry; | Defendant provides a data capture circuitry. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, Osmo Action 4 comprises 1/1.3-inch CMOS sensor, camera and input components, such as buttons (collectively forming "data capture circuitry"), for example, Shutter/Record Button, to capture images and record videos. |

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button

2. Front Touchscreen

3. Lens

4. Status LED I

5. Microphone I

6. Color Temperature Photo Sensor

7. Microphone II

8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

## Button Features



**Shutter/Record Button**
- Press once: take a photo or start/stop recording.
- Press and hold when powered off: power on quickly and begin shooting. The shooting mode will depend on the SnapShot settings. After shooting, the camera will automatically power off if left idle for three seconds.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 11



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

### Camera

| Sensor | 1/1.3-inch CMOS |
|---|---|
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |

Source: https://www.dji.com/osmo-action-4/specs



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.4] said first processor configured to acquire new-data in the data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short- | Defendant provides first processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| range paired wireless connection with the cellular phone; | For example, after the "short-range paired wireless connection" is established between the mobile device ("cellular phone") running DJI Mimo app and Osmo Action 4 ("data capture device"), Osmo Action 4 utilizes its built-in cameras and sensors to capture images and record videos through the Shutter/ Record Button (collectively "data capture circuitry"). Further, the raw sensor data of the captured images and/or videos ("acquire new-data") are processed by the "first processor" to adjust its aspects and apply the preset settings, and then sent to DJI Mimo app on the mobile device. |
|---|---|

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⌾ , and follow the instructions to activate Osmo Action 4.

Osmo Action 4 captures images/videos after established the paired connection with the mobile device running DJI Mimo app.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button
2. Front Touchscreen
3. Lens
4. Status LED I
5. Microphone I
6. Color Temperature Photo Sensor
7. Microphone II
8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🖸 , and follow the instructions to activate Osmo Action 4.

---

☼: • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Video

**Basic Mode**

FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.
2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.
3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.
4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

• Exposure: Auto and Manual modes are available.

Osmo Action 4 processes the raw sensor data of the videos.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

Photo

**Basic Mode**

The FOV can be adjusted.

FOV: the FOV can be set to Standard (Dewarp) or Wide.

**PRO Mode**

Exposure, White Balance, FOV, and Format are available.

1. Exposure: Auto and Manual modes are available.
2. White Balance: Auto and Manual modes are available.
3. FOV: the parameters are same with Basic Mode.
4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Osmo Action 4 processes the raw sensor data of the captured image.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.5] said first processor further configured to store the new-data in the first memory device; | Defendant provides the first processor further configured to store the new-data in the first memory device. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, after the short range paired wireless connection is established, Osmo Action 4 captures videos and/or images of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-data") according to the pre-set settings and aspects, and stores it on the microSD card. |



| | |
|---|---|
| Video | **Basic Mode**<br>FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.<br>1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.<br>2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.<br>3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.<br>4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.<br>**PRO Mode**<br>Image and audio parameters can be adjusted.<br>Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.<br>• Exposure: Auto and Manual modes are available. |

Osmo Action 4 processes the captured videos.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

| | |
|---|---|
| Photo | **Basic Mode**<br>The FOV can be adjusted.<br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br>**PRO Mode**<br>Exposure, White Balance, FOV, and Format are available. |

Osmo Action 4 processes the captured images.

1. Exposure: Auto and Manual modes are available.
2. White Balance: Auto and Manual modes are available.
3. FOV: the parameters are same with Basic Mode.
4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1
.2_en.pdf, at Page 13 (annotated)

**Where is the footage saved in Osmo Action 4?**

The footage is saved to the microSD card inserted into Osmo Action 4.

Source: https://www.dji.com/osmo-action-4/faq

| Supported SD Cards | microSD (up to 512 GB) |
|---|---|
| Recommended microSD Cards | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3
rating microSD card is required due to the fast reading and writing speeds necessary for high-
resolution video data. Refer to the recommended microSD card list in Specifications for more
information. Insert the microSD card into the microSD card slot as shown.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4 stores images and videos in the microSD card.

Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:06 and 0:07 (annotated)



Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.6] said first processor further configured to create a new-data object, wherein the new-data object comprises: | Defendant provides the first processor further configured to create a new-data object, wherein the new-data object comprises: signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer to the cryptographically authenticated short-range wireless enabled cellular phone; the acquired new-data. |

| signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer to the cryptographically authenticated cellular phone;<br>the acquired new-data; and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the paired wireless connection is established, Osmo Action 4 captures the images and videos of the surroundings, and sends the captured images and videos ("acquired new-data"), its metadata, and a signal for acquiring the new-data (collectively referred as "new-data object") to the mobile device through the short-range paired wireless connection. The mobile device running DJI Mimo app receive files in the form of signal notification that corresponds to data such as the captured images and videos by Osmo Action 4.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed receives the event notification signal and acquires the new data (captured images and videos) associated with it. The mobile device and Osmo Action 4 utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Osmo Action 4), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## Connection

| | |
|---|---|
| Wi-Fi Operating Frequency | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| Wi-Fi Protocol | 802.11 a/b/g/n/ac |
| Wi-Fi Transmitter Power (EIRP) | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| Bluetooth Operating Frequency | 2.400-2.4835 GHz |
| Bluetooth Transmit Power (EIRP) | <3 dBm |
| Bluetooth Protocol | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

# Alert Notification Profile 1.0  Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

*Logical Link Control and Adaptation Protocol Specification*



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



Figure 2.3: Attribute Protocol PDU

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 29.3 RegisterNotification



*Figure 29.4: Example of using RegisterNotification*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11   CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

**Register Notification command**

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | Packet Type (0x0) | | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |
| 14 | | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21  Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 - 11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_<br>COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:     https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11: Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13   Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.7] associated new-data, wherein the associated new-data corresponds to data associated with the new-data; and | Defendant provides processor configured to create a new-data object, wherein the new-data object comprises: associated new-data, wherein the associated new-data corresponds to data associated with the new-data.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Osmo Action 4 captures the images and videos of the surroundings, and sends the captured images and videos ("new-data"), along with its metadata ("data associated with the new-data"), such as the image's exposure parameter, location and posture, to the mobile device through the short-range paired wireless connection.

Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol.

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6 |

## Camera

| | |
|---|---|
| Sensor | 1/1.3-inch CMOS |
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| ISO Range | Photo: 100-12800<br>Video: 100-12800 |
| Electronic Shutter Speed | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| Max Photo Resolution | 3648×2736 |
| Zoom | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| Still Photography Modes | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| Standard Recording | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

* *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

* *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

* *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

*Logical Link Control and Adaptation Protocol Specification*                     **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

| | |
|---|---|
| | Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.8] said first processor further configured to transfer automatically the new-data object to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection; | Defendant provides the first processor configured to transfer automatically the new-data object to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established between the devices, Osmo Action 4 processes and automatically transfers the captured images and videos ("new-data") along with the metadata and the signal to notify that the new-data was acquired (collectively "new-data object") to the mobile device ("cellular phone") through the established paired connection in an encrypted form.<br><br>Further, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Osmo Action 4 such that the paired connection is established. |

## Activating Osmo Action 4 

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Osmo Action 4 requires establishing the paired connection with the mobile device running DJI Mimo app.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Enable Wi-Fi and bluetooth on the mobile device

Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

| | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br><br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78 |

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|-----------|---------------|-------------|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

Table 3.34:  Format of Handle Value Notification

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.9] said cellular phone, comprising: | Defendant utilizes cellular phone. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Defendant uses the "cellular phone" such as the mobile device, at least when they internally test their DJI Mimo app with Osmo Action 4. Further, Defendant induces its customers to use the mobile device by installing DJI Mimo app and use the app with Osmo Action 4. |

For example, Defendant provides DJI Mimo app that is installed on mobile device, such as, an iPhone and an Android phones ("cellular phone"). DJI Mimo app utilizes the mobile device to display the captured images and/or videos received from Osmo Action 4.

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.dji.com/mimo



### DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**
Requires iOS 14.0 or above.

**Recommended Models**

Compatible with: iPhone 16 Pro Max、iPhone 16 Pro、iPhone 16 Plus、iPhone 16、iPhone 15 Pro Max、iPhone 15 Pro、iPhone 15 Plus、iPhone 15、iPhone 14 Pro Max、iPhone 14 Pro、iPhone 14 Plus、iPhone 14、iPhone 13 Pro Max、iPhone 13 Pro、iPhone 13、iPhone 13 Mini、iPhone 12 Pro Max、iPhone 12 Pro、iPhone 12、iPhone 12 Mini、iPhone 11 Pro Max、iPhone 11 Pro、iPhone 11、iPad Pro 2022、iPad 2022、iPad Air 5、iPad mini 6.
For Below iOS 12.0, please click to download
For Below iOS 14.0, please click to download

**Supported Products**

Osmo Pocket    Osmo Action    Osmo Mobile 3    DJI OM 4    DJI Pocket 2    DJI OM 4 SE    DJI OM 5

DJI Action 2    Osmo Action 3    Osmo Mobile 6    Osmo Mobile SE    Osmo Action 4    Osmo Pocket 3

Osmo Action 5 Pro    DJI Mic Mini    Osmo Mobile 7 Series

Source: https://www.dji.com/downloads/djiapp/dji-mimo



**DJI Mimo**

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    **Android**

**v2.2.16**

Requires Android 9.0 or above.

**Recommended Models**

Compatible with: Huawei Mate 50 pro，Huawei Mate 50，Huawei Mate 40 pro+，Huawei Mate 40 pro，Huawei Mate 40，Huawei P60，Huawei P50 Pro，Huawei P50，HONOR Magic 5 pro，HONOR Magic 4，HONOR Magic 3，HONOR 80 Pro，Galaxy S23 Ultra，Galaxy S22 Ultra，Galaxy S22，Galaxy S20 Ultra，Galaxy S20+，Galaxy S20，Galaxy Z Flip 4，Galaxy Note 20 Ultra，Xiaomi 13 Ultra，Xiaomi 13 Pro，Xiaomi 13 Pro，Xiaomi 12 Pro，Xiaomi 12x，Xiaomi 11 Ultra，Xiaomi 11 Pro，Xiaomi 11，Xiaomi 10 Pro，Xiaomi 10，mix4，Redmi K60 Pro，Redmi K40 Pro，OPPO Find X6 Pro，OPPO Find X5 Pro，OPPO Find X2 Pro，OPPO Find N，OPPO Reno6 Pro+ 5G（Qualcomm Snapdragon），OPPO Reno5 Pro+5G（Qualcomm Snapdragon），OnePlus 11，OnePlus 10 Pro，OnePlus 9 Pro，OnePlus 8 Pro，VIVO X90 Pro +，VIVO X90 Pro，VIVO X80 Pro，VIVO X80，VIVO X70 Pro，VIVO X60 Pro，VIVO X30 Pro，iQOO 10 Pro.
Below Android 8.0, please click to download

* After the APK is downloaded in the browser, please find the installation package in the download list and manually click to install.
* Support for additional devices available as testing and development continues, Please refer to the Mimo app product page for information regarding compatibility with specific devices.
* When the Android version prompts that it cannot be installed or fails to install, please uninstall the original Android application and reinstall the new version.

**Supported Products**

| Osmo Pocket | Osmo Action | Osmo Mobile 3 | DJI OM 4 | DJI Pocket 2 | DJI OM 4 SE | DJI OM 5 |

| DJI Action 2 | Osmo Action 3 | Osmo Mobile 6 | Osmo Mobile SE | Osmo Action 4 | Osmo Pocket 3 |

| Osmo Action 5 Pro | DJI Mic Mini | Osmo Mobile 7 Series |

Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: DJI Mimo app interface as seen by a typical user on an Android device.

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap [📷], and follow the instructions to activate Osmo Action 4.

Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.10] a second memory device;<br><br>a second processor coupled to said second memory device; | Defendant utilizes a second memory device; a second processor coupled to said second memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app installed on the mobile device stores the received images and videos captured by Osmo Action 4. DJI Mimo app, utilize the mobile device that comprises a memory ("second memory device") and a processor coupled to the memory ("second processor coupled to said second memory device"). The |

memory is utilized to store DJI Mimo app, and the information related to it. Further, the mobile device's processor is utilized to process and download the received videos and images.



Source: https://www.apple.com/iphone-16-pro/



Source: https://www.apple.com/iphone-16-pro/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: DJI Mimo app interface as seen by a typical user on an Android device.

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ↓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21





Source: https://www.dji.com/mimo



**DJI Mimo**

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**

Requires iOS 14.0 or above.

**Recommended Models**

Compatible with: iPhone 16 Pro Max、iPhone 16 Pro、iPhone 16 Plus、iPhone 16、iPhone 15 Pro Max、iPhone 15 Pro、iPhone 15 Plus、iPhone 15、iPhone 14 Pro Max、iPhone 14 Pro、iPhone 14 Plus、iPhone 14、iPhone 13 Pro Max、iPhone 13 Pro、iPhone 13、iPhone 13 Mini、iPhone 12 Pro Max、iPhone 12 Pro、iPhone 12、iPhone 12 Mini、iPhone 11 Pro Max、iPhone 11 Pro、iPhone 11、iPad Pro 2022、iPad 2022、iPad Air 5、iPad mini 6.
For Below iOS 12.0, please click to download
For Below iOS 14.0, please click to download

**Supported Products**

| Osmo Pocket | Osmo Action | Osmo Mobile 3 | DJI OM 4 | DJI Pocket 2 | DJI OM 4 SE | DJI OM 5 |

| DJI Action 2 | Osmo Action 3 | Osmo Mobile 6 | Osmo Mobile SE | Osmo Action 4 | Osmo Pocket 3 |

| Osmo Action 5 Pro | DJI Mic Mini | Osmo Mobile 7 Series |

Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.11] a cellular network communication device configured to connect to the internet via the cellular data network; | Defendant provides a cellular network communication device configured to connect to the internet via the cellular data network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app utilizes the mobile device which comprises a "cellular network communication device" to establish an internet connection through Wi-Fi or a cellular data network. DJI Mimo app uses the |

established internet connection to enable functions such as uploading the captured image and/or video to social media sites such as, SkyPixel.



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Enable Wi-Fi and bluetooth on the mobile device

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.12] a second short-range wireless communication device configured to establish the short-range paired wireless connection between the cellular phone and the data capture device; | Defendant utilizes a second short-range wireless communication device configured to establish the short-range paired wireless connection between the cellular phone and the data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app, utilizes the mobile device ("cellular phone") which comprises Bluetooth and Wi-Fi modules ("second short-range wireless communication device"). Using the short-range wireless communication device, the mobile device pairs with Osmo Action 4 ("data capture device"). The mobile device running DJI Mimo app discovers Osmo Action 4 by utilising Bluetooth. After discovery, and successful authentication, Wi-fi connection is established between the mobile device and Osmo Action 4 to form the "short-range paired wireless connection".<br><br>**Connecting to the DJI Mimo App**<br><br>1. Power on Osmo Action 4.<br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br>3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.<br><br>☼ • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>    b. Make sure the DJI Mimo app has the latest firmware version.<br>    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.<br><br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23 |



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).




Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.dji.com/mimo

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.13] a mobile client application for the cellular phone comprising executable instructions that, when executed by the second processor controls the second processor to: | Defendant provides a mobile client application for the cellular phone comprising executable instructions that are executed by the second processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("mobile client application") is installed on the mobile device ("cellular phone") that provides the functionality to display the images and videos captured by Osmo Action 4. DJI Mimo app utilizes the mobile device's processor ("second processor") and the short-range wireless communication device of the mobile device to receive and download the captured images and videos, and upload them to social media sites such as SkyPixel. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App —— Mobile client application

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60


iOS 12.0 or above


Android 8.0 or above

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23 (annotated)

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ↓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



## DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS     Android

**v2.2.16**
Requires iOS 14.0 or above.

**Recommended Models**

Compatible with: iPhone 16 Pro Max、iPhone 16 Pro、iPhone 16 Plus、iPhone 16、iPhone 15 Pro Max、iPhone 15 Pro、iPhone 15 Plus、iPhone 15、iPhone 14 Pro Max、iPhone 14 Pro、iPhone 14 Plus、iPhone 14、iPhone 13 Pro Max、iPhone 13 Pro、iPhone 13、iPhone 13 Mini、iPhone 12 Pro Max、iPhone 12 Pro、iPhone 12、iPhone 12 Mini、iPhone 11 Pro Max、iPhone 11 Pro、iPhone 11、iPad Pro 2022、iPad 2022、iPad Air 5、iPad mini 6.
For Below iOS 12.0, please click to download
For Below iOS 14.0, please click to download

**Supported Products**

| Osmo Pocket | Osmo Action | Osmo Mobile 3 | DJI OM 4 | DJI Pocket 2 | DJI OM 4 SE | DJI OM 5 |

| DJI Action 2 | Osmo Action 3 | Osmo Mobile 6 | Osmo Mobile SE | Osmo Action 4 | Osmo Pocket 3 |

| Osmo Action 5 Pro | DJI Mic Mini | Osmo Mobile 7 Series |

Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow
the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷, and follow the instructions to activate Osmo Action 4.

Osmo Action 4 establish paired connection
with the mobile device running DJI Mimo app.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1
.2_en.pdf, at Page 10 (annotated)



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

Lauch DJI Mimo and enter the home screen.



 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24



DJI Mimo app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.14] listen for the signal to notify; | Defendant provides mobile client application that listen for the signal to notify. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, once the short-range paired wireless connection is established between the mobile device and Osmo Action 4; a signal ("signal to notify") for listening to the notification is sent to the mobile device on which DJI Mimo app is installed. When Osmo Action 4 captures the new-data (captured images and videos), the new-data is transferred to DJI Mimo app via short-range paired wireless connection, it notifies the mobile device of the incoming new-data along with the metadata. Further, DJI Mimo app processes the received notification to determine the existence of the new data. |
| | Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed receives the signal notification and acquires the new-data (captured images and videos) associated with it. Osmo Action 4 utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Osmo Action 4), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow
the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.

Osmo Action 4 establish paired connection
with the mobile device running DJI Mimo app.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1
.2_en.pdf, at Page 10 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Lauch DJI Mimo and enter the home screen.



⊙ **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

▥ **Academy:** tap to watch tutorials and view manuals.

▣ **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▣ **Album:** manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



The GATT Profile uses the Attribute Protocol to transport data in the form of
commands, requests, responses, indications, notifications and confirmations
between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3:  Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225



Figure 1.2: Signaling conventions

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 11

| | |
|---|---|
| | **6.5 GATT-BASED PROFILE HIERARCHY**<br><br>The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.<br><br>The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.15] receive the new-data object from the data capture device;<br><br>store the received new-data in the second memory device; and | Defendant provides mobile client application that receive the new-data object from the data capture device; store the received new-data in the second memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established between the mobile device and Osmo Action 4, Osmo Action 4 processes and transfers the captured images and videos ("new-data") along with the metadata and the signal to notify that the new-data was acquired (collectively "new-data object") to the mobile device through the established paired connection in an encrypted form. Further, DJI Mimo app provides a functionality to download the received new-data (i.e., shared images and video files) in the memory ("second memory device") of the mobile device. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷, and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)



Lauch DJI Mimo and enter the home screen.



📷 **Device**: tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy**: tap to watch tutorials and view manuals.

▣ **AI Editor**: provides several templates for editing photos or videos.

⌂ **Home**: tap to return to the home screen.

▶ **Album**: manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Enable Wi-Fi and bluetooth on the mobile device

Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

| | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame. |
| | Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78 |

## 3.1 CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1: L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

| | |
|---|---|
| | Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.16] use HTTP to transfer the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption. | Defendant provides the mobile client application for the cellular phone to use HTTP to transfer the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app installed on the mobile device, utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-data") on social media sites, such as SkyPixel ("data publishing website"). DJI Mimo app uses user credentials, such as a username and password ("user identifier"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content.<br><br>Further, the mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a "cellular data network". DJI Mimo app uses the established internet connection to enable functions such as uploading image and video data to social media sites, such as SkyPixel. Further, DJI Mimo app includes a functionality to post content (captured images and/or video) as private ("publish the new-data for private consumption"), so that the posted content remains accessible only to the user's account. |



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇, to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.

## DJI Mimo App Home Screen

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

⊡ **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

⊡ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:

https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24



Source: DJI Mimo app interface, as seen by a typical user on an Android device. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.



Toggle button to switch posting content from Public to Private.

Source: DJI Mimo app interface, as seen by a typical user on an Android device. (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.



Source: DJI Mimo app interface, as seen by a typical user on an Android device.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data ( com.mob.commons component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/
(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [5] The system of claim 4, wherein establishing the short-range paired wireless connection comprises the data | Defendant provides the system of claim 4, wherein establishing the short-range paired wireless connection comprises the data capture device using an association protocol.

This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| capture device using an association protocol. | For example, Osmo Action 4 connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilising Bluetooth. After discovery, and successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form short-range paired wireless connection. Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Further, Osmo Action 4 uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins. |
|---|---|

Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices.

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

---

☼ᐟ:  • If there is a problem when connecting to DJI Mimo, follow the steps below.

   a.  Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

   b.  Make sure the DJI Mimo app has the latest firmware version.

   c.  Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

---

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

<table>
<tr>
<td></td>
<td>

### Encryption key size control enhancements

New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.

Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.

Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>[6] The system of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.</td>
<td>

Defendant provides the system of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Osmo Action 4 connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilising Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection".
</td>
</tr>
</table>

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

☼: • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7] The system of claim 4, wherein the new-data comprises one or more of audio data, video data, image data, text data, | Defendant provides the system of claim 4, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| digital data, and data associated with the new-data. | For example, after a paired wireless connection is established between the mobile device on which DJI Mimo app is installed and Osmo Action 4, Osmo Action 4 transmits the captured images ("image data") and videos ("video data") to DJI Mimo app, along with a signal notification.<br><br><br><br>Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651 (annotated) |



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Captured images and videos

Source: DJI Mimo app interface as see by a typical user on an Android device (annotated).



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

to view the materials shot by Action 4

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

| | Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5 |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [8] The system of claim 4, wherein a graphical user interface (GUI) is provided in the cryptographically authenticated cellular phone, and wherein the graphical user interface (GUI) is for the received new-data. | Defendant provides the system of claim 4, wherein a graphical user interface (GUI) is provided in the cryptographically authenticated cellular phone, and wherein the graphical user interface (GUI) is for the received new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the mobile device ("cellular phone") contains a graphical user interface ("GUI") which allows the user to access DJI Mimo app and download the captured images and videos. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.dji.com/mimo



Graphical user interface (GUI) provided in the cryptographically authenticated cellular phone.

Source: https://www.dji.com/mimo



GUI provided in the cellular phone for the accessing the captured images and videos.

Source: DJI Mimo app interface as see by a typical user on an Android device (annotated).



Download icon on DJI Mimo app interface.



Download icon on DJI Mimo app interface.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.P] A short-range wireless enabled cellular phone, comprising | DJI ("Defendant") utilizes a short-range wireless enabled cellular phone. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Defendant uses a "cellular phone" such as a mobile device, at least when they internally test their DJI Mimo app with Osmo Action 4. Further, Defendant induces its customers to use the mobile device by installing DJI Mimo app and use the app with Osmo Action 4. |
| | For example, Defendant provides DJI Mimo app that is installed on mobile device, such as, an iPhone and an Android phones ("short-range wireless enabled cellular phone"). DJI Mimo app utilizes the mobile device to display the captured images and/or videos received from Osmo Action 4. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.





Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.dji.com/mimo



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow
the steps below to activate.

Osmo Action 4 establish paired connection
with the mobile device running DJI Mimo app.

1.  Press and hold the Quick Switch Button to power on.
2.  Enable Wi-Fi and Bluetooth on the mobile device.
3.  Launch DJI Mimo, tap 🔘, and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1
.2_en.pdf, at Page 10 (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.1] a memory device; a processor coupled to said memory device; | Defendant utilizes the short-range wireless enabled cellular phone that comprises a memory device; a processor coupled to said memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app installed on the mobile device stores the received images and videos captured by Osmo Action 4. DJI Mimo app, utilize the mobile device that comprises a memory ("memory device") and a processor coupled to the memory ("processor coupled to said memory device"). The memory is utilized to store |

DJI Mimo app, and the information related to it. The processor is utilized to process and download the received videos and images.

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60

 iOS 12.0 or above

 Android 8.0 or above

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.apple.com/iphone-16-pro/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/

## **Transferring Files to a Phone**

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



## DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**

Requires iOS 14.0 or above.

**Recommended Models**

Compatible with: iPhone 16 Pro Max、iPhone 16 Pro、iPhone 16 Plus、iPhone 16、iPhone 15 Pro Max、iPhone 15 Pro、iPhone 15 Plus、iPhone 15、iPhone 14 Pro Max、iPhone 14 Pro、iPhone 14 Plus、iPhone 14、iPhone 13 Pro Max、iPhone 13 Pro、iPhone 13、iPhone 13 Mini、iPhone 12 Pro Max、iPhone 12 Pro、iPhone 12、iPhone 12 Mini、iPhone 11 Pro Max、iPhone 11 Pro、iPhone 11、iPad Pro 2022、iPad 2022、iPad Air 5、iPad mini 6.
For Below iOS 12.0, please click to download
For Below iOS 14.0, please click to download

**Supported Products**

| Osmo Pocket | Osmo Action | Osmo Mobile 3 | DJI OM 4 | DJI Pocket 2 | DJI OM 4 SE | DJI OM 5 |

| DJI Action 2 | Osmo Action 3 | Osmo Mobile 6 | Osmo Mobile SE | Osmo Action 4 | Osmo Pocket 3 |

| Osmo Action 5 Pro | DJI Mic Mini | Osmo Mobile 7 Series |

Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [9.2] a cellular network communication device configured to connect to internet via a cellular data network; | Defendant utilizes the short-range wireless enabled cellular phone, comprising: a cellular network communication device configured to connect to the internet via the cellular data network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app utilizes the mobile device which comprises a "cellular network communication device" to establish an internet connection through Wi-Fi or a cellular data network. DJI Mimo app uses the |

established internet connection to enable functions such as uploading the captured image and/or video to social media apps such as, SkyPixel.



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ↓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Enable Wi-Fi and bluetooth on the mobile device

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.3] a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled cellular phone and a short-range wireless enabled data capture device, wherein the short-range wireless enabled data capture device is configured to cryptographically authenticate identity of | Defendant utilizes a short-range wireless enabled cellular phone, comprising: a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled cellular phone and a short-range wireless enabled data capture device, wherein the short-range wireless enabled data capture device is configured to cryptographically authenticate identity of the short-range wireless enabled cellular phone when establishing the short-range paired wireless connection, and wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled mobile device using an association protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app contains Bluetooth and Wi-Fi modules (collectively "short-range wireless communication device"). The mobile device establishes a "short-range paired wireless connection" with Osmo Action 4 ("short-range wireless enabled data capture device") utilizing the Bluetooth and Wi-Fi modules. The mobile device discovers Osmo Action 4 by utilising Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device |

| the short-range wireless enabled cellular phone when establishing the short-range paired wireless connection, and wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled mobile device using an association protocol; | to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection". |
|---|---|

Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Osmo Action 4 uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.

Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap  , and follow the instructions to activate Osmo Action 4.

☼: • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



**Convenient Wireless Connection**

Seamlessly connect your Osmo Pocket, Osmo Action, or Osmo Mobile series devices with improved speed and stability, unlocking a whole new level of device management.

Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🖾 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble
data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the
most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
|-----|----------------------------|---|
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys
- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair
- *Authentication:* Verifying that the two devices have the same keys
- *Encryption:* Message confidentiality
- *Message integrity:* Protection against message forgeries
- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ✳ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ 〉 **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



Figure 4.14:  Numeric comparison authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17:  Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



Figure 4.20: OOB authentication (P-192)

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | **Encryption key size control enhancements**<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br><br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.4] a mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when executed by the processor controls the processor to: | Defendant provides a mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that are executed by the processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("mobile client application") is installed on the mobile device ("short-range wireless enabled cellular phone") that provides the functionality to display the images and videos captured by Osmo Action 4. DJI Mimo app utilizes the processor and the short-range wireless communication device of the mobile device to receive and download the captured images and videos, and upload them to social media sites, such as SkyPixel. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

**Download the DJI Mimo App** ——— Mobile client application

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60


iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23 (annotated)



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ↓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



## DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**
Requires iOS 14.0 or above.

**Recommended Models**

Compatible with: iPhone 16 Pro Max、iPhone 16 Pro、iPhone 16 Plus、iPhone 16、iPhone 15 Pro Max、iPhone 15 Pro、iPhone 15 Plus、iPhone 15、iPhone 14 Pro Max、iPhone 14 Pro、iPhone 14 Plus、iPhone 14、iPhone 13 Pro Max、iPhone 13 Pro、iPhone 13、iPhone 13 Mini、iPhone 12 Pro Max、iPhone 12 Pro、iPhone 12、iPhone 12 Mini、iPhone 11 Pro Max、iPhone 11 Pro、iPhone 11、iPad Pro 2022、iPad 2022、iPad Air 5、iPad mini 6.
For Below iOS 12.0, please click to download
For Below iOS 14.0, please click to download

**Supported Products**

| Osmo Pocket | Osmo Action | Osmo Mobile 3 | DJI OM 4 | DJI Pocket 2 | DJI OM 4 SE | DJI OM 5 |

| DJI Action 2 | Osmo Action 3 | Osmo Mobile 6 | Osmo Mobile SE | Osmo Action 4 | Osmo Pocket 3 |

| Osmo Action 5 Pro | DJI Mic Mini | Osmo Mobile 7 Series |

Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap [⃝] , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Images captured by Osmo Action 4 on the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

Lauch DJI Mimo and enter the home screen.



▣ **Device**: tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

▣ **Academy**: tap to watch tutorials and view manuals.

▣ **AI Editor**: provides several templates for editing photos or videos.

⌂ **Home**: tap to return to the home screen.

▣ **Album**: manage and view footage from a mobile device or DJI device.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24



DJI Mimo app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [9.5] receive a new-data object from the short-range wireless enabled data capture device over the established short-range paired wireless connection, wherein the new-data object comprises: signal to notify and acquired new-data, wherein the acquired new-data is data acquired by the short-range wireless enabled data capture device after the short-range paired wireless connection is established between the short-range wireless enabled cellular phone and the short-range wireless enabled data capture device, and wherein the signal to notify corresponds to the acquiring of the new-data for transfer; and | Defendant utilizes the said processor configured to receive a new-data object from the short-range wireless enabled data capture device over the established short-range paired wireless connection, wherein the new-data object comprises: signal to notify and acquired new-data, wherein the acquired new-data is data acquired by the short-range wireless enabled data capture device after the short-range paired wireless connection is established between the short-range wireless enabled cellular phone and the short-range wireless enabled data capture device, and wherein the signal to notify corresponds to the acquiring of the new-data for transfer. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, after the "short-range paired wireless connection" is established, Osmo Action 4 ("short-range wireless enabled data capture device") captures the images and videos of the surroundings, and sends the captured images and videos ("acquired new-data"), its metadata, and a signal for acquiring the new-data (collectively referred as "new-data object") to the mobile device through the short-range paired wireless connection. The mobile device running DJI Mimo app receive files in the form of signal notification that corresponds to data such as the captured images and videos by Osmo Action 4. <br><br> Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed receives the event notification signal and acquires the new data (captured images and videos) associated with it. The mobile device and Osmo Action 4 utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Osmo Action 4), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

# Alert Notification Profile 1.0  Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

• *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

• *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

• *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:   https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,   Page  1734  and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.

Figure 2.3: Attribute Protocol PDU

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 29.3  RegisterNotification



Figure 29.4: Example of using RegisterNotification

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a
client. There is one sub-procedure that can be used to indicate a value:
Indications. Indications can be configured using the Client Characteristic
Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a
*Characteristic Value* to a client and expects an Attribute Protocol layer
acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-
procedure. The *Attribute Handle* parameter shall be set to the *Characteristic
Value Handle* being indicated, and the *Attribute Value* parameter shall be set to
the *Characteristic Value*. Once the *Handle Value Indication* is received by the
client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

Register Notification command

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|------|---------|---|---|---|---|---|---|---------|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | Packet Type (0x0) | | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |
| 14 | | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21  Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|------|---------|---|---|---|---|---|---|---------|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 - 11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source: https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
|---|---|
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

Table 3.11: Client Characteristic Configuration bit field definition

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13 Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [9.6] associated new-data, wherein the associated new-data corresponds to data associated with the new-data; | Defendant provides mobile client application which utilizes the processor configured to create a new-data object, wherein the new-data object comprises: associated new-data, wherein the associated new-data corresponds to data associated with the new-data. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Osmo Action 4 captures the images and videos of the surroundings, and sends the captured images and videos ("new-data"), along with its metadata ("data associated with the new-data"), such as the image's exposure parameter, location and posture, to the mobile device through the short-range paired wireless connection. |
| | Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Camera

| | |
|---|---|
| **Sensor** | 1/1.3-inch CMOS |
| **Lens** | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| **ISO Range** | Photo: 100-12800<br>Video: 100-12800 |
| **Electronic Shutter Speed** | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| **Max Photo Resolution** | 3648×2736 |
| **Zoom** | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| **Still Photography Modes** | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| **Standard Recording** | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel


configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

| | |
|---|---|
| | Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.7] listen and process the signal to notify; | Defendant utilizes the processor to listen and process the signal to notify.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the short-range paired wireless connection is established between the mobile device and Osmo Action 4; a signal ("signal to notify") for listening to the notification is sent to the mobile device on which DJI Mimo app is installed. When Osmo Action 4 captures the new-data (captured images and videos), the new-data is transferred to DJI Mimo app via short-range paired wireless connection, it notifies the mobile device of the incoming new-data along with the metadata. Further, DJI Mimo app processes the received notification to determine the existence of the new data.<br><br>Further, as is inherent to how Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed, listens for the notification signal from Osmo Action 4. The mobile device and Osmo Action 4 utilize GATT as part of BLE functionality. GATT is a framework that allows Osmo Action 4 to organize and exchange data. GATT handles the signalling mechanism for listening to event notification signal in BLE devices. When a GATT client establishes a connection with a GATT server, it listens to event notification signal for a particular attribute. The event notification is enabled by writing to the Client Characteristic Configuration Descriptor (CCCD) associated with the attribute. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60


iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.dji.com/mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

Osmo Action 4 establishes paired connection with the mobile device running DJI Mimo app.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🖸 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

Lauch DJI Mimo and enter the home screen.



📷 **Device**: tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy**: tap to watch tutorials and view manuals.

▣ **AI Editor**: provides several templates for editing photos or videos.

⌂ **Home**: tap to return to the home screen.

▷ **Album**: manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

# Alert Notification Profile 1.0    Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

## 3.1 CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1: L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225



*Figure 1.2: Signaling conventions*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 11

| | |
|---|---|
| | **6.5 GATT-BASED PROFILE HIERARCHY**<br><br>The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.<br><br>The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.<br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.8] store the received new-data in the memory device; and | Defendant provides mobile client application that receive the new-data object from the data capture device; store the received new-data in the second memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established Osmo Action 4 transfers the captured images and videos ("new-data") to the mobile device. Further, DJI Mimo app provides a functionality to download the received new-data in the memory of the mobile device. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)

Lauch DJI Mimo and enter the home screen.



☐ **Device**: tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy**: tap to watch tutorials and view manuals.

▶ **AI Editor**: provides several templates for editing photos or videos.
TEMPLATE

⌂ **Home**: tap to return to the home screen.

▶ **Album**: manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.9] use HTTP to transfer the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption. | Defendant provides the mobile client application for the cellular phone to use HTTP to transfer the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app installed on the mobile device, utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-data") on social media sites, such as SkyPixel ("data publishing website"). DJI Mimo app uses user credentials, such as a username and password ("user identifier"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content.<br><br>Further, the mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a "cellular data network". DJI Mimo app uses the established internet connection to enable functions such as uploading image and video data to social media sites, such as SkyPixel. Further, DJI Mimo app includes a functionality to post content (captured images and/or video) as private ("publish the new-data for private consumption"), so that the posted content remains accessible only to the user's account. |



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.

## DJI Mimo App Home Screen

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

🖼 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

◱ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:

https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24



Source: DJI Mimo app interface, as seen by a typical user on an Android device. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.



Toggle button to switch posting content from Public to Private.

Source: DJI Mimo app interface, as seen by a typical user on an Android device. (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.



Source: DJI Mimo app interface, as seen by a typical user on an Android device.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data ( `com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/
(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [10]   The   short-range wireless enabled cellular phone of claim 9, wherein the   short-range   paired wireless   connection   is one of a Bluetooth paired | Defendant provides short-range wireless enabled cellular phone of claim 9, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | For example, Osmo Action 4 connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilising Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection". |
|---|---|
| | **Connecting to the DJI Mimo App**<br><br>1. Power on Osmo Action 4.<br><br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br><br>3. Launch DJI Mimo, tap  , and follow the instructions to activate Osmo Action 4.<br><br>☼: • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>    b. Make sure the DJI Mimo app has the latest firmware version.<br>    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.<br><br>Source:<br>https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23 |



Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [11] The short-range wireless enabled cellular phone of claim 9, wherein the new-data comprises one or more of audio data, | Defendant provides the short-range wireless enabled cellular phone of claim 9, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data.

This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| video data, image data, text data, digital data, and data associated with the new-data. | For example, after a paired wireless connection is established between the mobile device on which DJI Mimo app is installed and Osmo Action 4, Osmo Action 4 transmits the captured images ("image data") and videos ("video data") to DJI Mimo app, along with a signal notification. |
|---|---|
| |  |
| | Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651 (annotated) |



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Captured images and videos

Source: DJI Mimo app interface as see by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

| | Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5 |
| | |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [12] The short-range wireless enabled cellular phone of claim 9, wherein a graphical user interface (GUI) is provided in the cryptographically authenticated short-range wireless enabled cellular phone, and wherein the graphical user interface (GUI) is for the received new-data. | Defendant provides the short-range wireless enabled cellular phone of claim 9, wherein a graphical user interface (GUI) is provided in the cryptographically authenticated short-range wireless enabled cellular phone, and wherein the graphical user interface (GUI) is for the received new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the mobile device ("short-range wireless enabled cellular phone") contains a graphical user interface ("GUI") which allows the user to access DJI Mimo app and download the captured images and videos. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.dji.com/mimo



Graphical user interface (GUI) provided in the mobile device.

Source: https://www.dji.com/mimo



GUI provided in the cellular phone for the accessing the captured images and videos.

Source: DJI Mimo app interface as see by a typical user on an Android device (annotated).





Download icon on DJI Mimo app interface.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [13.P] A system, comprising: a short-range wireless enabled data capture device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a system comprising a short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Osmo Action 4[3] ("short-range wireless enabled data capture device"), a hand-held camera device, which is equipped with approx.10MP 1/1.3-inch CMOS sensor that allows to capture images and 4K/120fps videos. Osmo Action 4 uses wireless communication mediums such as Wi-Fi and Bluetooth to pair with DJI Mimo app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. |

[3] While Osmo Action 4 has been used as an exemplary infringing instrumentality, DJI's other cameras including, but not limited, to Osmo Action, Osmo Pocket 2, Osmo Action 3, Osmo Pocket 3, and Osmo Action 5 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other cameras.



"short-range wirless enabled data capture device"

Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651

## Camera

| | |
|---|---|
| **Sensor** | 1/1.3-inch CMOS |
| **Lens** | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| **ISO Range** | Photo: 100-12800<br>Video: 100-12800 |
| **Electronic Shutter Speed** | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| **Max Photo Resolution** | 3648×2736 |
| **Zoom** | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| **Still Photography Modes** | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| **Standard Recording** | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs

| Pre-Rec | Pre-Recording Duration: 5/10/15/30/60 seconds |
|---|---|
| Max Video Bitrate | 130 Mbps |
| Supported File System | exFAT |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.
Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🔘 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



## DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**
Requires iOS 14.0 or above.

**Recommended Models**

Compatible with: iPhone 16 Pro Max、iPhone 16 Pro、iPhone 16 Plus、iPhone 16、iPhone 15 Pro Max、iPhone 15 Pro、iPhone 15 Plus、iPhone 15、iPhone 14 Pro Max、iPhone 14 Pro、iPhone 14 Plus、iPhone 14、iPhone 13 Pro Max、iPhone 13 Pro、iPhone 13、iPhone 13 Mini、iPhone 12 Pro Max、iPhone 12 Pro、iPhone 12、iPhone 12 Mini、iPhone 11 Pro Max、iPhone 11 Pro、iPhone 11、iPad Pro 2022、iPad 2022、iPad Air 5、iPad mini 6.
For Below iOS 12.0, please click to download
For Below iOS 14.0, please click to download

**Supported Products**

| Osmo Pocket | Osmo Action | Osmo Mobile 3 | DJI OM 4 | DJI Pocket 2 | DJI OM 4 SE | DJI OM 5 |

| DJI Action 2 | Osmo Action 3 | Osmo Mobile 6 | Osmo Mobile SE | Osmo Action 4 | Osmo Pocket 3 |

| Osmo Action 5 Pro | DJI Mic Mini | Osmo Mobile 7 Series |

Source: https://www.dji.com/downloads/djiapp/dji-mimo



### DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**
Requires Android 9.0 or above.

**Recommended Models**

Compatible with: Huawei Mate 50 pro、Huawei Mate 50、Huawei Mate 40 pro+、Huawei Mate 40 pro、Huawei Mate 40、Huawei P60、Huawei P50 Pro、Huawei P50、HONOR Magic 5 pro、HONOR Magic 4、HONOR Magic 3、HONOR 80 Pro、Galaxy S23 Ultra、Galaxy S22 Ultra、Galaxy S22、Galaxy S20 Ultra、Galaxy S20+、Galaxy S20、Galaxy Z Flip 4、Galaxy Note 20 Ultra、Xiaomi 13 Ultra、Xiaomi 13 Pro、Xiaomi 13 Pro、Xiaomi 12 Pro、Xiaomi 12x、Xiaomi 11 Ultra、Xiaomi 11 Pro、Xiaomi 11、Xiaomi 10 Pro、Xiaomi 10、mix4、Redmi K60 Pro、Redmi K40 Pro、OPPO Find X6 Pro、OPPO Find X5 Pro、OPPO Find X2 Pro、OPPO Find N、OPPO Reno6 Pro+ 5G（Qualcomm Snapdragon）、OPPO Reno5 Pro+5G（Qualcomm Snapdragon）、OnePlus 11、OnePlus 10 Pro、OnePlus 9 Pro、OnePlus 8 Pro、VIVO X90 Pro +、VIVO X90 Pro、VIVO X80 Pro、VIVO X80、VIVO X70 Pro、VIVO X60 Pro、VIVO X30 Pro、iQOO 10 Pro.
Below Android 8.0, please click to download

\* After the APK is downloaded in the browser, please find the installation package in the download list and manually click to install.
\* Support for additional devices available as testing and development continues, Please refer to the Mimo app product page for information regarding compatibility with specific devices.
\* When the Android version prompts that it cannot be installed or fails to install, please uninstall the original Android application and reinstall the new version.

**Supported Products**

| Osmo Pocket | Osmo Action | Osmo Mobile 3 | DJI OM 4 | DJI Pocket 2 | DJI OM 4 SE | DJI OM 5 |

| DJI Action 2 | Osmo Action 3 | Osmo Mobile 6 | Osmo Mobile SE | Osmo Action 4 | Osmo Pocket 3 |

| Osmo Action 5 Pro | DJI Mic Mini | Osmo Mobile 7 Series |

Source: https://www.dji.com/downloads/djiapp/dji-mimo

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.1] a first memory device; <br><br> a first processor coupled to the first memory device; | Defendant provides a first memory device, a first processor coupled to the first memory device. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Osmo Action 4 contains external microSD card ("a first memory device") up to 512GB, which is coupled to a processor ("a first processor"). Osmo Action 4 processes raw sensor data to adjust the aspects of the captured image and/or video, including, but not limited to, exposure, color, and sharpness. It also applies user-selected settings, and encodes the final output into standard formats such as JPEG for photos or MP4 for videos, before they are stored in the memory and transmitted to the mobile device via DJI Mimo app. <br><br> |

| Supported SD Cards | microSD (up to 512 GB) |
|---|---|
| Recommended microSD Cards | Recommended models: <br> SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC <br> Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC <br> Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC <br> Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC <br> Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC <br> Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC <br> Lexar Professional 1066x 64GB U3 A2 V30 microSDXC <br> Lexar Professional 1066x 128GB U3 A2 V30 microSDXC <br> Lexar Professional 1066x 256GB U3 A2 V30 microSDXC <br> Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Chip including first Processor and first memory

Source: https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf, Page 3 (annotated)

| | Video | **Basic Mode** |
|---|---|---|
| | | FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available. |

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.
2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.
3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.
4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**
Image and audio parameters can be adjusted.
Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

- Exposure: Auto and Manual modes are available.
- White Balance: Auto and Manual modes are available.
- Colors: Normal and D-Log M are available. D-Log M is designed for professional color grading in post-editing. In high-contrast or multi-color (e.g., garden, field, etc.) scenarios, it can enlarge the dynamic range for more color-tuning space in post-production. 10-bit color depth enables smoother color transition.
- FOV: the parameters are same with Basic Mode.
- Image Adjustment: the parameters are same with Basic Mode.
- Low-Light Image Enhancement: the parameters are same with Basic Mode.

Audio Parameters: Channel, Wind Noise Reduction, and Gain are available.

- Channel: select from Stereo or Mono.
- Wind Noise Reduction: when enabled, the camera will reduce the wind noise picked up by the built-in microphone using algorithms. Note: Wind Noise Reduction does not work when connected to the external microphone.
- When a microphone is connected, the input gain of the microphone can be adjusted.

Osmo Action 4 processes the raw sensor data of the captured video.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

| | | |
|---|---|---|
| | Photo | **Basic Mode**<br><br>The FOV can be adjusted.<br><br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br><br>**PRO Mode**<br><br>Exposure, White Balance, FOV, and Format are available.<br><br>1. Exposure: Auto and Manual modes are available.<br><br>2. White Balance: Auto and Manual modes are available.<br><br>3. FOV: the parameters are same with Basic Mode.<br><br>4. Format: select the picture to be stored as JPEG or JPEG+RAW.<br><br>Source:<br>https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. | Osmo Action 4 processes the raw sensor data of the captured image. |
| [13.2] a first short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises | Defendant provides a first short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises cryptographically authenticating identity of the short-range wireless enabled cellular phone, and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled data capture device using an association protocol;<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules (collectively "first short-range wireless communication device"). The mobile device running DJI Mimo app discovers Osmo Action 4 by utilising Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, | |

| | |
|---|---|
| cryptographically authenticating identity of the short-range wireless enabled cellular phone, and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled data capture device using an association protocol; | a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection".<br><br>Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Osmo Action 4 uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.<br><br>Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).<br><br>**Connecting to the DJI Mimo App**<br><br>1. Power on Osmo Action 4.<br><br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br><br>3. Launch DJI Mimo, tap ⟨⊙⟩ , and follow the instructions to activate Osmo Action 4.<br><br>⬚ • If there is a problem when connecting to DJI Mimo, follow the steps below.<br><br>  a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br><br>  b. Make sure the DJI Mimo app has the latest firmware version.<br><br>  c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords. |

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



The mobile device supports Wi-Fi and Bluetooth functionality.

Enable Wi-Fi and bluetooth on the mobile device

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

a)    Data Confidentiality;

b)    Authentication; and

c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ⚇.
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ›
     **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of
algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



Figure 4.14: Numeric comparison authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17: Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | **Encryption key size control enhancements**<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.3] a data capture circuitry; | Defendant provides a data capture circuitry.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 comprises 1/1.3-inch CMOS sensor, camera and input components, such as buttons (collectively forming "data capture circuitry"), for example, Shutter/Record Button, to capture images and record videos. |

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button
2. Front Touchscreen
3. Lens
4. Status LED I
5. Microphone I
6. Color Temperature Photo Sensor
7. Microphone II
8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

## Button Features



**Shutter/Record Button**

• Press once: take a photo or start/stop recording.

• Press and hold when powered off: power on quickly and begin shooting. The shooting mode will depend on the SnapShot settings. After shooting, the camera will automatically power off if left idle for three seconds.

Source:

https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 11

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

**Camera**

| Sensor | 1/1.3-inch CMOS |
|--------|-----------------|
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |

Source: https://www.dji.com/osmo-action-4/specs



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.4] said first processor configured to acquire new-data using the data capture circuitry, wherein the new-data is data acquired after the short-range paired wireless connection between the short-range wireless | Defendant provides said first processor configured to acquire new-data using the data capture circuitry, wherein the new-data is data acquired after the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone is established.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the "short-range paired wireless connection" is established between the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app and Osmo Action 4 ("short-range wireless enabled data capture device"), Osmo Action 4 utilizes its built-in cameras and sensors to capture |

| enabled data capture device and the short-range wireless enabled cellular phone is established; | images and record videos through the Shutter/ Record Button (collectively "data capture circuitry"). Further, the raw sensor data of the captured images and/or videos ("acquire new-data") are processed to adjust its aspects and apply the preset settings, and then sent to DJI Mimo app on the mobile device. |
|---|---|

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

Osmo Action 4 captures images/videos after established the paired connection with the mobile device running DJI Mimo app.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷, and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button

2. Front Touchscreen

3. Lens

4. Status LED I

5. Microphone I

6. Color Temperature Photo Sensor

7. Microphone II

8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 📷, and follow the instructions to activate Osmo Action 4.

☼:  • If there is a problem when connecting to DJI Mimo, follow the steps below.
   a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.
   b. Make sure the DJI Mimo app has the latest firmware version.
   c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Video

**Basic Mode**

FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.

2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.

3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.

4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

• Exposure: Auto and Manual modes are available.

Osmo Action 4 processes the raw sensor data of the videos.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

Photo

**Basic Mode**

The FOV can be adjusted.

FOV: the FOV can be set to Standard (Dewarp) or Wide.

**PRO Mode**

Exposure, White Balance, FOV, and Format are available.

1. Exposure: Auto and Manual modes are available.

2. White Balance: Auto and Manual modes are available.

3. FOV: the parameters are same with Basic Mode.

4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Osmo Action 4 processes the raw sensor data of the captured image.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [13.5] said first processor further configured to store the new-data in the first memory device; | Defendant provides the first processor further configured to store the new-data in the first memory device. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after the short range paired wireless connection is established, Osmo Action 4 captures videos and/or images of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-data") according to the pre-set settings and aspects, and stores it on the microSD card. |



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Video

**Basic Mode**

FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.
2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.
3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.
4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

• Exposure: Auto and Manual modes are available.

Osmo Action 4 processes the captured videos.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

Photo

**Basic Mode**

The FOV can be adjusted.

FOV: the FOV can be set to Standard (Dewarp) or Wide.

**PRO Mode**

Exposure, White Balance, FOV, and Format are available.

Osmo Action 4 processes the captured images.

1. Exposure: Auto and Manual modes are available.
2. White Balance: Auto and Manual modes are available.
3. FOV: the parameters are same with Basic Mode.
4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

**Where is the footage saved in Osmo Action 4?**

The footage is saved to the microSD card inserted into Osmo Action 4.

Source: https://www.dji.com/osmo-action-4/faq

| Supported SD Cards | microSD (up to 512 GB) |
|---|---|
| Recommended microSD Cards | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Osmo Action 4 stores images and videos in the microSD card.

Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:06 and 0:07 (annotated)



Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [13.6] said processor further configured to create a new-data object, wherein the new-data object comprises: | Defendant provides said processor further configured to create a new-data object, wherein the new-data object comprises: signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer; the acquired new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

| | |
|---|---|
| signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer;<br>the acquired new-data; and | For example, after the paired wireless connection is established, Osmo Action 4 captures the images and videos of the surroundings, and sends the captured images and videos ("acquired new-data"), its metadata, and a signal for acquiring the new-data (collectively referred as "new-data object") to the mobile device through the short-range paired wireless connection. The mobile device running DJI Mimo app receive files in the form of signal notification that corresponds to data such as the captured images and videos by Osmo Action 4.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed receives the event notification signal and acquires the new data (captured images and videos) associated with it. The mobile device and Osmo Action 4 utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Osmo Action 4), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*          Bluetooth®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page 1734 and 1735

### 3.4.7.1 Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.

Figure 2.3: Attribute Protocol PDU

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 29.3  RegisterNotification



Figure 29.4: Example of using RegisterNotification

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11   CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

Register Notification command

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | Packet Type (0x0) | | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |
| 14 | | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21  Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4  -  11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:    https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
|---|---|
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

Table 3.11: Client Characteristic Configuration bit field definition

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13  Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.7] associated new-data, wherein the associated new-data corresponds to data associated with the new-data; and | Defendant provides processor configured to create a new-data object, wherein the new-data object comprises: associated new-data, wherein the associated new-data corresponds to data associated with the new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 captures the images and videos of the surroundings, and sends the captured images and videos ("new-data"), along with its metadata ("data associated with the new-data"), such as the image's exposure parameter, location and posture, to the mobile device through the short-range paired wireless connection.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol.<br><br>**2.2 Media Files and Metadata**<br><br>Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.<br><br>Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.<br><br>Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6 |

## Camera

| Sensor | 1/1.3-inch CMOS |
|---|---|
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| ISO Range | Photo: 100-12800<br>Video: 100-12800 |
| Electronic Shutter Speed | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| Max Photo Resolution | 3648×2736 |
| Zoom | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| Still Photography Modes | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| Standard Recording | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

| | |
|---|---|
| | Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735 |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.8] said first processor further configured to receive a data transfer request from the short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the acquired new-data that was acquired by the short-range wireless enabled data capture device before receiving the data transfer request; and | Defendant provides a first processor further configured to receive a data transfer request from the short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the acquired new-data that was acquired by the short-range wireless enabled data capture device before receiving the data transfer request.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after "short-range paired wireless connection" is established, Osmo Action 4 capture images and videos ("new-data") of its surroundings. The mobile device running DJI Mimo app send polling request ("data transfer request") to Osmo Action 4. Therefore, Osmo Action 4, upon information and belief, receives a data transfer request from the mobile device ("short-range wireless enabled cellular phone"), over the established connection to transfer the captured images and videos.<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request to an Access Point (AP) (short-range wireless enabled data capture device) using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-data") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Osmo Action 4 receives the data transfer request from the mobile device, running DJI Mimo app.<br><br>Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request operation when a client wants to obtain data from the server. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
  ⊟ Flags: 0x26
      .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
      .... .1.. = More Fragments: More fragments follow
      .... 0... = Retry: Frame is not being retransmitted
      ...0 .... = PWR MGT: STA will stay up
      ..1. .... = More Data: Data is buffered for STA at AP
      .0.. .... = Protected flag: Data is not protected
      0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source:  https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, at Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

* *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

* *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

* *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel


configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

| | |
|---|---|
| | Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.9] said first processor configured to transfer the new-data object to the short-range wireless enabled cellular phone over the established short-range paired wireless connection; | Defendant provides the  said first processor configured to transfer the new-data object to the short-range wireless enabled cellular phone over the established short-range paired wireless connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established between the devices, Osmo Action 4 processes and automatically transfers the captured images and videos ("new-data") along with the metadata and the signal to notify that the new-data was acquired (collectively "new-data object") to the mobile device ("short-range wireless enabled cellular phone") through the established paired connection in an encrypted form. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷, and follow the instructions to activate Osmo Action 4.

Osmo Action 4 requires establishing the paired connection with the mobile device running DJI Mimo app.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Enable Wi-Fi and bluetooth on the mobile device

Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

| | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame. |
| --- | --- |
| | Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78 |

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

• *Length: 2 octets (16 bits)*

Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

• *Channel ID: 2 octets*

The channel ID (CID) identifies the destination channel endpoint of the packet.

• *Information payload: 0 to 65535 octets*

This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [13.10] a mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when executed by a second processor of the short- | Defendant provides a mobile client application for the short-range wireless enabled cellular phone comprising executable instructions, executable by a second processor.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Mimo app ("mobile client application") is installed on the mobile device ("short-range wireless enabled cellular phone") that provides the functionality to display the images and videos captured by Osmo Action 4. DJI Mimo app utilizes the processor and the short-range wireless communication device of the |

| range wireless enabled cellular phone controls the second processor to: | mobile device to receive and download the captured images and videos, and upload them to social media, such as SkyPixel. |
| --- | --- |

## DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

**Download the DJI Mimo App** ——— Mobile client application

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60

 iOS 12.0 or above     Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23 (annotated)

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ↓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source: https://www.dji.com/downloads/djiapp/dji-mimo



**DJI Mimo**

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**
Requires Android 9.0 or above.

**Recommended Models**

Compatible with: Huawei Mate 50 pro，Huawei Mate 50，Huawei Mate 40 pro+，Huawei Mate 40 pro，Huawei Mate 40，Huawei P60，Huawei P50 Pro，Huawei P50，HONOR Magic 5 pro，HONOR Magic 4，HONOR Magic 3，HONOR 80 Pro，Galaxy S23 Ultra，Galaxy S22 Ultra，Galaxy S22，Galaxy S20 Ultra，Galaxy S20+，Galaxy S20，Galaxy Z Flip 4，Galaxy Note 20 Ultra，Xiaomi 13 Ultra，Xiaomi 13 Pro，Xiaomi 12 Pro，Xiaomi 12x，Xiaomi 11 Ultra，Xiaomi 11 Pro，Xiaomi 11，Xiaomi 10 Pro，Xiaomi 10，mix4，Redmi K60 Pro，Redmi K40 Pro，OPPO Find X6 Pro，OPPO Find X5 Pro，OPPO Find X2 Pro，OPPO Find N，OPPO Reno6 Pro+ 5G（Qualcomm Snapdragon），OPPO Reno5 Pro+5G（Qualcomm Snapdragon），OnePlus 11，OnePlus 10 Pro，OnePlus 9 Pro，OnePlus 8 Pro，VIVO X90 Pro +，VIVO X90 Pro，VIVO X80 Pro，VIVO X80，VIVO X70 Pro，VIVO X60 Pro，VIVO X30 Pro，iQOO 10 Pro.
Below Android 8.0, please click to download

\* After the APK is downloaded in the browser, please find the installation package in the download list and manually click to install.
\* Support for additional devices available as testing and development continues, Please refer to the Mimo app product page for information regarding compatibility with specific devices.
\* When the Android version prompts that it cannot be installed or fails to install, please uninstall the original Android application and reinstall the new version.

**Supported Products**

Osmo Pocket    Osmo Action    Osmo Mobile 3    DJI OM 4    DJI Pocket 2    DJI OM 4 SE    DJI OM 5

DJI Action 2    Osmo Action 3    Osmo Mobile 6    Osmo Mobile SE    Osmo Action 4    Osmo Pocket 3

Osmo Action 5 Pro    DJI Mic Mini    Osmo Mobile 7 Series

Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

▣ **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▣ **Album:** manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24



DJI Mimo app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [13.11] receive a request through a graphical user interface (GUI) of the cryptographically authenticated short-range wireless enabled cellular phone for new-data and send a data transfer request to the short-range wireless enabled data capture device, over the established short-range paired wireless connection, wherein the data transfer request is for the acquired new-data that was acquired by the short-range wireless enabled data capture device before receiving the data transfer request; | Defendant provides a mobile client application that receive a request through a graphical user interface (GUI) of the cryptographically authenticated short-range wireless enabled cellular phone for new-data and send a data transfer request to the short-range wireless enabled data capture device, over the established short-range paired wireless connection, wherein the data transfer request is for the acquired new-data that was acquired by the short-range wireless enabled data capture device before receiving the data transfer request. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the mobile device ("short-range wireless enabled cellular phone") contains a graphical user interface ("GUI") which allows a user to access DJI Mimo app and download the captured images and videos. DJI Mimo app provides a functionality to remotely control operations on Osmo Action 4 ("short-range wireless enabled data capture device"). For example, after establishing the "short-range paired wireless connection" between the mobile device and Osmo Action 4, a live preview of the video being recorded on Osmo Action 4 is displayed on the mobile device running DJI Mimo app. By clicking a button on the interface ("request through a graphical user interface (GUI)") of the mobile device, an image is captured ("new-data") and saved by Osmo Action 4. |
| | Further, as is inherent to how Bluetooth and Wi-Fi standards work, upon information and belief, the mobile device running DJI Mimo app sends the data transfer request to Osmo Action 4 to transmit the captured image ("acquired new-data") over the established short-range paired wireless connection. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60

 iOS 12.0 or above     Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/mimo

Graphical user interface (GUI) provided in the cryptographically authenticated cellular phone.



## Live Preview & Remote Control

Connect your Osmo Pocket or Osmo Action series devices for real-time preview and remote control. Effortlessly adjust camera settings and fine-tune your composition, unleashing pro-level creativity.

Clicking a button on the interface ("request through a graphical user interface (GUI)") of the mobile device, an image is captured ("new-data") by Osmo Action 4.

Source: https://www.dji.com/global/mimo (annotated)



Live-preview of the video being recorded by Osmo Action 4 on DJI Mimo app.

Source: DJI Mimo app interface as see by a typical user on an Android device (annotated).



Clicking on the button prompts Osmo Action 4 to capture the video.

Source: DJI Mimo app interface as see by a typical user on an Android device (annotated).



Captured video transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as see by a typical user on an Android device (annotated).



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
  ⊟ Flags: 0x26
      .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
      .... .1.. = More Fragments: More fragments follow
      .... 0... = Retry: Frame is not being retransmitted
      ...0 .... = PWR MGT: STA will stay up
      ..1. .... = More Data: Data is buffered for STA at AP
      .0.. .... = Protected flag: Data is not protected
      0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

| | |
|---|---|
| | Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient |
| | Source: https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, at Page 116 |
| | Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server. |
| | Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client. |
| | Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html |
| | The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes. |
| | Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.12] receive the new-data object from the short-range wireless enabled data capture device, over the established short-range paired wireless connection; store the new-data received over the established short-range paired wireless | Defendant provides mobile client application that receive the new-data object from the short-range wireless enabled data capture device, over the established short-range paired wireless connection; store the new-data received over the established short-range paired wireless connection, in a second memory device of the short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the short-range paired wireless connection is established between the mobile device and Osmo Action 4, Osmo Action 4 processes and transfers the captured images and videos ("new-data") along with the metadata and the signal to notify that the new-data was acquired (collectively "new-data object") to the mobile device through the established paired connection in an encrypted form. Further, the mobile device |

| | |
|---|---|
| connection, in a second memory device of the short-range wireless enabled cellular phone; and | contains a memory that stores DJI Mimo app and information related to it. DJI Mimo app provides a functionality to download the received new-data (i.e., shared images and video files) in the memory of the mobile device.<br><br>### Activating Osmo Action 4<br><br>The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.<br><br>1. Press and hold the Quick Switch Button to power on.<br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br>3. Launch DJI Mimo, tap [◎] , and follow the instructions to activate Osmo Action 4.<br><br><br><br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 |



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)

Lauch DJI Mimo and enter the home screen.



Device: tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

Academy: tap to watch tutorials and view manuals.

AI Editor: provides several templates for editing photos or videos.

Home: tap to return to the home screen.

Album: manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Enable Wi-Fi and bluetooth on the mobile device

Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.
Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

| | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame. |
| --- | --- |
| | Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78 |

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

    Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

    The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

    This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

### 3.4.7.1 Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [13.13] use HTTP to upload the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to | Defendant provides mobile client application that use HTTP to upload the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption.

This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption. | For example, DJI Mimo app ("mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone"), utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-data") on social media sites, such as SkyPixel ("data publishing website"). DJI Mimo app uses user credentials, such as a username and password ("user information"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. |
| --- | --- |
| | Further, the mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a cellular data network. DJI Mimo app uses the established internet connection to enable functions such as uploading image and video data to social media sites such as SkyPixel. Further, SkyPixel ("user data publishing website") includes a functionality to post content (captured images and/or video) as private ("to publish the new-data for private consumption"), so that the posted content remains accessible only to the user's account. |



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click
⤓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo
to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.

## DJI Mimo App Home Screen

Lauch DJI Mimo and enter the home screen.



⊙ **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

🖼 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

⊡ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:

https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24



Source: DJI Mimo app interface, as seen by a typical user on an Android device. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.



Toggle button to switch posting content from Public to Private.

Source: DJI Mimo app interface, as seen by a typical user on an Android device. (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device.



Source: DJI Mimo app interface, as seen by a typical user on an Android device.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data ( `com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/
(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [14] The system of claim 13, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi | Defendant provides the system of claim 13, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.

This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| paired wireless connection, and other wireless personal area networking technologies that use pairing. | For example, Osmo Action 4 connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilising Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection".<br><br>**Connecting to the DJI Mimo App**<br><br>1. Power on Osmo Action 4.<br><br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br><br>3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.<br><br>☼  • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>    b. Make sure the DJI Mimo app has the latest firmware version.<br>    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.<br><br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23 |



Source: https://www.dji.com/mimo



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷, and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



The mobile device supports Wi-Fi and Bluetooth functionality.

Enable Wi-Fi and bluetooth on the mobile device

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [15] The system of claim 13, wherein the new-data comprises one or more of audio data, video data, image data, text data, | Defendant provides the system of claim 13, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

| digital data, and data associated with the new-data. | For example, after a paired wireless connection is established between the mobile device on which DJI Mimo app is installed and Osmo Action 4, Osmo Action 4 transmits the captured images ("image data") and videos ("video data") to DJI Mimo app, along with a signal notification.<br><br><br><br>Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651 |



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Captured images and videos

Source: DJI Mimo app interface as see by a typical user on an Android device (annotated).



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

to view the materials shot by Action 4

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

| | Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5 <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| --- | --- |

## 2. References

1. https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651, last accessed on July 18, 2025
2. https://www.dji.com/osmo-action-4/video, last accessed on July 18, 2025
3. https://www.dji.com/osmo-action-4/specs, last accessed on July 18, 2025
4. https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, last accessed on July 18, 2025
5. https://www.dji.com/mimo, last accessed on July 18, 2025
6. https://www.dji.com/downloads/djiapp/dji-mimo, last accessed on July 18, 2025
7. https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, last accessed on July 18, 2025
8. https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf, last accessed on July 18, 2025
9. https://www.youtube.com/watch?v=YzpZ9x9PI68, last accessed on July 18, 2025
10. https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review, last accessed on July 18, 2025
11. https://www.avg.com/en/signal/what-is-wpa2, last accessed on July 18, 2025
12. http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, last accessed on July 18, 2025
13. https://ieeexplore.ieee.org/document/6687187, last accessed on July 18, 2025
14. https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, last accessed on July 18, 2025
15. https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, last accessed on July 18, 2025
16. https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, last accessed on July 18, 2025
17. https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web, last accessed on July 18, 2025
18. https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1, last accessed on July 18, 2025
19. https://developer.android.com/develop/connectivity/bluetooth, last accessed on July 18, 2025
20. https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/, last accessed on July 18, 2025
21. https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/, last accessed on July 18, 2025
22. https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, last accessed on July 18, 2025
23. https://www.dji.com/support/product/osmo-action, last accessed on July 18, 2025
24. https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, last accessed on July 18, 2025
25. https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/, last accessed on July 18, 2025
26. https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, last accessed on July 18, 2025

27. https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, last accessed on July 18, 2025
28. https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en, last accessed on July 18, 2025
29. https://www.youtube.com/watch?v=1WKV7ZwT2KY, last accessed on July 18, 2025
30. https://riverloopsecurity.com/blog/2020/05/dji_mimo/, last accessed on July 18, 2025
31. https://www.youtube.com/watch?v=YzpZ9x9PI68, last accessed on July 18, 2025
32. https://www.apple.com/iphone-16-pro/, last accessed on July 18, 2025
33. https://www.samsung.com/us/smartphones/galaxy-s25-ultra/, last accessed on July 18, 2025
34. https://wifi-insider.com/wlan/psd.htm, last accessed on July 18, 2025
35. https://www.samsung.com/us/smartphones/galaxy-s25-ultra/, last accessed on July 18, 2025
36. https://security.dji.com/data/consumer/, last accessed on July 18, 2025
37. https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/, last accessed on July 18, 2025
38. https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, last accessed on July 18, 2025
39. https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html, last accessed on July 18, 2025
40. https://www.dji.com/global/mimo, last accessed on July 18, 2025