# U.S. Patent No. 10,425,806 V. DJI

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]     A machine-implemented method of media transfer, comprising:<br>for a digital camera device having a short-range wireless capability to connect with a cellular phone, wherein the cellular phone has access to internet over a cellular data network, performing in the digital camera device: | DJI ("Defendant") performs and/or induces others to perform a machine-implemented method of media transfer, comprising for a digital camera device having a short-range wireless capability to connect with a cellular phone, wherein the cellular phone has access to internet over a cellular data network, performing in the digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Osmo Action 4[1] ("digital camera device"), a hand-held camera device, which is equipped with approx.10MP 1/1.3-inch CMOS sensor that allows to capture images and 4K/120fps videos. Osmo Action 4 uses wireless communication mediums such as Wi-Fi and Bluetooth ("short-range") to pair with DJI Mimo app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device, which comprises a cellular network communication device designed to establish an internet connection via Wi-Fi or a cellular data network. Further, DJI Mimo app uses the established internet connection to enable functions such as uploading image and video data to social media sites, such as SkyPixel. |

---

[1] While Osmo Action 4 has been used as an exemplary infringing instrumentality, DJI's other cameras including, but not limited, to Osmo Action, Osmo Pocket 2, Osmo Action 3, Osmo Pocket 3, and Osmo Action 5 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other cameras.



"Digital camera device"

Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651
(annotated)



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Video shot on Osmo Action 4

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651

## Camera

| | |
|---|---|
| Sensor | 1/1.3-inch CMOS |
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| ISO Range | Photo: 100-12800<br>Video: 100-12800 |
| Electronic Shutter Speed | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| Max Photo Resolution | 3648×2736 |
| Zoom | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| Still Photography Modes | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| Standard Recording | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

10

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs

| | |
|---|---|
| Pre-Rec | Pre-Recording Duration: 5/10/15/30/60 seconds |
| Max Video Bitrate | 130 Mbps |
| Supported File System | exFAT |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🖾 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.1] establishing a short-range paired wireless connection between the digital camera device and the cellular phone, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol; | Defendant performs and/or induces others to perform the step of establishing a short-range paired wireless connection between the digital camera device and the cellular phone, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Osmo Action 4 ("digital camera device") connects with the mobile device ("cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection".

Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Osmo Action 4 uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.

Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap ⬡ , and follow the instructions to activate Osmo Action 4.

---

☼ • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

---

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🔲, and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



The mobile device supports Wi-Fi and Bluetooth functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

34

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

### 4.3.4.3 Robust security network association (RSNA)

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240

36



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ∗ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ › **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

41



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



Figure 4.14: Numeric comparison authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17:  Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ## Encryption key size control enhancements<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br><br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] acquiring new-media, wherein the new-media comprises one or more of video data and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection between the | Defendant performs and/or induces others to perform the step of acquiring new-media, wherein the new-media comprises one or more of video data and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection between the digital camera device and the cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established between the mobile device ("cellular phone") running DJI Mimo app and Osmo Action 4 ("digital camera device"), Osmo Action 4 utilizes its built-in cameras and sensors to capture images ("image data") and record videos ("video data") ("acquiring new-media") of the surroundings, and transmit it to the mobile device. |

| | |
|---|---|
| digital camera device and the cellular phone; | ## Activating Osmo Action 4<br><br>The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.<br><br>1. Press and hold the Quick Switch Button to power on.<br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br>3. Launch DJI Mimo, tap ⬚, and follow the instructions to activate Osmo Action 4.<br><br>Osmo Action 4 captures images/videos after established the paired connection with the mobile device running DJI Mimo app.<br><br><br><br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated) |

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button

2. Front Touchscreen

3. Lens

4. Status LED I

5. Microphone I

6. Color Temperature Photo Sensor

7. Microphone II

8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

49



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap ⬚, and follow the instructions to activate Osmo Action 4.

───────────────────────────────────────────

💡  • If there is a problem when connecting to DJI Mimo, follow the steps below.

   a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

   b. Make sure the DJI Mimo app has the latest firmware version.

   c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

| | Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [1.3] creating a new-media file using the acquired new-media; | Defendant performs and/or induces others to perform the step of creating a new-media file using the acquired new-media.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the paired wireless connection is established, Osmo Action 4 captures the images or videos of the surroundings, and sends the captured images and videos ("acquired new-media"), in a single file format, such as JPEG, or MP4 ("new-media file") to the mobile device through established connection. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap [⬚] , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

| Supported File System | exFAT |
| --- | --- |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

| | |
|---|---|
| | Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4] storing the created new-media file in a memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file; | Defendant performs and/or induces others to perform the step of storing the created new-media file in a memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short range paired wireless connection is established, Osmo Action 4 ("digital camera device") captures videos and/or images of the surroundings. Osmo Action 4 processes the captured videos and/or images in JPEG or MP4 file format and stores them on the microSD card ("storing the created new-media file"). Further, throughout the entire capturing, processing, and storing process, the paired wireless connection remains active between the mobile device and Osmo Action 4.<br><br>**Where is the footage saved in Osmo Action 4?**<br><br>The footage is saved to the microSD card inserted into Osmo Action 4.<br><br>Source: https://www.dji.com/osmo-action-4/faq<br><br>| Supported File System | exFAT |<br>| Photo Format | JPEG/RAW |<br>| Video Format | MP4 (H.264/HEVC) |<br><br>Source: https://www.dji.com/osmo-action-4/specs |

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

| Supported SD Cards | microSD (up to 512 GB) |
|---|---|
| Recommended microSD Cards | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Osmo Action 4 stores images and videos in the microSD card.

Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:06 and 0:07 (annotated)



Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.5] receiving a data transfer request initiated by a mobile software application on the | Defendant performs and/or induces others to perform the step of receiving a data transfer request initiated by a mobile software application on the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request. |

| | |
|---|---|
| cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request; and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after "short-range paired wireless connection" is established, Osmo Action 4 capture images and videos ("new media") of its surroundings. The mobile device running DJI Mimo app ("mobile software application") send polling request ("data transfer request") to Osmo Action 4. Therefore, Osmo Action 4, upon information and belief, receives a data transfer request from the mobile device ("cellular phone"), over the established connection to transfer the "new-media file".<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("cellular phone") send a polling request to an Access Point (AP) (short-range wireless enabled digital camera device) using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-media") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Osmo Action 4 receives the data transfer request from the mobile device, running DJI Mimo app.<br><br>Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request ("data transfer request") operation when a client wants to obtain data from the server. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60



iOS 12.0 or above



Android 8.0 or above

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

71



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🔘 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

to view the materials shot by Action 4

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

| Supported File System | exFAT |
|---|---|
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
    ⊟ Flags: 0x26
        .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
        .... .1.. = More Fragments: More fragments follow
        .... 0... = Retry: Frame is not being retransmitted
        ...0 .... = PWR MGT: STA will stay up
        ..1. .... = More Data: Data is buffered for STA at AP
        .0.. .... = Protected flag: Data is not protected
        0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
  ⊟ [Malformed Packet: IEEE 802.11]
    ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
        [Malformed Packet (Exception occurred)]
        [Severity level: Error]
        [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source:  https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, at Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

• *Length: 2 octets (16 bits)*

   Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

• *Channel ID: 2 octets*

   The channel ID (CID) identifies the destination channel endpoint of the packet.

• *Information payload: 0 to 65535 octets*

   This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

| | |
|---|---|
| | BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735<br><br>_Logical Link Control and Adaptation Protocol Specification_    **Bluetooth**®<br><br>configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).<br><br>Source:   https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.6]   transferring   the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone,   over   the established   short-range paired   wireless connection, wherein the mobile   software application   on   the cryptographically authenticated short-range wireless enabled cellular phone is configured to receive   the   new-media file, | Defendant performs and/or induces others to perform the step of transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to receive the new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established, Osmo Action 4 processes and automatically transfers the "new-media file" to the mobile device ("short-range wireless enabled cellular phone") through the established paired connection in an encrypted form.<br><br>Further, Osmo Action 4 and the mobile device on which DJI Mimo app ("mobile software application") is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Osmo Action 4 such that the paired connection is established. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

Osmo Action 4 requires establishing the paired connection with the mobile device running DJI Mimo app.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source:                                                                 https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.
Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.
Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.7] wherein the cryptographically authenticated short-range wireless enabled cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated short-range wireless enabled cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file, | Defendant performs and/or induces others to perform the step of transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, wherein the cryptographically authenticated short-range wireless enabled cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated short-range wireless enabled cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the "new-media file" is transferred to the mobile device via the short-range paired wireless connection, DJI Mimo app provides a functionality to download the received new-media file (i.e., shared images and video files) into the memory of the mobile device ("short-range wireless enabled cellular phone"). |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60

 iOS 12.0 or above

 Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

98

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🖸 , and follow the instructions to activate Osmo Action 4.

Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



to download the materials to your mobile device

DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)

Lauch DJI Mimo and enter the home screen.



**Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.8] wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-media file and user information to a user media publishing website over the cellular data network, wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file | Defendant performs and/or induces others to perform the step of transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-media file and user information to a user media publishing website over the cellular data network, wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Mimo app ("mobile software application") installed on the mobile device ("cryptographically authenticated cellular phone"), utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured image file and video file ("new-media file") to social media sites, such as SkyPixel ("media publishing website"). The mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a cellular data network. DJI Mimo app uses the established internet connection to enable functions such as uploading image and video data to social media sites, such as SkyPixel. Further, DJI Mimo app uses user credentials, such as a username and password ("user information"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to social media sites, such as SkyPixel. |

110



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ↓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.

**DJI Mimo App Home Screen**

Lauch DJI Mimo and enter the home screen.



🔲 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

🖥 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

🖼 **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



| | |
|---|---|
| | # How We Store Our Data <br><br> Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S. <br><br> Source: https://security.dji.com/data/consumer/ <br><br> In other parts of the DJI Mimo app, communications data (`com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State. <br><br> Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/ <br> (Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).) <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.9] wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular | Defendant performs and/or induces others to perform the step of transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is further configured to provide a touch based graphical user interface in the cryptographically authenticated short-range wireless enabled cellular phone, wherein the touch based graphical user interface is for the received new-media |

| | |
|---|---|
| phone is further configured to provide a touch based graphical user interface in the cryptographically authenticated short-range wireless enabled cellular phone, wherein the touch based graphical user interface is for the received new-media file, wherein the touch based graphical user interface is configured to receive input to delete the created new-media file, and wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file. | file, wherein the touch based graphical user interface is configured to receive input to delete the created new-media file, and wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the mobile device ("short-range wireless enabled cellular phone") contains a touch based graphical user interface ("GUI") which allows the user to access the captured image file and video file ("new-media file") from the DJI Mimo app ("mobile software application"). Further, DJI Mimo app provides feature to delete the received image and/or video by clicking on the trash icon. Furthermore, DJI Mimo app enables user to post captured images and/or videos on a selected social media site such as SkyPixel ("touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file"). |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60



iOS 12.0 or above



Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

126



Source: https://www.dji.com/mimo



Touch based graphical user interface (GUI) provided in the mobile device.

Source: https://www.dji.com/mimo



Trash icon on the GUI provided by the mobile device deletes the captured image and/or video.

Source: DJI Mimo app interface as see by a typical user on an Android device (annotated).



DJI Mimo app provides a feature to delete the received images/video.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Interface to select the media publishing website, such as, SkyPixel, for uploading the received new-media file.

Source: DJI Mimo app interface, as seen by a typical user on an Android device.



Interface to select the media publishing website, such as, SkyPixel, for uploading the received new-media file.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [2.P] The machine implemented method of claim 1, further comprising, performing in the digital camera device:<br>creating an associated file, wherein the associated file comprises data associated with the new-media;<br>storing the associated file in the memory of the digital camera device; and | Defendant performs and/or induces others to perform the machine implemented method of claim 1, further comprising, performing in the digital camera device, creating an associated file, wherein the associated file comprises data associated with the new-media and storing the associated file in the memory of the digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the paired wireless connection is established, Osmo Action 4 captures the images and videos of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-media") creates a metadata file ("associated file") based on the parameters, such as the image's exposure parameter, location, and posture ("data associated with the new-media"). The metadata is stored along the captured videos and/or images on the microSD card installed in Osmo Action 4.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. |

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file.

Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source:                                                                                        https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip,  Part 1, at Page 6

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

<table>
<tr><td></td><td>


Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td></tr>
<tr><td>

[2.1] transferring the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the

</td><td>

Defendant performs and/or induces others to perform a method of transferring the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to receive the associated file and store the received associated file in the memory of the cryptographically authenticated short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after capturing the images and videos, Osmo Action 4 stores the captured image files and video files ("new-media file") along with its metadata ("associated file"). Further, the new-media file and its metadata

</td></tr>
</table>

| | |
|---|---|
| cryptographically authenticated short-range wireless enabled cellular phone is configured to receive the associated file and store the received associated file in the memory of the cryptographically authenticated short-range wireless enabled cellular phone. | is transferred to the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app ("mobile software application") through the established "short-range paired wireless connection" in an encrypted form. Once the mobile device receives the new-media file along with metadata, DJI Mimo app enables the user to access and download the captured content.<br><br>Further, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Osmo Action 4 such that the paired connection is established.<br><br><br><br>Source:<br>https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated) |



Source: https://www.dji.com/mimo



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app provides a feature to download the received images/video.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Connection

| | |
|---|---|
| Wi-Fi Operating Frequency | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| Wi-Fi Protocol | 802.11 a/b/g/n/ac |
| Wi-Fi Transmitter Power (EIRP) | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| Bluetooth Operating Frequency | 2.400-2.4835 GHz |
| Bluetooth Transmit Power (EIRP) | <3 dBm |
| Bluetooth Protocol | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

| | |
|---|---|
| | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br><br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [3] The machine-implemented method of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Defendant performs and/or induces others to perform the machine-implemented method of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing.<br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form a "short-range paired wireless connection".<br><br>## Connecting to the DJI Mimo App<br><br>1. Power on Osmo Action 4.<br><br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br><br>3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.<br><br>☀ • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>　　a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>　　b. Make sure the DJI Mimo app has the latest firmware version.<br>　　c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords. |

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)

149

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap ⌷ , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10

150



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.P]    A    short-range wireless enabled digital camera    device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a short-range wireless enabled digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

For example, Defendant provides Osmo Action 4[2] ("short-range wireless enabled digital camera device"), a hand-held camera device, which is equipped with approx.10MP 1/1.3-inch CMOS sensor that allows to capture images and 4K/120fps videos. Osmo Action 4 uses wireless communication mediums such as Wi-Fi and Bluetooth ("short-range") to pair with DJI Mimo app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device.



"short-range wireless enabled digital camera"

Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651
(annotated)

---

[2] While Osmo Action 4 has been used as an exemplary infringing instrumentality, DJI's other cameras including, but not limited, to Osmo Action, Osmo Pocket 2, Osmo Action 3, Osmo Pocket 3, and Osmo Action 5 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other cameras.



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651

# Camera

| | |
|---|---|
| Sensor | 1/1.3-inch CMOS |
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| ISO Range | Photo: 100-12800<br>Video: 100-12800 |
| Electronic Shutter Speed | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| Max Photo Resolution | 3648×2736 |
| Zoom | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| Still Photography Modes | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| Standard Recording | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs

| | |
|---|---|
| Pre-Rec | Pre-Recording Duration: 5/10/15/30/60 seconds |
| Max Video Bitrate | 130 Mbps |
| Supported File System | exFAT |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap ⬡ , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



### DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**
Requires Android 9.0 or above.

**Recommended Models**

Compatible with: Huawei Mate 50 pro、Huawei Mate 50、Huawei Mate 40 pro+、Huawei Mate 40 pro、Huawei Mate 40、Huawei P60、Huawei P50 Pro、Huawei P50、HONOR Magic 5 pro、HONOR Magic 4、HONOR Magic 3、HONOR 80 Pro、Galaxy S23 Ultra、Galaxy S22 Ultra、Galaxy S22、Galaxy S20 Ultra、Galaxy S20+、Galaxy S20、Galaxy Z Flip 4、Galaxy Note 20 Ultra、Xiaomi 13 Ultra、Xiaomi 13 Pro、Xiaomi 12 Pro、Xiaomi 12x、Xiaomi 11 Ultra、Xiaomi 11 Pro、Xiaomi 11、Xiaomi 10 Pro、Xiaomi 10、mix4、Redmi K60 Pro、Redmi K40 Pro、OPPO Find X6 Pro、OPPO Find X5 Pro、OPPO Find X2 Pro、OPPO Find N、OPPO Reno6 Pro+ 5G（Qualcomm Snapdragon）、OPPO Reno5 Pro+5G（Qualcomm Snapdragon）、OnePlus 11、OnePlus 10 Pro、OnePlus 9 Pro、OnePlus 8 Pro、VIVO X90 Pro +、VIVO X90 Pro、VIVO X80 Pro、VIVO X80、VIVO X70 Pro、VIVO X60 Pro、VIVO X30 Pro、iQOO 10 Pro.
Below Android 8.0, please click to download

* After the APK is downloaded in the browser, please find the installation package in the download list and manually click to install.
* Support for additional devices available as testing and development continues, Please refer to the Mimo app product page for information regarding compatibility with specific devices.
* When the Android version prompts that it cannot be installed or fails to install, please uninstall the original Android application and reinstall the new version.

**Supported Products**

Osmo Pocket | Osmo Action | Osmo Mobile 3 | DJI OM 4 | DJI Pocket 2 | DJI OM 4 SE | DJI OM 5

DJI Action 2 | Osmo Action 3 | Osmo Mobile 6 | Osmo Mobile SE | Osmo Action 4 | Osmo Pocket 3

Osmo Action 5 Pro | DJI Mic Mini | Osmo Mobile 7 Series

Source: https://www.dji.com/downloads/djiapp/dji-mimo

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.1] a memory; a processor coupled to said memory; | Defendant provides a memory and a processor coupled to said memory

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Osmo Action 4 contains external microSD card ("a memory device") up to 512GB, which is coupled to a processor ("processor"). Osmo Action 4 processes raw sensor data to adjust the aspects of the captured image and/or video, including, but not limited to, exposure, color, and sharpness. It also applies user-selected settings, and encodes the final output into formats such as JPEG for photos or MP4 for videos, before they are stored in the memory and transmitted to DJI Mimo app on the mobile device.

| **Supported SD Cards** | microSD (up to 512 GB) |
|---|---|
| **Recommended microSD Cards** | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs |

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Chip including Processor
and memory

Source: https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf, Page 3 (annotated)

Video

**Basic Mode**

FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.

2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.

3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.

4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

- Exposure: Auto and Manual modes are available.
- White Balance: Auto and Manual modes are available.
- Colors: Normal and D-Log M are available. D-Log M is designed for professional color grading in post-editing. In high-contrast or multi-color (e.g., garden, field, etc.) scenarios, it can enlarge the dynamic range for more color-tuning space in post-production. 10-bit color depth enables smoother color transition.
- FOV: the parameters are same with Basic Mode.
- Image Adjustment: the parameters are same with Basic Mode.
- Low-Light Image Enhancement: the parameters are same with Basic Mode.

Audio Parameters: Channel, Wind Noise Reduction, and Gain are available.

- Channel: select from Stereo or Mono.
- Wind Noise Reduction: when enabled, the camera will reduce the wind noise picked up by the built-in microphone using algorithms. Note: Wind Noise Reduction does not work when connected to the external microphone.
- When a microphone is connected, the input gain of the microphone can be adjusted.

Osmo Action 4 processes the raw sensor data of the captured video.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

175

| | |
|---|---|
| | Photo      **Basic Mode**<br><br>The FOV can be adjusted.<br><br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br><br>**PRO Mode**<br><br>Exposure, White Balance, FOV, and Format are available.<br><br>1. Exposure: Auto and Manual modes are available.<br><br>2. White Balance: Auto and Manual modes are available.<br><br>3. FOV: the parameters are same with Basic Mode.<br><br>4. Format: select the picture to be stored as JPEG or JPEG+RAW. <span style="color:red">Osmo Action 4 processes the raw sensor data of the captured image.</span> |
| | Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.2] a short-range wireless communication device configured to control the processor to establish a short-range paired wireless connection between the short-range wireless enabled digital camera device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises the | Defendant provides a short-range wireless communication device configured to control the processor to establish a short-range paired wireless connection between the short-range wireless enabled digital camera device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled digital camera device cryptographically authenticating identity of the short-range wireless enabled cellular phone; and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled digital camera device using an association protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("short-range wireless enabled digital camera device ") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, |

| | |
|---|---|
| short-range wireless enabled digital camera device cryptographically authenticating identity of the short-range wireless enabled cellular phone; and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled digital camera device using an association protocol; | a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection".<br><br>Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Osmo Action 4 uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.<br><br>Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).<br><br>## Connecting to the DJI Mimo App<br><br>1. Power on Osmo Action 4.<br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br>3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.<br><br>☼:  • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>   a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>   b. Make sure the DJI Mimo app has the latest firmware version.<br>   c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords. |

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⟨⊡⟩ , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



The mobile device supports Wi-Fi and Bluetooth functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

  a)    Data Confidentiality;
  b)    Authentication; and
  c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.
- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).
- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.
- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

194

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

### 4.3.4.3 Robust security network association (RSNA)

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240

195



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| --- | --- | --- |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.

2. Touch and hold Bluetooth ✲ .

3. Tap **Pair new device**.

   • If there's no "Pair new device," check under "Available devices" or tap More ⋮ 〉 **Refresh**.

4. To pair your device, tap the name of the Bluetooth device.

5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.

- Connect to a Bluetooth device.

- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

200



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17: Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20:  OOB authentication (P-192)*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ## Encryption key size control enhancements |
| | New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections. |
| | Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient. |
| | Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/ |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.3] a data capture circuitry; | Defendant provides a data capture circuitry. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, Osmo Action 4 contains 1/1.3-inch CMOS sensor, camera and input components, such as buttons (collectively forming "data capture circuitry"), for example, Shutter/Record Button, to capture images and record videos. |

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview



1. Shutter/Record Button
2. Front Touchscreen
3. Lens
4. Status LED I
5. Microphone I
6. Color Temperature Photo Sensor
7. Microphone II
8. USB-C Port

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

## Button Features



**Shutter/Record Button**
- Press once: take a photo or start/stop recording.
- Press and hold when powered off: power on quickly and begin shooting. The shooting mode will depend on the SnapShot settings. After shooting, the camera will automatically power off if left idle for three seconds.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 11

| | Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3 |
|---|---|
| | **Camera**<br><br>| Sensor | 1/1.3-inch CMOS |<br>| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |<br><br>Source: https://www.dji.com/osmo-action-4/specs |



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



you can short press to take a photo or start recording

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.4] said processor configured to acquire new-media in the short-range wireless enabled digital camera device using the data capture circuitry, wherein the new-media comprises one or more of video data | Defendant provides processor configured to acquire new-media in the short-range wireless enabled digital camera device using the data capture circuitry, wherein the new-media comprises one or more of video data and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection between the short-range wireless enabled digital camera device and the short-range wireless enabled cellular phone;

This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection between the short-range wireless enabled digital camera device and the short-range wireless enabled cellular phone; | For example, after the "short-range paired wireless connection" is established between the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app and Osmo Action 4 ("short-range wireless enabled digital camera device"), Osmo Action 4 utilizes its built-in cameras and sensors to capture images and record videos through the Shutter/ Record Button (collectively "data capture circuitry"). Further, the raw sensor data of the captured images and/or videos ("new-media is acquired after establishing the short-range paired wireless connection") are processed to adjust its aspects and apply the preset settings, and then sent to DJI Mimo app on the mobile device. |
|---|---|

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⬡, and follow the instructions to activate Osmo Action 4.

Osmo Action 4 captures images/videos after established the paired connection with the mobile device running DJI Mimo app.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button
2. Front Touchscreen
3. Lens
4. Status LED I
5. Microphone I
6. Color Temperature Photo Sensor
7. Microphone II
8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

213



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap ⌂, and follow the instructions to activate Osmo Action 4.

---

☀ • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Video

**Basic Mode**

FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.

2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.

3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.

4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

• Exposure: Auto and Manual modes are available.

**Osmo Action 4 processes the raw sensor data of the captured videos.**

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

Photo

**Basic Mode**

The FOV can be adjusted.

FOV: the FOV can be set to Standard (Dewarp) or Wide.

**PRO Mode**

Exposure, White Balance, FOV, and Format are available.

**Osmo Action 4 processes the raw sensor data of the captured images.**

1. Exposure: Auto and Manual modes are available.

2. White Balance: Auto and Manual modes are available.

3. FOV: the parameters are same with Basic Mode.

4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Video ("new-media") shot on Osmo Action 4.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.5] said processor configured to create a new-media file using the acquired new-media; | Defendant provides a said processor configured to create a new-media file using the acquired new-media. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, after the paired wireless connection is established, Osmo Action 4 captures the images or videos of the surroundings, and sends the captured images and videos ("acquired new-media"), in a single file format, such as JPEG, or MP4 ("new-media file") to the mobile device through established connection. |

| Supported File System | exFAT |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

223

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⌖, and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

227



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.6] said processor configured to store the created new-media file in the memory of the short-range wireless enabled digital camera device, wherein the established short-range paired | Defendant provides processor configured to store the created new-media file in the memory of the short-range wireless enabled digital camera device, wherein the established short-range paired wireless connection between the short-range wireless enabled digital camera device and the short-range wireless enabled cellular phone remains paired after storing the created new-media file;

This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| wireless connection between the short-range wireless enabled digital camera device and the short-range wireless enabled cellular phone remains paired after storing the created new-media file; | For example, after the short range paired wireless connection is established, Osmo Action 4 ("short-range wireless enabled digital camera device") captures videos and/or images of the surroundings. Osmo Action 4 processes the captured videos and/or images stores the JPEG or MP4 file format ("store the created new-media file") on the microSD card. Further, throughout the entire capturing, processing, and storing process, the paired wireless connection remains active between the mobile device and Osmo Action 4. |

**Where is the footage saved in Osmo Action 4?**

The footage is saved to the microSD card inserted into Osmo Action 4.

Source: https://www.dji.com/osmo-action-4/faq

| Supported File System | exFAT |
|---|---|
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

| Supported SD Cards | microSD (up to 512 GB) |
|---|---|
| Recommended microSD Cards | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)



Osmo Action 4 stores images and videos in the microSD card.

Source:  https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:06 and 0:07 (annotated)



Source:  https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.7] said processor configured to receive a data transfer request initiated by a mobile software application on | Defendant provides processor configured to receive a data transfer request initiated by a mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the short-range wireless enabled digital camera device before receiving the data transfer request. |
|---|---|

| the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the short-range wireless enabled digital camera device before receiving the data transfer request; and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after "short-range paired wireless connection" is established, Osmo Action 4 capture images and videos ("new media") of its surroundings. The mobile device running DJI Mimo app ("mobile software application") send polling request ("data transfer request") to Osmo Action 4. Therefore, Osmo Action 4's processor, upon information and belief, receives a data transfer request from the mobile device ("short-range wireless enabled cellular phone"), over the established connection to transfer the "new media file".<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request ("data transfer request") to an Access Point (AP) (short-range wireless enabled digital camera device) using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new media") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Osmo Action 4 receives the data transfer request from the mobile device, running DJI Mimo app.<br><br>Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request ("data transfer request") operation when a client wants to obtain data from the server. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

237



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⌂, and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10

243



Source: https://www.dji.com/mimo

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

245



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

| Supported File System | exFAT |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

250

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
    ⊟ Flags: 0x26
        .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
        .... .1.. = More Fragments: More fragments follow
        .... 0... = Retry: Frame is not being retransmitted
        ...0 .... = PWR MGT: STA will stay up
        ..1. .... = More Data: Data is buffered for STA at AP
        .0.. .... = Protected flag: Data is not protected
        0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source:  https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, at Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

| | Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [4.8]  said  processor configured to transfer the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone,  over  the established  short-range paired  wireless connection, | Defendant provides processor configured to transfer the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established between the devices, Osmo Action 4 processes and automatically transfers the "new-media file" to the mobile device ("short-range wireless enabled cellular phone") through the established paired connection in an encrypted form.<br><br>Further, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Osmo Action 4 such that the paired connection is established. |



## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.

Osmo Action 4 requires establishing the paired connection with the mobile device running DJI Mimo app.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source:    https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

263

| [4.9] wherein the cryptographically authenticated short-range wireless enabled cellular phone comprises a mobile software application that when executed by a processor of the cryptographically authenticated short-range wireless enabled cellular phone is configured to control the processor of the cryptographically authenticated short-range wireless enabled cellular phone to receive the new-media file, store the received new-media file in a memory of the cryptographically authenticated short-range wireless enabled cellular phone, | Defendant performs and/or induces others to perform the step of transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, wherein the cryptographically authenticated short-range wireless enabled cellular phone comprises a mobile software application that when executed by a processor of the cryptographically authenticated short-range wireless enabled cellular phone is configured to control the processor of the cryptographically authenticated short-range wireless enabled cellular phone to receive the new-media file, store the received new-media file in a memory of the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the "new-media file" is transferred to the mobile device via the short-range paired wireless connection, DJI Mimo app provides a functionality to download the received new-media file (i.e., shared images and video files) into the memory of the mobile device ("short-range wireless enabled cellular phone"). |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

267



Source: https://www.dji.com/downloads/djiapp/dji-mimo

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow
the steps below to activate.

*Osmo Action 4 establish paired connection
with the mobile device running DJI Mimo app.*

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1
.2_en.pdf, at Page 10 (annotated)



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



to download the materials to your mobile device

DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)

275



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)





**Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.10] use HTTP to upload the received new-media file and user information to a user media publishing website over the cellular data network, wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file, and | Defendant provides said processor configured to use HTTP to upload the received new-media file and user information to a user media publishing website over the cellular data network, wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Mimo app ("mobile software application") installed on the mobile device ("short-range wireless enabled cellular phone"), utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-media") to social media sites, such as SkyPixel ("media publishing website"). The mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a cellular data network. DJI Mimo app uses the established internet connection to enable functions such as uploading image and video data to social media sites such as SkyPixel. Further, DJI Mimo app uses user credentials, such as a username and password ("user information"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to SkyPixel. |
|---|---|



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⤓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires
user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.

## DJI Mimo App Home Screen

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

📑 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

📲 **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:

https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum,

SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>In other parts of the DJI Mimo app, communications data ( `com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.<br><br>Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/<br>(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.11] wherein the mobile software application that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular | Defendant provides the short-range wireless enabled cellular phone wherein the mobile software application that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular phone is further configured to provide a touch based graphical user interface, wherein the touch based graphical user interface is for the received new-media file, and wherein the touch based graphical user interface is configured to receive input to select the user media publishing website for uploading the received new-media file. |

| | |
|---|---|
| phone is further configured to provide a touch based graphical user interface, wherein the touch based graphical user interface is for the received new-media file, and wherein the touch based graphical user interface is configured to receive input to select the user media publishing website for uploading the received new-media file. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the mobile device ("short-range wireless enabled cellular phone") contains a touch based graphical user interface ("GUI") which allows the user to access the captured image file and video file ("new-media file") from the DJI Mimo app ("mobile software application"). Further, DJI Mimo app enables user to post captured images and/or videos on a selected social media site such as SkyPixel ("touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file").<br><br>## DJI Mimo App<br><br>When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.<br><br>### Download the DJI Mimo App<br><br>Search DJI Mimo in the app store, or scan the QR code to download and install.<br><br> https://s.dji.com/guide60   iOS 12.0 or above   Android 8.0 or above |

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.dji.com/mimo



Touch based graphical user interface (GUI) provided in the mobile device.

Source: https://www.dji.com/mimo



Interface to select the media publishing website, such, SkyPixel, for uploading the received new-media file.

Source: DJI Mimo app interface, as seen by a typical user on an Android device.



Interface to select the media publishing website, such as, SkyPixel, for uploading the received new-media file.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [5.P] The short-range wireless enabled digital camera device of claim 4, wherein the processor of the short-range wireless enabled digital camera device is further configured to: create an associated file, wherein the associated file comprises data associated with the new-media; store the associated file in the memory of the short-range wireless enabled digital camera device; and | Defendant provides short-range wireless enabled digital camera device of claim 4, wherein the processor of the short-range wireless enabled digital camera device is further configured to create an associated file, wherein the associated file comprises data associated with the new-media and store the associated file in the memory of the short-range wireless enabled digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the paired wireless connection is established, Osmo Action 4 captures the images and videos of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-media") creates a metadata file ("associated file") based on the parameters, such as the image's exposure parameter, location, and posture ("data associated with the new-media"). The metadata is stored along the captured videos and/or images on the microSD card installed in Osmo Action 4.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. |

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

| | |
|---|---|
| |  Stored images and videos captured by Osmo Action 4. |
| | Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [5.1] transfer the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically | Defendant provide short-range wireless enabled digital camera device configured to transfer the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular phone is further configured to control the processor of the cryptographically authenticated short-range wireless enabled cellular phone to receive the associated file, store the received associated file in the memory of the cryptographically authenticated short-range wireless enabled cellular phone, and provide a touch based graphical user interface for the received associated file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

authenticated short-range wireless enabled cellular phone that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular phone is further configured to control the processor of the cryptographically authenticated short-range wireless enabled cellular phone to receive the associated file, store the received associated file in the memory of the cryptographically authenticated short-range wireless enabled cellular phone, and provide a touch based graphical user interface for the received associated file.

For example, after capturing the images and videos, Osmo Action 4 stores the captured image files and video files ("new-media file") along with its metadata ("associated file"). Further, the new-media file and its metadata is transferred to the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app ("mobile software application") through the established "short-range paired wireless connection" in an encrypted form. Once the mobile device receives the new-media file along with metadata, DJI Mimo app enables the user to access and download the captured content.

Further, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Osmo Action 4 such that the paired connection is established.



**Activating Osmo Action 4**

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⃞, and follow the instructions to activate Osmo Action 4.

Osmo Action 4 requires establishing the paired connection with the mobile device running DJI Mimo app.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Source: https://www.dji.com/mimo



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



DJI Mimo app provides a feature to download the received images/video.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

| | |
|---|---|
| | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br><br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [6]  The  short-range wireless  enabled  digital camera device of claim 4, wherein  the  short-range paired  wireless connection  is  one  of  a Bluetooth paired wireless connection,  a  Wi-Fi paired  wireless connection,  and  other personal  area  wireless networking  technologies that use pairing. | Defendant provides the short-range wireless enabled digital camera device of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("short-range wireless enabled digital camera device") connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection". |

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap  , and follow the instructions to activate Osmo Action 4.

---

☀ • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

---

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⌷ , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [7.P] A system for transferring media, the system comprising:<br><br>a digital camera device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a system for transferring media, the system comprising a digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

For example, Defendant provides Osmo Action 4[3] ("digital camera device"), a hand-held camera device, which is equipped with approx.10MP 1/1.3-inch CMOS sensor that allows to capture images and 4K/120fps videos. Osmo Action 4 uses wireless communication mediums such as Wi-Fi and Bluetooth ("short-range") to pair with DJI Mimo app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device.



"Digital camera device"

Source:     https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651
(annotated)

[3] While Osmo Action 4 has been used as an exemplary infringing instrumentality, DJI's other cameras including, but not limited, to Osmo Action, Osmo Pocket 2, Osmo Action 3, Osmo Pocket 3, and Osmo Action 5 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other cameras.



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651

## Camera

| | |
|---|---|
| Sensor | 1/1.3-inch CMOS |
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| ISO Range | Photo: 100-12800<br>Video: 100-12800 |
| Electronic Shutter Speed | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| Max Photo Resolution | 3648×2736 |
| Zoom | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| Still Photography Modes | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| Standard Recording | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

332

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs

| | |
|---|---|
| Pre-Rec | Pre-Recording Duration: 5/10/15/30/60 seconds |
| Max Video Bitrate | 130 Mbps |
| Supported File System | exFAT |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⌂, and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.1] a memory; a processor coupled to the memory; | Defendant provides a memory and a processor coupled to the memory.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 contains external microSD card ("a memory device") up to 512GB, which is coupled to a processor ("processor"). Osmo Action 4 processes raw sensor data to adjust the aspects of the captured image and/or video, including, but not limited to, exposure, color, and sharpness. It also applies user-selected settings, and encodes the final output into formats such as JPEG for photos or MP4 for videos, before they are stored in the memory and transmitted to DJI Mimo app on the mobile device.<br><br><table><tr><td>**Supported SD Cards**</td><td>microSD (up to 512 GB)</td></tr><tr><td>**Recommended microSD Cards**</td><td>Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC</td></tr></table><br>Source: https://www.dji.com/osmo-action-4/specs |

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Chip including Processor
and memory

Source: https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf, Page 3 (annotated)

| | |
|---|---|
| Video | **Basic Mode**<br>FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.<br><br>1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.<br>2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.<br>3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.<br>4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.<br><br>**PRO Mode**<br>Image and audio parameters can be adjusted.<br>Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.<br><br>• Exposure: Auto and Manual modes are available.<br>• White Balance: Auto and Manual modes are available.<br>• Colors: Normal and D-Log M are available. D-Log M is designed for professional color grading in post-editing. In high-contrast or multi-color (e.g., garden, field, etc.) scenarios, it can enlarge the dynamic range for more color-tuning space in post-production. 10-bit color depth enables smoother color transition.<br>• FOV: the parameters are same with Basic Mode.<br>• Image Adjustment: the parameters are same with Basic Mode.<br>• Low-Light Image Enhancement: the parameters are same with Basic Mode.<br><br>Audio Parameters: Channel, Wind Noise Reduction, and Gain are available.<br>• Channel: select from Stereo or Mono.<br>• Wind Noise Reduction: when enabled, the camera will reduce the wind noise picked up by the built-in microphone using algorithms. Note: Wind Noise Reduction does not work when connected to the external microphone.<br>• When a microphone is connected, the input gain of the microphone can be adjusted. | Osmo Action 4 processes the raw sensor data of the captured video. |

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

| | |
|---|---|
| | Photo    **Basic Mode**<br><br>The FOV can be adjusted.<br><br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br><br>**PRO Mode**<br><br>Exposure, White Balance, FOV, and Format are available.<br><br>1. Exposure: Auto and Manual modes are available.<br><br>2. White Balance: Auto and Manual modes are available.<br><br>3. FOV: the parameters are same with Basic Mode.<br><br>4. Format: select the picture to be stored as JPEG or JPEG+RAW. |

<span style="color:red">Osmo Action 4 processes the raw sensor data of the captured image.</span>

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [7.2] a short-range wireless communication device configured to establish a short-range paired wireless connection with a cellular phone, wherein the cellular phone has access to internet over a cellular data network, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically | Defendant provides a short-range wireless communication device configured to establish a short-range paired wireless connection with a cellular phone, wherein the cellular phone has access to internet over a cellular data network, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("digital camera device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). The mobile device includes Bluetooth, Wi-Fi and cellular network functionalities ("cellular phone has access to internet") to connect to the internet. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful |

| authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol; | authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection".<br><br>Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Osmo Action 4 uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.<br><br>Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).<br><br>## Connecting to the DJI Mimo App<br><br>1. Power on Osmo Action 4.<br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br>3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.<br><br>⚙ • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>   a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>   b. Make sure the DJI Mimo app has the latest firmware version.<br>   c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords. |

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



## Connection

| Wi-Fi Operating Frequency | 2.400-2.4835 GHz |
| | 5.150-5.250 GHz |
| | 5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| Wi-Fi Transmitter Power (EIRP) | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC) |
| | 5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC) |
| | 5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| Bluetooth Operating Frequency | 2.400-2.4835 GHz |
| Bluetooth Transmit Power (EIRP) | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⬚ , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType
&paperDocType=ARTICLE, at 0:05 (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

360

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

361

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

***Change the first paragraph of 4.3.4.3 as follows:***

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240

362



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master trans-mits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.

2. Touch and hold Bluetooth ☀ .

3. Tap **Pair new device**.

   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ＞ **Refresh**.

4. To pair your device, tap the name of the Bluetooth device.

5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14:  Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17:  Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20:  OOB authentication (P-192)*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

|  | ### Encryption key size control enhancements |
|---|---|
|  | New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections. |
|  | Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br><br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.3] a data capture circuitry; | Defendant provides a data capture circuitry.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 contains 1/1.3-inch CMOS sensor, camera and input components, such as buttons (collectively forming "data capture circuitry"), for example, Shutter/Record Button, to capture images and record videos. |

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button

2. Front Touchscreen

3. Lens

4. Status LED I

5. Microphone I

6. Color Temperature Photo Sensor

7. Microphone II

8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

374

## Button Features



**Shutter/Record Button**
• Press once: take a photo or start/stop recording.
• Press and hold when powered off: power on quickly and begin shooting. The shooting mode will depend on the SnapShot settings. After shooting, the camera will automatically power off if left idle for three seconds.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 11

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

## Camera

| Sensor | 1/1.3-inch CMOS |
|--------|-----------------|
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |

Source: https://www.dji.com/osmo-action-4/specs



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [7.4] said processor configured to acquire new-media in the digital camera device using the data capture circuitry, wherein the new-media comprises one or more of video data and image data, and wherein the | Defendant provides said processor configured to acquire new-media in the digital camera device using the data capture circuitry, wherein the new-media comprises one or more of video data and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection with the cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the "short-range paired wireless connection" is established between the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app and Osmo Action 4 ("digital camera device"), Osmo Action 4 utilizes its built-in cameras and sensors to capture images and record videos through |

| new-media is acquired after establishing the short-range paired wireless connection with the cellular phone; | the Shutter/ Record Button (collectively "data capture circuitry"). Further, the raw sensor data of the captured images and/or videos are processed to adjust its aspects and apply the preset settings, and then sent to DJI Mimo app on the mobile device. |
|---|---|

**Activating Osmo Action 4**

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⬚, and follow the instructions to activate Osmo Action 4.

Osmo Action 4 captures images/videos after established the paired connection with the mobile device running DJI Mimo app.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

379

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button
2. Front Touchscreen
3. Lens
4. Status LED I
5. Microphone I
6. Color Temperature Photo Sensor
7. Microphone II
8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

380



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

⚬⚬- • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



| Video | **Basic Mode**<br>FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.<br>1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.<br>2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.<br>3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.<br>4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.<br>**PRO Mode**<br>Image and audio parameters can be adjusted.<br>Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.<br>• Exposure: Auto and Manual modes are available. | Osmo Action 4 processes the raw sensor data of the captured videos. |

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

| Photo | **Basic Mode**<br>The FOV can be adjusted.<br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br>**PRO Mode**<br>Exposure, White Balance, FOV, and Format are available.<br>1. Exposure: Auto and Manual modes are available.<br>2. White Balance: Auto and Manual modes are available.<br>3. FOV: the parameters are same with Basic Mode.<br>4. Format: select the picture to be stored as JPEG or JPEG+RAW. | Osmo Action 4 processes the raw sensor data of the captured images. |

386

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

## Connection

| Wi-Fi Operating Frequency | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
|---|---|
| Wi-Fi Protocol | 802.11 a/b/g/n/ac |
| Wi-Fi Transmitter Power (EIRP) | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| Bluetooth Operating Frequency | 2.400-2.4835 GHz |
| Bluetooth Transmit Power (EIRP) | <3 dBm |
| Bluetooth Protocol | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType
&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.5] said processor configured to create a new-media file using the acquired new-media; | Defendant provides a said processor configured to create a new-media file using the acquired new-media.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the paired wireless connection is established, Osmo Action 4 captures the images or videos of the surroundings, and sends the captured images and videos ("acquired new-media"), in a single file format, such as JPEG, or MP4 ("new-media file") to the mobile device through established connection. |

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

| Supported File System | exFAT |
|---|---|
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⌂ , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

394



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.6] said processor configured to store the created new-media file in the memory of the digital camera device, wherein the established short-range paired wireless connection between the | Defendant provides said processor configured to store the created new-media file in the memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short range paired wireless connection is established, Osmo Action 4 ("digital camera device") captures videos and/or images of the surroundings. Osmo Action 4 processes the captured videos |

| digital camera device and the cellular phone remains paired after storing the created new-media file; | and/or images stores the JPEG or MP4 file format ("store the created new-media file") on the microSD card. Further, throughout the entire capturing, processing, and storing process, the paired wireless connection remains active between the mobile device and Osmo Action 4. |
|---|---|

**Where is the footage saved in Osmo Action 4?**

The footage is saved to the microSD card inserted into Osmo Action 4.

Source: https://www.dji.com/osmo-action-4/faq

| Supported File System | exFAT |
|---|---|
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).

396



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

| Supported SD Cards | microSD (up to 512 GB) |
|---|---|
| Recommended microSD Cards | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)



Osmo Action 4 stores images and videos in the microSD card.

Source:  https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:06 and 0:07 (annotated)



Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [7.7] said processor configured to receive a data transfer request initiated by a software application on the | Defendant provides said processor configured to receive a data transfer request initiated by a software application on the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request. |

| | |
|---|---|
| cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request; and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after "short-range paired wireless connection" is established, Osmo Action 4 capture images and videos ("new media") of its surroundings. The mobile device running DJI Mimo app ("mobile software application") send polling request ("data transfer request") to Osmo Action 4. Therefore, Osmo Action 4, upon information and belief, receives a data transfer request from the mobile device ("short-range wireless enabled cellular phone"), over the established connection to transfer the "new media file".<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request ("data transfer request") to an Access Point (AP) (short-range wireless enabled digital camera device) using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-media") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Osmo Action 4 receives the data transfer request from the mobile device, running DJI Mimo app.<br><br>Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request ("data transfer request") when a client wants to obtain data from the server. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

| Supported File System | exFAT |
| --- | --- |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

412

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
    ⊟ Flags: 0x26
        .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
        .... .1.. = More Fragments: More fragments follow
        .... 0... = Retry: Frame is not being retransmitted
        ...0 .... = PWR MGT: STA will stay up
        ..1. .... = More Data: Data is buffered for STA at AP
        .0.. .... = Protected flag: Data is not protected
        0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

414

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source: https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, at Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

*Logical Link Control and Adaptation Protocol Specification*



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

| | |
|---|---|
| | Source:   https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.8] said processor configured to transfer the new-media file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection; | Defendant provides said processor configured to transfer the new-media file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established between the devices, Osmo Action 4 processes and automatically transfers the "new-media file" to the mobile device ("short-range wireless enabled cellular phone") through the established paired connection in an encrypted form.<br><br>Further, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Osmo Action 4 such that the paired connection is established. |



## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⬡ , and follow the instructions to activate Osmo Action 4.

Osmo Action 4 requires establishing the paired connection with the mobile device running DJI Mimo app.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

## Connection

| | |
|---|---|
| Wi-Fi Operating Frequency | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| Wi-Fi Protocol | 802.11 a/b/g/n/ac |
| Wi-Fi Transmitter Power (EIRP) | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| Bluetooth Operating Frequency | 2.400-2.4835 GHz |
| Bluetooth Transmit Power (EIRP) | <3 dBm |
| Bluetooth Protocol | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

419



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType
&paperDocType=ARTICLE, at 0:05



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.9] said software application for the cryptographically authenticated cellular phone, wherein the software application is embodied as executable program instructions that when executed by a processor of the cryptographically authenticated cellular phone, is configured to control the processor of the cryptographically authenticated cellular phone to: send the data transfer request to the digital camera device, over the established short-range paired wireless connection, wherein the data transfer request corresponds to transfer of the new-media file; | Defendant provides said software application for the cryptographically authenticated cellular phone, wherein the software application is embodied as executable program instructions that when executed by a processor of the cryptographically authenticated cellular phone, is configured to control the processor of the cryptographically authenticated cellular phone to send the data transfer request to the digital camera device, over the established short-range paired wireless connection, wherein the data transfer request corresponds to transfer of the new-media file.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after "short-range paired wireless connection" is established, Osmo Action 4 capture images and videos ("new media") of its surroundings. The mobile device running DJI Mimo app ("software application") send polling request ("data transfer request") to Osmo Action 4. Therefore, Osmo Action 4, upon information and belief, receives the data transfer request from the mobile device ("short-range wireless enabled cellular phone"), over the established connection to transfer the "new media file" to the mobile device.

Further, according to the IEEE 802.11 Wi-Fi standard, to retrieve the pending data, the STA sends the PS-Poll frame, and the AP continuously listens for the polling request ("data transfer request") from the STA. Therefore, upon information and belief, Osmo Action 4 receives the data transfer request from the mobile device, running DJI Mimo app.

Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request ("data transfer request") operation when a client wants to obtain data from the server. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🖸 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10

427



Source: https://www.dji.com/mimo

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

to view the materials shot by Action 4

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

| Supported File System | exFAT |
| --- | --- |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
    ⊟ Flags: 0x26
        .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
        .... .1.. = More Fragments: More fragments follow
        .... 0... = Retry: Frame is not being retransmitted
        ...0 .... = PWR MGT: STA will stay up
        ..1. .... = More Data: Data is buffered for STA at AP
        .0.. .... = Protected flag: Data is not protected
        0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

438

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source: https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, at Page 116

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

    Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

    The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

    This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

| | |
|---|---|
| | BLUETOOTH SPECIFICATION Version 5.0 \| Vol 3, Part A                    page 1735<br><br>*Logical Link Control and Adaptation Protocol Specification*    <br><br>configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).<br><br>Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.10] receive the new-media file from the digital camera device, over the established short-range paired wireless connection;<br><br>store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file; | Defendant provides said software application configured to control the processor of the cryptographically authenticated cellular phone to receive the new-media file from the digital camera device, over the established short-range paired wireless connection and store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file;<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 transfers the captured image file and video file ("new-media file") to the mobile device ("cellular phone") running DJI Mimo app, via the "short-range paired wireless connection". Further, DJI Mimo app provides a functionality to download the received new-media files into the memory of the mobile device. Throughout the entire receiving, and downloading process, the paired wireless connection remains active between the mobile device and Osmo Action 4. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.





iOS 12.0 or above          Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



DJI Mimo

# My Moment

DJI Mimo is the dedicated app for DJI handheld devices, connecting wirelessly to the Osmo Pocket, Osmo Action, and Osmo Mobile series. Packed with powerful editing tools and intelligent shooting modes, it offers an all-in-one solution to capture, edit, and share your best moments, all from your fingertips.

Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

*Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.*

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⬜, and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

445



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)

 Lauch DJI Mimo and enter the home screen.



⬜ **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

🔲 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [7.11] provide a touch based graphical user interface for the received new-media file, wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file; and | Defendant provides said software application configured to control the processor of the cryptographically authenticated cellular phone to provide a touch based graphical user interface for the received new-media file, wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the mobile device ("short-range wireless enabled cellular phone") contains a touch based graphical user interface ("GUI") which allows the user to access the captured image file and video file ("new-media file") from the DJI Mimo app ("mobile software application"). Further, DJI Mimo app enables user to post captured images and/or videos on a selected social media site such as SkyPixel (interface is configured to receive input to select the user media publishing website for uploading the received new-media file). |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



 iOS 12.0 or above

 Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.dji.com/mimo



Touch based graphical user interface (GUI) provided in the mobile device.

Source: https://www.dji.com/mimo



Interface to select the media publishing website, such as, SkyPixel, for uploading the received new-media file.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source:  https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.12]  use  HTTP  to upload the received new-media file along with user information  to  the  user media publishing website over  the  cellular  data network, wherein the user information  corresponds to  user  related information used by the user  media  publishing website  to  publish  the new-media file. | Defendant provides said software application configured to control the processor of the cryptographically authenticated cellular phone to use HTTP to upload the received new-media file along with user information to the user media publishing website over the cellular data network, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("software application") installed on the mobile device, utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-media") to social media sites, such as SkyPixel ("media publishing website"). The mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a cellular data network. DJI Mimo app uses the established internet connection to enable functions such as uploading image and video data to social media sites such as, SkyPixel. Further, DJI Mimo app uses user credentials, such as a username and password ("user information"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to social media sites such as SkyPixel. |



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇, to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.

**DJI Mimo App Home Screen**

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

🖼 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

🔲 **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24

466



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum,

SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data ( `com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/

(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [8.P] The system of claim 7, wherein the processor of the digital camera device is further configured to: create an associated file, wherein the associated | Defendant provides the system of claim 7, wherein the processor of the digital camera device is further configured to create an associated file, wherein the associated file comprises data associated with the new-media store the associated file in the memory of the digital camera device. This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| file comprises data associated with the new-media; store the associated file in the memory of the digital camera device; and | For example, after the paired wireless connection is established, Osmo Action 4 captures the images and videos of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-media") according to the pre-set settings and aspects, and creates a metadata file ("associated file") based on the parameters, such as the image's exposure parameter, location, and posture ("data associated with the new-media"). The metadata is stored along the captured videos and/or images it on the microSD card.

For example, after the paired wireless connection is established, Osmo Action 4 captures the images and videos of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-media") creates a metadata file ("associated file") based on the parameters, such as the image's exposure parameter, location, and posture ("data associated with the new-media"). The metadata is stored along the captured videos and/or images on the microSD card installed in Osmo Action 4.

Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic.

### 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6 |

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

476

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [8.1] transfer the associated file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the software application on the cryptographically authenticated cellular phone that when executed by the processor of the cryptographically authenticated cellular phone is further configured to control the processor of the cryptographically authenticated cellular phone to receive the associated file, store the received associated file in the memory of the cryptographically authenticated cellular phone, and provide a touch based graphical user interface for the received associated file. | Defendant provides digital camera device configured to transfer the associated file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the software application on the cryptographically authenticated cellular phone that when executed by the processor of the cryptographically authenticated cellular phone is further configured to control the processor of the cryptographically authenticated cellular phone to receive the associated file, store the received associated file in the memory of the cryptographically authenticated cellular phone, and provide a touch based graphical user interface for the received associated file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after capturing the images and videos, Osmo Action 4 stores the captured image files and video files ("new-media file") along with its metadata ("associated file"). Further, the new-media file and its metadata is transferred to the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app ("mobile software application") through the established "short-range paired wireless connection" in an encrypted form. Once the mobile device receives the new-media file along with metadata, DJI Mimo app enables the user to access and download the captured content.<br><br>Further, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Osmo Action 4 such that the paired connection is established. |

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Osmo Action 4 requires establishing the paired connection with the mobile device running DJI Mimo app.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Source: https://www.dji.com/mimo



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



to download the materials to your mobile device

DJI Mimo app provides a feature to download the received images/video.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Enable Wi-Fi and bluetooth on the mobile device

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

| | |
|---|---|
| | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br><br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9] The system of claim 7, wherein the software application is one of:<br>stored on a non-transitory computer-readable medium and is installable in the memory of the cryptographically authenticated cellular phone; and downloadable on to the memory of the cryptographically authenticated cellular phone from a remote server. | Defendant provides the system of claim 7, wherein the software application is one of stored on a non-transitory computer-readable medium and is installable in the memory of the cryptographically authenticated cellular phone; and downloadable on to the memory of the cryptographically authenticated cellular phone from a remote server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("software application") is downloaded onto the memory of the mobile device ("cellular phone") from play store or app store. |



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source: https://play.google.com/store/apps/details?id=mimo.sz&hl=en_us&pli=1

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App — software application

Search DJI Mimo in the app store, or scan the QR code to download and install.



 iOS 12.0 or above

 Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23 (annotated)

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

493

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [10] The system of claim 7, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Defendant provides the system of claim 7, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection".<br><br>**Connecting to the DJI Mimo App**<br><br>1. Power on Osmo Action 4.<br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br>3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.<br><br>⚘:  • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>    a.  Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>    b.  Make sure the DJI Mimo app has the latest firmware version.<br>    c.  Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.<br><br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23 |



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



The mobile device supports Wi-Fi and Bluetooth functionality.

Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [11.P] A non-transitory computer-readable medium containing machine executable instructions that, when | DJI ("Defendant") makes, uses, sells, and/or offers to sell a non-transitory computer-readable medium containing machine executable instructions that, when executed by a processor on a digital camera device with short-range wireless capability, cause the processor on the digital camera device to perform a method comprising: |

| executed by a processor on a digital camera device with short-range wireless capability, cause the processor on the digital camera device to perform a method comprising: | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Osmo Action 4[4] ("digital camera device"), a hand-held camera device, which is equipped with approx.10MP 1/1.3-inch CMOS sensor that allows to capture images and 4K/120fps videos. Osmo Action 4 uses wireless communication mediums such as Wi-Fi and Bluetooth ("short-range") to pair with DJI Mimo app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device.<br><br>For example, Osmo Action 4 contains external microSD card ("non-transitory computer-readable medium") up to 512GB, which is coupled to a processor ("processor"). Osmo Action 4 processes raw sensor data to adjust the aspects of the captured image and/or video, including, but not limited to, exposure, color, and sharpness. It also applies user-selected settings, and encodes the final output into formats such as JPEG for photos or MP4 for videos, before they are stored in the memory and transmitted to DJI Mimo app on the mobile device. |

---

[4] While Osmo Action 4 has been used as an exemplary infringing instrumentality, DJI's other cameras including, but not limited, to Osmo Action, Osmo Pocket 2, Osmo Action 3, Osmo Pocket 3, and Osmo Action 5 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other cameras.

511



"Digital camera device"

Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651
(annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Chip including Processor and

Source: https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf (annotated)

| Video | **Basic Mode** |
|---|---|
| | FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available. |

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.
2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.
3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.
4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

- Exposure: Auto and Manual modes are available.
- White Balance: Auto and Manual modes are available.
- Colors: Normal and D-Log M are available. D-Log M is designed for professional color grading in post-editing. In high-contrast or multi-color (e.g., garden, field, etc.) scenarios, it can enlarge the dynamic range for more color-tuning space in post-production. 10-bit color depth enables smoother color transition.
- FOV: the parameters are same with Basic Mode.
- Image Adjustment: the parameters are same with Basic Mode.
- Low-Light Image Enhancement: the parameters are same with Basic Mode.

Audio Parameters: Channel, Wind Noise Reduction, and Gain are available.

- Channel: select from Stereo or Mono.
- Wind Noise Reduction: when enabled, the camera will reduce the wind noise picked up by the built-in microphone using algorithms. Note: Wind Noise Reduction does not work when connected to the external microphone.
- When a microphone is connected, the input gain of the microphone can be adjusted.

**Osmo Action 4 processes the raw sensor data of the captured video.**

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

| Photo | **Basic Mode**<br><br>The FOV can be adjusted.<br><br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br><br>**PRO Mode**<br><br>Exposure, White Balance, FOV, and Format are available.<br><br>1. Exposure: Auto and Manual modes are available.<br><br>2. White Balance: Auto and Manual modes are available.<br><br>3. FOV: the parameters are same with Basic Mode.<br><br>4. Format: select the picture to be stored as JPEG or JPEG+RAW. | Osmo Action 4 processes the raw sensor data of the captured image. |
|---|---|---|
| | Source:<br>https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated) | |



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651

## Camera

| | |
|---|---|
| Sensor | 1/1.3-inch CMOS |
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| ISO Range | Photo: 100-12800<br>Video: 100-12800 |
| Electronic Shutter Speed | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| Max Photo Resolution | 3648×2736 |
| Zoom | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| Still Photography Modes | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| Standard Recording | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

## Connection

| Wi-Fi Operating Frequency | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| --- | --- |
| Wi-Fi Protocol | 802.11 a/b/g/n/ac |
| Wi-Fi Transmitter Power (EIRP) | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| Bluetooth Operating Frequency | 2.400-2.4835 GHz |
| Bluetooth Transmit Power (EIRP) | <3 dBm |
| Bluetooth Protocol | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs

| Pre-Rec | Pre-Recording Duration: 5/10/15/30/60 seconds |
|---|---|
| Max Video Bitrate | 130 Mbps |
| Supported File System | exFAT |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⌂, and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [11.1] acquiring new-media, wherein the new-media comprises one or more of video data and image data, wherein the new-media is acquired after establishing a short-range paired wireless connection between the digital camera device and a cellular phone, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol; | Defendant provides digital camera device to perform a method comprising acquiring new-media, wherein the new-media comprises one or more of video data and image data, wherein the new-media is acquired after establishing a short-range paired wireless connection between the digital camera device and a cellular phone, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Osmo Action 4 ("digital camera device") connects with the mobile device ("cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection". |
| | For example, after the "short-range paired wireless connection" is established between the mobile device ("cellular phone") running DJI Mimo app and Osmo Action 4 ("digital camera device"), Osmo Action 4 utilizes its built-in cameras and sensors to capture images ("image data") and record videos ("video data") ("acquiring new-media") of the surroundings, and transmit it to the mobile device. |
| | Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Osmo Action 4 uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins. |

Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⌷, and follow the instructions to activate Osmo Action 4.

Osmo Action 4 captures images/videos after established the paired connection with the mobile device running DJI Mimo app.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button

2. Front Touchscreen

3. Lens

4. Status LED I

5. Microphone I

6. Color Temperature Photo Sensor

7. Microphone II

8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

530



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

☼ • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Video

**Basic Mode**

FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.

2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.

3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.

4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

• Exposure: Auto and Manual modes are available.

Osmo Action 4 processes the raw sensor data of the captured videos.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

Photo

**Basic Mode**

The FOV can be adjusted.

FOV: the FOV can be set to Standard (Dewarp) or Wide.

**PRO Mode**

Exposure, White Balance, FOV, and Format are available.

Osmo Action 4 processes the raw sensor data of the captured images.

1. Exposure: Auto and Manual modes are available.

2. White Balance: Auto and Manual modes are available.

3. FOV: the parameters are same with Basic Mode.

4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)



Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)

538

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

550

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

   a)   Data Confidentiality;
   b)   Authentication; and
   c)   Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

552

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

***Change the first paragraph of 4.3.4.3 as follows:***

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ⁑ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ›
     **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of
algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



Figure 4.14:  Numeric comparison authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17: Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | **Encryption key size control enhancements**<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [11.2]  creating a new-media file using the acquired new-media; | Defendant provides digital camera device to perform a method creating a new-media file using the acquired new-media.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the paired wireless connection is established, Osmo Action 4 captures the images or videos of the surroundings, and sends the captured images and videos ("acquired new-media"), in a single file format, such as JPEG, or MP4 ("new-media file") to the mobile device through established connection. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⌂, and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

| Supported File System | exFAT |
|---|---|
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

569



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

| | Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5 <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [11.3] storing the created new-media file in a memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file; | Defendant provides digital camera device to perform a method comprising storing the created new-media file in a memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, after the short range paired wireless connection is established, Osmo Action 4 ("digital camera device") captures videos and/or images of the surroundings. Osmo Action 4 processes the captured videos and/or images stores the JPEG or MP4 file format ("storing the created new-media file") on the microSD card. Further, throughout the entire capturing, processing, and storing process, the paired wireless connection remains active between the mobile device and Osmo Action 4. <br><br> **Where is the footage saved in Osmo Action 4?** <br><br> The footage is saved to the microSD card inserted into Osmo Action 4. <br><br> Source: https://www.dji.com/osmo-action-4/faq <br><br> |

| Supported File System | exFAT |
|---|---|
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

| Supported SD Cards | microSD (up to 512 GB) |
| --- | --- |
| Recommended microSD Cards | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Osmo Action 4 stores images and videos in the microSD card.

Source:   https://www.dji.com/support/product/osmo-action,   DJI - Introducing Osmo Action's Playback Function, at 0:06 and 0:07 (annotated)



Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [11.4] receiving a data transfer request initiated by a software application on the cryptographically authenticated cellular | Defendant provides digital camera device to perform a method comprising receiving a data transfer request initiated by a software application on the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request. |
| --- | --- |

| | |
|---|---|
| phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request; and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after "short-range paired wireless connection" is established, Osmo Action 4 capture images and videos ("new media") of its surroundings. The mobile device running DJI Mimo app ("mobile software application") send polling request ("data transfer request") to Osmo Action 4. Therefore, Osmo Action 4, upon information and belief, receives a data transfer request from the mobile device ("cellular phone"), over the established connection to transfer the "new-media file".<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("cellular phone") send a polling request ("data transfer request") to an Access Point (AP) (short-range wireless enabled digital camera device) using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-media") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Osmo Action 4 receives the data transfer request from the mobile device, running DJI Mimo app.<br><br>Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request ("data transfer request") operation when a client wants to obtain data from the server. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⬜, and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType
&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

to view the materials shot by Action 4

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

| Supported File System | exFAT |
|---|---|
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

587

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
    ⊟ Flags: 0x26
        .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
        .... .1.. = More Fragments: More fragments follow
        .... 0... = Retry: Frame is not being retransmitted
        ...0 .... = PWR MGT: STA will stay up
        ..1. .... = More Data: Data is buffered for STA at AP
        .0.. .... = Protected flag: Data is not protected
        0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source:  https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, at Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

*Logical Link Control and Adaptation Protocol Specification*



configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

| | |
|---|---|
| | Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [11.5]  transferring  the new-media  file  to  the cryptographically authenticated  cellular phone,  over  the established  short-range paired  wireless connection,  wherein  the mobile  software application  on  the cryptographically authenticated  cellular phone  is  configured  to receive  the  new-media file, | Defendant provides digital camera device to perform a method comprising transferring the new-media file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated cellular phone is configured to receive the new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established, Osmo Action 4 processes and automatically transfers the "new-media file" to the mobile device ("short-range wireless enabled cellular phone") through the established paired connection in an encrypted form.<br><br>Further, Osmo Action 4 and the mobile device on which DJI Mimo app ("mobile software application") is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Osmo Action 4 such that the paired connection is established. |



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⬚ , and follow the instructions to activate Osmo Action 4.

Osmo Action 4 requires establishing the paired connection with the mobile device running DJI Mimo app.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

595

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155°
super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action
4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor,
the camera ensures low-noise footage in sports scenarios and low-light scenes with a high
dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable
color perception and a larger dynamic range, which is convenient for post-production color
correction.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1
.2_en.pdf, at Page 5



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source:                                                                    https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.
Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.
Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [11.6] wherein the cryptographically authenticated cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file, | Defendant provides digital camera device to perform a method, wherein the cryptographically authenticated cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, when the "new-media file" is transferred to the mobile device via the short-range paired wireless connection, DJI Mimo app provides a functionality to download the received new-media (i.e., shared images and video files) into the memory of the mobile device ("cryptographically authenticated cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated cellular phone"). |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.


 iOS 12.0 or above
 Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

604

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

*Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.*

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



DJI Mimo app
provides a
functionality to
download captured
images/ videos to the
mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)





 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [11.7] wherein the mobile software application on the cryptographically authenticated cellular phone is configured to provide a touch based graphical user interface in the cryptographically authenticated cellular phone, wherein the touch based graphical user interface is for the received new-media file, wherein the touch based graphical user interface is configured to receive input to delete the created new-media file, wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file, | Defendant provides digital camera device to perform a method wherein the mobile software application on the cryptographically authenticated cellular phone is configured to provide a touch based graphical user interface in the cryptographically authenticated cellular phone, wherein the touch based graphical user interface is for the received new-media file, wherein the touch based graphical user interface is configured to receive input to delete the created new-media file, wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the mobile device ("cellular phone") contains a touch based graphical user interface ("GUI") which allows the user to access the captured image file and video file ("new-media file") from the DJI Mimo app ("mobile software application").Further, DJI Mimo app provides feature to delete the received image and/or video by clicking on the trash icon. Furthermore, DJI Mimo app enables user to post captured images and/or videos on a selected social media site such as SkyPixel ("touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file"). |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.dji.com/mimo

 Touch based graphical user interface (GUI) provided in the mobile device.

Source: https://www.dji.com/mimo



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app provides a feature to delete the received images/video.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [11.8] wherein the cryptographically authenticated cellular phone is configured to use HTTP to upload the received new-media file and user information to the user media publishing website over a cellular data network, wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, and wherein the user information | Defendant provides digital camera device to perform a method wherein the cryptographically authenticated cellular phone is configured to use HTTP to upload the received new-media file and user information to the user media publishing website over a cellular data network, wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, and wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app installed on the mobile device ("cryptographically authenticated cellular phone"), utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-media") to social media sites, such as SkyPixel ("media publishing website"). The mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a cellular data network. DJI Mimo app uses the established internet connection to enable functions such as uploading image and video data to social media sites, such as SkyPixel. Further, DJI Mimo app uses user credentials, such as a username and password ("user information"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to social media sites, such as SkyPixel. |

corresponds to user related information used by the user media publishing website to publish the new-media file.



Source: https://www.dji.com/mimo

### Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.

### DJI Mimo App Home Screen

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

▭ **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

▭ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum,

SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data (`com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/

(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [12.P] The non-transitory computer-readable medium of claim 11, further comprising executable instructions that when executed by the processor of the digital | Defendant provides the non-transitory computer-readable medium of claim 11, further comprising executable instructions that when executed by the processor of the digital camera device, cause the processor of the digital camera device to perform creating an associated file, wherein the associated file comprises data associated with the new-media and storing the associated file in the memory of the digital camera device; and<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| camera device, cause the processor of the digital camera device to perform:<br>creating an associated file, wherein the associated file comprises data associated with the new-media;<br>storing the associated file in the memory of the digital camera device; and | For example, after the paired wireless connection is established, Osmo Action 4 captures the images and videos of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-media") creates a metadata file ("associated file") based on the parameters, such as the image's exposure parameter, location, and posture ("data associated with the new-media"). The metadata is stored along the captured videos and/or images on the microSD card installed in Osmo Action 4.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic.<br><br>## 2.2 Media Files and Metadata<br><br>Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.<br><br>Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.<br><br>Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6<br><br>it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.<br><br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10 |

| | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br><br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78<br><br><br>Stored images and videos captured by Osmo Action 4.<br><br>Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [12.1] transferring the associated file to the cryptographically authenticated cellular phone, over the established short-range | Defendant provides the non-transitory computer-readable medium of claim 11, further comprising executable instructions that when executed by the processor of the digital camera device, cause the processor of the digital camera device to perform transferring the associated file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated cellular phone is configured to receive the associated file, and store the received associated file in the memory of the cryptographically authenticated cellular phone. |

| paired wireless connection, wherein the mobile software application on the cryptographically authenticated cellular phone is configured to receive the associated file, and store the received associated file in the memory of the cryptographically authenticated cellular phone. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after capturing the images and videos, Osmo Action 4 stores the captured image files and video files ("new-media file") along with its metadata ("associated file"). Further, the new-media file and its metadata is transferred to the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app ("mobile software application") through the established "short-range paired wireless connection" in an encrypted form. Once the mobile device receives the new-media file along with metadata, DJI Mimo app enables the user to access and download the captured content.<br><br>Further, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Osmo Action 4 such that the paired connection is established. |



## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⬜, and follow the instructions to activate Osmo Action 4.

Osmo Action 4 requires establishing the paired connection with the mobile device running DJI Mimo app.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Source: https://www.dji.com/mimo



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

652



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

|  | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br><br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [13] The non-transitory computer readable medium of claim 11, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Defendant provides the non-transitory computer readable medium of claim 11, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("short-range wireless enabled digital camera device") connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection". |

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

☀ • If there is a problem when connecting to DJI Mimo, follow the steps below.

   a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

   b. Make sure the DJI Mimo app has the latest firmware version.

   c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⬚, and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

## 2. List of References

1. https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651, last accessed on July 18, 2025
2. https://www.dji.com/osmo-action-4/video, last accessed on July 18, 2025
3. https://www.dji.com/osmo-action-4/specs, last accessed on July 18, 2025
4. https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, last accessed on July 18, 2025
5. https://www.dji.com/mimo, last accessed on July 18, 2025
6. https://www.dji.com/downloads/djiapp/dji-mimo, last accessed on July 18, 2025
7. https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, last accessed on July 18, 2025
8. https://www.youtube.com/watch?v=YzpZ9x9PI68, last accessed on July 18, 2025
9. https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review, last accessed on July 18, 2025
10. https://www.avg.com/en/signal/what-is-wpa2, last accessed on July 18, 2025
11. http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, last accessed on July 18, 2025
12. https://ieeexplore.ieee.org/document/6687187, last accessed on July 18, 2025
13. https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, last accessed on July 18, 2025
14. https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web, last accessed on July 18, 2025
15. https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1, last accessed on July 18, 2025
16. https://developer.android.com/develop/connectivity/bluetooth, last accessed on July 18, 2025
17. https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/, last accessed on July 18, 2025
18. https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, last accessed on July 18, 2025
19. https://www.dji.com/support/product/osmo-action, last accessed on July 18, 2025
20. https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, last accessed on July 18, 2025
21. https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en, last accessed on July 18, 2025
22. https://www.youtube.com/watch?v=1WKV7ZwT2KY, last accessed on July 18, 2025
23. https://riverloopsecurity.com/blog/2020/05/dji_mimo/, last accessed on July 18, 2025
24. https://www.youtube.com/watch?v=YzpZ9x9PI68, last accessed on July 18, 2025
25. https://www.apple.com/iphone-16-pro/, last accessed on July 18, 2025

26. https://www.samsung.com/us/smartphones/galaxy-s25-ultra/, last accessed on July 18, 2025
27. https://wifi-insider.com/wlan/psd.htm, last accessed on July 18, 2025
28. https://www.samsung.com/us/smartphones/galaxy-s25-ultra/, last accessed on July 18, 2025
29. https://security.dji.com/data/consumer/, last accessed on July 18, 2025
30. https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/, last accessed on July 18, 2025
31. https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, last accessed on July 18, 2025
32. https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html, last accessed on July 18, 2025
33. https://www.dji.com/global/mimo, last accessed on July 18, 2025
34. https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf, last accessed on July 18, 2025
35. https://play.google.com/store/apps/details?id=mimo.sz&hl=en-US&pli=1, last accessed on July 18, 2025
36. https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, last accessed on July 18, 2025
37. https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, last accessed on July 18, 2025
38. https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/, last accessed on July 18, 2025