**U.S. Patent No. 11,234,121 v. DJI**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]   A   short-range wireless   enabled   data capture   device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Osmo Action 4[1] ("short-range wireless enabled data capture device"), a hand-held camera device, which is equipped with approx.10MP 1/1.3-inch CMOS sensor that allows to capture images and 4K/120fps videos. Osmo Action 4 uses wireless communication mediums such as Wi-Fi and Bluetooth ("short-range") to pair with DJI Mimo app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. |

---

[1] While Osmo Action 4 has been used as an exemplary infringing instrumentality, DJI's other cameras including, but not limited, to Osmo Action, Osmo Pocket 2, Osmo Action 3, Osmo Pocket 3, and Osmo Action 5 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other cameras.



"short-range wireless enabled data capture device"

Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651

## Camera

| | |
|---|---|
| Sensor | 1/1.3-inch CMOS |
| Lens | FOV: 155° Aperture: f/2.8 Focus Range: 0.4 m to ∞ |
| ISO Range | Photo: 100-12800 Video: 100-12800 |
| Electronic Shutter Speed | Photo: 1/8000-30 s Video: 1/8000 s to the limit of frames per second |
| Max Photo Resolution | 3648×2736 |
| Zoom | Digital Zoom Photo: 4× Video: Max 2× Slow Motion/Timelapse: Not available |
| Still Photography Modes | Single: Approx. 10 MP Countdown: Off/0.5/1/2/3/5/10 s |
| Standard Recording | 4K (4:3): 3840×2880@24/25/30/48/50/60fps 4K (16:9): 3840×2160@100/120fps 4K (16:9): 3840×2160@24/25/30/48/50/60fps 2.7K (4:3): 2688×2016@24/25/30/48/50/60fps 2.7K (16:9): 2688×1512@100/120fps 2.7K (16:9): 2688×1512@24/25/30/48/50/60fps 1080p (16:9): 1920×1080@100/120/200/240fps 1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

## Connection

| | |
|---|---|
| Wi-Fi Operating Frequency | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| Wi-Fi Protocol | 802.11 a/b/g/n/ac |
| Wi-Fi Transmitter Power (EIRP) | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| Bluetooth Operating Frequency | 2.400-2.4835 GHz |
| Bluetooth Transmit Power (EIRP) | <3 dBm |
| Bluetooth Protocol | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs

| | |
|---|---|
| **Pre-Rec** | Pre-Recording Duration: 5/10/15/30/60 seconds |
| **Max Video Bitrate** | 130 Mbps |
| **Supported File System** | exFAT |
| **Photo Format** | JPEG/RAW |
| **Video Format** | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1.  Press and hold the Quick Switch Button to power on.

2.  Enable Wi-Fi and Bluetooth on the mobile device.

3.  Launch DJI Mimo, tap 🗘 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10

11



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.1] a memory device; a processor coupled to the memory device; | Defendant provides a memory device; a processor coupled to the memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 contains external microSD card ("a memory device") up to 512GB, which is coupled to a processor ("processor"). Osmo Action 4 processes raw sensor data to adjust the aspects of the captured image and/or video, including, but not limited to, exposure, color, and sharpness. It also applies user-selected settings, and encodes the final output into formats such as JPEG for photos or MP4 for videos, before they are stored in the memory and transmitted to the mobile device via DJI Mimo app.<br><br>**Supported SD Cards**    microSD (up to 512 GB)<br><br>**Recommended microSD Cards**    Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC<br><br>Source: https://www.dji.com/osmo-action-4/specs |

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Chip including Processor and memory

Source: https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf, Page 3 (annotated)

| | |
|---|---|
| Video | **Basic Mode**<br>FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.<br><br>1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.<br>2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.<br>3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.<br>4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.<br><br>**PRO Mode**<br>Image and audio parameters can be adjusted.<br>Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.<br><br>• Exposure: Auto and Manual modes are available.<br>• White Balance: Auto and Manual modes are available.<br>• Colors: Normal and D-Log M are available. D-Log M is designed for professional color grading in post-editing. In high-contrast or multi-color (e.g., garden, field, etc.) scenarios, it can enlarge the dynamic range for more color-tuning space in post-production. 10-bit color depth enables smoother color transition.<br>• FOV: the parameters are same with Basic Mode.<br>• Image Adjustment: the parameters are same with Basic Mode.<br>• Low-Light Image Enhancement: the parameters are same with Basic Mode.<br><br>Audio Parameters: Channel, Wind Noise Reduction, and Gain are available.<br><br>• Channel: select from Stereo or Mono.<br>• Wind Noise Reduction: when enabled, the camera will reduce the wind noise picked up by the built-in microphone using algorithms. Note: Wind Noise Reduction does not work when connected to the external microphone.<br>• When a microphone is connected, the input gain of the microphone can be adjusted. | Osmo Action 4 processes the raw sensor data of the captured video. |

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

| | |
|---|---|
| | Photo **Basic Mode**<br><br>The FOV can be adjusted.<br><br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br><br>**PRO Mode**<br><br>Exposure, White Balance, FOV, and Format are available.<br><br>1. Exposure: Auto and Manual modes are available.<br><br>2. White Balance: Auto and Manual modes are available.<br><br>3. FOV: the parameters are same with Basic Mode.<br><br>4. Format: select the picture to be stored as JPEG or JPEG+RAW.<br><br>*(annotation: Osmo Action 4 processes the raw sensor data of the captured image.)*<br><br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless | Defendant provides a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, |

| connection comprises the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone; | a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection".<br><br>Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data.<br><br>Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).<br><br>### Connecting to the DJI Mimo App<br><br>1. Power on Osmo Action 4.<br><br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br><br>3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.<br><br>☼:  • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>    b. Make sure the DJI Mimo app has the latest firmware version.<br>    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.<br><br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23 |



Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🔲 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

a)   Data Confidentiality;

b)   Authentication; and

c)   Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

36

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.
- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).
- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.
- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
|---|---|---|
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 242



Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ⁎ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ › **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.

- Connect to a Bluetooth device.

- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17: Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



Figure 4.20: OOB authentication (P-192)
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | **Encryption key size control enhancements**<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] a data capture circuitry; | Defendant provides a data capture circuitry.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 contains 1/1.3-inch CMOS sensor, camera and input components, such as buttons (collectively forming "data capture circuitry"), for example, Shutter/Record Button, to capture images and record videos. |

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button

2. Front Touchscreen

3. Lens

4. Status LED I

5. Microphone I

6. Color Temperature Photo Sensor

7. Microphone II

8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

50

## Button Features



**Shutter/Record Button**
- Press once: take a photo or start/stop recording.
- Press and hold when powered off: power on quickly and begin shooting. The shooting mode will depend on the SnapShot settings. After shooting, the camera will automatically power off if left idle for three seconds.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 11

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

### Camera

| Sensor | 1/1.3-inch CMOS |
|---|---|
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |

Source: https://www.dji.com/osmo-action-4/specs



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.4] said processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is | Defendant provides said processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone; | For example, after the "short-range paired wireless connection" is established between the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app and Osmo Action 4 ("short-range wireless enabled data capture device"), Osmo Action 4 utilizes its built-in cameras and sensors to capture images and record videos through the Shutter/ Record Button (collectively "data capture circuitry"). Further, the raw sensor data of the captured images and/or videos ("acquire new-data") are processed to adjust its aspects and apply the preset settings, and then sent to DJI Mimo app on the mobile device. |

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷, and follow the instructions to activate Osmo Action 4.

*Osmo Action 4 captures images/videos after established the paired connection with the mobile device running DJI Mimo app.*



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button

2. Front Touchscreen

3. Lens

4. Status LED I

5. Microphone I

6. Color Temperature Photo Sensor

7. Microphone II

8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

55



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

---

· If there is a problem when connecting to DJI Mimo, follow the steps below.

   a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

   b. Make sure the DJI Mimo app has the latest firmware version.

   c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



**Video**

**Basic Mode**

FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.
2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.
3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.
4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

• Exposure: Auto and Manual modes are available.

Osmo Action 4 processes the raw sensor data of the captured videos.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

**Photo**

**Basic Mode**

The FOV can be adjusted.

FOV: the FOV can be set to Standard (Dewarp) or Wide.

**PRO Mode**

Exposure, White Balance, FOV, and Format are available.

1. Exposure: Auto and Manual modes are available.
2. White Balance: Auto and Manual modes are available.
3. FOV: the parameters are same with Basic Mode.
4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Osmo Action 4 processes the raw sensor data of the captured images.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.5] said processor further configured to store the new-data in the memory device; | Defendant provides said processor further configured to store the new-data in the memory device. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after the short range paired wireless connection is established, Osmo Action 4 captures videos and/or images of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-data") according to the pre-set settings and aspects, and stores it on the microSD card ("a memory device"). |



Video

**Basic Mode**

FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.
2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.
3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.
4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

• Exposure: Auto and Manual modes are available.

Osmo Action 4 processes the captured videos.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

Photo

**Basic Mode**

The FOV can be adjusted.

FOV: the FOV can be set to Standard (Dewarp) or Wide.

**PRO Mode**

Exposure, White Balance, FOV, and Format are available.

Osmo Action 4 processes the captured images.

1. Exposure: Auto and Manual modes are available.
2. White Balance: Auto and Manual modes are available.
3. FOV: the parameters are same with Basic Mode.
4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

**Where is the footage saved in Osmo Action 4?**

The footage is saved to the microSD card inserted into Osmo Action 4.

Source: https://www.dji.com/osmo-action-4/faq

| | |
|---|---|
| **Supported SD Cards** | microSD (up to 512 GB) |
| **Recommended microSD Cards** | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Osmo Action 4 stores images and videos in the microSD card.

Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:06 and 0:07 (annotated)



Source:  https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.6] said processor further configured to send an event notification and the acquired new- | Defendant provides said processor configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone over the established short-range paired wireless connection automatically, wherein the event notification corresponds to the acquired new-data |

| | |
|---|---|
| data to the cryptographically authenticated short-range wireless enabled cellular phone over the established short-range paired wireless connection automatically, wherein the event notification corresponds to the acquired new-data and comprises sending a signal to the cryptographically authenticated short-range wireless enabled cellular phone, | and comprises sending a signal to the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after short-range paired wireless connection is established between Osmo Action 4 ("short-range paired wireless enabled data capture device") and the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app, Osmo Action 4 captures images and videos ("new-data") using its data capture circuitry and sends event notification via the short-range paired wireless connection which includes the captured data (images and videos) ("acquired new- data"), along with the information of the captured data and a signal to the mobile device on which DJI Mimo app is installed.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed receives the event notification and acquires the new data (captured images and videos) associated with it. The mobile device and Osmo Action 4 utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Osmo Action 4), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentTyp
e&paperDocType=ARTICLE, at 0:05

 Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

# Alert Notification Profile 1.0  Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

## 3.1 CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1: L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

### *3.4.7.1 Handle Value Notification*

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210



The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



| 1 Octet | Variable Length | 12 Octets (when present) |
|---------|-----------------|--------------------------|
| Opcode | Attribute Parameters | Authentication Signature |

*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 29.3  RegisterNotification



*Figure 29.4: Example of using RegisterNotification*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source:        https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

84

Register Notification command

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|-----|---------|---|---|---|---|---|---|---------|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | | Packet Type (0x0) | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |
| 14 | | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21  Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|-----|---------|---|---|---|---|---|---|---------|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 - 11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source:    https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:    https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified.This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11: Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13  Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [1.7] wherein the cryptographically authenticated short-range wireless enabled cellular phone is configured to listen to the event notification and receive the new-data over the established short-range paired wireless connection, | Defendant provides said processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone, wherein the cryptographically authenticated short-range wireless enabled cellular phone is configured to listen to the event notification and receive the new-data over the established short-range paired wireless connection.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after short-range paired wireless connection is established between Osmo Action 4 and the mobile device ("short-range wireless enabled cellular phone"), Osmo Action 4's processor captures images and videos ("new-data") using its data capture circuitry. The mobile device on which DJI Mimo app is installed listens for the event notification and receives the captured data ("new data" i.e., images and videos).

Further, as is inherent to how Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed, listens for the notification signal from Osmo Action 4. The mobile device and Osmo Action 4 utilize GATT as part of BLE functionality. GATT is a framework that allows Osmo Action 4 to organize and exchange data. GATT handles the signalling mechanism for listening to event notifications in BLE devices. When a GATT client establishes a connection with a GATT server, it listens to event notifications for a particular attribute. The event notification is enabled by writing to the Client Characteristic Configuration Descriptor (CCCD) associated with the attribute. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide6O

 iOS 12.0 or above

 Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap ⬚ , and follow the instructions to activate Osmo Action 4.

*Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.*



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

94



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection received in the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos received on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Lauch DJI Mimo and enter the home screen.



**Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
|  |  |  |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



# Alert Notification Profile 1.0  Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225



Figure 1.2: Signaling conventions

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 11

| | |
|---|---|
| | **6.5  GATT-BASED PROFILE HIERARCHY**<br><br>The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.<br><br>The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.8] wherein a single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to process the event notification and store the received new-data in a memory device of the cryptographically authenticated short-range | Defendant provides said processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone, wherein a single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone that is configured to process the event notification and store the received new-data in a memory device of the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("single mobile client application") in the mobile device ("short-range wireless enabled cellular phone") receives the event notification that comprises the captured data such as images and videos ("new data"), DJI Mimo app then processes the received notification to determine the existence of the new data. Moreover, DJI Mimo app after processing the received notification stores the captured data ("received new data") in the memory of the mobile device |

| | |
|---|---|
| wireless enabled cellular phone, | Further, as is inherent to how Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed, listens for the notification signal from Osmo Action 4. The mobile device and Osmo Action 4 utilize GATT as part of BLE functionality. GATT is a framework that allows Osmo Action 4 to organize and exchange data. GATT handles the signalling mechanism for listening to event notifications in BLE devices. When a GATT client establishes a connection with a GATT server, it listens to event notifications for a particular attribute. The event notification is enabled by writing to the Client Characteristic Configuration Descriptor (CCCD) associated with the attribute. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol.<br><br>### DJI Mimo App<br><br>When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.<br><br>### Download the DJI Mimo App<br><br>Search DJI Mimo in the app store, or scan the QR code to download and install.<br><br>  <br><br>https://s.dji.com/guide60    iOS 12.0 or above    Android 8.0 or above |

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.

### Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🔲 , and follow the instructions to activate Osmo Action 4.

*Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.*



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

115



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)





**Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                     page 1735

*Logical Link Control and Adaptation Protocol Specification*                     **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

### 3.4.7.1 Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

128



# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225



Figure 1.2: Signaling conventions

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 11

## 6.5 GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.9] wherein the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone stores a user authentication credential in the memory device of the cryptographically authenticated short-range wireless enabled cellular phone, | Defendant provides said processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone, wherein the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone that stores a user authentication credential in the memory device of the cryptographically authenticated short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Mimo app ("single mobile client application") in the mobile device ("short-range wireless enabled cellular phone") stores the user's login credentials ("user authentication credential") such as the username and password, associated with a user's DJI account within the mobile device's memory, facilitating automatic authentication upon subsequent logins to user's DJI Mimo app's account. |



Source: https://www.dji.com/mimo



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)

**DJI Mimo App Home Screen**

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

🖥 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

⊡ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.10] wherein the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-data and the user authentication credential to a user data publishing website over a cellular data network, wherein the upload is based on a timer setting on the single mobile client application, wherein the timer setting is no wait automatic or wait X minutes automatic, | Defendant provides said processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone, wherein the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-data and the user authentication credential to a user data publishing website over a cellular data network, wherein the upload is based on a timer setting on the single mobile client application, wherein the timer setting is no wait automatic or wait X minutes automatic.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Mimo app ("single mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone"), utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-data") on social media sites, such as SkyPixel ("user data publishing website"). Further, DJI Mimo app uses user credentials, such as a username and password ("user authentication credential"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Mimo app. Further, since DJI Mimo app authenticates the user and uploads images and/or videos captured by Osmo Action 4 to the SkyPixel, upon information and belief, DJI Mimo app enables automatic media backup and upload to social media sites such as SkyPixel over the cellular data network upon receiving new data from Osmo Action 4 (i.e., the timer setting is "no wait automatic"). |



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⤓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.

## DJI Mimo App Home Screen

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

▣ **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

▣ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v 1.0_en.pdf, at Page 24



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



| | |
|---|---|
| | # How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data (`com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/
(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.11] wherein the single mobile client application for the short-range wireless enabled cellular phone is further | Defendant provides said processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone, wherein single mobile client application for the short-range wireless enabled cellular phone that is further configured to use the HTTP to send a user preference to the user data publishing website over the cellular data network, wherein the user preference comprises global positioning system information. |

| | |
|---|---|
| configured to use the HTTP to send a user preference to the user data publishing website over the cellular data network, wherein the user preference comprises global positioning system information, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("single mobile client application") in the mobile device ("short-range wireless enabled cellular phone") utilizes Hypertext Transfer Protocol Secure ("HTTP") to upload data such as user's precise location to social media sites such as SkyPixel ("user data publishing website"), utilizing the mobile device's Global Positioning System (GPS) ("user preference") functionality over the cellular data network to the DJI's servers.<br><br><br>Source: https://www.dji.com/mimo |

**Transferring Files to a Phone**

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click
⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo
to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



DJI Mimo app utilizes mobile device's Global Positioning System

Source: DJI Mimo app interface, as seen by a typical user. (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data ( `com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/
(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.12] and wherein the single mobile client application for the cryptographically authenticated short-range | Defendant provides said processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone, wherein the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone that provides a touch based GUI for the received new-data. |

| | |
|---|---|
| wireless enabled cellular phone provides a touch based GUI for the received new-data. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("single mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone") comprises touch based graphical user interface ("GUI") which allows the user to access the captured data such as images and videos ("new-data").<br><br><br><br>Source: https://www.dji.com/mimo |

**Transferring Files to a Phone**

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



Touch based graphical user interface

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Touch based graphical user interface

Source: https://youtu.be/1WKV7ZwT2KY?t=618, at 10:18 (annotated)

|  | (Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Mimo app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [2] The short-range wireless enabled data capture device of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Defendant provides the short-range wireless enabled data capture device of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("short-range wireless enabled data capture device") connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection". |

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

---

☀️ • If there is a problem when connecting to DJI Mimo, follow the steps below.

  a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

  b. Make sure the DJI Mimo app has the latest firmware version.

  c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



168

Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentTyp e&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [3]    The    short-range wireless    enabled    data capture device of claim 1, wherein    the    user | Defendant provides the short-range wireless enabled data capture device of claim 1, wherein the user authentication credential sent by the single mobile client application is used to authenticate a user on the user data publishing website and publish the new-data for private use on the user data publishing website. |

| authentication credential sent by the single mobile client application is used to authenticate a user on the user data publishing website and publish the new-data for private use on the user data publishing website. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Mimo app ("single mobile client application") installed on the mobile device uses the user's DJI account credentials such as username and password ("user authentication credential") to authenticate the user on social media sites, such as SkyPixel ("user data publishing website") before uploading the received media files ("new-data") from Osmo Action 4.

Further, after authentication, the media files are uploaded from the mobile device to the user's SkyPixel account. SkyPixel provides the functionality to keep the uploaded content private, which allows the user to store their media in their personal account without sharing it publicly ("publish the new-data for private use on the user data publishing website"). |



Source: https://www.dji.com/mimo



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)

**DJI Mimo App Home Screen**

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

📑 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

⊡ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user on an Android device. (annotated)

|  | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [4.P]    A    system, comprising:<br>a    short-range    wireless enabled    data    capture device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a system comprising short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Osmo Action 4[2] ("a data capture device"), a hand-held camera device, which is equipped with approx.10MP 1/1.3-inch CMOS sensor that allows to capture images and 4K/120fps videos. Osmo Action 4 uses wireless communication mediums such as Wi-Fi and Bluetooth ("short-range") to pair with DJI Mimo app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. |

---

[2] While Osmo Action 4 has been used as an exemplary infringing instrumentality, DJI's other cameras including, but not limited, to Osmo Action, Osmo Pocket 2, Osmo Action 3, Osmo Pocket 3, and Osmo Action 5 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other cameras.



"data capture device"

Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651

## Camera

| | |
|---|---|
| Sensor | 1/1.3-inch CMOS |
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| ISO Range | Photo: 100-12800<br>Video: 100-12800 |
| Electronic Shutter Speed | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| Max Photo Resolution | 3648×2736 |
| Zoom | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| Still Photography Modes | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| Standard Recording | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

192

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs

| | |
|---|---|
| **Pre-Rec** | Pre-Recording Duration: 5/10/15/30/60 seconds |
| **Max Video Bitrate** | 130 Mbps |
| **Supported File System** | exFAT |
| **Photo Format** | JPEG/RAW |
| **Video Format** | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🖸 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.1] a first memory device; a first processor coupled to the first memory device; | Defendant provides a first memory device; a first processor coupled to the first memory device. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Osmo Action 4 contains external microSD card ("a first memory device") up to 512GB, which is coupled to a processor ("a first processor"). Osmo Action 4 processes raw sensor data to adjust the aspects of the captured image and/or video, including, but not limited to, exposure, color, and sharpness. It also applies user-selected settings, and encodes the final output into standard formats such as JPEG for photos or MP4 for videos, before they are stored in the memory and transmitted to the mobile device via DJI Mimo app. |

| | |
|---|---|
| **Supported SD Cards** | microSD (up to 512 GB) |
| **Recommended microSD Cards** | Recommended models: SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC Lexar Professional 1066x 64GB U3 A2 V30 microSDXC Lexar Professional 1066x 128GB U3 A2 V30 microSDXC Lexar Professional 1066x 256GB U3 A2 V30 microSDXC Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9

| | |
|---|---|
| Video | **Basic Mode**<br>FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.<br><br>1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.<br>2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.<br>3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.<br>4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.<br><br>**PRO Mode**<br>Image and audio parameters can be adjusted.<br>Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.<br><br>• Exposure: Auto and Manual modes are available.<br>• White Balance: Auto and Manual modes are available.<br>• Colors: Normal and D-Log M are available. D-Log M is designed for professional color grading in post-editing. In high-contrast or multi-color (e.g., garden, field, etc.) scenarios, it can enlarge the dynamic range for more color-tuning space in post-production. 10-bit color depth enables smoother color transition.<br>• FOV: the parameters are same with Basic Mode.<br>• Image Adjustment: the parameters are same with Basic Mode.<br>• Low-Light Image Enhancement: the parameters are same with Basic Mode.<br><br>Audio Parameters: Channel, Wind Noise Reduction, and Gain are available.<br>• Channel: select from Stereo or Mono.<br>• Wind Noise Reduction: when enabled, the camera will reduce the wind noise picked up by the built-in microphone using algorithms. Note: Wind Noise Reduction does not work when connected to the external microphone.<br>• When a microphone is connected, the input gain of the microphone can be adjusted. | Osmo Action 4 processes the raw sensor data of the captured video. |

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

201

| | Photo | **Basic Mode** | |
| | | The FOV can be adjusted. | Osmo Action 4 processes the raw sensor data of the captured image. |
| | | FOV: the FOV can be set to Standard (Dewarp) or Wide. | |
| | | **PRO Mode** | |
| | | Exposure, White Balance, FOV, and Format are available. | |
| | | 1. Exposure: Auto and Manual modes are available. | |
| | | 2. White Balance: Auto and Manual modes are available. | |
| | | 3. FOV: the parameters are same with Basic Mode. | |
| | | 4. Format: select the picture to be stored as JPEG or JPEG+RAW. | |

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.2] a first short-range wireless communication device configured to establish a short-range paired wireless connection with a short-range wireless enabled cellular phone, wherein the short-range wireless enabled cellular phone is internet enabled, wherein establishing the short-range paired wireless | Defendant provides a first short-range wireless communication device configured to establish a short-range paired wireless connection with a short-range wireless enabled cellular phone, wherein the short-range wireless enabled cellular phone is internet enabled, wherein establishing the short-range paired wireless connection comprises, the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Osmo Action 4 ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, |

| | |
|---|---|
| connection comprises, the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone; | a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection".<br><br>Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data.<br><br>Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).<br><br>## Connecting to the DJI Mimo App<br><br>1. Power on Osmo Action 4.<br><br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br><br>3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.<br><br>⚴: • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>    b. Make sure the DJI Mimo app has the latest firmware version.<br>    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.<br><br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23 |



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🖸 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source:  https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

217

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

  a)    Data Confidentiality;
  b)    Authentication; and
  c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.
- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).
- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.
- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

220

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.

2. Touch and hold Bluetooth ⁎.

3. Tap **Pair new device**.

   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ > **Refresh**.

4. To pair your device, tap the name of the Bluetooth device.

5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.

- Connect to a Bluetooth device.

- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17:  Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



Figure 4.20:  OOB authentication (P-192)
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ## Encryption key size control enhancements<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.3]  a  data  capture circuitry; | Defendant provides a data capture circuitry.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 comprises 1/1.3-inch CMOS sensor, camera and input components, such as buttons (collectively forming "data capture circuitry"), for example, Shutter/Record Button, to capture images and record videos. |

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button

2. Front Touchscreen

3. Lens

4. Status LED I

5. Microphone I

6. Color Temperature Photo Sensor

7. Microphone II

8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

233

## Button Features



**Shutter/Record Button**
• Press once: take a photo or start/stop recording.
• Press and hold when powered off: power on quickly and begin shooting. The shooting mode will depend on the SnapShot settings. After shooting, the camera will automatically power off if left idle for three seconds.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 11

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

## Camera

| Sensor | 1/1.3-inch CMOS |
|--------|-----------------|
| Lens | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |

Source: https://www.dji.com/osmo-action-4/specs



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



you can short press to take a photo or start recording

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.4] said first processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after | Defendant provides said first processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection with the short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the "short-range paired wireless connection" is established between the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app and Osmo Action 4 ("data capture |

| | |
|---|---|
| establishing the short-range paired wireless connection with the short-range wireless enabled cellular phone; | device"), Osmo Action 4 utilizes its built-in cameras and sensors to capture images and record videos through the Shutter/ Record Button (collectively "data capture circuitry"). Further, the raw sensor data of the captured images and/or videos ("acquire new-data") are processed to adjust its aspects and apply the preset settings, and then sent to DJI Mimo app on the mobile device. |

<div style="margin-left: 25%;">

### Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

<span style="color:red">Osmo Action 4 captures images/videos after established the paired connection with the mobile device running DJI Mimo app.</span>

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷, and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

</div>

238

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button
2. Front Touchscreen
3. Lens
4. Status LED I
5. Microphone I
6. Color Temperature Photo Sensor
7. Microphone II
8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🔘, and follow the instructions to activate Osmo Action 4.

---

💡 • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

## Connection

| | |
|---|---|
| Wi-Fi Operating Frequency | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| Wi-Fi Protocol | 802.11 a/b/g/n/ac |
| Wi-Fi Transmitter Power (EIRP) | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| Bluetooth Operating Frequency | 2.400-2.4835 GHz |
| Bluetooth Transmit Power (EIRP) | <3 dBm |
| Bluetooth Protocol | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

247



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.5] said first processor further configured to store the new-data in the first memory device; and | Defendant provides said first processor further configured to store the new-data in the first memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short range paired wireless connection is established, Osmo Action 4 captures videos and/or images of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-data") according to the pre-set settings and aspects, and stores it on the microSD card. |



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)

**Where is the footage saved in Osmo Action 4?**

The footage is saved to the microSD card inserted into Osmo Action 4.

Source: https://www.dji.com/osmo-action-4/faq

| | |
|---|---|
| **Supported SD Cards** | microSD (up to 512 GB) |
| **Recommended microSD Cards** | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4 stores images and videos in the microSD card.

Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:06 and 0:07 (annotated)



Stored images and videos captured by Osmo Action 4.

Source:  https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.6] said first processor further configured to send an event notification | Defendant provides said first processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone over the established short-range paired wireless connection automatically, wherein the event notification corresponds to the |
|---|---|

| | |
|---|---|
| and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone over the established short-range paired wireless connection automatically, wherein the event notification corresponds to the acquired new-data and comprises sending a signal to the cryptographically authenticated short-range wireless enabled cellular phone | acquired new-data and comprises sending a signal to the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after short-range paired wireless connection is established between Osmo Action 4 ("short-range wireless enabled data capture device") and the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app, Osmo Action 4 captures images and videos ("new-data") using its data capture circuitry and sends event notification via the short-range paired wireless connection which includes the captured data (images and videos) ("acquired new- data"), along with the information of the captured data and a signal to the mobile device on which DJI Mimo app is installed.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed receives the event notification and acquires the new data (captured images and videos) associated with it. The mobile device and Osmo Action 4 utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Osmo Action 4), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🔘, and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10

256



Source: https://www.dji.com/mimo



you can short press to take a photo or start recording

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

259



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

## 3.1 CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page 1734 and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3:  Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255



Figure 29.4: Example of using RegisterNotification

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11   CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source:    https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

269



Register Notification command

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|------|---------|---|---|---|---|---|---|---------|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | | Packet Type (0x0) | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |
| 14 | | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21  Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|------|---------|---|---|---|---|---|---|---------|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 - 11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source:        https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:        https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7. This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11:  Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13   Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.7] said short-range wireless enabled cellular phone, comprising: | Defendant utilizes said short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant uses the "cellular phone" such as the mobile device, at least when they internally test their DJI Mimo app with Osmo Action 4. Further, Defendant induces its customers to use the mobile device by installing DJI Mimo app and use the app with Osmo Action 4.<br><br>For example, Defendant provides DJI Mimo app that is installed on mobile device, such as, an iPhone and an Android phone ("cellular phone"). DJI Mimo app utilizes the mobile device to display the captured images and/or videos received from Osmo Action 4. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide6O



iOS 12.0 or above



Android 8.0 or above

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: DJI Mimo app interface as seen by a typical user on an Android device.

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🔘 , and follow the instructions to activate Osmo Action 4.

Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.8] a second memory device; a second processor coupled to the second memory device; | Defendant utilizes a second memory device; a second processor coupled to second memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app installed on the mobile device stores the received images and videos captured by Osmo Action 4. DJI Mimo app, utilize the mobile device that comprises a memory ("second memory device") and a processor coupled to the memory ("second processor coupled to said second memory device"). The |

memory is utilized to store DJI Mimo app, and the information related to it. The processor is utilized to process and download the received videos and images.

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60



iOS 12.0 or above



Android 8.0 or above

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.apple.com/iphone-16-pro/



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.9] a cellular network communication device configured to connect to the internet via a cellular data network; | Defendant utilizes a cellular network communication device configured to connect to internet via a cellular data network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app utilizes the mobile device which comprises a "cellular network communication device" to establish an internet connection through Wi-Fi or a cellular data network. DJI Mimo app uses the |

established internet connection to enable functions such as uploading the captured image and/or video to social media sites such as, SkyPixel.



Source: https://www.dji.com/mimo

# Connect iPhone to the internet

Connect your iPhone to the internet by using an available Wi-Fi or cellular network.

Source: https://support.apple.com/en-us/guide/iphone/iphd1cf4268/ios

## Connect to mobile networks on a Pixel phone

You can adjust how your phone uses data by changing your mobile network settings.

Depending on your carrier and service plan, your phone may connect automatically to your carrier's fastest available data network. Or you may need to add a SIM or pick settings for a specific carrier.

Source: https://support.google.com/pixelphone/answer/2926415?hl=en&sjid=15467119472334545640-NC

### Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click
⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.10] a second short-range wireless communication device configured to establish the short-range paired wireless connection between the short-range wireless enabled cellular phone and the short-range wireless enabled data capture device; | Defendant utilizes a second short-range wireless communication device configured to establish the short-range paired wireless connection between the short-range wireless enabled cellular phone and the short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app, utilizes the mobile device ("short-range wireless enabled cellular phone") which comprises Bluetooth and Wi-Fi modules ("second short-range wireless communication device"). Using the short-range wireless communication device, the mobile device pairs with Osmo Action 4 ("data capture device"). The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, and successful authentication, a Wi-fi connection is established between the mobile devices and Osmo Action 4 to form the "short-range paired wireless connection". |

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

☼   • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.dji.com/mimo

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.11] a single mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when executed by the second processor controls the second processor to: | Defendant provides a single mobile client application for the short-range wireless enabled cellular phone comprising executable instructions.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("single mobile client application") is installed on the mobile device ("cellular phone") that provides the functionality to display the images and videos captured by Osmo Action 4. DJI Mimo app utilizes the processor and the short-range wireless communication device of the mobile device to receive and download the captured images and videos, and upload them to social media sites such as SkyPixel. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⤓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

310

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.

Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

316



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Lauch DJI Mimo and enter the home screen.



**Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24



DJI Mimo app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.12] listen for the event notification sent by the short-range wireless enabled data capture device, wherein the single mobile client application for the short-range wireless enabled cellular phone is configured to process the event notification; | Defendant provides mobile client application that listen for the event notification sent by the short-range wireless enabled data capture device, wherein the single mobile client application for the short-range wireless enabled cellular phone is configured to process the event notification.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after a short-range paired wireless connection is established between Osmo Action 4 (mobile client application) and the mobile device ("short-range wireless enabled cellular phone"), the mobile device on which DJI Mimo app ("single mobile client application") is installed listens for the event notification sent by Osmo Action 4. DJI Mimo app receives the event notification that comprises the captured data such as images and videos and processes the received notification to determine the existence of the received data (captured images and videos).<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed receives the signal notification and acquires the new-data (captured images and videos) associated with it. Osmo Action 4 utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Osmo Action 4), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.




iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

322

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.

*Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.*



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection received in the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos received on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Lauch DJI Mimo and enter the home screen.



**Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*          **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.

335



# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225



Figure 1.2: Signaling conventions

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 11

| | |
|---|---|
| | ## 6.5  GATT-BASED PROFILE HIERARCHY<br><br>The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.<br><br>The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.13] receive the new-data from the short-range wireless enabled data capture device; | Defendant provides a mobile client application that receive the new-data from the short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established between Osmo Action 4 ("short-range wireless enabled data capture device") and the mobile device, DJI Mimo app receives the new-data, including captured images and videos, transmitted wirelessly from Osmo Action 4 to the mobile device. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🔘 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)



Lauch DJI Mimo and enter the home screen.



**Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source:    https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

350



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentTyp
e&paperDocType=ARTICLE, at 0:05

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be
realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer
of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided
to allow a remote controller to navigate the media and control specific media players on the remote target
device. The remote control described in this profile is designed specific to A/V control. Other remote control
solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V
devices.
Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

| | |
|---|---|
| | BLUETOOTH SPECIFICATION Version 5.0 \| Vol 3, Part A                  page 1735<br><br>*Logical Link Control and Adaptation Protocol Specification*   **Bluetooth**®<br><br>configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).<br><br>Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.14] store the received new-data in the second memory device;<br>store a user authentication credential in the second memory device; | Defendant provides a mobile client application that store the received new-data in the second memory device; store a user authentication credential in the second memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app installed on the mobile device stores the received new-data, including captured images and videos from Osmo Action 4, in the storage of the mobile device ("second memory device"). Further, DJI Mimo app also stores the user's login credentials ("user authentication credential") such as the username and password within the mobile device's storage, which enables automatic authentication when user accesses the user's DJI account. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.







Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

355

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.apple.com/iphone-16-pro/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/

Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)



DJI Mimo app requires
user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)

**DJI Mimo App Home Screen**

Lauch DJI Mimo and enter the home screen.



Device: tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

Academy: tap to watch tutorials and view manuals.

AI Editor: provides several templates for editing photos or videos.

Home: tap to return to the home screen.

Album: manage and view footage from a mobile device or DJI device.

Editor: tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

Profile: register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.15] use HTTP to upload the received new-data and the user authentication credential to a user data publishing website over the cellular data network, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic | Defendant provides mobile client application that use HTTP to upload the received new-data and the user authentication credential to a user data publishing website over the cellular data network, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("single mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone"), utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-data") on social media sites, such as SkyPixel ("user data publishing website"). Further, DJI Mimo app uses user credentials, such a username and password ("user authentication credential"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Mimo app. Further, since DJI Mimo app authenticates the user and uploads images and/or videos captured by Osmo Action 4 to social media sites such as, SkyPixel, upon information and belief, DJI Mimo app enables automatic media backup and upload to social media sites such as SkyPixel over the cellular data network upon receiving new data from Osmo Action 4 (i.e., the timer setting is "no wait automatic"). |



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.

## DJI Mimo App Home Screen

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

▣ **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▷ **Album:** manage and view footage from a mobile device or DJI device.

▣ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data (`com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/
(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.16] use the HTTP to send a user preference to the user data publishing website over the cellular data network, wherein | Defendant provides mobile client application that uses HTTP to send a user preference to a user data publishing web service over the cellular data network, wherein the user preference comprises global positioning system information.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

384

| | |
|---|---|
| the user preference comprises global positioning system information; and | For example, DJI Mimo app ("single mobile client application") in the mobile device ("short-range wireless enabled cellular phone") utilizes Hypertext Transfer Protocol Secure ("HTTP") to upload data such as user's precise location to social media sites such as SkyPixel ("user data publishing website"), utilizing the mobile device's Global Positioning System (GPS) ("user preference") functionality over the cellular data network to the DJI's servers.<br><br><br><br>Source: https://www.dji.com/mimo |

### Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



DJI Mimo app utilizes mobile device's Global Positioning System

Source: DJI Mimo app interface, as seen by a typical user. (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data (`com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/
(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.17] provide a touch based graphical user interface for the received new-data. | Defendant provides a touch based graphical user interface for the received new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

For example, DJI Mimo app installed on the mobile device comprises touch based graphical user interface that enables the user to access the captured data such as images and videos ("new-data").



Source: https://www.dji.com/mimo

**Transferring Files to a Phone**

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



Touch based graphical user interface

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Touch based graphical user interface

Source: https://youtu.be/1WKV7ZwT2KY?t=618, at 10:18 (annotated)

|  | (Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Mimo app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [5] The system of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Defendant provides the system of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("short-range wireless enabled data capture device") connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection". |

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

---

💡  • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a.  Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b.  Make sure the DJI Mimo app has the latest firmware version.

    c.  Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



**Convenient Wireless Connection**

Seamlessly connect your Osmo Pocket, Osmo Action, or Osmo Mobile series devices with improved speed and stability, unlocking a whole new level of device management.

Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10

403



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentTyp
e&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [6] The system of claim 4, wherein the user authentication credential | Defendant provides the system of claim 4, wherein the user authentication credential is for a user of the user data publishing website. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| is for a user of the user data publishing website. | For example, DJI Mimo app stores user authentication credentials such as the DJI account username and password ("user authentication credential") associated with the mobile device user. These credentials are used to authenticate the user on social media sites such as, SkyPixel ("user data publishing website") when uploading captured image and video data, ensuring that the content is associated with and accessible only through the authenticated user's account.<br><br><br><br>Source: https://www.dji.com/mimo |



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)

**DJI Mimo App Home Screen**

Lauch DJI Mimo and enter the home screen.



⊙ **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

🕮 **Academy:** tap to watch tutorials and view manuals.

▤ **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

▤ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

⌂ **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:

https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24

416



DJI Mimo app uploads captured video/ image to
social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

| | |
|---|---|
| | In other parts of the DJI Mimo app, communications data ( `com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State. |
| | Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/ <br> (Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).) <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.P] A short-range wireless enabled cellular phone, comprising: | DJI ("Defendant") utilizes a short-range wireless enabled cellular phone. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Defendant uses the "short-range wireless enabled cellular phone" such as the mobile device, at least when they internally test their DJI Mimo app with Osmo Action 4. Further, Defendant induces its customers to use the mobile device by installing DJI Mimo app and use the app with Osmo Action 4. <br><br> For example, Defendant provides DJI Mimo app that is installed on mobile device, such as, an iPhone and an Android phone ("short-range wireless enabled cellular phone"). DJI Mimo app utilizes the mobile device to display the captured images and/or videos received from Osmo Action 4. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60


iOS 12.0 or above


Android 8.0 or above

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

423



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: https://www.dji.com/downloads/djiapp/dji-mimo

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🎥 , and follow the instructions to activate Osmo Action 4.

*Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.*



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.1] a memory device; a processor coupled to said memory device; | Defendant utilizes a memory device; a processor coupled to said memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the DJI Mimo app installed on a mobile device stores images and videos received from the Osmo Action 4 camera. The DJI Mimo app utilizes the mobile device, which includes a memory unit ("memory device") and a processor coupled to the memory ("processor coupled to said memory device"). The memory |

is used to store the DJI Mimo app itself, as well as the images and videos captured by the Osmo Action 4. The processor is used to process and display the received images and videos within the DJI Mimo app.

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide6O



iOS 12.0 or above



Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.apple.com/iphone-16-pro/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/

Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.2] a cellular network communication device configured to connect to internet via a cellular data network; | Defendant utilizes a cellular network communication device configured to connect to internet via a cellular data network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app utilizes mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a cellular data network. DJI Mimo app uses the |

established internet connection to enable functions such as uploading image and video data to social media sites such as SkyPixel.

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)

# Connect iPhone to the internet

Connect your iPhone to the internet by using an available Wi-Fi or cellular network.

Source: https://support.apple.com/en-us/guide/iphone/iphd1cf4268/ios

# Connect to mobile networks on a Pixel phone

You can adjust how your phone uses data by changing your mobile network settings.

Depending on your carrier and service plan, your phone may connect automatically to your carrier's fastest available data network. Or you may need to add a SIM or pick settings for a specific carrier.

Source: https://support.google.com/pixelphone/answer/2926415?hl=en&sjid=15467119472334545640-NC



Source: https://www.dji.com/mimo



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.3] a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled cellular phone and a short-range wireless enabled data capture device, wherein the short-range wireless enabled data capture device is configured to cryptographically | Defendant utilizes a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled cellular phone and a short-range wireless enabled data capture device, wherein the short-range wireless enabled data capture device is configured to cryptographically authenticate identity of the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection". |

| authenticate identity of the short-range wireless enabled cellular phone; | Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data.<br><br>Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).<br><br>**Connecting to the DJI Mimo App**<br><br>1. Power on Osmo Action 4.<br><br>2. Enable Wi-Fi and Bluetooth on the mobile device.<br><br>3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.<br><br>⚙️ • If there is a problem when connecting to DJI Mimo, follow the steps below.<br>    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.<br>    b. Make sure the DJI Mimo app has the latest firmware version.<br>    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.<br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23 |



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.dji.com/mimo

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

462

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.
- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).
- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.
- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240

466



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ⁂ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮  ﹥ **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

470

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.

- Connect to a Bluetooth device.

- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14:  Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17: Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ### Encryption key size control enhancements |
| | New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.4] a single mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when executed by the processor controls the processor to: | Defendant provides a single mobile client application for the short-range wireless enabled cellular phone comprising executable instructions.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("single mobile client application") is installed on the mobile device ("short-range wireless enabled cellular phone") that provides the functionality to display the images and videos captured by Osmo Action 4. DJI Mimo app utilizes the processor and the short-range wireless communication device of the mobile device to receive and download the captured images and videos, and upload them to social media sites such as SkyPixel. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App — Mobile client application

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60


iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23 (annotated)

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⤓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.



Source DJI Mimo app on Play Store interface as seen by a typical user on an Android device.

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap ⌾ , and follow the instructions to activate Osmo Action 4.

Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

484



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Lauch DJI Mimo and enter the home screen.



**Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24



DJI Mimo app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [7.5] listen for an event notification sent by the short-range wireless enabled data capture device, wherein the event notification corresponds to new-data and comprises sending a signal by the short-range wireless enabled data capture device to the short-range wireless enabled cellular phone, wherein the new-data is data acquired by the data capture device after establishing the short-range paired wireless connection with the short-range wireless enabled cellular phone; | Defendant provides mobile client application that listen for an event notification sent by the short-range wireless enabled data capture device, wherein the event notification corresponds to new-data and comprises sending a signal by the short-range wireless enabled data capture device to the short-range wireless enabled cellular phone, wherein the new-data is data acquired by the data capture device after establishing the short-range paired wireless connection with the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after a short-range paired wireless connection is established between Osmo Action 4 ("short-range wireless enabled data capture device") and the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app, Osmo Action 4 captures images and videos ("new-data") using its data capture circuitry. DJI Mimo app on the mobile device is configured to listen for an event notification that is sent by Osmo Action 4 over the short-range wireless connection. This event notification includes a signal and the new-data, alerting the mobile device that new content has been captured after the connection was established.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed receives the signal notification and acquires the new-data (captured images and videos) associated with it. Osmo Action 4 utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Osmo Action 4), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60


iOS 12.0 or above


Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⤓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

490

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



### DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**

Requires Android 9.0 or above.

**Recommended Models**

Compatible with: Huawei Mate 50 pro、Huawei Mate 50、Huawei Mate 40 pro+、Huawei Mate 40 pro、Huawei Mate 40、Huawei P60、Huawei P50 Pro、Huawei P50、HONOR Magic 5 pro、HONOR Magic 4、HONOR Magic 3、HONOR 80 Pro、Galaxy S23 Ultra、Galaxy S22 Ultra、Galaxy S22、Galaxy S20 Ultra、Galaxy S20+、Galaxy S20、Galaxy Z Flip 4、Galaxy Note 20 Ultra、Xiaomi 13 Ultra、Xiaomi 13 Pro、Xiaomi 12 Pro、Xiaomi 12x、Xiaomi 11 Ultra、Xiaomi 11 Pro、Xiaomi 11、Xiaomi 10 Pro、Xiaomi 10、mix4、Redmi K60 Pro、Redmi K40 Pro、OPPO Find X6 Pro、OPPO Find X5 Pro、OPPO Find X2 Pro、OPPO Find N、OPPO Reno6 Pro+ 5G（Qualcomm Snapdragon）、OPPO Reno5 Pro+5G（Qualcomm Snapdragon）、OnePlus 11、OnePlus 10 Pro、OnePlus 9 Pro、OnePlus 8 Pro、VIVO X90 Pro +、VIVO X90 Pro、VIVO X80 Pro、VIVO X80、VIVO X70 Pro、VIVO X60 Pro、VIVO X30 Pro、iQOO 10 Pro.
Below Android 8.0, please click to download

* After the APK is downloaded in the browser, please find the installation package in the download list and manually click to install.
* Support for additional devices available as testing and development continues, Please refer to the Mimo app product page for information regarding compatibility with specific devices.
* When the Android version prompts that it cannot be installed or fails to install, please uninstall the original Android application and reinstall the new version.

**Supported Products**

Osmo Pocket   Osmo Action   Osmo Mobile 3   DJI OM 4   DJI Pocket 2   DJI OM 4 SE   DJI OM 5

DJI Action 2   Osmo Action 3   Osmo Mobile 6   Osmo Mobile SE   Osmo Action 4   Osmo Pocket 3

Osmo Action 5 Pro   DJI Mic Mini   Osmo Mobile 7 Series

Source: https://www.dji.com/downloads/djiapp/dji-mimo

493

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.

<span style="color:red">Osmo Action 4 establish paired connection with the mobile device running DJI Mimo app.</span>



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection received in the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos received on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

Lauch DJI Mimo and enter the home screen.



**Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

**Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

**Home:** tap to return to the home screen.

**Album:** manage and view footage from a mobile device or DJI device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 24

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

    Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

    The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

    This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225



Figure 1.2: Signaling conventions

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 11

| | |
|---|---|
| | **6.5  GATT-BASED PROFILE HIERARCHY**<br><br>The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.<br><br>The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.6] receive the event notification and the new-data from the short-range wireless enabled data capture device; | Defendant provides a mobile client application that receive the event notification and the new-data from the short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established between Osmo Action 4 ("short-range wireless enabled data capture device") and the mobile device, DJI Mimo app receives the event notification along with the new-data, including captured images and videos, transmitted wirelessly from Osmo Action 4 to the mobile device. |

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



https://s.dji.com/guide60



iOS 12.0 or above



Android 8.0 or above

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

508

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10

509



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01 (annotated)



DJI Mimo app
provides a
functionality to
download captured
images/ videos to the
mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    Bluetooth®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:     https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

#### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source:    https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

| | ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. | |
|---|---|---|---|---|
| | Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17 | | | |

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified.This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11: Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

| | |
|---|---|
| | **Client** – The Client device initiates the operation, which pushes and pulls objects to and from the Server or instructs the Server to perform actions on objects on the Server. In addition to the interoperability requirements defined in this profile, the Client shall also comply with the interoperability requirements for the Client of the GOEP if not defined to the contrary. The Client shall be able to interpret the OBEX Folder Listing format and may display this information for the user.<br><br>**Server** – The Server device is the target remote Bluetooth device that provides an object exchange server and folder browsing capability using the OBEX Folder Listing format. In addition to the interoperability requirements defined in this profile, the Server shall comply with the interoperability requirements for the Server of the GOEP if not defined in the contrary.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=309003, Page 13<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.7] process the event notification and store the received new-data in the memory device; store a user authentication credential in the memory device; | Defendant provides a mobile client application that process the event notification and store the received new-data in the memory device and store a user authentication credential in the memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app in the mobile device ("short-range wireless enabled cellular phone") receives the event notification that comprises the captured data such as images and videos ("new data"), DJI Mimo app then processes the received notification to determine the existence of the new data. Moreover, DJI Mimo app after processing the received notification stores the captured data ("received new data") in the memory of the mobile device. Further, DJI Mimo app stores the user's login credentials ("user authentication credential") such as the username and password within the mobile device's memory, facilitating automatic authentication upon subsequent logins to user's DJI Mimo app's account.<br><br>Further, as is inherent to how Bluetooth Low Energy (BLE) works, the mobile device on which DJI Mimo app is installed, listens for the notification signal from Osmo Action 4. The mobile device and Osmo Action 4 utilize GATT as part of BLE functionality. GATT is a framework that allows Osmo Action 4 to organize and |

exchange data. GATT handles the signalling mechanism for listening to event notifications in BLE devices. When a GATT client establishes a connection with a GATT server, it listens to event notifications for a particular attribute. The event notification is enabled by writing to the Client Characteristic Configuration Descriptor (CCCD) associated with the attribute. Further, the Bluetooth packets communicated between Osmo Action 4 and the mobile device are transmitted in payloads through L2CAP protocol.

# DJI Mimo App

When used with the DJI Mimo app, users can monitor the current camera view, set the camera parameters, and control the camera with a mobile device. The DJI Mimo app enables user to get most out of Osmo Action 4 with a series of functions, such as transferring files, editing and sharing, InvisiStick for Skiing, and Wi-Fi livestream.

## Download the DJI Mimo App

Search DJI Mimo in the app store, or scan the QR code to download and install.



 iOS 12.0 or above     Android 8.0 or above

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 23

528

**Transferring Files to a Phone**

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, Page 21



Source: https://www.apple.com/iphone-16-pro/



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



to download the materials to your mobile device

DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)

**DJI Mimo App Home Screen**

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

📑 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

⊡ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24

543

# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

545

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and 1735

### *3.4.7.1  Handle Value Notification*

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Osmo Action 4 and received by DJI Mimo app after the paired Bluetooth connection has been established.



The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.

Figure 2.3:  Attribute Protocol PDU

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225



*Figure 1.2: Signaling conventions*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 11

| | |
|---|---|
| | ## 6.5 GATT-BASED PROFILE HIERARCHY<br><br>The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.<br><br>The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.8] use HTTP to send a user preference to a user data publishing web service over the cellular data network, wherein the user preference comprises global positioning system information; | Defendant provides mobile client application that use HTTP to send a user preference to a user data publishing web service over the cellular data network, wherein the user preference comprises global positioning system information.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app in the mobile device utilizes Hypertext Transfer Protocol Secure ("HTTP") to upload data such as user's precise location to social media sites such as SkyPixel ("user data publishing web service"), utilizing the mobile device's Global Positioning System (GPS) ("user preference") functionality over the cellular data network to the DJI's servers. |



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⤓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



DJI Mimo app utilizes mobile device's Global Positioning System

Source: DJI Mimo app interface, as seen by a typical user. (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>In other parts of the DJI Mimo app, communications data ( `com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.<br><br>Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/<br>(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.9] further use the HTTP to upload the received new-data and the user authentication credential to the user | Defendant provides mobile client application that use the HTTP to upload the received new-data and the user authentication credential to the user data publishing web service over the cellular data, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic. |

| | |
|---|---|
| data publishing web service over the cellular data, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic; and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("single mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone"), utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-data") on social media sites, such as SkyPixel ("user data publishing web service"). Further, DJI Mimo app uses user credentials, such as a username and password ("user authentication credential"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Mimo app. Further, since DJI Mimo app authenticates the user and uploads images and/or videos captured by Osmo Action 4 to the social media sites, such as SkyPixel, upon information and belief, DJI Mimo app enables automatic media backup and upload to social media sites such as SkyPixel over the cellular data network upon receiving new data from Osmo Action 4 (i.e., the timer setting is "no wait automatic"). |



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ↓ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires
user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.

**DJI Mimo App Home Screen**

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

🖿 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

🖹 **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data ( `com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/
(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.10] provide a touch based graphical user interface for the received new-data. | Defendant provides a touch based graphical user interface for the received new-data. This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

For example, DJI Mimo app installed on the mobile device comprises touch based graphical user interface which allows the user to access the captured data such as images and videos ("new-data").



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



Touch based graphical user interface

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Touch based graphical user interface

Source: https://youtu.be/1WKV7ZwT2KY?t=618, at 10:18 (annotated)

|  | (Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Mimo app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [8] The short-range wireless enabled cellular phone of claim 7, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Defendant provides the short-range wireless enabled cellular phone of claim 7, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("short-range wireless enabled data capture device") connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection". |

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

---

☼ • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🖸 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10

583



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



The mobile device supports Wi-Fi and Bluetooth functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [9.P] A short-range wireless enabled data capture device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

For example, Defendant provides Osmo Action 4[3] ("short-range wireless enabled data capture device"), a hand-held camera device, which is equipped with approx.10MP 1/1.3-inch CMOS sensor that allows to capture images and 4K/120fps videos. Osmo Action 4 uses wireless communication mediums such as Wi-Fi and Bluetooth to pair with DJI Mimo app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device.



"short-range wireless enabled data capture device"

Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651 (annotated)

---

[3] While Osmo Action 4 has been used as an exemplary infringing instrumentality, DJI's other cameras including, but not limited, to Osmo Action, Osmo Pocket 2, Osmo Action 3, Osmo Pocket 3, and Osmo Action 5 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other cameras.



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Captured images and videos on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651



Source: https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651

## Camera

| | |
|---|---|
| **Sensor** | 1/1.3-inch CMOS |
| **Lens** | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |
| **ISO Range** | Photo: 100-12800<br>Video: 100-12800 |
| **Electronic Shutter Speed** | Photo: 1/8000-30 s<br>Video: 1/8000 s to the limit of frames per second |
| **Max Photo Resolution** | 3648×2736 |
| **Zoom** | Digital Zoom<br>Photo: 4×<br>Video: Max 2×<br>Slow Motion/Timelapse: Not available |
| **Still Photography Modes** | Single: Approx. 10 MP<br>Countdown: Off/0.5/1/2/3/5/10 s |
| **Standard Recording** | 4K (4:3): 3840×2880@24/25/30/48/50/60fps<br>4K (16:9): 3840×2160@100/120fps<br>4K (16:9): 3840×2160@24/25/30/48/50/60fps<br>2.7K (4:3): 2688×2016@24/25/30/48/50/60fps<br>2.7K (16:9): 2688×1512@100/120fps<br>2.7K (16:9): 2688×1512@24/25/30/48/50/60fps<br>1080p (16:9): 1920×1080@100/120/200/240fps<br>1080p (16:9): 1920×1080@24/25/30/48/50/60fps |

Source: https://www.dji.com/osmo-action-4/specs

598

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs

| | |
|---|---|
| Pre-Rec | Pre-Recording Duration: 5/10/15/30/60 seconds |
| Max Video Bitrate | 130 Mbps |
| Supported File System | exFAT |
| Photo Format | JPEG/RAW |
| Video Format | MP4 (H.264/HEVC) |

Source: https://www.dji.com/osmo-action-4/specs

## Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🖸 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



DJI Mimo

# My Moment

DJI Mimo is the dedicated app for DJI handheld devices, connecting wirelessly to the Osmo Pocket, Osmo Action, and Osmo Mobile series. Packed with powerful editing tools and intelligent shooting modes, it offers an all-in-one solution to capture, edit, and share your best moments, all from your fingertips.

Source: https://www.dji.com/mimo



Source: https://www.dji.com/downloads/djiapp/dji-mimo



### DJI Mimo

Handheld

As the dedicated app for DJI handheld devices, DJI Mimo offers live HD video feeds and unique, easy-to-use intelligent modes, empowering you to shoot, edit, and share your world with endless creativity.

ⓘ Only supported for download on phones.

iOS    Android

**v2.2.16**

Requires Android 9.0 or above.

**Recommended Models**

Compatible with: Huawei Mate 50 pro、Huawei Mate 50、Huawei Mate 40 pro+、Huawei Mate 40 pro、Huawei Mate 40、Huawei P60、Huawei P50 Pro、Huawei P50、HONOR Magic 5 pro、HONOR Magic 4、HONOR Magic 3、HONOR 80 Pro、Galaxy S23 Ultra、Galaxy S22 Ultra、Galaxy S22、Galaxy S20 Ultra、Galaxy S20+、Galaxy S20、Galaxy Z Flip 4、Galaxy Note 20 Ultra、Xiaomi 13 Ultra、Xiaomi 13 Pro、Xiaomi 12 Pro、Xiaomi 12x、Xiaomi 11 Ultra、Xiaomi 11 Pro、Xiaomi 11、Xiaomi 10 Pro、Xiaomi 10、mix4、Redmi K60 Pro、Redmi K40 Pro、OPPO Find X6 Pro、OPPO Find X5 Pro、OPPO Find X2 Pro、OPPO Find N、OPPO Reno6 Pro+ 5G（Qualcomm Snapdragon）、OPPO Reno5 Pro+5G（Qualcomm Snapdragon）、OnePlus 11、OnePlus 10 Pro、OnePlus 9 Pro、OnePlus 8 Pro、VIVO X90 Pro +、VIVO X90 Pro、VIVO X80 Pro、VIVO X80、VIVO X70 Pro、VIVO X60 Pro、VIVO X30 Pro、iQOO 10 Pro.
Below Android 8.0, please click to download

* After the APK is downloaded in the browser, please find the installation package in the download list and manually click to install.
* Support for additional devices available as testing and development continues, Please refer to the Mimo app product page for information regarding compatibility with specific devices.
* When the Android version prompts that it cannot be installed or fails to install, please uninstall the original Android application and reinstall the new version.

**Supported Products**

Osmo Pocket    Osmo Action    Osmo Mobile 3    DJI OM 4    DJI Pocket 2    DJI OM 4 SE    DJI OM 5

DJI Action 2    Osmo Action 3    Osmo Mobile 6    Osmo Mobile SE    Osmo Action 4    Osmo Pocket 3

Osmo Action 5 Pro    DJI Mic Mini    Osmo Mobile 7 Series

Source: https://www.dji.com/downloads/djiapp/dji-mimo

604

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.1] a memory device; a processor coupled to the memory device; | Defendant provides a memory device; a processor coupled to the memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 contains external microSD card ("a memory device") up to 512GB, which is coupled to a processor ("processor"). Osmo Action 4 processes raw sensor data to adjust the aspects of the captured image and/or video, including, but not limited to, exposure, color, and sharpness. It also applies user-selected settings, and encodes the final output into formats such as JPEG for photos or MP4 for videos, before they are stored in the memory and transmitted to the mobile device via DJI Mimo app.<br><br><table><tr><td>**Supported SD Cards**</td><td>microSD (up to 512 GB)</td></tr><tr><td>**Recommended microSD Cards**</td><td>Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC</td></tr></table><br>Source: https://www.dji.com/osmo-action-4/specs |

605

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Chip including Processor and memory

Source: https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf, Page 3 (annotated)

| | |
|---|---|
| Video | **Basic Mode**<br>FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.<br><br>1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.<br>2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.<br>3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.<br>4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.<br><br>**PRO Mode**<br>Image and audio parameters can be adjusted.<br>Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.<br><br>• Exposure: Auto and Manual modes are available.<br>• White Balance: Auto and Manual modes are available.<br>• Colors: Normal and D-Log M are available. D-Log M is designed for professional color grading in post-editing. In high-contrast or multi-color (e.g., garden, field, etc.) scenarios, it can enlarge the dynamic range for more color-tuning space in post-production. 10-bit color depth enables smoother color transition.<br>• FOV: the parameters are same with Basic Mode.<br>• Image Adjustment: the parameters are same with Basic Mode.<br>• Low-Light Image Enhancement: the parameters are same with Basic Mode.<br><br>Audio Parameters: Channel, Wind Noise Reduction, and Gain are available.<br><br>• Channel: select from Stereo or Mono.<br>• Wind Noise Reduction: when enabled, the camera will reduce the wind noise picked up by the built-in microphone using algorithms. Note: Wind Noise Reduction does not work when connected to the external microphone.<br>• When a microphone is connected, the input gain of the microphone can be adjusted. | Osmo Action 4 processes the raw sensor data of the captured video. |

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

608

| | |
|---|---|
| | Photo      **Basic Mode**<br><br>The FOV can be adjusted.<br><br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br><br>**PRO Mode**<br><br>Exposure, White Balance, FOV, and Format are available.<br><br>1.  Exposure: Auto and Manual modes are available.<br><br>2.  White Balance: Auto and Manual modes are available.<br><br>3.  FOV: the parameters are same with Basic Mode.<br><br>4.  Format: select the picture to be stored as JPEG or JPEG+RAW.<br><br><span style="color:red">Osmo Action 4 processes the raw sensor data of the captured image.</span><br><br>Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.2] a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless | Defendant provides a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>Further, Osmo Action 4 supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Osmo Action 4 (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Mimo app using AES-CCMP, ensuring confidentiality. Both |

| connection comprises the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone; | devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. |
|---|---|

Furthermore, Osmo Action 4 and the mobile device on which DJI Mimo app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).

### Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap  , and follow the instructions to activate Osmo Action 4.

---

☼:   • If there is a problem when connecting to DJI Mimo, follow the steps below.

   a.  Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

   b.  Make sure the DJI Mimo app has the latest firmware version.

   c.  Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

Osmo Action 4 supports Wi-Fi and Bluetooth protocols.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🖾 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

624

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

626

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.
- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).
- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.
- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

***Change the first paragraph of 4.3.4.3 as follows:***

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

• Pairing: the process for creating one or more shared secret keys

• Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

• Device authentication: verification that the two devices have the same keys

• Encryption: message confidentiality

• Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| --- | --- | --- |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 242



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys
- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair
- *Authentication:* Verifying that the two devices have the same keys
- *Encryption:* Message confidentiality
- *Message integrity:* Protection against message forgeries
- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ⚹.
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ › **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

632

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.

- Connect to a Bluetooth device.

- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17: Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20:  OOB authentication (P-192)*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | **Encryption key size control enhancements**<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.3] a data capture circuitry; | Defendant provides a data capture circuitry.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 contains 1/1.3-inch CMOS sensor, camera and input components, such as buttons (collectively forming "data capture circuitry"), for example, Shutter/Record Button, to capture images and record videos. |

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button

2. Front Touchscreen

3. Lens

4. Status LED I

5. Microphone I

6. Color Temperature Photo Sensor

7. Microphone II

8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

640

## Button Features



**Shutter/Record Button**
- Press once: take a photo or start/stop recording.
- Press and hold when powered off: power on quickly and begin shooting. The shooting mode will depend on the SnapShot settings. After shooting, the camera will automatically power off if left idle for three seconds.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 11

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

## Camera

| Sensor | 1/1.3-inch CMOS |
|--------|-----------------|
| Lens   | FOV: 155°<br>Aperture: f/2.8<br>Focus Range: 0.4 m to ∞ |

Source: https://www.dji.com/osmo-action-4/specs



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.4] said processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired | Defendant provides said processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone; | For example, after the "short-range paired wireless connection" is established between the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app and Osmo Action 4 ("short-range wireless enabled data capture device"), Osmo Action 4 utilizes its built-in cameras and sensors to capture images and record videos through the Shutter/ Record Button (collectively "data capture circuitry"). Further, the raw sensor data of the captured images and/or videos ("acquire new-data") are processed to adjust its aspects and apply the preset settings, and then sent to DJI Mimo app on the mobile device. |
|---|---|



**Activating Osmo Action 4**

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap [camera icon], and follow the instructions to activate Osmo Action 4.

*Osmo Action 4 captures images/videos after established the paired connection with the mobile device running DJI Mimo app.*

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10 (annotated)

# Product Profile

Osmo Action 4 is capable of capturing smooth video at up to 4K/120fps and offers a 155° super-wide FOV. With DJI's latest EIS (Electronic Image Stabilization) technology, Osmo Action 4 can record super smooth footage for various sports scenes. With a 1/1.3-inch image sensor, the camera ensures low-noise footage in sports scenarios and low-light scenes with a high dynamic range or high contrast. In addition, D-Log M color mode provides a more comfortable color perception and a larger dynamic range, which is convenient for post-production color correction.

Osmo Action 4 is equipped with dual touchscreens. The front touchscreen helps capture the perfect selfie, while the rear touchscreen displays the liveview of the camera. Both touchscreens enable users to change the settings with fingertip movements. The buttons on the camera enable users to control recording or switch the shooting mode. Osmo Action 4 is waterproof at depths of up to 18 m. With different Osmo accessories, users can enjoy the full range of Osmo Action 4 features.

## Overview

1. Shutter/Record Button

2. Front Touchscreen

3. Lens

4. Status LED I

5. Microphone I

6. Color Temperature Photo Sensor

7. Microphone II

8. USB-C Port



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 5

646



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, Page 3

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap 🖸 , and follow the instructions to activate Osmo Action 4.

———————————————————————————

🔆: • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29



Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



**Video**

**Basic Mode**

FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.
2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.
3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.
4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**

Image and audio parameters can be adjusted.

Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

• Exposure: Auto and Manual modes are available.

Osmo Action 4 processes the raw sensor data of the captured videos.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

**Photo**

**Basic Mode**

The FOV can be adjusted.

FOV: the FOV can be set to Standard (Dewarp) or Wide.

**PRO Mode**

Exposure, White Balance, FOV, and Format are available.

Osmo Action 4 processes the raw sensor data of the captured images.

1. Exposure: Auto and Manual modes are available.
2. White Balance: Auto and Manual modes are available.
3. FOV: the parameters are same with Basic Mode.
4. Format: select the picture to be stored as JPEG or JPEG+RAW.

653

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v
1.2_en.pdf, at Page 13 (annotated)

## Connection

| Wi-Fi Operating Frequency | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
|---|---|
| Wi-Fi Protocol | 802.11 a/b/g/n/ac |
| Wi-Fi Transmitter Power (EIRP) | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| Bluetooth Operating Frequency | 2.400-2.4835 GHz |
| Bluetooth Transmit Power (EIRP) | <3 dBm |
| Bluetooth Protocol | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

654



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentTyp e&paperDocType=ARTICLE, at 0:05



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | Intro Video, at 01:09 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.5] said processor further configured to store the new-data in the memory device of the short-range wireless enabled data capture device; | Defendant provides said processor further configured to store the new-data in the memory device of the short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

For example, after the short range paired wireless connection is established, Osmo Action 4 captures videos and/or images of the surroundings. Osmo Action 4 processes the captured videos and/or images ("new-data") according to the pre-set settings and aspects, and stores it on the microSD card.

Video

**Basic Mode**
FOV, Image Adjustment, EIS Priority in Low Light, and Low-Light Image Enhancement are available.

1. FOV: FOV can be set to Narrow, Standard (Dewarp), Wide, or Ultra Wide. Some FOV options are unavailable when using certain frame rates.
2. EIS Priority in Low Light: enabling EIS Priority in Low Light will remove motion blur and disable anti-flicker function. Image sharpness may be affected when ambient light is too low.
3. Image Adjustment: users can adjust the sharpness and noise reduction based on needs for optimal image quality.
4. Low-Light Image Enhancement: when enabled, the camera will detect low-light environment automatically and adjust exposure parameters intelligently to improve image quality.

**PRO Mode**
Image and audio parameters can be adjusted.
Image Parameters: Exposure, White Balance, Color, FOV, Image Adjustment, and Low-Light Image Enhancement are available.

• Exposure: Auto and Manual modes are available.

Osmo Action 4 processes the captured videos.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 14 (annotated)

| | | |
|---|---|---|
| | Photo **Basic Mode**<br><br>The FOV can be adjusted.<br><br>FOV: the FOV can be set to Standard (Dewarp) or Wide.<br><br>**PRO Mode**<br><br>Exposure, White Balance, FOV, and Format are available. | Osmo Action 4 processes the captured images. |

1. Exposure: Auto and Manual modes are available.

2. White Balance: Auto and Manual modes are available.

3. FOV: the parameters are same with Basic Mode.

4. Format: select the picture to be stored as JPEG or JPEG+RAW.

Source:

https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 13 (annotated)


**Where is the footage saved in Osmo Action 4?**

The footage is saved to the microSD card inserted into Osmo Action 4.

Source: https://www.dji.com/osmo-action-4/faq

| Supported SD Cards | microSD (up to 512 GB) |
|---|---|
| **Recommended microSD Cards** | Recommended models:<br>SanDisk Extreme PRO 32GB U3 A1 V30 microSDHC<br>Kingston CANVAS Go! Plus 64GB U3 A2 V30 microSDXC<br>Kingston CANVAS Go! Plus 128GB U3 A2 V30 microSDXC<br>Kingston CANVAS React Plus 64GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 128GB U3 A1 V90 microSDXC<br>Kingston CANVAS React Plus 256GB U3 A1 V90 microSDXC<br>Lexar Professional 1066x 64GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 128GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 256GB U3 A2 V30 microSDXC<br>Lexar Professional 1066x 512GB U3 A2 V30 microSDXC |

Source: https://www.dji.com/osmo-action-4/specs

The footage shot on Osmo Action 4 is stored on a microSD card. A UHS-I Speed Grade 3 rating microSD card is required due to the fast reading and writing speeds necessary for high-resolution video data. Refer to the recommended microSD card list in Specifications for more information. Insert the microSD card into the microSD card slot as shown.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Stored images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 9



Osmo Action 4 stores images and videos in the microSD card.

Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:06 and 0:07 (annotated)



Source: https://www.dji.com/support/product/osmo-action, DJI - Introducing Osmo Action's Playback Function, at 0:20 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.6] said processor further configured to listen to a polling request from a single mobile | Defendant provides said processor further configured to listen to a polling request from a single mobile client application on the short-range wireless enabled cellular phone, over the established paired short-range wireless connection, wherein the polling request is for the new-data, wherein the single mobile client application on the short-range wireless enabled cellular phone is configured to detect the new-data for transfer from the |
| --- | --- |

| | |
|---|---|
| client application on the short-range wireless enabled cellular phone, over the established paired short-range wireless connection, wherein the polling request is for the new-data, wherein the single mobile client application on the short-range wireless enabled cellular phone is configured to detect the new-data for transfer from the short-range wireless enabled data capture device to the paired and the cryptographically authenticated short-range wireless enabled cellular phone, | short-range wireless enabled data capture device to the paired and the cryptographically authenticated short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after short-range paired wireless connection is established between Osmo Action 4 ("short-range wireless enabled data capture device") and the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app ("single mobile client application"), Osmo Action 4 captures images and videos ("new-data") using its data capture circuitry. DJI Mimo app is configured to detect when new-data has been captured and initiate a polling request to Osmo Action 4 over the established connection.

Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request to an Access Point (AP) ("short-range wireless enabled data capture device") using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-data") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Osmo Action 4 listens for the polling request from DJI Mimo app, installed on the mobile device.

Furthermore, after a Bluetooth connection ("short-range paired wireless connection") is established between the mobile device ("short-range wireless enabled cellular phone") and Osmo Action 4 ("short-range wireless enabled data capture device"), Osmo Action 4 ("short-range wireless enabled data capture device") capture the user's command and send the command to the mobile device through the Bluetooth connection. As is inherent to how the Bluetooth Low Energy (BLE) works, POLL packets are sent to Osmo Action 4, requesting to transmit a response message including either the new acquired data or a NULL packet when there is no new acquired data by Osmo Action 4. Further, Osmo Action 4 captures the user's command ("new-data"), processes it and sends the commands meant for DJI Mimo app in the mobile device in response to the POLL packet. Upon information and belief, DJI Mimo app accesses the mobile device's Bluetooth capability to send the POLL requests to Osmo Action 4. |

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 📷 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)

667



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

`(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)`

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
  ⊟ Flags: 0x26
      .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
      .... .1.. = More Fragments: More fragments follow
      .... 0... = Retry: Frame is not being retransmitted
      ...0 .... = PWR MGT: STA will stay up
      ..1. .... = More Data: Data is buffered for STA at AP
      .0.. .... = Protected flag: Data is not protected
      0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
  ⊟ [Malformed Packet: IEEE 802.11]
    ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
        [Malformed Packet (Exception occurred)]
        [Severity level: Error]
        [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

671

LE employs two multiple access schemes: Frequency division multiple access (FDMA) and time division multiple access (TDMA). Forty (40) physical channels, separated by 2 MHz, are used in the FDMA scheme. Three (3) are used as primary advertising channels and 37 are used as secondary advertising channels and as data channels. A TDMA based polling scheme is

General Description

06 December 2016

Bluetooth SIG Proprietary

BLUETOOTH SPECIFICATION Version 5.0 | Vol 1, Part A

page 170

*Architecture*

Bluetooth®

used in which one device transmits a packet at a predetermined time and a corresponding device responds with a packet after a predetermined interval.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 412

*Figure 1: Slot time and uncertainty window*

Each time the slave device receives a packet from the master, it will update its local timing data using the actual packet arrival time. This allows the slave to begin looking for the next transmission at the received packet arrival time plus 1240 µs (two slot times minus the 10 µs, i.e. one half of the uncertainty window). The implication is that the slave must receive periodic transmissions in order to keep in sync with the master. If the transmissions are spread further apart, the slave must widen its uncertainty window, or it may never be able to re-sync with the master, causing a link loss due to link supervision timeout. When two connected devices are unable to exchange packets for an agreed-up period of time, the link supervision timeout value, the connection is automatically terminated.

Consider an example from two real devices. The trace snapshot in Figure 2 below illustrates the link maintenance packet exchanges using POLL and NULL packets. Since neither packet carries payload data they are very small, which reduces power consumption. The master device sends a POLL (slaves are not permitted to send POLL packets). A POLL packet requires the slave to respond even if it has no data to transmit at the time. If the link is not currently carrying LMP or higher protocol data, the slave will respond with a NULL packet.



*Figure 2: POLL and NULL packets in sniffer trace window*

Source:                 https://www.bluetooth.com/wp-content/uploads/2019/03/Sniff-and-Sniff-Sub-rating-Modes_WP_V10.pdf, Page 8.

### 6.5.1.3  POLL Packet

The POLL packet is very similar to the NULL packet. It does not have a payload. In contrast to the NULL packet, it requires a confirmation from the recipient. It is not a part of the ARQ scheme. The POLL packet does not affect the ARQN and SEQN fields. Upon reception of a POLL packet the slave shall respond with a packet even when the slave does not have any information to send unless the slave has scatternet commitments in that timeslot. This return packet is an implicit acknowledgment of the POLL packet. This packet can be used by the master in a piconet to poll the slaves. Slaves shall not transmit the POLL packet. POLL packets shall not be sent on a Connectionless Slave Broadcast logical transport.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 412

### 4.5.1.5  Default Packet Types

On the ACL links, the default type is always **NULL** both for the master and the slave. This means that if no user information needs to be sent, either a **NULL** packet is sent if there is **ACK** or **STOP** information, or no packet is sent at all. The **NULL** packet can be used by the master to allocate the next slave-to-master slot to a certain slave (namely the one addressed). However, the slave is not forced to respond to the **NULL** packet from the master. If the master requires a response, it sends a **POLL** packet.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 394.

If the slave's response is received, the master shall change to using the master parameters, so it shall use the channel access code and the master clock. The lower clock bits $CLK_0$ and $CLK_1$ shall be reset to zero at the start of the **FHS** packet transmission and are not included in the **FHS** packet. Finally, the master enters the **CONNECTION** state in step 5. The master BD_ADDR shall be used to change to a new hopping sequence, the *basic channel hopping sequence*. The basic channel hopping sequence uses all 79 hop channels in a pseudo-random fashion, see also Section 2.6.4.7. The master shall now send its first traffic packet in a hop determined with the new (master) parameters. This first packet shall be a POLL packet. See Section 8.5. This packet shall be sent within *newconnectionTO* number of slots after reception of the FHS packet acknowledgment. The slave may respond with any type of packet. If the POLL packet is not received by the slave or the POLL packet response is not received by the master within *newconnectionTO* number of slots, the master and the slave shall return to **page** and **page scan** substates, respectively.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 454.

The Bluetooth device transmits a constant bit pattern. This pattern is transmitted periodically with packets aligned to the slave TX timing of the piconet formed by tester and DUT. The same test packet is repeated for each transmission.

The transmitter test is started when the master sends the first POLL packet. In non-hopping mode the agreed frequency is used for this POLL packet.

The tester (master) transmits control or POLL packets in the master-to-slave transmission slots. The DUT (slave) shall transmit packets in the following slave-to-master transmission slot. The tester's polling interval is fixed and defined by the LMP_test_control PDU. The device under test may transmit its burst according to the normal timing even if no packet from the tester was received. In this case, the ARQN bit is shall be set to NAK.

The burst length may exceed the length of a one slot packet. In this case the tester may take the next free master TX slot for polling. The timing is illustrated in Figure 1.2.



*Figure 1.2: Timing for Transmitter Test*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2116.

# Bluetooth Low Energy 🔖▾

Android provides built-in platform support for Bluetooth Low Energy (BLE) in the central role and provides APIs that apps can use to discover devices, query for services, and transmit information.

Common use cases include the following:

- Transferring small amounts of data between nearby devices.

- Interacting with proximity sensors to give users a customized experience based on their current location.

In contrast to classic Bluetooth, BLE is designed for significantly lower power consumption. This allows apps to communicate with BLE devices that have stricter power requirements, such as proximity sensors, heart rate monitors, and fitness devices.

Source: https://developer.android.com/develop/connectivity/bluetooth/ble/ble-overview

In most cases, your app has no way of knowing when a service's characteristic value will change on a connected device. You could repeatedly query the device (polling) to detect changes, but a more efficient way is to register to receive notifications when changes occur.

Subscribe to the value of a characteristic by passing a value of YES to the `setNotifyValue:forCharacteristic:` method of the `CBPeripheral` class, as shown in Listing 17-4. Whenever the characteristic's value changes, the peripheral calls the `peripheral:didUpdateValueForCharacteristic:error:` method of its delegate object.

Source: https://developer.apple.com/library/archive/documentation/Performance/Conceptual/EnergyGuide-iOS/BluetoothBestPractices.html

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [9.7] wherein detecting the new-data for transfer comprises: polling the short-range wireless enabled data capture device by the short-range wireless enabled cellular phone, using the single mobile client application on the short-range wireless enabled cellular phone, over the established paired short-range wireless connection; | Defendant provides said processor configured to listen to a polling request wherein detecting the new-data for transfer comprises polling the short-range wireless enabled data capture device by the short-range wireless enabled cellular phone, using the single mobile client application on the short-range wireless enabled cellular phone, over the established paired short-range wireless connection.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Mimo app ("single mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone") communicates with Osmo Action 4 ("short-range wireless enabled data capture device") over the established paired short-range wireless connection. After the connection is established, DJI Mimo app periodically polls Osmo Action 4 to detect if new data (such as captured images or videos) is available. This polling is conducted by sending periodic data requests over the established paired short-range wireless connection. Upon receiving a polling request, Osmo Action 4 responds by either transmitting the newly captured image/video files ("new-data") or indicating that no new data is available at that moment.

Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request to an Access Point (AP) ("short-range wireless enabled data capture device") using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-data") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Osmo Action 4 listens for the polling request from DJI Mimo app, installed on the mobile device.

Furthermore, DJI Mimo app utilizes the Bluetooth functionality of the mobile device to receive user's commands captured by Osmo Action 4. As is inherent to how the BLE works, the mobile device sends POLL packets at a regular interval to Osmo Action 4. Osmo Action 4 sends a response message including either the data captured by Osmo Action 4 or a NULL packet when there is no new captured data. Osmo Action 4 captures the user's command ("new-data") using its data capture circuitry and processes it. Further, when a |

POLL packet is received by Osmo Action 4, Osmo Action 4 sends the captured user's command in response to the POLL packet.

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.
2. Enable Wi-Fi and Bluetooth on the mobile device.
3. Launch DJI Mimo, tap 🔘 , and follow the instructions to activate Osmo Action 4.



Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 02:29

## Connection

| | |
|---|---|
| **Wi-Fi Operating Frequency** | 2.400-2.4835 GHz<br>5.150-5.250 GHz<br>5.725-5.850 GHz |
| **Wi-Fi Protocol** | 802.11 a/b/g/n/ac |
| **Wi-Fi Transmitter Power (EIRP)** | 2.4 GHz: < 15 dBm (FCC/CE/SRRC/MIC)<br>5.1 GHz: < 16 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: < 14 dBm (FCC/CE/SRRC) |
| **Bluetooth Operating Frequency** | 2.400-2.4835 GHz |
| **Bluetooth Transmit Power (EIRP)** | <3 dBm |
| **Bluetooth Protocol** | BLE 5.0 |

Source: https://www.dji.com/osmo-action-4/specs (annotated)



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection received in the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Captured images and videos received on the mobile device running DJI Mimo app.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 9:01(annotated)

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

`(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)`

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
  ⊟ Flags: 0x26
      .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
      .... .1.. = More Fragments: More fragments follow
      .... 0... = Retry: Frame is not being retransmitted
      ...0 .... = PWR MGT: STA will stay up
      ..1. .... = More Data: Data is buffered for STA at AP
      .0.. .... = Protected flag: Data is not protected
      0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
  ⊟ [Malformed Packet: IEEE 802.11]
    ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
        [Malformed Packet (Exception occurred)]
        [Severity level: Error]
        [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

690

LE employs two multiple access schemes: Frequency division multiple access (FDMA) and time division multiple access (TDMA). Forty (40) physical channels, separated by 2 MHz, are used in the FDMA scheme. Three (3) are used as primary advertising channels and 37 are used as secondary advertising channels and as data channels. A TDMA based polling scheme is

General Description                                                06 December 2016
                                                                  Bluetooth SIG Proprietary

BLUETOOTH SPECIFICATION Version 5.0 | Vol 1, Part A                    page 170

*Architecture*                                             

used in which one device transmits a packet at a predetermined time and a corresponding device responds with a packet after a predetermined interval.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 412

*Figure 1: Slot time and uncertainty window*

Each time the slave device receives a packet from the master, it will update its local timing data using the actual packet arrival time. This allows the slave to begin looking for the next transmission at the received packet arrival time plus 1240 μs (two slot times minus the 10 μs, i.e. one half of the uncertainty window). The implication is that the slave must receive periodic transmissions in order to keep in sync with the master. If the transmissions are spread further apart, the slave must widen its uncertainty window, or it may never be able to re-sync with the master, causing a link loss due to link supervision timeout. When two connected devices are unable to exchange packets for an agreed-up period of time, the link supervision timeout value, the connection is automatically terminated.

Consider an example from two real devices. The trace snapshot in Figure 2 below illustrates the link maintenance packet exchanges using POLL and NULL packets. Since neither packet carries payload data they are very small, which reduces power consumption. The master device sends a POLL (slaves are not permitted to send POLL packets). A POLL packet requires the slave to respond even if it has no data to transmit at the time. If the link is not currently carrying LMP or higher protocol data, the slave will respond with a NULL packet.



*Figure 2: POLL and NULL packets in sniffer trace window*

Source: https://www.bluetooth.com/wp-content/uploads/2019/03/Sniff-and-Sniff-Sub-rating-Modes_WP_V10.pdf, Page 8.

692

### 6.5.1.3 POLL Packet

The POLL packet is very similar to the NULL packet. It does not have a payload. In contrast to the NULL packet, it requires a confirmation from the recipient. It is not a part of the ARQ scheme. The POLL packet does not affect the ARQN and SEQN fields. Upon reception of a POLL packet the slave shall respond with a packet even when the slave does not have any information to send unless the slave has scatternet commitments in that timeslot. This return packet is an implicit acknowledgment of the POLL packet. This packet can be used by the master in a piconet to poll the slaves. Slaves shall not transmit the POLL packet. POLL packets shall not be sent on a Connectionless Slave Broadcast logical transport.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 412

### 4.5.1.5 Default Packet Types

On the ACL links, the default type is always **NULL** both for the master and the slave. This means that if no user information needs to be sent, either a **NULL** packet is sent if there is **ACK** or **STOP** information, or no packet is sent at all. The **NULL** packet can be used by the master to allocate the next slave-to-master slot to a certain slave (namely the one addressed). However, the slave is not forced to respond to the **NULL** packet from the master. If the master requires a response, it sends a **POLL** packet.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 394.

If the slave's response is received, the master shall change to using the master parameters, so it shall use the channel access code and the master clock. The lower clock bits $CLK_0$ and $CLK_1$ shall be reset to zero at the start of the **FHS** packet transmission and are not included in the **FHS** packet. Finally, the master enters the **CONNECTION** state in step 5. The master BD_ADDR shall be used to change to a new hopping sequence, the *basic channel hopping sequence*. The basic channel hopping sequence uses all 79 hop channels in a pseudo-random fashion, see also Section 2.6.4.7. The master shall now send its first traffic packet in a hop determined with the new (master) parameters. This first packet shall be a POLL packet. See Section 8.5. This packet shall be sent within *newconnectionTO* number of slots after reception of the FHS packet acknowledgment. The slave may respond with any type of packet. If the POLL packet is not received by the slave or the POLL packet response is not received by the master within *newconnectionTO* number of slots, the master and the slave shall return to **page** and **page scan** substates, respectively.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 454.

The Bluetooth device transmits a constant bit pattern. This pattern is transmitted periodically with packets aligned to the slave TX timing of the piconet formed by tester and DUT. The same test packet is repeated for each transmission.

The transmitter test is started when the master sends the first POLL packet. In non-hopping mode the agreed frequency is used for this POLL packet.

The tester (master) transmits control or POLL packets in the master-to-slave transmission slots. The DUT (slave) shall transmit packets in the following slave-to-master transmission slot. The tester's polling interval is fixed and defined by the LMP_test_control PDU. The device under test may transmit its burst according to the normal timing even if no packet from the tester was received. In this case, the ARQN bit is shall be set to NAK.

The burst length may exceed the length of a one slot packet. In this case the tester may take the next free master TX slot for polling. The timing is illustrated in Figure 1.2.



*Figure 1.2: Timing for Transmitter Test*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2116.

695

# Bluetooth Low Energy 🔖 ▾

Android provides built-in platform support for Bluetooth Low Energy (BLE) in the central role and provides APIs that apps can use to discover devices, query for services, and transmit information.

Common use cases include the following:

- Transferring small amounts of data between nearby devices.

- Interacting with proximity sensors to give users a customized experience based on their current location.

In contrast to classic Bluetooth, BLE is designed for significantly lower power consumption. This allows apps to communicate with BLE devices that have stricter power requirements, such as proximity sensors, heart rate monitors, and fitness devices.

Source: https://developer.android.com/develop/connectivity/bluetooth/ble/ble-overview

In most cases, your app has no way of knowing when a service's characteristic value will change on a connected device. You could repeatedly query the device (polling) to detect changes, but a more efficient way is to register to receive notifications when changes occur.

Subscribe to the value of a characteristic by passing a value of `YES` to the `setNotifyValue:forCharacteristic:` method of the `CBPeripheral` class, as shown in Listing 17-4. Whenever the characteristic's value changes, the peripheral calls the `peripheral:didUpdateValueForCharacteristic:error:` method of its delegate object.

Source: https://developer.apple.com/library/archive/documentation/Performance/Conceptual/EnergyGuide-iOS/BluetoothBestPractices.html

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [9.8] said processor further configured to transfer the new-data from the short-range wireless enabled data capture device to the short-range wireless enabled cellular phone automatically over the established paired short-range wireless connection, wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to receive the new-data over the established short-range paired wireless connection, wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to store the received new-data in a memory device of the | Defendant provides said processor further configured to transfer the new-data from the short-range wireless enabled data capture device to the short-range wireless enabled cellular phone automatically over the established paired short-range wireless connection, wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to receive the new-data over the established short-range paired wireless connection, wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to store the received new-data in a memory device of the short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after a short-range Wi-Fi connection ("short-range paired wireless connection") is established between Osmo Action 4 ("short-range wireless enabled data capture device") and the mobile device ("short-range wireless enabled cellular phone") running DJI Mimo app ("single mobile client application"), Osmo Action 4 captures images and videos ("new-data") using its data capture circuitry. The processor in Osmo Action 4 then automatically transfers the captured images and videos to the mobile device over the established short-range paired wireless connection.

DJI Mimo app, installed on the mobile device, receives the new image and video data over this connection and stores the received data ("received new-data") in the memory of the mobile device. |

697

short-range wireless enabled cellular phone,



Bluetooth and Wi-Fi for ("short range paired wireless connection")

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.dji.com/mimo

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



Source:
https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Images and videos captured by Osmo Action 4.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Images and videos captured by Osmo Action 4 after establishing paired wireless connection.

Source: Capturing of an image by Osmo Action 4 as seen by a typical user on an Android device (annotated).



Images captured by Osmo Action 4 after establishing paired wireless connection transmitted to the mobile device running DJI Mimo app.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

## DJI Mimo App Home Screen

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

📄 **AI Editor:** provides several templates for editing photos or videos.

🏠 **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

⊞ **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24

705



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.9] wherein the single mobile client application for the short-range wireless enabled cellular phone stores a user authentication credential in the memory device of the short-range wireless enabled cellular phone, | Defendant provides said processor further configured to transfer the new-data from the short-range wireless enabled data capture device, wherein single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone stores a user authentication credential in the memory device of the cryptographically authenticated short-range wireless enabled cellular phone. |
|---|---|

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Mimo app ("single mobile client application") in the mobile device ("short-range wireless enabled cellular phone") stores the user's login credentials ("user authentication credential") such as the username and password within the mobile device's memory, facilitating automatic authentication upon subsequent logins to user's DJI Mimo app's account.



Source: https://www.apple.com/iphone-16-pro/



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



DJI Mimo app accesses the mobile device's storage.

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)

**DJI Mimo App Home Screen**

Lauch DJI Mimo and enter the home screen.



📷 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

**AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

**Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24

| | |
|---|---|
| | • Account Information. When you create a DJI account, you may provide us with information that includes your user ID, email address (or phone number, based on the country located), password or other information for account verification. You might choose to provide us with additional information — like gender, birthday, professional information and other information on your profile page.<br><br>Source: https://www.dji.com/policy<br>(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).) |



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:04 (annotated)

DJI Mimo app provides a functionality to download captured images/ videos to the mobile device.



Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 09:06



Downloading the captured videos and images to the memory of the mobile device.

Source: https://www.dji.com/mimo (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.10] wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to use HTTP to send a user preference | Defendant provides said processor further configured to transfer the new-data from the short-range wireless enabled data capture device, wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to use HTTP to send a user preference to a user data publishing website over a cellular data network, wherein the user preference comprise global positioning system information<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

| | |
|---|---|
| to a user data publishing website over a cellular data network, wherein the user preference comprise global positioning system information, | For example, DJI Mimo app ("single mobile client application") in the mobile device ("short-range wireless enabled cellular phone") utilizes Hypertext Transfer Protocol Secure ("HTTP") to upload data such as user's precise location to social media sites such as SkyPixel ("user data publishing website"), utilizing the mobile device's Global Positioning System (GPS) ("user preference") functionality over the cellular data network to the DJI's servers.<br><br><br><br>Source: https://www.dji.com/mimo |

## Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



DJI Mimo app utilizes mobile device's Global Positioning System

Source: DJI Mimo app interface, as seen by a typical user. (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

In other parts of the DJI Mimo app, communications data (`com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.

Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/
(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.11] wherein the single mobile client application on the short-range wireless enabled cellular phone is further | Defendant provides single mobile client application wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to use the HTTP to upload the received new-data and the user authentication credential to the user data publishing website over the cellular data network, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic |
|---|---|

| | |
|---|---|
| configured to use the HTTP to upload the received new-data and the user authentication credential to the user data publishing website over the cellular data network, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic, and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Mimo app ("single mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone"), utilizes Hypertext Transfer Protocol (HTTP) to upload the encrypted data, such as the captured images and videos ("new-data") on social media sites, such as SkyPixel ("user data publishing website"). Further, DJI Mimo app uses user credentials, such as a username and password ("user authentication credential"), associated with a user account that is common to both DJI Mimo app and SkyPixel, to authenticate and upload the image and/or video captured by Osmo Action 4 to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Mimo app. Further, since DJI Mimo app authenticates the user and uploads images and/or videos captured by Osmo Action 4 to the social media sites, such as SkyPixel, upon information and belief, DJI Mimo app enables automatic media backup and upload to social media sites such as SkyPixel over the cellular data network upon receiving new data from Osmo Action 4 (i.e., the timer setting is "no wait automatic"). |



Source: https://www.dji.com/mimo

### Transferring Files to a Phone

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Mimo app requires user login.

Source: https://www.dji.com/osmo-action-4/video, Osmo Action 4 | First Use, at 2:46 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.

**DJI Mimo App Home Screen**

Lauch DJI Mimo and enter the home screen.



🖾 **Device:** tap to connect to Osmo Action 4. Once connected, DJI Mimo enters the camera view.

📖 **Academy:** tap to watch tutorials and view manuals.

🖼 **AI Editor:** provides several templates for editing photos or videos.

⌂ **Home:** tap to return to the home screen.

▶ **Album:** manage and view footage from a mobile device or DJI device.

🖾 **Editor:** tap to edit photos or videos on Osmo Action 4 or import them to and edit on a mobile device.

👤 **Profile:** register or log in to a DJI account. View works and settings, check likes and followers, send messages to other users, or connect with the DJI Store.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, at Page 24

735



Source: DJI Mimo app interface, as seen by a typical user. (annotated)



DJI Mimo app uploads captured video/ image to social media sites such as SkyPixel.

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.



Source: DJI Mimo app interface, as seen by a typical user.

For example, the following packet capture of network traffic from DJI Mimo app shows DJI Mimo app establishing a Transport Layer Security (TLS) connection over HTTP with DJI's social media sharing forum, SkyPixel, which stores the uploaded data (captured images and/or videos) on Alibaba Cloud server, located in the US, operated by DJI. The uploaded data is received from Osmo Action 4 after the paired wireless connection between Osmo Action 4 and DJI Mimo app has been established.



| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>In other parts of the DJI Mimo app, communications data ( `com.mob.commons` component) is encrypted using weak AES 128-bit keys generated by a deterministic construction, and then shared over unsecured HTTP connections. When AES is used, it operates in ECB mode which, while better than no encryption at all, is not considered strong especially given the highly structured data transmitted within it. Data shared under this method includes the phone model, WiFi and cellular status, app version, and unique app install identifier. This weak key derivation and usage means that even seemingly encrypted data sent from a user's device could be recovered from a moderately talented attacker, let alone a Nation State.<br><br>Source: https://riverloopsecurity.com/blog/2020/05/dji_mimo/<br>(Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.12] wherein the single mobile client application on the short-range wireless enabled cellular phone provides a touch | Defendant provides a short-range wireless enabled data capture device, wherein the single mobile client application on the short-range wireless enabled cellular phone provides a touch based GUI for the received new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| based GUI for the received new-data. | For example, DJI Mimo app ("mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone") comprises touch based graphical user interface ("GUI") which allows the user to access the captured data such as images and videos ("new-data").  Source: https://www.dji.com/mimo |

744

**Transferring Files to a Phone**

Connect Osmo Action 4 to DJI Mimo, tap the Playback icon to preview photos and videos. Click ⬇ to download photos and videos. The photos and videos can be shared directly from DJI Mimo to social media platforms.

Source:
https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 21



Touch based graphical user interface

Source: https://www.youtube.com/watch?v=T1-mLlUZqdw, at 7:23 (annotated)



Touch based graphical user interface

Source: https://youtu.be/1WKV7ZwT2KY?t=618, at 10:18 (annotated)

|  | (Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Mimo app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [10] The short-range wireless enabled data capture device of claim 9, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Defendant provides the short-range wireless enabled data capture device of claim 9, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Osmo Action 4 ("short-range wireless enabled data capture device") connects with the mobile device running DJI Mimo app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Mimo app discovers Osmo Action 4 by utilizing Bluetooth. After discovery, Osmo Action 4 initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection". |

## Connecting to the DJI Mimo App

1. Power on Osmo Action 4.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap , and follow the instructions to activate Osmo Action 4.

---

☼    • If there is a problem when connecting to DJI Mimo, follow the steps below.

    a. Make sure that both Wi-Fi and Bluetooth are enabled on the mobile device.

    b. Make sure the DJI Mimo app has the latest firmware version.

    c. Swipe down from the top of the screen to enter the control menu, select Wireless Connection > Reset Connection. The camera will reset all connections and Wi-Fi passwords.

Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 23



Source: https://www.dji.com/mimo



Source: https://www.dji.com/osmo-action-4/specs (annotated)

## Activating Osmo Action 4

The DJI Mimo app is required for activation when using Osmo Action 4 for the first time. Follow the steps below to activate.

1. Press and hold the Quick Switch Button to power on.

2. Enable Wi-Fi and Bluetooth on the mobile device.

3. Launch DJI Mimo, tap [📷] , and follow the instructions to activate Osmo Action 4.



Source: https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, at Page 10



Source: DJI Mimo app interface as seen by a typical user on an Android device.



The mobile device running DJI Mimo app discovers Osmo Action 4 for establishing a paired wireless connection

Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device.



Osmo Action 4 authenticating the identity of the mobile device.

Source: Osmo Action 4 interface as seen by a typical user on an Android device (annotated).



Source: DJI Mimo app interface as seen by a typical user on an Android device (annotated).

Osmo Action 4

The captured images and videos by Osmo Action 4 are synced to the DJI Mimo app on the mobile device.



The mobile device supports Wi-Fi and Bluetooth functionality.

Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, at 0:05 (annotated)



Source: https://www.youtube.com/watch?v=YzpZ9x9PI68, at 0:45



Source: https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, at 0:14



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

## 2. List of References

1. https://store.dji.com/product/osmo-action-4?site=brandsite&from=landing_page&vid=144651, last accessed on July 18, 2025
2. https://www.dji.com/osmo-action-4/video, last accessed on July 18, 2025
3. https://www.dji.com/osmo-action-4/specs, last accessed on July 18, 2025
4. https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230906/DJI_Osmo_Action_4_User_Manual_v1.2_en.pdf, last accessed on July 18, 2025
5. https://www.dji.com/mimo, last accessed on July 18, 2025
6. https://www.dji.com/downloads/djiapp/dji-mimo, last accessed on July 18, 2025
7. https://fcc.report/FCC-ID/2ANDR-AC0032023/6679036.pdf, last accessed on July 18, 2025
8. https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US&lang=en&documentType&paperDocType=ARTICLE, last accessed on July 18, 2025
9. https://security.dji.com/data/consumer/, last accessed on July 18, 2025
10. https://www.youtube.com/watch?v=YzpZ9x9PI68, last accessed on July 18, 2025
11. https://support.dji.com/help/content?customId=01700006849&spaceId=17&re=US, last accessed on July 18, 2025
12. https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review, last accessed on July 18, 2025
13. https://www.avg.com/en/signal/what-is-wpa2, last accessed on July 18, 2025
14. http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf , last accessed on July 18, 2025
15. https://ieeexplore.ieee.org/document/6687187, last accessed on July 18, 2025
16. https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, last accessed on July 18, 2025
17. https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, last accessed on July 18, 2025
18. https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web, last accessed on July 18, 2025
19. https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1, last accessed on July 18, 2025
20. https://developer.android.com/develop/connectivity/bluetooth, last accessed on July 18, 2025
21. https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/, last accessed on July 18, 2025
22. https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/, last accessed on July 18, 2025
23. https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf, last accessed on July 18, 2025
24. https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/QSG/DJI_Osmo_Action_4_Quick_Start_Guide_v1.0_(Adventure_Combo).pdf, last accessed on July 18, 2025
25. https://www.dji.com/osmo-action-4/faq , last accessed on July 18, 2025
26. https://www.dji.com/support/product/osmo-action, last accessed on July 18, 2025

27. https://dl.djicdn.com/downloads/DJI_Osmo_Action_4/UM/20230803/DJI_Osmo_Action_4_User_Manual_v1.0_en.pdf, last accessed on July 18, 2025

28. https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en, last accessed on July 18, 2025

29. https://www.youtube.com/watch?v=T1-mLlUZqdw, last accessed on July 18, 2025

30. https://riverloopsecurity.com/blog/2020/05/dji_mimo/, last accessed on July 18, 2025

31. https://www.apple.com/iphone-16-pro/, last accessed on July 18, 2025

32. https://www.samsung.com/us/smartphones/galaxy-s25-ultra/, last accessed on July 18, 2025

33. https://support.apple.com/en-us/guide/iphone/iphd1cf4268/ios, last accessed on July 18, 2025

34. https://support.google.com/pixelphone/answer/2926415?hl=en&sjid=15467119472334545640-NC, last accessed on July 18, 2025

35. https://wifi-insider.com/wlan/psd.htm, last accessed on July 18, 2025

36. https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/, last accessed on July 18, 2025

37. https://www.bluetooth.com/wp-content/uploads/2019/03/Sniff-and-Sniff-Sub-rating-Modes_WP_V10.pdf, last accessed on July 18, 2025

38. https://developer.apple.com/library/archive/documentation/Performance/Conceptual/EnergyGuide-iOS/BluetoothBestPractices.html, last accessed on July 18, 2025

39. https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, last accessed on July 18, 2025

40. https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, last accessed on July 18, 2025

41. https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/, last accessed on July 18, 2025