**U.S. Patent No. 9,900,766 v. DJI**

## 1. Claim Chart

| Claim | Analysis |
|-------|----------|
| [1.P]    A    short-range wireless    enabled    data capture    device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Mini 4 Pro[1] ("short-range wireless enabled data capture device"), a camera drone, which is equipped with a 48MP 1/1.3-inch CMOS sensor to capture images and 4K/60fps HDR video. Mini 4 Pro uses a wireless communication medium, such as Wi-Fi and Bluetooth ("short-range"), to pair with the DJI Fly app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. |

---

[1] While Mini 4 Pro has been used as an exemplary infringing instrumentality, DJI's other camera drones including, but not limited to, Air 3, Air 3S, Mavic 3 Pro and Mavic 4 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other camera drones.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs



Cameras

Source: https://www.dji.com/mini-4-pro (annotated)



Image and video
captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ  Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.1] a memory device; | Defendant provides a memory device, a processor coupled to said memory device. |

| a processor coupled to said memory device; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro includes 2GB of internal storage and supports external microSD card ("a memory device") up to 512GB, which are coupled to a processor which performs functionalities such as, image processing. The image processing platform performs tasks such as HDR video capture, 10-bit D-Log M encoding, dual native ISO fusion, and low-light noise reduction before the captured image and video is stored in the internal memory or the external microSD card and transmitted to the mobile device via DJI Fly mobile app.<br><br>**Internal Storage**    2 GB<br><br>Source: https://www.dji.com/support/product/mini-4-pro<br><br>**Storage**<br><br>**Recommended microSD Cards**    SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC<br>Lexar 1066x 64GB V30 U3 A2 microSDXC<br>Lexar 1066x 128GB V30 U3 A2 microSDXC<br>Lexar 1066x 256GB V30 U3 A2 microSDXC<br>Lexar 1066x 512GB V30 U3 A2 microSDXC<br>Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC<br>Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC<br>Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC<br>Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC<br>Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC<br>Samsung EVO Plus 512GB V30 U3 A2 microSDXC<br><br>Source: https://www.dji.com/mini-4-pro/specs |

|  | Memory Card Not Inserted | Memory Card Inserted |
|---|---|---|
| DJI Mini 4 Pro | Store to the internal storage of the aircraft.<br><br>(Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    Page 73



Chip including Processor and memory

Source: https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, Page 1 (annotated)



Source: https://store.dji.com/content/mini-drone

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

| | |
|---|---|
| | Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology, an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.<br><br>Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2]   a   short-range wireless   communication device   configured   to establish   a   short-range paired   wireless connection   between   the short-range   wireless enabled   data   capture device and a short-range wireless enabled cellular phone,   wherein establishing   the   short-range   paired   wireless connection   comprises cryptographically authenticating identity of the   short-range   wireless | Defendant provides a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises cryptographically authenticating identity of the short-range wireless enabled cellular phone, and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled data capture device using an association protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range wireless communication device"). Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection" to utilize the QuickTransfer functionality. Further, after establishing the |

| | |
|---|---|
| enabled cellular phone, and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled data capture device using an association protocol; | connection, Mini 4 Pro stores the UUID of the authenticated mobile device in a whitelist to prevent unauthorized access.<br><br>Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Mini 4 Pro uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.<br><br>Further, Mini 4 Pro and the mobile device are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |



## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | **QuickTransfer** |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, Page 12

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys
- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair
- Device authentication: verification that the two devices have the same keys
- Encryption: message confidentiality
- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ⚌ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ > **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



Figure 4.14:  Numeric comparison authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17: Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ## Encryption key size control enhancements |
| | New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections. |
| | Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient. |
| | Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/ |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] a data capture circuitry; | Defendant provides a data capture circuitry. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Mini 4 Pro comprises 1/1.3-inch CMOS sensor, camera system and controls (collectively forming "data capture circuitry") that enable Mini 4 Pro to capture images and videos. This data capture circuitry is used to capture visual images and videos in real time. |



## Out-Sized Imaging Performance

Equipped with a 1/1.3" CMOS sensor, it supports 4K/60fps HDR True Vertical Shooting. With 10-bit D-Log M/HLG color modes, record up to one billion colors.

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro

**Image Quality**

1/1.3"
CMOS

1/1.3" CMOS

**48 MP**
Max Pixels

**f/1.7**
Aperture

**4K**
4K/60fps HDR
4K/100fps Slow Motion

**D-Log M/HLG**
D-Log M/HLG/Normal

True Vertical Shooting

MasterShotsⓘ

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://www.dji.com/mini-4-pro (annotated)



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone

| | |
|---|---|
| | **High-Quality Imaging**<br><br>The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4µm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.<br><br>Source:   https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4] said processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone; | Defendant provides said processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") to send the captured images and videos through QuickTransfer, Mini 4 Pro checks whether the connecting mobile device is included in its internal whitelist of authorized devices. Therefore, the short-range paired wireless connection remains between the mobile device and Mini 4 Pro. Further, after the "short-range paired wireless connection" is established, Mini 4 Pro's processor utilizes its data capture circuitry to acquire images and videos. The captured images and videos ("new data") are processed and sent to DJI Fly app installed on the mobile device. |

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf;   Page 73



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| | |
|---|---|
| | MasterShots   QuickShots   Hyperlapse   Panorama   **QuickTransfer**<br><br>Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.<br><br>Source: https://www.dji.com/mini-4-pro?from=store-product-page<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] said processor further configured to store the new-data in the memory device; | Defendant provides said processor further configured to store the new-data in the memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short range paired wireless connection is established, Mini 4 Pro captures videos and/or images of the surroundings. Mini 4 Pro processes the captured videos and/or images ("new-data"), and stores it into the memory device.<br><br>**Internal Storage**     2 GB<br>**Class**     C0 (EU), with the option to apply for C1 (EU) in the DJI Fly app.<br><br>Source: https://www.dji.com/support/product/mini-4-pro |

| Storage | Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
|---|---|---|
| | | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/support/product/mini-4-pro

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

| | |
|---|---|
| | Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution |
| | The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology, an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate. |
| | Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.6] said processor further configured to create a new-data object, wherein the new-data object comprises: signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer to the cryptographically authenticated short-range wireless enabled cellular phone; the acquired new-data; and | Defendant provides said processor further configured to create a new-data object, wherein the new-data object comprises: signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer to the cryptographically authenticated short-range wireless enabled cellular phone; the acquired new-data. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, after the short-range paired wireless connection is established between the mobile device ("short-range wireless enabled cellular phone") and Mini 4 Pro, Mini 4 Pro captures the images and videos of the surroundings, and sends the captured images and videos ("new data") to the mobile device along with its metadata (collectively referred as "new-data object") through short-range paired wireless connection. DJI Fly app which is installed on the mobile device, receives the files in the form of signal notification. Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Fly app is installed, receives the signal notification and acquires the new-data (captured images and videos) associated with it. Mini 4 Pro utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or |

indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol.

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro



Cameras

Source: https://www.dji.com/mini-4-pro (annotated)



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

## Specifications

### Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1))

| | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |

### O4

| | |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |

### Wi-Fi

| | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

### Bluetooth

| | |
|---|---|
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source:                                                                                              https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



**Basic information frame (B-frame)**

*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **❈ Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:   https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|-----------|---------------|-------------|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 <span>Adopted</span>

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

## 29.3   RegisterNotification



*Figure 29.4: Example of using RegisterNotification*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9



Register Notification command

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | | Packet Type (0x0) | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |
| 14 | | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21 Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 - 11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source: https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified.This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

Table 3.11: Client Characteristic Configuration bit field definition

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13  Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

| | |
|---|---|
| | Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41 <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.7] associated new-data, wherein the associated new-data corresponds to data associated with the new-data; and | Defendant provides associated new-data, wherein the associated new-data corresponds to data associated with the new-data. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Mini 4 Pro captures the images and videos of its surroundings, and sends the captured images and videos ("new-data") along with its metadata ("data associated with the new-data"), including but not limited to image's exposure parameters, location and posture, to the mobile device on which DJI Fly app is installed, through short-range paired wireless connection. <br><br> Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. <br><br> **Camera Profile** <br><br> DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity. <br><br> The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported. <br><br> Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72 |

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
| --- | --- |

Source: https://www.dji.com/mini-4-pro/specs

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

When an Audio Stream contains content which is controlled by a content control service, it includes the CCID in a list of such services in the Audio Stream's metadata to tell both Acceptors and Commanders where they can find the correct service. We'll look at Commanders in a moment in Section 3.12.

Source: https://www.bluetooth.com/wp-content/uploads/2022/01/Introducing-Bluetooth-LE-Audio-book.pdf, Page 64

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

|  | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [1.8] said processor further configured to transfer automatically the new-data object to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection | Defendant provides said processor further configured to transfer automatically the new-data object to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established between Mini 4 Pro and the mobile device, Mini 4 Pro captures photos and videos and transmit the captured photos and videos along with the metadata and signal to notify (collectively referred as "new-data object"), to the mobile device ("short-range wireless enabled cellular phone") through the short-range paired wireless connection in encrypted form.<br><br>Further, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that a short-range paired wireless connection is established. |

**Wi-Fi**

| Protocol | 802.11a/b/g/n/ac |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| Protocol | Bluetooth 5.0 |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48



Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

### 4.2.5 Encryption

If at least one authentication has been performed encryption may be used. Two encryption mechanisms are defined: E0 encryption (legacy) and AES-CCM encryption. If both devices support the Secure Connections (Controller Support) and Secure Connections (Host Support) features, then AES-CCM shall be used when encryption is enabled. If at least one device does not support both the Secure Connections (Controller Support) and Secure Connections (Host Support) features, then E0 shall be used when encryption is enabled.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 567

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:   https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,   Page   1734   and
1735

### 3.4.7.1 Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.9] wherein the cryptographically authenticated short-range wireless enabled cellular phone is configured to listen to the signal to notify and receive the new-data object over the established short-range | Defendant provides cryptographically authenticated short-range wireless enabled cellular phone is configured to listen to the signal to notify and receive the new-data object over the established short-range paired wireless connection, wherein a mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to process the signal to notify and store the received new-data in a memory device of the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| paired wireless connection, wherein a mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to process the signal to notify and store the received new-data in a memory device of the cryptographically authenticated short-range wireless enabled cellular phone, | For example, once the short-range paired wireless connection is established securely between the mobile device ("short-range wireless enabled cellular phone") and Mini 4 Pro, a signal for listening to the notification is sent to the mobile device on which DJI Fly App ("mobile client application") is installed. When Mini 4 Pro captures the new-data, the new-data is transferred to DJI Fly app via short-range paired wireless connection, and it notifies the mobile device of the incoming new-data along with the metadata (collectively referred as "new-data object"). Further, DJI Fly app processes the received notification to determine the existence of the new data and displays the results accordingly. Moreover, DJI Fly app provides a functionality to download the received new-data (i.e., shared images and video files) in the memory of the mobile device. |

Further, as is inherent to how Bluetooth Low Energy (BLE) works, the mobile device on which the DJI Fly app is installed, listens for the notification signal from Mini 4 Pro. The mobile device and Mini 4 Pro utilize GATT as part of BLE functionality. GATT is a framework that allows Mini 4 Pro to organize and exchange data. GATT handles the signaling mechanism for listening to a signal to notify in BLE devices. When a GATT client establishes a connection with a GATT server, it listens to event notifications signal for a particular attribute. The event notification is enabled by writing to the Client Characteristic Configuration Descriptor (CCCD) associated with the attribute. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol.

**Wi-Fi**

| Protocol | 802.11a/b/g/n/ac |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| Protocol | Bluetooth 5.0 |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source:  https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en,  at 0:42



Mini 4 Pro capturing new-data

Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

# DJI Fly App

## Home

 • The interface and functions of DJI Fly may vary as the software version is updated.
Actual usage experience is based on the software version used.

Launch DJI Fly and enter the Home screen to use the following features:

• Search for tutorial videos, user manuals, Fly Spots, flight tips, and more.

• Check regulatory requirements of different regions and gain information on Fly Spots.

• View photos and videos from the aircraft album or footage that has been saved on the local device, or explore more shared footage from SkyPixel.

• Log in with your DJI account to check your account information.

• Get after-sales service and support.

• Update firmware, download offline maps, access the Find My Drone feature, visit the DJI Forum and DJI Store, and more.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, at 93



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



DJI Fly app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0 (annotated)

## 3.1 CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1: L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:   https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 <span>Adopted</span>

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:     https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/,
Page 4

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225

## 6.5 GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 4.11 CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

#### 4.11.1 Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11: Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

| | |
|---|---|
| | **Client** – The Client device initiates the operation, which pushes and pulls objects to and from the Server or instructs the Server to perform actions on objects on the Server. In addition to the interoperability requirements defined in this profile, the Client shall also comply with the interoperability requirements for the Client of the GOEP if not defined to the contrary. The Client shall be able to interpret the OBEX Folder Listing format and may display this information for the user.<br><br>**Server** – The Server device is the target remote Bluetooth device that provides an object exchange server and folder browsing capability using the OBEX Folder Listing format. In addition to the interoperability requirements defined in this profile, the Server shall comply with the interoperability requirements for the Server of the GOEP if not defined in the contrary.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=309003, Page 13<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.10] wherein the mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-data along with user information to a user data publishing website over a cellular data network, and wherein the user information corresponds to a user identifier that | Defendant provides the mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-data along with user information to a user data publishing website over a cellular data network, and wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("mobile client application") installed on the mobile device ("short-range wirelessly enabled cellular phone"), utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-data") to social media sharing sites, such as SkyPixel ("user data publishing website"). Further, DJI Fly app uses user credentials, such as a username and password ("user identifier"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the |

| | |
|---|---|
| uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption. | content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app. Further, SkyPixel ("user data publishing website") includes a functionality to post content (captured images and/or video) as private ("to publish the new-data for private consumption"), so that the posted content remains accessible only to the user's account.<br><br>DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.<br><br>Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html<br><br>Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.<br><br>Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls |



DJI Fly app

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Source: https://www.youtube.com/watch?v=lyhS6sy81YU



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Fly app
uploads captured
video/ image to
social media sites
such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located
in the United States. For the majority of this data, we use Amazon Web Services
(AWS). The only data stored elsewhere are multimedia files users voluntarily upload
to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud
servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Upload option to keep the upload public or private

Source: https://www.youtube.com/watch?v=H78bL4OwBr0 (annotated)
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]



Source: https://www.youtube.com/watch?v=H78bL4OwBr0

[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [2] The short-range wireless enabled data capture device of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi | Defendant provides the short-range wireless enabled data capture device of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, Mini 4 Pro ("short-range wireless enabled data capture device") comprises both Bluetooth and Wi-Fi communication modules. Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly |

| paired wireless connection, and other wireless personal area networking technologies that use pairing. | transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection" to utilize the QuickTransfer functionality. |
|---|---|

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf;   Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

MasterShots     QuickShots     Hyperlapse     Panorama     **QuickTransfer**

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

| | |
|---|---|
| | Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.<br><br>Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [3] The short-range wireless enabled data capture device of claim 1, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data. | Defendant provides the short-range wireless enabled data capture device of claim 1, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after a paired wireless connection is established between the mobile device on which DJI Fly app is installed and Mini 4 Pro ("short-range wireless enabled data capture device"), Mini 4 Pro transmits the captured images ("image data") and videos ("video data") to the mobile device. |



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone



Content captured
by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

| | |
|---|---|
| | Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1) |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.P]    A    system, comprising: <br> a data capture device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a system comprising a data capture device. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Defendant provides Mini 4 Pro[2] ("data capture device"), a camera drone, which is equipped with a 48MP 1/1.3-inch CMOS sensor to capture images and 4K/60fps HDR video. Mini 4 Pro uses a wireless communication medium, such as Wi-Fi and Bluetooth, to pair with the DJI Fly app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. |

---

[2] While Mini 4 Pro has been used as an exemplary infringing instrumentality, DJI's other camera drones including, but not limited to, Air 3, Air 3S, Mavic 3 Pro and Mavic 4 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other camera drones.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    **Android**

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.1] a first memory device; | Defendant provides a first memory device, a first processor coupled to said first memory device. |

| a first processor coupled to the first memory device; | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|
| | For example, Mini 4 Pro includes 2GB of internal storage and supports external microSD card ("first memory device") up to 512GB, which are coupled to a processor ("first processor") which performs functionalities such as, image processing. The image processing platform performs tasks such as HDR video capture, 10-bit D-Log M encoding, dual native ISO fusion, and low-light noise reduction before the captured image and video is stored in the internal memory or the external microSD card and transmitted to the mobile device via DJI Fly mobile app. |

| **Internal Storage** | 2 GB |
|---|---|

Source: https://www.dji.com/support/product/mini-4-pro

## Storage

| **Recommended microSD Cards** | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
|---|---|
| | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/mini-4-pro/specs

| | Memory Card Not Inserted | Memory Card Inserted |
|---|---|---|
| DJI Mini 4 Pro | Store to the internal storage of the aircraft. (Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    Page 73



Chip including First Processor and First memory

Source: https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, Page 1 (annotated)



Source: https://store.dji.com/content/mini-drone

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

| | |
|---|---|
| | Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution |
| | The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology, an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.<br><br>Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.2] a first short-range wireless communication device configured to establish a short-range paired wireless connection with an internet connected cellular phone, wherein establishing the short-range paired wireless connection comprises, the data capture device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired | Defendant provides a first short-range wireless communication device configured to establish a short-range paired wireless connection with an internet connected cellular phone, wherein establishing the short-range paired wireless connection comprises, the data capture device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the data capture device using an association protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("data capture device") connects with the mobile device ("cellular phone") running DJI Fly app via its built-in Bluetooth and Wi-Fi modules (collectively "first short-range wireless communication device"). Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection" to utilize the QuickTransfer functionality. Further, after establishing the connection, Mini 4 Pro stores the UUID of the authenticated mobile device in a whitelist to prevent unauthorized access. |

| wireless connection further comprises the data capture device using an association protocol; | Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Mini 4 Pro uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.<br><br>Further, Mini 4 Pro and the mobile device are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |



## Specifications

**Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1))**

| | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |

**O4**

| | |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |

**Wi-Fi**

| | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| | |
|---|---|
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf;   Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

a)   Data Confidentiality;

b)   Authentication; and

c)   Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.
- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).
- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.
- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, Page 12

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys

- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

- Device authentication: verification that the two devices have the same keys

- Encryption: message confidentiality

- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master trans-mits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ✳.
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ＞ **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



Figure 4.14:  Numeric comparison authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17:  Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

## Encryption key size control enhancements

New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.

Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.

Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.3] a data capture circuitry; | Defendant provides a data capture circuitry. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Mini 4 Pro comprises 1/1.3-inch CMOS sensor, camera system and controls (collectively forming "data capture circuitry") that enable Mini 4 Pro to capture images and videos. This data capture circuitry is used to capture visual images and videos in real time. |



## Out-Sized Imaging Performance

Equipped with a 1/1.3" CMOS sensor, it supports 4K/60fps HDR True Vertical Shooting. With 10-bit D-Log M/HLG color modes, record up to one billion colors.

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

| Image Sensor | 1/1.3-inch CMOS. Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro

**Image Quality**

**1/1.3"**
CMOS

1/1.3" CMOS

**48 MP**
Max Pixels

**f/1.7**
Aperture

**4K**
4K/60fps HDR
4K/100fps Slow Motion

**D-Log M/HLG**
D-Log M/HLG/Normal

True Vertical Shooting

☆

MasterShotsⓘ

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://www.dji.com/mini-4-pro (annotated)



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)



Content captured
by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

| | |
|---|---|
| | **High-Quality Imaging**<br><br>The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.<br><br>Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.4] said first processor configured to acquire new-data in the data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection with the cellular phone; | Defendant provides said first processor configured to acquire new-data in the data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection with the cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when Mini 4 Pro ("data capture device") connects with the mobile device ("cellular phone") to send the captured images and videos through QuickTransfer, Mini 4 Pro checks whether the connecting mobile device is included in its internal whitelist of authorized devices. Therefore, the short-range paired wireless connection remains between the mobile device and Mini 4 Pro. Further, after the "short-range paired wireless connection" is established, Mini 4 Pro's processor utilizes its data capture circuitry to acquire images and videos. The captured images and videos ("new data") are processed and sent to DJI Fly app installed on the mobile device. |

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,  Page 73

Make sure that Bluetooth, Wi-Fi, and location services are enabled on the mobile device before using QuickTransfer.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,  Page 74

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source:                                                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| | |
|---|---|
| | MasterShots     QuickShots     Hyperlapse     Panorama     **QuickTransfer** |
| | Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share. |
| | Source: https://www.dji.com/mini-4-pro?from=store-product-page |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.5] said first processor further configured to store the new-data in the first memory device; | Defendant provides said first processor further configured to store the new-data in the first memory device. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after the short range paired wireless connection is established, Mini 4 Pro captures videos and/or images of the surroundings. Mini 4 Pro processes the captured videos and/or images ("new-data"), and stores it into the memory device. |
| | **Internal Storage**     2 GB<br><br>**Class**     C0 (EU), with the option to apply for C1 (EU) in the DJI Fly app. |
| | Source: https://www.dji.com/support/product/mini-4-pro |

| Storage | Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
|---|---|---|
| | | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/support/product/mini-4-pro

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    Page 73



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

<table>
<tr><td></td><td>

Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology, an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.

Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td></tr>
<tr><td>

[4.6] said first processor further configured to create a new-data object, wherein the new-data object comprises: signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer to the cryptographically authenticated cellular phone; the acquired new-data; and

</td><td>

Defendant provides said first processor further configured to create a new-data object, wherein the new-data object comprises: signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer to the cryptographically authenticated cellular phone; the acquired new-data.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the short-range paired wireless connection is established between the mobile device ("cellular phone") and Mini 4 Pro, Mini 4 Pro captures the images and videos of the surroundings, and sends the captured images and videos ("new data") to the mobile device along with its metadata (collectively referred as "new-data object") through short-range paired wireless connection. DJI Fly app which is installed on the mobile device, receives the files in the form of signal notification.

Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Fly app is installed, receives the signal notification and acquires the new-data (captured images and videos) associated with it. Mini 4 Pro utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or

</td></tr>
</table>

indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol.

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
| --- | --- |

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4µm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

## Specifications

### Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1))

| | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |

### O4

| | |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |

### Wi-Fi

| | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

### Bluetooth

| | |
|---|---|
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



Switching on Bluetooth and Wi-Fi on the mobile device for file transfer.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A            page 1735

*Logical Link Control and Adaptation Protocol Specification*            **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and 1735

### 3.4.7.1 Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|-----------|---------------|-------------|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



Figure 2.3: Attribute Protocol PDU

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 29.3  RegisterNotification



*Figure 29.4: Example of using RegisterNotification*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9



**Register Notification command**

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|-----|---------|---|---|---|---|---|---|---------|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | Packet Type (0x0) | | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11<br>14 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21  Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|-----|---------|---|---|---|---|---|---|---------|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 -<br>11 | UID: 0x0000000000000007 | | | | | | | |
| 12 -<br>13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 -<br>18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source: https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
|---|---|
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

Table 3.11: Client Characteristic Configuration bit field definition

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13  Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

| | |
|---|---|
| | Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.7] associated new-data, wherein the associated new-data corresponds to data associated with the new-data; and | Defendant provides associated new-data, wherein the associated new-data corresponds to data associated with the new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro captures the images and videos of its surroundings, and sends the captured images and videos ("new-data") along with its metadata ("data associated with the new-data"), including but not limited to image's exposure parameters, location and posture, to the mobile device on which DJI Fly app is installed, through short-range paired wireless connection.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol.<br><br>**Camera Profile**<br><br>DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.<br><br>The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.<br><br>Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72 |

# Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)

When an Audio Stream contains content which is controlled by a content control service, it includes the CCID in a list of such services in the Audio Stream's metadata to tell both Acceptors and Commanders where they can find the correct service. We'll look at Commanders in a moment in Section 3.12.

Source: https://www.bluetooth.com/wp-content/uploads/2022/01/Introducing-Bluetooth-LE-Audio-book.pdf, Page 64

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

    Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

    The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

    This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

| | |
|---|---|
| | BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735<br><br>*Logical Link Control and Adaptation Protocol Specification*    **Bluetooth®**<br><br>configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).<br><br>Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.8] said first processor further configured to transfer automatically the new-data object to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection; | Defendant provides said first processor further configured to transfer automatically the new-data object to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established between Mini 4 Pro and the mobile device, Mini 4 Pro captures photos and videos and transmit the captured photos and videos along with the metadata and signal to notify (collectively referred as "new-data object"), to the mobile device ("cellular phone") through the short-range paired wireless connection in encrypted form.<br><br>Further, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that a short-range paired wireless connection is established. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48



Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

### 4.2.5  Encryption

If at least one authentication has been performed encryption may be used. Two encryption mechanisms are defined: E0 encryption (legacy) and AES-CCM encryption. If both devices support the Secure Connections (Controller Support) and Secure Connections (Host Support) features, then AES-CCM shall be used when encryption is enabled. If at least one device does not support both the Secure Connections (Controller Support) and Secure Connections (Host Support) features, then E0 shall be used when encryption is enabled.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 567

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                 **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.9] said cellular phone, comprising: | Defendant utilizes a cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Defendant uses the "cellular phone" such as the mobile device, at least when they internally test their DJI Fly app with Mini 4 Pro. Further, Defendant induces its customers to use the mobile device by installing DJI Fly app and use the app with Mini 4 Pro. |
| --- | --- |

For example, Defendant provides DJI Fly app that is installed on mobile device, such as, an iPhone and an Android phones ("cellular phone"). DJI Fly app utilizes the mobile device to display the captured images and/or videos received from Mini 4 Pro.



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



DJI Fly app available on Apple store for iOS

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
running on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)

 **DJI Fly**

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS   Android

### V 1.17.4

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.



The following models have been tested and are recommended for use:

**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ  Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

MasterShots    QuickShots    Hyperlapse    Panorama    **QuickTransfer**

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.10] a second memory device; | Defendant utilizes a second memory device; a second processor coupled to said second memory device. |

| a second processor coupled to said second memory device; | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|
| | For example, DJI Fly app installed on the mobile device stores the received images and videos captured by Mini 4 Pro. DJI Fly app, utilize the mobile device that comprises a memory ("second memory device") and a processor coupled to the memory ("second processor coupled to said second memory device"). The memory is utilized to store DJI Fly app, and the information related to it. Further, the mobile device's processor is utilized to process and download the received videos and images. |
| |  |
| | Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en |



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.apple.com/iphone-16-pro/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



DJI Fly app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0 (annotated)



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.11] a cellular network communication device configured to connect to the internet via the cellular data network; | Defendant utilizes a cellular network communication device configured to connect to the internet via the cellular data network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app utilizes mobile device which comprises a "cellular network communication device" to establish an internet connection through Wi-Fi or a cellular data network. DJI Fly app uses the established internet connection to enable functions such as uploading image and video data to social media sites, such as SkyPixel. |



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

DJI FLY

# Share It!

After editing, you can upload your creations to SkyPixel and interact with a community of aerial photographers. Enjoy the work of others and show off your creations in high definition with just a tap.

Source: https://www.dji.com/dji-fly

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.12] a second short-range wireless communication device configured to establish the short-range paired wireless connection between the cellular phone and the data capture device; | Defendant utilizes a second short-range wireless communication device configured to establish the short-range paired wireless connection between the cellular phone and the data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app, utilizes the mobile device ("cellular phone") which comprises Bluetooth and Wi-Fi modules ("second short-range wireless communication device"). Using the short-range wireless communication device, the mobile device pairs with Mini 4 Pro ("data capture device"). The mobile device running DJI Fly app discovers Mini 4 Pro by utilising Bluetooth. After discovery, and successful authentication, Wi-fi connection is established between the mobile device and Mini 4 Pro to form the "short-range paired wireless connection". |



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf;    Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

| | |
|---|---|
| | Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.<br><br>Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.13] a mobile client application for the cellular phone comprising executable instructions that, when executed by the second processor controls the second processor to: | Defendant provides a mobile client application for the cellular phone comprising executable instructions that are executed by the second processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("mobile client application") is installed on the mobile device ("cellular phone"), that provides the functionality to display the images and videos captured by Mini 4 Pro. DJI Fly app utilizes the mobile device's processor ("second processor") and the short-range wireless communication device of the mobile device to receive and download the captured images and videos, and upload them to social media sites such as SkyPixel. |



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

## V 1.17.4

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

## V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.



The following models have been tested and are recommended for use:

### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly

# DJI Fly App

## Home

 • The interface and functions of DJI Fly may vary as the software version is updated. Actual usage experience is based on the software version used.

Launch DJI Fly and enter the Home screen to use the following features:

- Search for tutorial videos, user manuals, Fly Spots, flight tips, and more.
- Check regulatory requirements of different regions and gain information on Fly Spots.
- View photos and videos from the aircraft album or footage that has been saved on the local device, or explore more shared footage from SkyPixel.
- Log in with your DJI account to check your account information.
- Get after-sales service and support.
- Update firmware, download offline maps, access the Find My Drone feature, visit the DJI Forum and DJI Store, and more.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, at 93



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source:    https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

DJI FLY

# Share It!

After editing, you can upload your creations to SkyPixel and interact with a
community of aerial photographers. Enjoy the work of others and show off your
creations in high definition with just a tap.

Source: https://www.dji.com/dji-fly

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                              https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.14] listen for the signal to notify; | Defendant provides mobile client application that listen for the signal to notify.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the short-range paired wireless connection is established between the mobile device and Mini 4 Pro; a signal ("signal to notify") for listening to the notification is sent to the mobile device on which DJI Fly app is installed. When Mini 4 Pro captures the new-data (captured images and videos), the new-data is transferred to DJI Fly app via short-range paired wireless connection, it notifies the mobile device of the incoming new-data along with the metadata. Further, DJI Fly app processes the received notification to determine the existence of the new data.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Fly app is installed receives the signal notification and acquires the new-data (captured images and videos) associated with it. Mini 4 Pro utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 |

Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol.



Source:  https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en,  at 0:42

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



**App Store** Preview

This app is available only on the App Store for iPhone and iPad.

**DJI Fly** 4+

Fly as you are.

DJI

#95 in Photo & Video

★★★☆ 3.5 • 3.7K Ratings

Free

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ  Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly

# DJI Fly App

## Home

 • The interface and functions of DJI Fly may vary as the software version is updated. Actual usage experience is based on the software version used.

Launch DJI Fly and enter the Home screen to use the following features:

• Search for tutorial videos, user manuals, Fly Spots, flight tips, and more.

• Check regulatory requirements of different regions and gain information on Fly Spots.

• View photos and videos from the aircraft album or footage that has been saved on the local device, or explore more shared footage from SkyPixel.

• Log in with your DJI account to check your account information.

• Get after-sales service and support.

• Update firmware, download offline maps, access the Find My Drone feature, visit the DJI Forum and DJI Store, and more.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, at 93



Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A            page 1735

*Logical Link Control and Adaptation Protocol Specification*            **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

## Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source: https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

#### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

Table 3.11: Client Characteristic Configuration bit field definition

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

| | |
|---|---|
| | **Client** – The Client device initiates the operation, which pushes and pulls objects to and from the Server or instructs the Server to perform actions on objects on the Server. In addition to the interoperability requirements defined in this profile, the Client shall also comply with the interoperability requirements for the Client of the GOEP if not defined to the contrary. The Client shall be able to interpret the OBEX Folder Listing format and may display this information for the user.<br><br>**Server** – The Server device is the target remote Bluetooth device that provides an object exchange server and folder browsing capability using the OBEX Folder Listing format. In addition to the interoperability requirements defined in this profile, the Server shall comply with the interoperability requirements for the Server of the GOEP if not defined in the contrary.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=309003, Page 13<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.15] receive the new-data object from the data capture device; store the received new-data in the second memory device; and | Defendant provides mobile client application that receive the new-data object from the data capture device; store the received new-data in the second memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after a short-range paired wireless connection is established between the mobile device and Mini 4 Pro, Mini 4 Pro processes and transfers the captured images and videos ("new-data") along with its metadata and a signal to notify (collectively "new-data object") that the new-data was acquired to the mobile device through the established paired connection in an encrypted form. DJI Fly app provides a functionality to download the received new-data (i.e., shared images and video files) in the memory ("second memory device") of the mobile device. |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



DJI Fly app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0 (annotated)

Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

| | |
|---|---|
| | BLUETOOTH SPECIFICATION Version 5.0 \| Vol 3, Part A                    page 1735 |
| | *Logical Link Control and Adaptation Protocol Specification*     **Bluetooth**® |
| | configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1). |
| | Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735 |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.16] use HTTP to transfer the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption. | Defendant provides the mobile client application for the cellular phone is configured to use HTTP to transfer the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, DJI Fly app installed on the mobile device, utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-data") to social media sharing sites, such as SkyPixel ("user data publishing website"). Further, DJI Fly app uses user credentials, such as a username and password ("user identifier"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app. Further, SkyPixel ("user data publishing website") includes a functionality to post content (captured images and/or video) as private ("to publish the new-data for private consumption"), so that the posted content remains accessible only to the user's account. |

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



DJI Fly app

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Source: https://www.youtube.com/watch?v=lyhS6sy81YU



The mobile device supports Wi-Fi and cellular data network functionality.

Source:  https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en,  at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://www.youtube.com/watch?v=H78bL4OwBr0 (annotated)
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]



Source: https://www.youtube.com/watch?v=H78bL4OwBr0

[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [5] The system of claim 4, wherein establishing the short-range paired wireless connection comprises the data capture device using an association protocol. | Defendant provides the system of claim 4, wherein establishing the short-range paired wireless connection comprises the data capture device using an association protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro connects with the mobile device running DJI Fly app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Fly app discovers Mini 4 Pro by utilising Bluetooth. After discovery, and successful authentication, a Wi-fi connection is established using an encryption protocol such as |

WPA2 to form short-range paired wireless connection. Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Further, Mini 4 Pro uses the Robust Security Network (RSN) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.

Furthermore, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices.

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

**4.3.4.3 Robust security network association (RSNA)**

***Change the first paragraph of 4.3.4.3 as follows:***

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4   Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

| | |
|---|---|
| | Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20 |
| | **Encryption key size control enhancements** |
| | New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections. |
| | Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient. |
| | Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/ |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [6] The system of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area | Defendant provides the system of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Mini 4 Pro comprises both Bluetooth and Wi-Fi communication modules. Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After |

| networking technologies that use pairing. | discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection" to utilize the QuickTransfer functionality. |
|---|---|

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf;   Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

| | |
|---|---|
| | Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.<br><br>Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7] The system of claim 4, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data. | Defendant provides the system of claim 4, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after a paired wireless connection is established between the mobile device on which DJI Fly app is installed and Mini 4 Pro, Mini 4 Pro transmits the captured images ("image data") and videos ("video data") to the mobile device. |



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos

Source:    https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

| | |
|---|---|
| | Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [8] The system of claim 4, wherein a graphical user interface (GUI) is provided in the cryptographically authenticated cellular phone, and wherein the graphical user interface (GUI) is for the received new-data. | Defendant provides the system of claim 4, wherein a graphical user interface (GUI) is provided in the cryptographically authenticated cellular phone, and wherein the graphical user interface (GUI) is for the received new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the mobile device ("cellular phone") contains a graphical user interface ("GUI") which allows the user to access DJI Fly app and download the captured images and videos.<br><br> |

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant

| [9.P]    A    short-range wireless enabled cellular phone, comprising: | Defendant utilizes  a short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Defendant uses a "short-range enabled cellular phone" such as a smartphone (or a mobile device) at least when they internally test their DJI Fly app with Mini 4 Pro. Further, Defendant includes its customers to use the mobile device by installing DJI Fly app and use DJI Fly app with Mini 4 Pro.

For example, Defendant provides DJI Fly app that is installed on the mobile device, such as, an iPhone and an Android phones ("short-range wireless enabled cellular phone"). DJI Fly app utilizes the mobile device to display captured images and videos from Mini 4 Pro. |



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



**App Store** Preview —————————————— DJI Fly app available on Apple store for iOS

This app is available only on the App Store for iPhone and iPad.

**DJI Fly** 4+
Fly as you are.
DJI

#95 in Photo & Video
★★★☆ 3.5 • 3.7K Ratings

Free

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
running on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)

 **DJI Fly**

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

### V 1.17.4

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.



The following models have been tested and are recommended for use:

**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly

 **DJI Fly**

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ  Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

MasterShots    QuickShots    Hyperlapse    Panorama    **QuickTransfer**

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.1] a memory device; a processor coupled to said memory device; | Defendant utilizes the short-range wireless enabled cellular phone that comprises a memory device; a processor coupled to said memory device. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, DJI Fly app installed on the mobile device stores the received images and videos, captured by Mini 4 Pro. DJI Fly app, utilizes a mobile device that comprises a memory ("memory device") and. A processor coupled to the memory ("processor coupled to said second memory device"). The memory is utilized to store DJI Fly app, and the information related to it. The processor is utilized to process and display the received images and videos. |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.apple.com/iphone-16-pro/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



DJI Fly app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0 (annotated)



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.2] a cellular network communication device configured to connect to internet via a cellular data network; | Defendant utilizes a cellular network communication device configured to connect to the internet via the cellular data network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app utilizes mobile device which comprises a "cellular network communication device" to establish an internet connection through Wi-Fi or a cellular data network. DJI Fly app uses the established internet connection to enable functions such as uploading image and video data to social media sites, such as SkyPixel. |



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

DJI FLY

# Share It!

After editing, you can upload your creations to SkyPixel and interact with a community of aerial photographers. Enjoy the work of others and show off your creations in high definition with just a tap.

Source: https://www.dji.com/dji-fly

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.3] a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled cellular phone and a short-range wireless enabled data capture device, wherein the short-range wireless enabled data capture device is configured to cryptographically | Defendant provides a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled cellular phone and a short-range wireless enabled data capture device, wherein the short-range wireless enabled data capture device is configured to cryptographically authenticate identity of the short-range wireless enabled cellular phone when establishing the short-range paired wireless connection, and wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled mobile device using an association protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range wireless communication device"). Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful |

| | |
|---|---|
| authenticate identity of the short-range wireless enabled cellular phone when establishing the short-range paired wireless connection, and wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled mobile device using an association protocol; | authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection" to utilize the QuickTransfer functionality. Further, after establishing the connection, Mini 4 Pro stores the UUID of the authenticated mobile device in a whitelist to prevent unauthorized access.<br><br>Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Mini 4 Pro uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.<br><br>Further, Mini 4 Pro and the mobile device are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |



## Specifications

### Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1))

| | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |

### O4

| | |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |

### Wi-Fi

| | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

### Bluetooth

| | |
|---|---|
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf;   Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, Page 12

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys

- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

- Device authentication: verification that the two devices have the same keys

- Encryption: message confidentiality

- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
|-----|---------------------------|---|
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys
- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair
- *Authentication:* Verifying that the two devices have the same keys
- *Encryption:* Message confidentiality
- *Message integrity:* Protection against message forgeries
- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ✳.
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ > **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of
algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17: Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ## Encryption key size control enhancements<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.4] a mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when executed by the processor controls the processor to: | Defendant provides a mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that are executed by the second processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("mobile client application") is installed on the mobile device ("short-range wireless enabled cellular phone"), that provides the functionality to display the images and videos captured by Mini 4 Pro. DJI Fly app utilizes the mobile device's processor and the short-range wireless communication device of the mobile device to receive and download the captured images and videos, and upload them to social media sites such as SkyPixel. |



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

## V 1.17.4

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



### Recommended Models

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mavic 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

## V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.



The following models have been tested and are recommended for use:

### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly

# DJI Fly App

## Home

 • The interface and functions of DJI Fly may vary as the software version is updated. Actual usage experience is based on the software version used.

Launch DJI Fly and enter the Home screen to use the following features:

• Search for tutorial videos, user manuals, Fly Spots, flight tips, and more.

• Check regulatory requirements of different regions and gain information on Fly Spots.

• View photos and videos from the aircraft album or footage that has been saved on the local device, or explore more shared footage from SkyPixel.

• Log in with your DJI account to check your account information.

• Get after-sales service and support.

• Update firmware, download offline maps, access the Find My Drone feature, visit the DJI Forum and DJI Store, and more.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, at 93



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source:    https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

DJI FLY

# Share It!

After editing, you can upload your creations to SkyPixel and interact with a
community of aerial photographers. Enjoy the work of others and show off your
creations in high definition with just a tap.

Source: https://www.dji.com/dji-fly

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:          https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.5] receive a new-data object from the short-range wireless enabled data capture device over the established short-range paired wireless connection, wherein the new-data object comprises: signal to notify and acquired new-data, wherein the acquired new-data is data acquired by the short-range wireless enabled data capture device after | Defendant provides said processor further configured to receive a new-data object from the short-range wireless enabled data capture device over the established short-range paired wireless connection, wherein the new-data object comprises: signal to notify and acquired new-data, wherein the acquired new-data is data acquired by the short-range wireless enabled data capture device after the short-range paired wireless connection is established between the short-range wireless enabled cellular phone and the short-range wireless enabled data capture device, and wherein the signal to notify corresponds to the acquiring of the new-data for transfer.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established, Mini 4 Pro ("short-range wireless enabled data capture device") captures the images and videos of the surroundings, and sends that captured images and videos ("acquired new-data"), its metadata, and a signal for acquiring the new-data (collectively referred as "new-data object") to the mobile device ("short-range wireless enabled cellular phone") through the short-range paired wireless connection. The mobile device running DJI Fly app receive files in the form of signal notification that corresponds to data such as the captured images and videos by Mini 4 Pro. |

| | |
|---|---|
| the short-range paired wireless connection is established between the short-range wireless enabled cellular phone and the short-range wireless enabled data capture device, and wherein the signal to notify corresponds to the acquiring of the new-data for transfer; and | Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Fly app is installed, receives the signal notification and acquires the new-data (captured images and videos) associated with it. Mini 4 Pro utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| | |
|---|---|
| **Image Sensor** | 1/1.3-inch CMOS, Effective Pixels: 48 MP |

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4µm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro



Cameras

Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



Switching Bluetooth and Wi-Fi for file transfer

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1: L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                   **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:   https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

The GATT Profile uses the Attribute Protocol to transport data in the form of
commands, requests, responses, indications, notifications and confirmations
between devices. This data is contained in Attribute Protocol PDUs.



Figure 2.3: Attribute Protocol PDU

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged.
This structure defines basic elements such as services and characteristics,
used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more
services necessary to fulfill a use case. A service is composed of
characteristics or references to other services. Each characteristic contains a
value and may contain optional information about the value. The service and
characteristic and the components of the characteristic (i.e., value and
descriptors) contain the profile data and are all stored in Attributes on the
server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

## 29.3   RegisterNotification



*Figure 29.4: Example of using RegisterNotification*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11   CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a
client. There is one sub-procedure that can be used to indicate a value:
Indications. Indications can be configured using the Client Characteristic
Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a
*Characteristic Value* to a client and expects an Attribute Protocol layer
acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-
procedure. The *Attribute Handle* parameter shall be set to the *Characteristic
Value Handle* being indicated, and the *Attribute Value* parameter shall be set to
the *Characteristic Value*. Once the *Handle Value Indication* is received by the
client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

Register Notification command

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|------|---------|---|---|---|---|---|---|---------|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | | Packet Type (0x0) | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |
| 14 | | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21 Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|------|---------|---|---|---|---|---|---|---------|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 - 11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_<br>COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:      https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified.This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

Table 3.11: Client Characteristic Configuration bit field definition

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13  Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

| | |
|---|---|
| | Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.6] associated new-data, wherein the associated new-data corresponds to data associated with the new-data; | Defendant provides mobile client application which utilizes the processor configured to create a new-data object, wherein the new-data object comprises: associated new-data, wherein the associated new-data corresponds to data associated with the new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro captures the images and videos of its surroundings, and sends the captured images and videos ("new-data") along with its metadata ("data associated with the new-data"), including but not limited to image's exposure parameters, location and posture, to the mobile device on which DJI Fly app is installed, through short-range paired wireless connection.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol.<br><br>**Camera Profile**<br><br>DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.<br><br>The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported. |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                     **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

When an Audio Stream contains content which is controlled by a content control service, it includes the CCID in a list of such services in the Audio Stream's metadata to tell both Acceptors and Commanders where they can find the correct service.  We'll look at Commanders in a moment in Section 3.12.

Source:  https://www.bluetooth.com/wp-content/uploads/2022/01/Introducing-Bluetooth-LE-Audio-book.pdf, Page 64

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [9.7] listen and process the signal to notify; | Defendant provides mobile client application that listen and process the signal to notify.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the short-range paired wireless connection is established securely between the mobile device and Mini 4 Pro, a signal for listening to the notification is sent to the mobile device on which DJI Fly App is installed. When Mini 4 Pro captures the new-data, the new-data is transferred to DJI Fly app via short-range paired wireless connection, and it notifies the mobile device of the incoming new-data along with the metadata. Further, DJI Fly app processes the received notification to determine the existence of the new data and displays the results accordingly. Moreover, DJI Fly app provides a functionality to download the received new-data (i.e., shared images and video files) in the memory of the mobile device.<br><br>Further, as is inherent to how Bluetooth Low Energy (BLE) works, the mobile device on which the DJI Fly app is installed, listens for the notification signal from Mini 4 Pro. The mobile device and Mini 4 Pro utilize GATT as part of BLE functionality. GATT is a framework that allows Mini 4 Pro to organize and exchange data. GATT handles the signaling mechanism for listening to signal to notify in BLE devices. When a GATT client establishes a connection with a GATT server, it listens to event notification signal for a particular attribute. The event notification is enabled by writing to the Client Characteristic Configuration Descriptor (CCCD) associated with the attribute. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42



Source: https://store.dji.com/content/mini-drone (annotated)



DJI Fly app available on Apple store for iOS

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

### V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

# DJI Fly App

## Home

 • The interface and functions of DJI Fly may vary as the software version is updated. Actual usage experience is based on the software version used.

Launch DJI Fly and enter the Home screen to use the following features:

- Search for tutorial videos, user manuals, Fly Spots, flight tips, and more.
- Check regulatory requirements of different regions and gain information on Fly Spots.
- View photos and videos from the aircraft album or footage that has been saved on the local device, or explore more shared footage from SkyPixel.
- Log in with your DJI account to check your account information.
- Get after-sales service and support.
- Update firmware, download offline maps, access the Find My Drone feature, visit the DJI Forum and DJI Store, and more.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, at 93



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



DJI Fly app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0 (annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:   https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:    https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



Figure 2.3:  Attribute Protocol PDU

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged.
This structure defines basic elements such as services and characteristics,
used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more
services necessary to fulfill a use case. A service is composed of
characteristics or references to other services. Each characteristic contains a
value and may contain optional information about the value. The service and
characteristic and the components of the characteristic (i.e., value and
descriptors) contain the profile data and are all stored in Attributes on the
server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a
client. There is one sub-procedure that can be used to indicate a value:
Indications. Indications can be configured using the Client Characteristic
Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

#### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a
*Characteristic Value* to a client and expects an Attribute Protocol layer
acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-
procedure. The *Attribute Handle* parameter shall be set to the *Characteristic
Value Handle* being indicated, and the *Attribute Value* parameter shall be set to
the *Characteristic Value*. Once the *Handle Value Indication* is received by the
client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7. This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11: Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

| | |
|---|---|
| | **Client** – The Client device initiates the operation, which pushes and pulls objects to and from the Server or instructs the Server to perform actions on objects on the Server. In addition to the interoperability requirements defined in this profile, the Client shall also comply with the interoperability requirements for the Client of the GOEP if not defined to the contrary. The Client shall be able to interpret the OBEX Folder Listing format and may display this information for the user.<br><br>**Server** – The Server device is the target remote Bluetooth device that provides an object exchange server and folder browsing capability using the OBEX Folder Listing format. In addition to the interoperability requirements defined in this profile, the Server shall comply with the interoperability requirements for the Server of the GOEP if not defined in the contrary.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=309003, Page 13<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.8] store the received new-data in the memory device; and | Defendant provides mobile client application that store the received new-data in the memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app installed on the mobile device stores the received images and videos, captured by Mini 4 Pro. DJI Fly app, utilizes a mobile device that comprises a memory ("second memory device") and. A processor coupled to the memory ("second processor coupled to said second memory device"). The memory is utilized to store DJI Fly app, and the information related to it. The processor is utilized to process and display the received images and videos. |



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.apple.com/iphone-16-pro/



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS | Android

## V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.



The following models have been tested and are recommended for use:

### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [9.9] use HTTP to transfer the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption. | Defendant provides the mobile client application for the cellular phone to use HTTP to transfer the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app installed on the mobile device ("short-range wirelessly enabled cellular phone"), utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-data") to social media sharing sites, such as SkyPixel ("user data publishing website"). Further, DJI Fly app uses user credentials, such as a username and password ("user identifier"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app. Further, SkyPixel ("user data publishing website") includes a functionality to post content (captured images and/or video) as private ("to publish the new-data for private consumption"), so that the posted content remains accessible only to the user's account.<br><br>DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.<br>Source:      https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html<br><br>Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.<br><br>Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls |



DJI Fly app

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Source: https://www.youtube.com/watch?v=lyhS6sy81YU



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://www.youtube.com/watch?v=H78bL4OwBr0 (annotated)
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]



Source: https://www.youtube.com/watch?v=H78bL4OwBr0

[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [10] The short-range wireless enabled cellular phone of claim 9, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless | Defendant provides the short-range wireless enabled cellular phone of claim 9, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled data capture device") comprises both Bluetooth and Wi-Fi communication modules. Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly |

| connection, and other wireless personal area networking technologies that use pairing. | transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection" to utilize the QuickTransfer functionality. |
|---|---|

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf;   Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | **QuickTransfer** |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

| | |
|---|---|
| | Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.<br><br>Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [11] The short-range wireless enabled cellular phone of claim 9, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data. | Defendant provides the short-range wireless enabled cellular phone of claim 9, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after a paired wireless connection is established between the mobile device on which DJI Fly app is installed and Mini 4 Pro ("short-range wireless enabled data capture device"), Mini 4 Pro transmits the captured images ("image data") and videos ("video data") to the mobile device. |



Source: https://www.dji.com/mini-4-pro (annotated)

Cameras



Source: https://store.dji.com/content/mini-drone



SHOT ON
**DJI MINI 4** PRO

**TRUE VERTICAL SHOOTING**

00:34 / 02:35

Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos

Source:   https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

| | |
|---|---|
| | Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [12] The short-range wireless enabled cellular phone of claim 9, wherein a graphical user interface (GUI) is provided in the cryptographically authenticated short-range wireless enabled cellular phone, and wherein the graphical user interface (GUI) is for the received new-data. | Defendant provides the short-range wireless enabled cellular phone of claim 9, wherein a graphical user interface (GUI) is provided in the cryptographically authenticated short-range wireless enabled cellular phone, and wherein the graphical user interface (GUI) is for the received new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app installed on the mobile device ("short range wireless enabled cellular phone") comprises graphical user interface ("GUI") which allows the user to access DJI Fly app and download the captured images and videos. |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Captured images and videos getting transferred from Mini 4 Pro to the mobile device

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant

| | |
|---|---|
| [13.P]   A   system, comprising:<br>a   short-range   wireless enabled   data   capture device, comprising: | Defendant makes, uses, sells, and/or offers to sell a system, comprising: a short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Mini 4 Pro [3] ("short-range wireless enabled data capture device"), a camera drone, which is equipped with a 48MP 1/1.3-inch CMOS sensor to capture images and 4K/60fps HDR video. Mini 4 Pro uses a wireless communication medium, such as Wi-Fi and Bluetooth ("short-range"), to pair with the DJI Fly app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device.<br><br> |

[3] While Mini 4 Pro has been used as an exemplary infringing instrumentality, DJI's other camera drones including, but not limited to, Air 3, Air 3S, Mavic 3 Pro and Mavic 4 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other camera drones.

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,   Page 72

## Camera

| | |
|---|---|
| **Image Sensor** | 1/1.3-inch CMOS, Effective Pixels: 48 MP |

Source: https://www.dji.com/mini-4-pro/specs



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ  Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [13.1] a first memory device; | Defendant provides a first memory device; a first processor coupled to the first memory device |

| a first processor coupled to the first memory device; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro includes 2GB of internal storage and supports external microSD card ("first memory device") up to 512GB, which are coupled to a processor ("first processor") which performs functionalities such as, image processing. The image processing platform performs tasks such as HDR video capture, 10-bit D-Log M encoding, dual native ISO fusion, and low-light noise reduction before the captured image and video is stored in the internal memory or the external microSD card and transmitted to the mobile device via DJI Fly mobile app.<br><br>| Internal Storage | 2 GB |<br><br>Source: https://www.dji.com/support/product/mini-4-pro<br><br>**Storage**<br><br>| Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC<br>Lexar 1066x 64GB V30 U3 A2 microSDXC<br>Lexar 1066x 128GB V30 U3 A2 microSDXC<br>Lexar 1066x 256GB V30 U3 A2 microSDXC<br>Lexar 1066x 512GB V30 U3 A2 microSDXC<br>Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC<br>Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC<br>Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC<br>Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC<br>Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC<br>Samsung EVO Plus 512GB V30 U3 A2 microSDXC |<br><br>Source: https://www.dji.com/mini-4-pro/specs |

| | Memory Card Not Inserted | Memory Card Inserted |
|---|---|---|
| DJI Mini 4 Pro | Store to the internal storage of the aircraft.<br><br>(Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73



Chip including First Processor and First memory

Source: https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, Page 1 (annotated)



Source: https://store.dji.com/content/mini-drone

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels  and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

| | |
|---|---|
| | Source:   https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology, an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.

Source:   https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.2] a first short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises cryptographically authenticating identity of the short-range wireless | Defendant provides a first short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises cryptographically authenticating identity of the short-range wireless enabled cellular phone, and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled data capture device using an association protocol

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Mini 4 Pro ("data capture device") connects with the mobile device ("cellular phone") running DJI Fly app via its built-in Bluetooth and Wi-Fi modules (collectively "first short-range wireless communication device"). Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection" to utilize the QuickTransfer |

| | |
|---|---|
| enabled cellular phone, and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled data capture device using an association protocol; | functionality. Further, after establishing the connection, Mini 4 Pro stores the UUID of the authenticated mobile device in a whitelist to prevent unauthorized access.<br><br>Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Mini 4 Pro uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.<br><br>Further, Mini 4 Pro and the mobile device are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |



## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
| --- | --- |
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf;   Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

a)   Data Confidentiality;

b)   Authentication; and

c)   Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.
- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).
- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.
- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, Page 12

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys

- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

- Device authentication: verification that the two devices have the same keys

- Encryption: message confidentiality

- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
|-----|----------------------------|---|
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ✳.
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ > **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of
algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17: Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



Figure 4.20: OOB authentication (P-192)

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ## Encryption key size control enhancements<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.3] a data capture circuitry; | Defendant provides a data capture circuitry.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro comprises 1/1.3-inch CMOS sensor, camera system and controls (collectively forming "data capture circuitry") that enable Mini 4 Pro to capture images and videos. This data capture circuitry is used to capture visual images and videos in real time. |

## Out-Sized Imaging Performance

Equipped with a 1/1.3" CMOS sensor, it supports 4K/60fps HDR True Vertical Shooting. With 10-bit D-Log M/HLG color modes, record up to one billion colors.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro

**Image Quality**

1/1.3"
CMOS

1/1.3" CMOS

**48 MP**

Max Pixels

**f/1.7**

Aperture

**4K**

4K/60fps HDR
4K/100fps Slow Motion

**D-Log M/HLG**

D-Log M/HLG/Normal

True Vertical Shooting

MasterShots ⓘ

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://www.dji.com/mini-4-pro (annotated)

Cameras



Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

| | High-Quality Imaging |
|---|---|
| | The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.<br><br>Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.4] said first processor configured to acquire new-data using the data capture circuitry, wherein the new-data is data acquired after the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone is established; | Defendant provides said first processor configured to acquire new-data using the data capture circuitry, wherein the new-data is data acquired after the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone is established.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") to send the captured images and videos through QuickTransfer, Mini 4 Pro checks whether the connecting mobile device is included in its internal whitelist of authorized devices. Therefore, the short-range paired wireless connection remains between the mobile device and Mini 4 Pro. Further, after the "short-range paired wireless connection" is established, Mini 4 Pro's processor utilizes its data capture circuitry to acquire images and videos. The captured images and videos ("new data") are processed and sent to DJI Fly app installed on the mobile device. |

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    Page 73

Make sure that Bluetooth, Wi-Fi, and location services are enabled on the mobile device before using QuickTransfer.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    Page 74

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:
https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf;    Page 73



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| | |
|---|---|
| | MasterShots    QuickShots    Hyperlapse    Panorama    **QuickTransfer**<br><br>Quickly transfer photos and videos to your smartphone without linking the remote controller.<br>Your creations will be instantly ready to share.<br><br>Source: https://www.dji.com/mini-4-pro?from=store-product-page<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.5] said first processor further configured to store the acquired new-data in the first memory device; | Defendant provides said first processor further configured to store the acquired new-data in the first memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short range paired wireless connection is established, Mini 4 Pro captures videos and/or images of the surroundings. Mini 4 Pro processes the captured videos and/or images ("acquired new-data"), and stores it into the memory device.<br><br>**Internal Storage**    2 GB<br><br>**Class**    C0 (EU), with the option to apply for C1 (EU) in the DJI Fly app.<br><br>Source: https://www.dji.com/support/product/mini-4-pro |

| Storage | | Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
|---|---|---|---|
| | | | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | | | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | | | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | | | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | | | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | | | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | | | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | | | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | | | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | | | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/support/product/mini-4-pro

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    Page 73



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

| | |
|---|---|
| | Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology, an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.<br><br>Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.6] said processor further configured to create a new-data object, wherein the new-data object comprises:<br>signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer;<br>the acquired new-data; and | Defendant provides said processor further configured to create a new-data object, wherein the new-data object comprises: signal to notify, wherein the signal to notify corresponds to the acquiring of the new-data for transfer; the acquired new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established between the mobile device and Mini 4 Pro, Mini 4 Pro captures the images and videos of the surroundings, and sends the captured images and videos ("new data") to the mobile device along with its metadata (collectively referred as "new-data object") through short-range paired wireless connection. DJI Fly app which is installed on the mobile device, receives the files in the form of signal notification.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Fly app is installed, receives the signal notification and acquires the new-data (captured images and videos) associated with it. Mini 4 Pro utilize GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or |

indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol.

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro



Cameras

Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



Switching on Bluetooth and Wi-Fi on the mobile device for file transfer.

Source:   https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en,   at 0:42 (annotated)



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

   Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

   The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

   This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A          page 1735

*Logical Link Control and Adaptation Protocol Specification*          **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:   https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and
1735

### 3.4.7.1 Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("signal to notify") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



Figure 2.3: Attribute Protocol PDU

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

## 29.3   RegisterNotification



*Figure 29.4: Example of using RegisterNotification*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a
client. There is one sub-procedure that can be used to indicate a value:
Indications. Indications can be configured using the Client Characteristic
Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a
*Characteristic Value* to a client and expects an Attribute Protocol layer
acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-
procedure. The *Attribute Handle* parameter shall be set to the *Characteristic
Value Handle* being indicated, and the *Attribute Value* parameter shall be set to
the *Characteristic Value*. Once the *Handle Value Indication* is received by the
client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9



**Register Notification command**

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | | Packet Type (0x0) | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |
| 14 | | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21  Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 - 11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
| --- | --- | --- |

Source: https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source: https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
|---|---|
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11: Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13  Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

| | |
|---|---|
| | Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41 <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.7] associated new-data, wherein the associated new-data corresponds to data associated with the new-data; and | Defendant provides associated new-data, wherein the associated new-data corresponds to data associated with the new-data. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Mini 4 Pro captures the images and videos of its surroundings, and sends the captured images and videos ("new-data") along with its metadata ("data associated with the new-data"), including but not limited to image's exposure parameters, location and posture, to the mobile device on which DJI Fly app is installed, through short-range paired wireless connection. <br><br> Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. <br><br> **Camera Profile** <br><br> DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity. <br><br> The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported. <br><br> Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72 |

# Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

When an Audio Stream contains content which is controlled by a content control service, it includes the CCID in a list of such services in the Audio Stream's metadata to tell both Acceptors and Commanders where they can find the correct service.  We'll look at Commanders in a moment in Section 3.12.

Source: https://www.bluetooth.com/wp-content/uploads/2022/01/Introducing-Bluetooth-LE-Audio-book.pdf, Page 64

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [13.8] said first processor further configured to receive a data transfer request from the short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the acquired new-data that was acquired by the short-range wireless enabled data capture device before receiving the data transfer request; and | Defendant provides said first processor further configured to receive a data transfer request from the short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the acquired new-data that was acquired by the short-range wireless enabled data capture device before receiving the data transfer request

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after "short-range paired wireless connection" is established, Mini 4 Pro capture images and videos ("new-data") of its surroundings. The mobile device running DJI Fly app send polling request ("data transfer request") to Mini 4 Pro. Therefore, Mini 4 Pro, upon information and belief, receives a data transfer request from the mobile device ("short-range wireless enabled cellular phone"), over the established connection to transfer the captured images and videos.

Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request to an Access Point (AP) (short-range wireless enabled data capture device) using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-data") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Mini 4 pro receives the data transfer request from the mobile device, running DJI Fly app.

Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request operation when a client wants to obtain data from the server. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

*Logical Link Control and Adaptation Protocol Specification*                   **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
    ⊟ Flags: 0x26
        .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
        .... .1.. = More Fragments: More fragments follow
        .... 0... = Retry: Frame is not being retransmitted
        ...0 .... = PWR MGT: STA will stay up
        ..1. .... = More Data: Data is buffered for STA at AP
        .0.. .... = Protected flag: Data is not protected
        0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

| | |
|---|---|
| | Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source: https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, at Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.9] said first processor configured to transfer the new-data object to the short-range wireless enabled cellular phone over the established short-range paired wireless connection; | Defendant provides said first processor configured to transfer the new-data object to the short-range wireless enabled cellular phone over the established short-range paired wireless connection.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the "short-range paired wireless connection" is established between Mini 4 Pro and the mobile device, Mini 4 Pro captures photos and videos and transmit the captured photos and videos along with |

the metadata and signal to notify (collectively referred as "new-data object"), to the mobile device ("short-range paired wireless enabled cellular phone") through the short-range paired wireless connection in encrypted form.

Further, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that a short-range paired wireless connection is established.

**Wi-Fi**

| | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| | |
|---|---|
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48



Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and 1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.



| No. | Time | Source | Destination | Protocol | Lengtł | Info |
|---|---|---|---|---|---|---|
| 22775 | 2847.354703 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22776 | 2847.384989 | SamsungElect_… | S2DjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22777 | 2847.396182 | SamsungElect_… | S2DjiTe… | ATT | 30 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22778 | 2847.407667 | SamsungElect_… | S2DjiTe… | ATT | 26 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22779 | 2847.418559 | SamsungElect_… | S2DjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22780 | 2847.418887 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22781 | 2847.420076 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22782 | 2847.422339 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22783 | 2847.423262 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22784 | 2847.430615 | SamsungElect_… | S2DjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22785 | 2847.464064 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22786 | 2847.509092 | S2DjiTechnol_… | Samsung… | ATT | 32 | Rcvd Handle Value Notification, Handle: 0x000d (Public Key Open Credential (PKOC): FiRa Consortium) |
| 22787 | 2847.512516 | S2DjiTechnol_… | Samsung… | HCI_A… | 29 | Rcvd [Reassembled in #22788] |
| 22788 | 2847.514078 | S2DjiTechnol_… | Samsung… | ATT | 12 | Rcvd Handle Value Notification, Handle: 0x000d (Public Key Open Credential (PKOC): FiRa Consortium) |
| 22789 | 2847.515008 | S2DjiTechnol_… | Samsung… | HCI_A… | 29 | Rcvd [Reassembled in #22790] |
| 22790 | 2847.553838 | S2DjiTechnol_… | Samsung… | ATT | 15 | Rcvd Handle Value Notification, Handle: 0x000d (Public Key Open Credential (PKOC): FiRa Consortium) |
| 22791 | 2847.738330 | SamsungElect_… | S2DjiTe… | ATT | 46 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22792 | 2847.778922 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22793 | 2847.801786 | SamsungElect_… | S2DjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22794 | 2847.813117 | SamsungElect_… | S2DjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22795 | 2847.823648 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22796 | 2847.824348 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22797 | 2847.827965 | SamsungElect_… | S2DjiTe… | ATT | 26 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22798 | 2847.854111 | SamsungElect_… | S2DjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22799 | 2847.865164 | SamsungElect_… | S2DjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22800 | 2847.913964 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22801 | 2847.914796 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |

Frame 22786: 32 bytes on wire (256 bits), 32 bytes captured (256 bits)
  Encapsulation type: Bluetooth H4 with linux header (99)
  Arrival Time: Jul 25, 2025 12:53:04.638337000 CDT
  UTC Arrival Time: Jul 25, 2025 17:53:04.638337000 UTC
  Epoch Arrival Time: 1753465984.638337000
  [Time shift for this packet: 0.000000000 seconds]
  [Time delta from previous captured frame: 0.045028000 seconds]
  [Time delta from previous displayed frame: 0.045028000 seconds]
  [Time since reference or first frame: 2847.509092000 seconds]
  Frame Number: 22786
  Frame Length: 32 bytes (256 bits)
  Capture Length: 32 bytes (256 bits)

```
0000  02 06 20 1b 00 17 00 04  00 1b 0d 00 55 14 04 6d   ·· ········· ·U·m
0010  07 02 ed e5 c0 07 0c 00  04 a8 5a 4f a1 f1 9c 4b   ··········ZO···K
```

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

**4.2.5 Encryption**

If at least one authentication has been performed encryption may be used. Two encryption mechanisms are defined: E0 encryption (legacy) and AES-CCM encryption. If both devices support the Secure Connections (Controller Support) and Secure Connections (Host Support) features, then AES-CCM shall be used when encryption is enabled. If at least one device does not support both the Secure Connections (Controller Support) and Secure Connections (Host Support) features, then E0 shall be used when encryption is enabled.

| | |
|---|---|
| | Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 567<br><br>it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.<br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10<br><br>The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.10] a mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when executed by a second processor of the short-range wireless enabled cellular phone controls the second processor to: | Defendant provides a mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when executed by a second processor of the short-range wireless enabled cellular phone controls the second processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("mobile client application") is installed on the mobile device ("cellular phone"), that provides the functionality to display the images and videos captured by Mini 4 Pro. DJI Fly app utilizes the mobile device's processor ("second processor") and the short-range wireless communication device of the mobile device to receive and download the captured images and videos, and upload them to social media sites such as SkyPixel. |



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

---

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

---

Source: https://www.dji.com/downloads/djiapp/dji-fly



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

## V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.



The following models have been tested and are recommended for use:

### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly

# DJI Fly App

## Home

 • The interface and functions of DJI Fly may vary as the software version is updated. Actual usage experience is based on the software version used.

Launch DJI Fly and enter the Home screen to use the following features:

• Search for tutorial videos, user manuals, Fly Spots, flight tips, and more.

• Check regulatory requirements of different regions and gain information on Fly Spots.

• View photos and videos from the aircraft album or footage that has been saved on the local device, or explore more shared footage from SkyPixel.

• Log in with your DJI account to check your account information.

• Get after-sales service and support.

• Update firmware, download offline maps, access the Find My Drone feature, visit the DJI Forum and DJI Store, and more.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, at 93



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source:    https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

DJI FLY

# Share It!

After editing, you can upload your creations to SkyPixel and interact with a
community of aerial photographers. Enjoy the work of others and show off your
creations in high definition with just a tap.

Source: https://www.dji.com/dji-fly

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.11] receive a request through a graphical user interface (GUI) of the cryptographically authenticated short-range wireless enabled cellular phone for new-data and send a data transfer request to the short-range wireless enabled data capture device, over the established short-range paired wireless connection, wherein the data transfer request is for | Defendant provides a mobile client application that receive a request through a graphical user interface (GUI) of the cryptographically authenticated short-range wireless enabled cellular phone for new-data and send a data transfer request to the short-range wireless enabled data capture device, over the established short-range paired wireless connection, wherein the data transfer request is for the acquired new-data that was acquired by the short-range wireless enabled data capture device before receiving the data transfer request.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the mobile device ("short-range wireless enabled cellular phone") contains a graphical user interface ("GUI") which allows the user to access DJI Fly app and download the captured images and videos. DJI Fly app provides a functionality to switch to QuickTransfer Mode to receive the captured images and videos ("acquired new-data") from Mini 4 Pro to the mobile device running DJI Fly app. Therefore, upon information and belief, upon selecting the 'Switch' icon on the mobile device's interface of DJI Fly app, Mini 4 Pro receives a request to send the captured image and/or video ("new-data") to the mobile device. |

| | |
|---|---|
| the acquired new-data that was acquired by the short-range wireless enabled data capture device before receiving the data transfer request; | Further, as is inherent to how Bluetooth and Wi-Fi standards work, upon information and belief, the mobile device running DJI Fly app sends the data transfer request to Mini 4 Pro, to transmit the captured image ("acquired new-data") over the established short-range paired wireless connection. <br><br>  <br><br> Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated) |



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Images and
videos received
using
QuickTransfer

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
  ⊟ Flags: 0x26
      .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
      .... .1.. = More Fragments: More fragments follow
      .... 0... = Retry: Frame is not being retransmitted
      ...0 .... = PWR MGT: STA will stay up
      ..1. .... = More Data: Data is buffered for STA at AP
      .0.. .... = Protected flag: Data is not protected
      0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

| | |
|---|---|
| | Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source:  https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, at Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source:                   https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source:                   https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.12] receive the new-data object from the short-range wireless enabled data capture device, over the established short-range paired wireless connection; store the new-data received over | Defendant provides a mobile client application that receive the new-data object from the short-range wireless enabled data capture device, over the established short-range paired wireless connection; store the new-data received over the established short-range paired wireless connection, in a second memory device of the short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the short-range paired wireless connection is established between the mobile device and Mini 4 Pro, Mini 4 Pro processes and transfers the captured images and videos ("new-data") along with the metadata |

| the established short-range paired wireless connection, in a second memory device of the short-range wireless enabled cellular phone; and | and the signal to notify that the new-data was acquired (collectively "new-data object") to the mobile device through the established paired connection in an encrypted form. Further, the mobile device contains a memory that stores DJI Fly app and information related to it. DJI Fly app provides a functionality to download the received new-data (i.e., shared images and video files) in the memory of the mobile device. |
|---|---|

**Wi-Fi**

| Protocol | 802.11a/b/g/n/ac |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| Protocol | Bluetooth 5.0 |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48



Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

## 3.1 CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1: L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and
1735

### 3.4.7.1 Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.



| No. | Time | Source | Destination | Protocol | Length | Info |
|-----|------|--------|-------------|----------|--------|------|
| 22775 | 2847.384703 | controller | host | HCI_E… | 25 | Rcvd Number of Completed Packets |
| 22776 | 2847.384989 | SamsungElect_… | SzDjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22777 | 2847.396182 | SamsungElect_… | SzDjiTe… | ATT | 30 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22778 | 2847.407667 | SamsungElect_… | SzDjiTe… | ATT | 26 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22779 | 2847.418559 | SamsungElect_… | SzDjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22780 | 2847.418887 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22781 | 2847.420076 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22782 | 2847.422339 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22783 | 2847.423262 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22784 | 2847.430615 | SamsungElect_… | SzDjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22785 | 2847.464064 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22786 | 2847.509092 | SzDjiTechnol_… | Samsung… | ATT | 32 | Rcvd Handle Value Notification, Handle: 0x000d (Public Key Open Credential (PKOC): FiRa Consortium) |
| 22787 | 2847.512516 | SzDjiTechnol_… | Samsung… | HCI_A… | 29 | Rcvd [Reassembled in #22788] |
| 22788 | 2847.514078 | SzDjiTechnol_… | Samsung… | ATT | 12 | Rcvd Handle Value Notification, Handle: 0x000d (Public Key Open Credential (PKOC): FiRa Consortium) |
| 22789 | 2847.515008 | SzDjiTechnol_… | Samsung… | HCI_A… | 29 | Rcvd [Reassembled in #22790] |
| 22790 | 2847.553838 | SzDjiTechnol_… | Samsung… | ATT | 15 | Rcvd Handle Value Notification, Handle: 0x000d (Public Key Open Credential (PKOC): FiRa Consortium) |
| 22791 | 2847.738330 | SamsungElect_… | SzDjiTe… | HCI_E… | 46 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22792 | 2847.778922 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22793 | 2847.801786 | SamsungElect_… | SzDjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22794 | 2847.813117 | SamsungElect_… | SzDjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22795 | 2847.823648 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22796 | 2847.824348 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22797 | 2847.827965 | SamsungElect_… | SzDjiTe… | ATT | 26 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22798 | 2847.854111 | SamsungElect_… | SzDjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22799 | 2847.865164 | SamsungElect_… | SzDjiTe… | ATT | 25 | Sent Write Command, Handle: 0x0010 (Unknown) |
| 22800 | 2847.913964 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |
| 22801 | 2847.914796 | controller | host | HCI_E… | 8 | Rcvd Number of Completed Packets |

˅ Frame 22786: 32 bytes on wire (256 bits), 32 bytes captured (256 bits)
    Encapsulation type: Bluetooth H4 with linux header (99)
    Arrival Time: Jul 25, 2025 12:53:04.638337000 CDT
    UTC Arrival Time: Jul 25, 2025 17:53:04.638337000 UTC
    Epoch Arrival Time: 1753465984.638337000
    [Time shift for this packet: 0.000000000 seconds]
    [Time delta from previous captured frame: 0.045028000 seconds]
    [Time delta from previous displayed frame: 0.045028000 seconds]
    [Time since reference or first frame: 2847.509092000 seconds]
    Frame Number: 22786
    Frame Length: 32 bytes (256 bits)
    Capture Length: 32 bytes (256 bits)

```
0000  02 06 20 1b 00 17 00 04  00 1b 0d 00 55 14 04 6d   ·· · ···· ····U··m
0010  07 02 ed e5 c0 07 0c 00  04 a8 5a 4f a1 f1 9c 4b   ········ ··ZO···K
```

## 2.2 Media Files and Metadata

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

### 4.2.5 Encryption

If at least one authentication has been performed encryption may be used. Two
encryption mechanisms are defined: E0 encryption (legacy) and AES-CCM
encryption. If both devices support the Secure Connections (Controller
Support) and Secure Connections (Host Support) features, then AES-CCM
shall be used when encryption is enabled. If at least one device does not
support both the Secure Connections (Controller Support) and Secure
Connections (Host Support) features, then E0 shall be used when encryption is
enabled.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 567

| | |
|---|---|
| | it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.<br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10<br><br>The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [13.13] use HTTP to upload the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to | Defendant provides a mobile client application that use HTTP to upload the new-data along with user information to a user data publishing website over the cellular data network, wherein the user information corresponds to a user identifier that uniquely identifies a particular user of the user data publishing website and is used by the user data publishing website to publish the new-data for private consumption.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app installed on the mobile device ("short-range wirelessly enabled cellular phone"), utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-data") to social media sharing sites, such as SkyPixel ("user data publishing website"). Further, DJI Fly app uses user credentials, such as a username and password ("user identifier"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app. Further, |

| publish the new-data for private consumption. | SkyPixel ("user data publishing website") includes a functionality to post content (captured images and/or video) as private ("to publish the new-data for private consumption"), so that the posted content remains accessible only to the user's account. |
|---|---|
| | DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.<br><br>Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html<br><br>Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.<br><br>Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls |



DJI Fly app

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Source: https://www.youtube.com/watch?v=lyhS6sy81YU



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://www.youtube.com/watch?v=H78bL4OwBr0 (annotated)
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]



Source: https://www.youtube.com/watch?v=H78bL4OwBr0
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [14] The system of claim 13, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other | Defendant provides the system of claim 13, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Mini 4 Pro comprises both Bluetooth and Wi-Fi communication modules. Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to |

| wireless personal area networking technologies that use pairing. | the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form "short-range paired wireless connection" to utilize the QuickTransfer functionality. |
|---|---|

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

MasterShots    QuickShots    Hyperlapse    Panorama    **QuickTransfer**

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

<table>
<tr>
<td></td>
<td>

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source:                                                                 https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td>
</tr>
<tr>
<td>

[15] The system of claim 13, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data.

</td>
<td>

Defendant provides the system of claim 13, wherein the new-data comprises one or more of audio data, video data, image data, text data, digital data, and data associated with the new-data.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after a paired wireless connection is established between the mobile device on which DJI Fly app is installed and Mini 4 Pro, Mini 4 Pro transmits the captured images ("image data") and videos ("video data") to the mobile device.

</td>
</tr>
</table>



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone



Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

Commonly, media files produced by camera can be divided into still image file and video file.
Metadata in a still image can describe information at you take the photo like exposure
parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe
DNG formats for still image file. Both this two formats can embedded metadata follow Exif
standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe
XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for
recording changing process like drone location and gimbal posture. DJI mainly use MOV and
MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our
extended method.

| | Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |

**2.** **List of References**
1.  https://store.dji.com/product/dji-mini-4-pro?vid=148581, last accessed on July 18, 2025
2.  https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, last accessed on July 18, 2025
3.  https://www.dji.com/mini-4-pro/specs, last accessed on July 18, 2025
4.  https://www.dji.com/mini-4-pro, last accessed on July 18, 2025
5.  https://store.dji.com/content/mini-drone, last accessed on July 18, 2025
6.  https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, last accessed on July 18, 2025
7.  https://apps.apple.com/us/app/dji-fly/id1479649251, last accessed on July 18, 2025
8.  https://www.dji.com/downloads/djiapp/dji-fly, last accessed on July 18, 2025
9.  https://www.youtube.com/watch?v=7y5rTbPWRRQ, last accessed on July 18, 2025
10. https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, last accessed on July 18, 2025
11. https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en, last accessed on July 18, 2025
12. https://www.dji.com/mini-4-pro?from=store-product-page, last accessed on July 18, 2025
13. https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, last accessed on July 18, 2025
14. https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review, last accessed on July 18, 2025
15. https://www.dji.com/support/product/mini-4-pro, last accessed on July 18, 2025
16. https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution, last accessed on July 18, 2025
17. https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en, last accessed on July 18, 2025
18. https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, last accessed on July 18, 2025
19. https://www.avg.com/en/signal/what-is-wpa2, last accessed on July 18, 2025
20. http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf , last accessed on July 18, 2025
21. https://ieeexplore.ieee.org/document/6687187, last accessed on July 18, 2025
22. https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, last accessed on July 18, 2025
23. https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, last accessed on July 18, 2025
24. https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web, last accessed on July 18, 2025
25. https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1, last accessed on July 18, 2025

26. https://developer.android.com/develop/connectivity/bluetooth, last accessed on July 18, 2025
27. https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/, last accessed on July 18, 2025
28. https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/, last accessed on July 18, 2025
29. https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf, last accessed on July 18, 2025
30. https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4, last accessed on July 18, 2025
31. https://www.dji.com/policy, last accessed on July 18, 2025
32. https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html, last accessed on July 18, 2025
33. https://www.dji.com/trust-center/resource/consumer-privacy-controls, last accessed on July 18, 2025
34. https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4, last accessed on July 18, 2025
35. https://www.dji.com/policy, last accessed on July 18, 2025
36. https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html, last accessed on July 18, 2025
37. https://www.dji.com/trust-center/resource/consumer-privacy-controls, last accessed on July 18, 2025
38. https://developer.dji.com/doc/cloud-api-tutorial/en/feature-set/dock-feature-set/dock-media-management.html, last accessed on July 18, 2025
39. https://youtu.be/H78bL4OwBr0, last accessed on July 18, 2025
40. https://www.apple.com/iphone-16-pro/, last accessed on July 18, 2025
41. https://www.samsung.com/us/smartphones/galaxy-s25-ultra/, last accessed on July 18, 2025
42. https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, last accessed on July 18, 2025
43. https://support.apple.com/en-us/guide/iphone/iphd1cf4268/ios, last accessed on July 18, 2025
44. https://support.google.com/pixelphone/answer/2926415?hl=en&sjid=15467119472334545640-NC, last accessed on July 18, 2025
45. https://www.dji.com/dji-fly, last accessed on July 18, 2025
46. https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/, last accessed on July 18, 2025