**U.S. Patent No. 10,425,806 v. DJI**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A machine-implemented method of media transfer, comprising: for a digital camera device having a short-range wireless capability to connect with a cellular phone, wherein the cellular phone has access to internet over a cellular data network, performing in the digital camera device: | DJI ("Defendant") performs and/or induces others to perform a machine-implemented method of media transfer, comprising: for a digital camera device having a short-range wireless capability to connect with a cellular phone, wherein the cellular phone has access to internet over a cellular data network, performing in the digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Mini 4 Pro [1] ("digital camera device"), a camera drone, which is equipped with a 48MP 1/1.3-inch CMOS sensor to capture images and 4K/60fps HDR video. Mini 4 Pro uses a wireless communication medium, such as Wi-Fi and Bluetooth, to pair with DJI Fly app installed on a mobile device ("cellular phone"), such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. Further, the mobile device has access to internet connection ("cellular data network"). |

---

[1] While Mini 4 Pro has been used as an exemplary infringing instrumentality, DJI's other camera drones including, but not limited to, Air 3, Air 3S, Mavic 3 Pro and Mavic 4 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other camera drones.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs



Source: https://www.dji.com/mini-4-pro (annotated)



Image and video captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

| Wi-Fi | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| Bluetooth | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    **Android**

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

## Exporting Photos and Videos

1. Use QuickTransfer to export the footage to a mobile phone.

2. Connect the aircraft to a computer using a data cable, export the footage in the internal storage of the aircraft or in the microSD card mounted on the aircraft. The aircraft does not need to be powered on during the exporting process.

3. Remove the microSD card from the aircraft and insert it into a card reader, and export the footage in the microSD card through the card reader.

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.
Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Files transferred to mobile device using DJI Fly app

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



The mobile device supports cellular data network functionality (iPhone)

Source: https://support.apple.com/en-ca/109323 (annotated)



The mobile device supports cellular data network functionality (iPhone)

Source: https://www.samsung.com/uk/support/mobile-devices/how-do-i-manually-select-a-network-on-my-samsung-galaxy-device/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.1] establishing a short-range paired wireless connection between the digital camera device and the cellular phone, | Defendant performs and/or induces others to perform the step of establishing a short-range paired wireless connection between the digital camera device and the cellular phone, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol. |

| | |
|---|---|
| wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("digital camera device") connects with the mobile device ("cellular phone") running DJI Fly app via its Bluetooth and Wi-Fi modules. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth and after discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form a "short-range paired wireless connection".<br><br>Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Mini 4 Pro uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.<br><br>Furthermore, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble
data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the
most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

### 4.3.4.3 Robust security network association (RSNA)

***Change the first paragraph of 4.3.4.3 as follows:***

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys
- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair
- Device authentication: verification that the two devices have the same keys
- Encryption: message confidentiality
- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
|-----|----------------------------|---|
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master trans-mits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ⁂.
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ > **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of
algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



Figure 4.14:  Numeric comparison authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17:  Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



Figure 4.20: OOB authentication (P-192)
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ## Encryption key size control enhancements

New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.

Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.

Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] acquiring new-media, wherein the new-media comprises one or more of video data and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection between the | Defendant performs and/or induces others to perform the step of acquiring new-media, wherein the new-media comprises one or more of video data and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection between the digital camera device and the cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the short-range paired wireless connection" is established between Mini 4 Pro ("digital camera device") and the mobile device ("cellular phone") running DJI Fly app, Mini 4 Pro utilizes its built-in cameras and sensors to capture images ("image data") and record videos ("video data") ("acquiring new-media") of the surroundings, and transmit it to the mobile device |

| digital camera device and the cellular phone; |  |
| --- | --- |



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution



Captured images and videos transmitted to the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.3] creating a new-media file using the acquired new-media; | Defendant performs and/or induces others to perform the step of creating a new-media file using the acquired new-media.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the paired wireless connection is established, Mini 4 Pro captures the images and videos of the surrounding. The captured images and videos ("acquired new-media") along with the metadata are converted into a file format ("new media file") such as JPEG or MP4. |



Source: https://store.dji.com/content/mini-drone (annotated)

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)

| | |
|---|---|
| Photo Format | JPEG/DNG (RAW) |
| Video Resolution | H.264/H.265<br>4K: 3840×2160@24/25/30/48/50/60/100*fps<br>FHD: 1920×1080@24/25/30/48/50/60/100*/200*fps<br>* Recording frame rates. The corresponding video plays as slow-motion video. 4K/100fps and HLG/D-Log M only support H.265 coding. |
| Video Format | MP4 (MPEG-4 AVC/H.264, HEVC/H.265) |
| Max Video Bitrate | H.264/H.265: 150 Mbps |
| Supported File System | exFAT |

Source: https://www.dji.com/mini-4-pro/specs



Captured images and videos transmitted to the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.4] storing the created new-media file in a memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after | Defendant performs and/or induces others to perform a step of storing the created new-media file in a memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the short-range paired wireless connection is established between the mobile device ("cellular phone") and Mini 4 Pro ("digital camera device"), Mini 4 Pro captures the images and videos and stores the captured images and videos of the surroundings. Mini 4 Pro processes the captured images and videos, and stored them in JPEG or MP4 file format ("storing the created new-media file") in its memory. Further, |

| storing the created new-media file; | throughout the entire capturing, processing and storing process, the paired wireless connection remains active between the mobile device and Mini 4 Pro. |
|---|---|



("short-range paired wireless connection") established using Wi-Fi and Bluetooth modules

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

| Internal Storage | 2 GB |
|---|---|

Source: https://www.dji.com/support/product/mini-4-pro

| Photo Format | JPEG/DNG (RAW) |
|---|---|
| Video Resolution | H.264/H.265<br>4K: 3840×2160@24/25/30/48/50/60/100*fps<br>FHD: 1920×1080@24/25/30/48/50/60/100*/200*fps<br>* Recording frame rates. The corresponding video plays as slow-motion video. 4K/100fps and HLG/D-Log M only support H.265 coding. |
| Video Format | MP4 (MPEG-4 AVC/H.264, HEVC/H.265) |
| Max Video Bitrate | H.264/H.265: 150 Mbps |
| Supported File System | exFAT |

Source: https://www.dji.com/mini-4-pro/specs

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source:                                                                                         https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



## Storage

| Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC<br>Lexar 1066x 64GB V30 U3 A2 microSDXC<br>Lexar 1066x 128GB V30 U3 A2 microSDXC<br>Lexar 1066x 256GB V30 U3 A2 microSDXC<br>Lexar 1066x 512GB V30 U3 A2 microSDXC<br>Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC<br>Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC<br>Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC<br>Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC<br>Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC<br>Samsung EVO Plus 512GB V30 U3 A2 microSDXC |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

|  | Memory Card Not Inserted | Memory Card Inserted |
|---|---|---|
| DJI Mini 4 Pro | Store to the internal storage of the aircraft.<br><br>(Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en



"New media files" stored in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.5] receiving a data transfer request initiated by a mobile software application on the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the | Defendant performs and/or induces others to perform a step of receiving a data transfer request initiated by a mobile software application on the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the short-range paired wireless connection is established between the mobile device ("cellular phone") and Mini 4 Pro ("digital camera device"), Mini 4 Pro captures the images and videos of the surroundings. The mobile device running DJI Fly app ("mobile software application") includes an option to |

| | |
|---|---|
| data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request; and | switch to QuickTransfer mode. Therefore, Mini 4 Pro, upon information and belief, receives a data transfer request from the mobile device, over the established connection to transfer the "new-media file".<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request ("data transfer request") to an Access Point (AP) (short-range wireless enabled data capture device) using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-data") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Mini 4 Pro receives the data transfer request from the mobile device, running DJI Fly app.<br><br>Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request ("data transfer request") operation when a client wants to obtain data from the server. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |



Mini 4 Pro capturing images and videos of the surroundings

Source: https://store.dji.com/content/mini-drone (annotated)



**App Store** Preview

This app is available only on the App Store for iPhone and iPad.

**DJI Fly** 4+
Fly as you are.
DJI

#95 in Photo & Video
★★★★☆ 3.5 • 3.7K Ratings

Free

DJI Fly app for mobile device

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)

| Wi-Fi | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro for data transfer

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



Switching on Bluetooth and Wi-Fi in the mobile device for QuickTransfer

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



"New media files" sent from Mini 4 Pro to the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
    ⊟ Flags: 0x26
        .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
        .... .1.. = More Fragments: More fragments follow
        .... 0... = Retry: Frame is not being retransmitted
        ...0 .... = PWR MGT: STA will stay up
        ..1. .... = More Data: Data is buffered for STA at AP
        .0.. .... = Protected flag: Data is not protected
        0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source: https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

| | |
|---|---|
| | BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A        page 1735<br><br>*Logical Link Control and Adaptation Protocol Specification*   Bluetooth®<br><br>configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).<br><br>Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.6] transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to receive the new-media file, | Defendant performs and/or induces others to perform the step of transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to receive the new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established, Mini 4 Pro processes and transfers the captured image file and video file ("new-media file") to the mobile device ("short-range wireless enabled cellular phone") through the established paired connection in an encrypted form.<br><br>Further, Mini 4 Pro and the mobile device on which DJI Fly app ("mobile software application") is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that the paired connection is established. |

| **Wi-Fi** | |
| --- | --- |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



"Short-range paired wireless
connection" setup by
switching on Bluetooth and
Wi-Fi in the mobile device

Source:  https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en,  at
0:42 (annotated)



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4µm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source:    https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source:                                                                                    https://terra-1-
g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip,
Page 6 (Part 1)



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



The transferred media files

Source:    https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.7] wherein the cryptographically authenticated short-range wireless enabled cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated short-range wireless enabled cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file, | Defendant performs and/or induces others to perform a step wherein the cryptographically authenticated short-range wireless enabled cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated short-range wireless enabled cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the "new-media file" is transferred to the mobile device via the short-range paired wireless connection, DJI Fly app provides a functionality to download the received new-media file (i.e., shared images and video files) into the memory of the mobile device ("short-range wireless enabled cellular phone"). Further, throughout the entire capturing, processing, and storing process, the paired wireless connection remains active between the mobile device and Mini 4 Pro.<br><br><br><br>Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated) |



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Transferred new-media files displayed in the mobile device

Option to download the received images in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



### DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS     Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:

**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download



Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.apple.com/iphone-16-pro/



**DJI Fly**

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ  Only supported for download on phones.

iOS    Android

V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream
flagship phones released after 2019.



The following models have been tested and are recommended for
use:

**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.8] wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-media file and user information to a user media publishing website over the cellular data network, wherein the user information is stored in the mobile software application on the cryptographically | Defendant performs and/or induces others to perform a step of transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-media file and user information to a user media publishing website over the cellular data network, wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Fly app ("mobile software application") installed on the mobile device ("cryptographically authenticated cellular phone"), utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-media file") to social media sharing sites, such as SkyPixel ("media publishing website"). Further, DJI Fly app uses user credentials, such as a username and password ("user information"), associated with a user account that is common to both DJI Fly app and SkyPixel, to |

| | |
|---|---|
| authenticated short-range wireless enabled cellular phone, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file | authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-media file is uploaded on the social media site along with the user's account information ("user information") to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app. |



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.9] wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is further configured to provide a touch based graphical user interface in the cryptographically authenticated short-range wireless enabled cellular phone, wherein the touch based graphical user interface is for the received new-media file, wherein the touch based graphical user interface is configured to receive input to delete the created new-media file, and wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file | Defendant performs and/or induces others to perform a step of transferring the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is further configured to provide a touch based graphical user interface in the cryptographically authenticated short-range wireless enabled cellular phone, wherein the touch based graphical user interface is for the received new-media file, wherein the touch based graphical user interface is configured to receive input to delete the created new-media file, and wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, the mobile device ("short-range wireless enabled cellular phone") contains a touch based graphical user interface which allows the user to access DJI Fly app ("mobile software application") access the captured image file and video file ("new-media file"). Further, DJI Fly app provides the feature to delete the received image and video by clicking on the trash icon. Furthermore, DJI Fly app enables user to post captured images and videos on a selected social media site such as SkyPixel ("touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file"). |

**App Store** Preview

This app is available only on the App Store for iPhone and iPad.



**DJI Fly** 4+

Fly as you are.

DJI

#95 in Photo & Video

★★★½★ 3.5 • 3.7K Ratings

Free

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Touch based graphical
user interface

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Received images and videos, accessed using touch input

Source:    https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



Touch-based interface to upload new-media file

DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://www.dji.com/dji-fly (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [2.P] The machine implemented method of claim 1, further comprising, performing in the digital camera device: creating an associated file, wherein the associated file comprises data associated with the new-media; storing the associated file in the memory of the | Defendant provides the machine implemented method of claim 1, further comprising, performing in the digital camera device: creating an associated file, wherein the associated file comprises data associated with the new-media; storing the associated file in the memory of the digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the paired wireless connection is established, Mini 4 Pro ("digital camera device") captures the images and videos of the surroundings. Mini 4 Pro processes the captured videos and images ("new-media") creates a metadata file ("associated file") based on the parameters, such as the image's exposure parameter, location, and posture ("data associated with the new-media"). The metadata is stored along the captured videos and images in the memory of Mini 4 Pro. |

| | |
|---|---|
| digital camera device; and | Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic.<br><br>## 2.2 Media Files and Metadata<br><br>Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.<br><br>Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.<br><br>Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Part 1, at Page 6<br><br>it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.<br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10<br><br>The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78 |

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [2.1] transferring the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to receive the associated file and store the received associated file in the memory of the cryptographically authenticated short-range wireless enabled cellular phone. | Defendant transfers the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone is configured to receive the associated file and store the received associated file in the memory of the cryptographically authenticated short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after capturing images and videos, Mini4 Pro stores the captured image files and video files ("new-media file") along with metadata ("associated file"). Further, the new-media file and its metadata is transferred to the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app ("mobile software application") through the established "short-range paired wireless connection" in an encrypted form. Once the mobile device receives the new-media file along with metadata, DJI Fly app enables the user to access and download the captured content.

Further, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that the paired connection is established. |



Source: https://store.dji.com/content/mini-drone (annotated)

|  | Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata. |
|  | Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method. |
|  | Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1) |



"New-media files" transferred to the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app interface on the mobile device

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Received new-media files displayed in the mobile device

Option to download the received images in the mobile device

Source:   https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [3] The machine-implemented method of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Defendant provides the machine-implemented method of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro connects with the mobile device running DJI Fly app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form an active "short-range paired wireless connection". |

**Wi-Fi**

| | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| | |
|---|---|
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

*Mini 4 Pro supporting Bluetooth and WiFi modules to establish connection with the mobile device*

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



Switching on Bluetooth and Wi-Fi in the mobile device to setup "Short-range paired wireless connection"

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



**QuickTransfer**

Wireless Content Transferred
Swiftly to Your Phone

Data sharing via the
established connection

Source: https://apps.apple.com/us/app/dji-fly/id1479649251

| | |
|---|---|
| | # How does WPA2 work?<br><br>All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.<br><br>But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.<br><br>Here are some WPA2 security settings to consider:<br><br>Source: https://www.avg.com/en/signal/what-is-wpa2<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.P]    A    short-range wireless enabled digital camera    device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a short-range wireless enabled digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Mini 4 Pro [2] ("short-range wireless enabled digital camera device"), a camera drone, which is equipped with a 48MP 1/1.3-inch CMOS sensor to capture images and 4K/60fps HDR video. Mini 4 Pro uses a wireless communication medium, such as Wi-Fi and Bluetooth ("short-range"), to pair with DJI Fly app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. |

---

[2] While Mini 4 Pro has been used as an exemplary infringing instrumentality, DJI's other camera drones including, but not limited to Air 3, Air 3S, Mavic 3 Pro and Mavic 4 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other camera drones.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
| --- | --- |

Source: https://www.dji.com/mini-4-pro/specs



Source: https://www.dji.com/mini-4-pro (annotated)



Image and video captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



DJI Fly app

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)

| | |
|---|---|
| | The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.<br><br>Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.1]    a    memory;    a processor coupled to said memory; | Defendant provides a memory; a processor coupled to said memory.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro includes 2GB of internal storage and supports external microSD card ("a memory") up to 512GB, which are coupled with an image processing platform ("processor"). The image processing platform performs tasks such as HDR video capture, 10-bit D-Log M encoding, dual native ISO fusion, and low-light noise reduction before the captured image and video is stored in the internal memory or the external microSD card and transmitted to the mobile device using DJI Fly app.<br><br>Internal Storage          2 GB<br><br>Source: https://www.dji.com/support/product/mini-4-pro |

## Storage



| Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
| --- | --- |
| | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/mini-4-pro/specs

| | Memory Card Not Inserted | Memory Card Inserted |
| --- | --- | --- |
| DJI Mini 4 Pro | Store to the internal storage of the aircraft. (Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en



Chip including Processor and memory

Source: https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, Page 1

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,   Page 73

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4µm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source:   https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology , an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.

| | |
|---|---|
| | Source:   https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.2]    a    short-range wireless   communication device    configured    to control the processor to establish a short-range paired    wireless connection between the short-range    wireless enabled digital camera device and a short-range wireless enabled cellular phone,    wherein establishing the short-range    paired    wireless connection comprises the short-range    wireless enabled digital camera device cryptographically authenticating identity of the short-range wireless enabled cellular phone; and wherein establishing the short-range    paired wireless    connection further    comprises    the short-range    wireless | Defendant provides a short-range wireless communication device configured to control the processor to establish a short-range paired wireless connection between the short-range wireless enabled digital camera device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled digital camera device cryptographically authenticating identity of the short-range wireless enabled cellular phone; and wherein establishing the short-range paired wireless connection further comprises the short-range wireless enabled digital camera device using an association protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled digital camera device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form a "short-range paired wireless connection" to utilize the QuickTransfer functionality. Further, after establishing the connection, Mini 4 Pro stores the UUID of the authenticated mobile device in a whitelist to prevent unauthorized access.<br><br>Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a |

| enabled digital camera device using an association protocol; | unique session key (PTK) for encrypting data. Further, Mini 4 Pro uses the RSN (Robust Security Network) association protocol to manage the connection, which ensures that the encryption keys are securely established before data transmission begins. |
|---|---|
| | Further, Mini 4 Pro and the mobile device are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |

**Wi-Fi**

| Protocol | 802.11a/b/g/n/ac |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| Protocol | Bluetooth 5.0 |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

MasterShots          QuickShots          Hyperlapse          Panorama          QuickTransfer

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Received new-media files

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

|  | After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone. |
|---|---|
|  | Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48 |



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble
data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the
most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

   a)   Data Confidentiality;
   b)   Authentication; and
   c)   Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

### 4.3.4.3 Robust security network association (RSNA)

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys

- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

- Device authentication: verification that the two devices have the same keys

- Encryption: message confidentiality

- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
|-----|---------------------------|-|
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



Figure 4.1: Connection establishment initiated by CT

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ✳.
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ⟩ **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of
algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17:  Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ## Encryption key size control enhancements<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.3] a data capture circuitry; | Defendant provides a data capture circuitry.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro comprises 1/1.3-inch CMOS sensor, camera system and controls (collectively forming "data capture circuitry") that enable Mini 4 Pro to capture images and videos. This data capture circuitry is used to capture visual images and videos of the surroundings. |



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4µm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro

**Image Quality**

1/1.3"
CMOS

1/1.3" CMOS

**48 MP**

Max Pixels

**f/1.7**

Aperture

**4K**

4K/60fps HDR
4K/100fps Slow Motion

**D-Log M/HLG**

D-Log M/HLG/Normal

True Vertical Shooting

MasterShots ⓘ

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Cameras

Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)

**High-Quality Imaging**

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels  and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

| | Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.4] said processor configured to acquire new-media in the short-range wireless enabled digital camera device using the data capture circuitry, wherein the new-media comprises one or more of video data and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection between the short-range wireless enabled digital camera device and the short-range wireless enabled cellular phone; | Defendant provides said processor configured to acquire new-media in the short-range wireless enabled digital camera device using the data capture circuitry, wherein the new-media comprises one or more of video data and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection between the short-range wireless enabled digital camera device and the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when Mini 4 Pro ("digital camera device") connects with the mobile device ("cellular phone") to send the captured images ("image data") and videos ("video data") through QuickTransfer, Mini 4 Pro checks whether the connecting mobile device is included in its internal whitelist of authorized devices. Therefore, the "short-range paired wireless connection" remains established between the mobile device and Mini 4 Pro. Further, after the "short-range paired wireless connection" is established, Mini 4 Pro's processor utilizes its data capture circuitry to acquire images and videos. The captured images and videos ("new data") are processed and sent to DJI Fly app installed on the mobile device.<br><br>## Camera Profile<br><br>DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.<br><br>The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported. |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
| --- | --- |

Source: https://www.dji.com/mini-4-pro/specs



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

| | |
|---|---|
| | <br><br>Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.5] said processor further configured to create a new-media file using the acquired new-media; | Defendant provides the processor for creating a new-media file using the acquired new-media.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the paired wireless connection is established, Mini 4 Pro captures the images and videos of the surrounding. The captured images and videos ("acquired new-media") along with the metadata are converted into a file format ("new media file") such as JPEG or MP4. |



Mini 4 Pro capturing images and videos of the surroundings

Source: https://store.dji.com/content/mini-drone (annotated)

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)

| Photo Format | JPEG/DNG (RAW) |
|---|---|
| Video Resolution | H.264/H.265<br>4K: 3840×2160@24/25/30/48/50/60/100*fps<br>FHD: 1920×1080@24/25/30/48/50/60/100*/200*fps<br>* Recording frame rates. The corresponding video plays as slow-motion video. 4K/100fps and HLG/D-Log M only support H.265 coding. |
| Video Format | MP4 (MPEG-4 AVC/H.264, HEVC/H.265) |
| Max Video Bitrate | H.264/H.265: 150 Mbps |
| Supported File System | exFAT |

Source: https://www.dji.com/mini-4-pro/specs



Captured images and videos transmitted to the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.6] said processor configured to store the created new-media file in the memory of the short-range wireless enabled digital camera device, wherein the established short-range paired wireless connection between the short-range | Defendant provides processor configured to store the created new-media file in the memory of the short-range wireless enabled digital camera device, wherein the established short-range paired wireless connection between the short-range wireless enabled digital camera device and the short-range wireless enabled cellular phone remains paired after storing the created new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established between the mobile device ("cellular phone") and Mini 4 Pro ("digital camera device"), Mini 4 Pro captures the images and videos and stores the captured images and videos of the surroundings. Mini 4 Pro processes the captured images and videos, |
|---|---|

| wireless enabled digital camera device and the short-range wireless enabled cellular phone remains paired after storing the created new-media file; | and in JPEG or MP4 file format and stored them in its memory ("storing the created new-media file"). Further, throughout the entire capturing, processing and storing process, the paired wireless connection remains active between the mobile device and Mini 4 Pro.  Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated) |
|---|---|



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://store.dji.com/content/mini-drone (annotated)

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    Page 73

| Internal Storage | 2 GB |
|---|---|

Source: https://www.dji.com/support/product/mini-4-pro

| | |
|---|---|
| Photo Format | JPEG/DNG (RAW) |
| Video Resolution | H.264/H.265<br>4K: 3840×2160@24/25/30/48/50/60/100*fps<br>FHD: 1920×1080@24/25/30/48/50/60/100*/200*fps<br>* Recording frame rates. The corresponding video plays as slow-motion video. 4K/100fps and HLG/D-Log M only support H.265 coding. |
| Video Format | MP4 (MPEG-4 AVC/H.264, HEVC/H.265) |
| Max Video Bitrate | H.264/H.265: 150 Mbps |
| Supported File System | exFAT |

Source: https://www.dji.com/mini-4-pro/specs

Commonly, media files produced by camera can be divided into still image file and video file.
Metadata in a still image can describe information at you take the photo like exposure
parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe
DNG formats for still image file. Both this two formats can embedded metadata follow Exif
standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe
XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for
recording changing process like drone location and gimbal posture. DJI mainly use MOV and
MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our
extended method.

Source:                                                                                      https://terra-1-
g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip,
Page 6 (Part 1)



## Storage

Recommended microSD Cards

SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC
Lexar 1066x 64GB V30 U3 A2 microSDXC
Lexar 1066x 128GB V30 U3 A2 microSDXC
Lexar 1066x 256GB V30 U3 A2 microSDXC
Lexar 1066x 512GB V30 U3 A2 microSDXC
Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC
Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC
Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC
Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC
Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC
Samsung EVO Plus 512GB V30 U3 A2 microSDXC

Source: https://www.dji.com/mini-4-pro/specs

|  | Memory Card Not Inserted | Memory Card Inserted |
|---|---|---|
| DJI Mini 4 Pro | Store to the internal storage of the aircraft. (Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.7] said processor configured to receive a | Defendant provides said processor configured to receive a data transfer request initiated by a mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, over the |

| | |
|---|---|
| data transfer request initiated by a mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the short-range wireless enabled digital camera device before receiving the data transfer request; and | established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the short-range wireless enabled digital camera device before receiving the data transfer request.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established between the mobile device ("cellular phone") and Mini 4 Pro ("digital camera device"), Mini 4 Pro captures the images and videos of the surroundings. The mobile device running DJI Fly app ("mobile software application") includes an option to switch to QuickTransfer mode. Therefore, Mini 4 Pro, upon information and belief, receives a data transfer request from the mobile device, over the established connection to transfer the "new-media file" (captured image file and video file).<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request ("data transfer request") to an Access Point (AP) (short-range wireless enabled data capture device) using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-media file") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Mini 4 Pro receives the data transfer request from the mobile device, running DJI Fly app.<br><br>Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request ("data transfer request") operation when a client wants to obtain data from the server. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4µm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source:   https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

| Internal Storage | 2 GB |
| --- | --- |
| Class | C0 (EU), with the option to apply for C1 (EU) in the DJI Fly app. |

Source: https://www.dji.com/support/product/mini-4-pro

| Storage | Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
| --- | --- | --- |
| | | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/support/product/mini-4-pro

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

| Wi-Fi | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| Bluetooth | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Received new-media files displayed in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
       .... ..01 = Version: 1
       .... 01.. = Type: Control frame (1)
       1010 .... = Subtype: 10
  ⊟ Flags: 0x26
       .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
       .... .1.. = More Fragments: More fragments follow
       .... 0... = Retry: Frame is not being retransmitted
       ...0 .... = PWR MGT: STA will stay up
       ..1. .... = More Data: Data is buffered for STA at AP
       .0.. .... = Protected flag: Data is not protected
       0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
       [Malformed Packet (Exception occurred)]
       [Severity level: Error]
       [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source: https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

## 3.1 CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

| | BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735 |
|---|---|
| | *Logical Link Control and Adaptation Protocol Specification*    **Bluetooth**® |
| | configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1). |
| | Source:   https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and  1735 |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.8]    said    processor configured to transfer the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone,    over    the established    short-range paired    wireless connection, | Defendant provides said processor configured to transfer the new-media file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, after the "short-range paired wireless connection" is established, Mini 4 Pro processes and transfers "new-media file" to the mobile device ("short-range wireless enabled cellular phone") through the established paired connection in an encrypted form. Further, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that the paired connection is established. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Received new-media files displayed in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

| | | |
|---|---|---|
| | **Wi-Fi** | |
| | Protocol | 802.11a/b/g/n/ac |
| | Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| | Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| | **Bluetooth** | |
| | Protocol | Bluetooth 5.0 |
| | Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.9] wherein the cryptographically authenticated short-range wireless enabled cellular phone comprises a mobile software application that when executed by a processor of the cryptographically authenticated short-range wireless enabled cellular phone is configured to control the processor of | Defendant provides short-range wireless enabled digital camera device, wherein the cryptographically authenticated short-range wireless enabled cellular phone comprises a mobile software application that when executed by a processor of the cryptographically authenticated short-range wireless enabled cellular phone is configured to control the processor of the cryptographically authenticated short-range wireless enabled cellular phone to receive the new-media file, store the received new-media file in a memory of the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the "new-media file" is transferred to the mobile device via the short-range paired wireless connection, DJI Fly app provides a functionality to download the received new-media file (i.e., shared images and video files) into the memory of the mobile device ("short-range wireless enabled cellular phone"). Further, |

| the cryptographically authenticated short-range wireless enabled cellular phone to receive the new-media file, store the received new-media file in a memory of the cryptographically authenticated short-range wireless enabled cellular phone, | throughout the entire capturing, processing, and storing process, the paired wireless connection remains active between the mobile device and Mini 4 Pro.<br><br><br><br>Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated) |
|---|---|



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ  Only supported for download on phones.

iOS     Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.apple.com/iphone-16-pro/



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.10] use HTTP to upload the received new-media file and user information to a user media publishing website over the cellular data network, wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, wherein the user information corresponds to user related | Defendant use HTTP to upload the received new-media file and user information to a user media publishing website over the cellular data network, wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("mobile software application") installed on the mobile device ("cryptographically authenticated cellular phone"), utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-media file") to social media sharing sites, such as SkyPixel ("media publishing website"). Further, DJI Fly app uses user credentials, such as a username and password ("user information"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-media file is uploaded on the social media site along with the user's account information ("user |

| information used by the user media publishing website to publish the new-media file, and | information") to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app.<br><br><br><br>Source: https://apps.apple.com/us/app/dji-fly/id1479649251 |

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                         https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located
in the United States. For the majority of this data, we use Amazon Web Services
(AWS). The only data stored elsewhere are multimedia files users voluntarily upload
to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud
servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff
shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.11] wherein the mobile software application that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular phone is further configured to provide a touch based graphical user interface, wherein the touch based graphical user interface is for the received new-media file, and wherein the touch based graphical user interface is configured to receive input to select the user media publishing website for uploading the received new-media file. | Defendant provides the mobile software application that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular phone is further configured to provide a touch based graphical user interface, wherein the touch based graphical user interface is for the received new-media file, and wherein the touch based graphical user interface is configured to receive input to select the user media publishing website for uploading the received new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the mobile device ("short-range wireless enabled cellular phone") contains a touch based graphical user interface which allows DJI Fly app ("mobile software application") to access the captured image file and video file ("new-media file"). Further, DJI Fly app enables user to post captured images and videos on a selected social media site such as SkyPixel ("touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file").<br><br>**App Store** Preview<br><br>This app is available only on the App Store for iPhone and iPad.<br><br><br><br>Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated) |



Touch based graphical user interface

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Received images and videos, accessed using touch input

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



Touch-based interface to upload new-media file

DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [5.P] The short-range wireless enabled digital camera device of claim 4, wherein the processor of the short-range wireless enabled digital camera device is further configured to: create an associated file, wherein the associated file comprises data associated with the new-media; store the associated file in the memory of the short-range wireless enabled digital camera device; and | Defendant provides the short-range wireless enabled digital camera device of claim 4, wherein the processor of the short-range wireless enabled digital camera device is further configured to: create an associated file, wherein the associated file comprises data associated with the new-media; store the associated file in the memory of the short-range wireless enabled digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the paired wireless connection is established, Mini 4 Pro ("digital camera device") captures the images and videos of the surroundings. Mini 4 Pro processes the captured videos and images ("new-media") creates a metadata file ("associated file") based on the parameters, such as the image's exposure parameter, location, and posture ("data associated with the new-media"). The metadata is stored along the captured videos and images in the memory of Mini 4 Pro.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. |

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [5.1] transfer the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular phone is further configured to control the processor of the cryptographically authenticated short-range wireless enabled cellular phone to receive the associated file, store the received associated file in the memory of the | Defendant provides short-range wireless enabled digital camera device configured to transfer the associated file to the cryptographically authenticated short-range wireless enabled cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone that when executed by the processor of the cryptographically authenticated short-range wireless enabled cellular phone is further configured to control the processor of the cryptographically authenticated short-range wireless enabled cellular phone to receive the associated file, store the received associated file in the memory of the cryptographically authenticated short-range wireless enabled cellular phone, and provide a touch based graphical user interface for the received associated file. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, after capturing images and videos, Mini4 Pro stores the captured image files and video files ("new-media file") along with metadata ("associated file"). Further, the new-media file and its metadata is transferred to the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app ("mobile software application") through the established "short-range paired wireless connection" in an encrypted form. Once the mobile device receives the new-media file along with metadata, DJI Fly app enables the user to access and download the captured content. <br><br> Further, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that the paired connection is established. |

cryptographically authenticated short-range wireless enabled cellular phone, and provide a touch based graphical user interface for the received associated file.



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



"New-media files" transferred to the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app interface on the mobile device

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Received new-media files displayed in the mobile device

Option to download the received images in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [6] The short-range wireless enabled digital camera device of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Defendant provides the short-range wireless enabled digital camera device of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Mini 4 Pro connects with the mobile device running DJI Fly app via its built-in Bluetooth and Wi-Fi modules. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form a "short-range paired wireless connection". <br><br> **Wi-Fi** <br> Protocol — 802.11a/b/g/n/ac <br> Operating Frequency — 2.4000-2.4835 GHz, 5.725-5.850 GHz <br> Transmitter Power (EIRP) — 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) / 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) <br> **Bluetooth** <br> Protocol — Bluetooth 5.0 <br> Operating Frequency — 2.4000-2.4835 GHz <br><br> *Mini 4 Pro supporting Bluetooth and WiFi modules to establish connection with the mobile device* <br><br> Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated) |



Switching on Bluetooth and Wi-Fi in the mobile device to setup "Short-range paired wireless connection"

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



Data sharing via the established connection

Source: https://apps.apple.com/us/app/dji-fly/id1479649251

| | |
|---|---|
| | ## How does WPA2 work?<br><br>All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.<br><br>But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.<br><br>Here are some WPA2 security settings to consider:<br><br>Source: https://www.avg.com/en/signal/what-is-wpa2<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.P] A system for transferring media, the system comprising: a digital camera device, | DJI ("Defendant") makes, uses, sells, and/or offers to sell a system for transferring media, the system comprising a digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Mini 4 Pro [3] ("digital camera device"), a camera drone, which is equipped with a 48MP 1/1.3-inch CMOS sensor to capture images and 4K/60fps HDR video. Mini 4 Pro uses a wireless communication medium, such as Wi-Fi and Bluetooth, to pair with DJI Fly app installed on a mobile device, |

---

[3] While Mini 4 Pro has been used as an exemplary infringing instrumentality, DJI's other camera drones including, but not limited to, Air 3, Air 3S, Mavic 3 Pro and Mavic 4 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other camera drones.

such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone



Source: https://store.dji.com/content/mini-drone (annotated)

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

## Exporting Photos and Videos

1. Use QuickTransfer to export the footage to a mobile phone.

2. Connect the aircraft to a computer using a data cable, export the footage in the internal storage of the aircraft or in the microSD card mounted on the aircraft. The aircraft does not need to be powered on during the exporting process.

3. Remove the microSD card from the aircraft and insert it into a card reader, and export the footage in the microSD card through the card reader.

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Images and videos ("media") transferred to mobile device using DJI Fly app app.

Source:     https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.1] comprising: a memory; a processor coupled to the memory; | Defendant provides a digital camera device, comprising: a memory; a processor coupled to the memory.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro includes 2GB of internal storage and supports external microSD card ("a memory") up to 512GB, which are coupled with an image processing platform ("processor"). The image processing platform performs tasks such as HDR video capture, 10-bit D-Log M encoding, dual native ISO fusion, and low-light noise reduction before the captured image and video is stored in the internal memory or the external microSD card and transmitted to the mobile device using DJI Fly app. |



| Internal Storage | 2 GB |
|---|---|

Source: https://www.dji.com/support/product/mini-4-pro

## Storage

| Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
|---|---|
| | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/mini-4-pro/specs

| | Memory Card Not Inserted | Memory Card Inserted |
|---|---|---|
| DJI Mini 4 Pro | Store to the internal storage of the aircraft. (Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en



Chip including Processor and memory

Source: https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, Page 1

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology , an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.

| | |
|---|---|
| | Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.2] a short-range wireless communication device configured to establish a short-range paired wireless connection with a cellular phone, wherein the cellular phone has access to internet over a cellular data network, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol; | Defendant provides a short-range wireless communication device configured to establish a short-range paired wireless connection with a cellular phone, wherein the cellular phone has access to internet over a cellular data network, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled digital camera device") connects with the mobile device ("cellular phone") running DJI Fly app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). The mobile device includes Bluetooth, Wi-Fi and cellular network functionalities ("cellular phone has access to internet") to connect to the internet. Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form a "short-range paired wireless connection" to utilize the QuickTransfer functionality. Further, after establishing the connection, Mini 4 Pro stores the UUID of the authenticated mobile device in a whitelist to prevent unauthorized access.<br><br>Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Mini 4 Pro uses the RSN (Robust Security Network) |

association protocol to manage the connection, which ensures that the encryption keys are securely established before data transmission begins.

Further, Mini 4 Pro and the mobile device are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB).

**Wi-Fi**

| Protocol | 802.11a/b/g/n/ac |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| Protocol | Bluetooth 5.0 |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Received new-media files

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

   a)   Data Confidentiality;
   b)   Authentication; and
   c)   Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, Page 12

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys

- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

- Device authentication: verification that the two devices have the same keys

- Encryption: message confidentiality

- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
|-----|---------------------------|---|
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master trans-mits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ✳.
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ﹥ **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of
algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



Figure 4.14: Numeric comparison authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17: Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



Figure 4.20:  OOB authentication (P-192)

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ## Encryption key size control enhancements |
| | New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections. |
| | Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient. |
| | Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/ |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.3] a data capture circuitry; | Defendant provides a data capture circuitry. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Mini 4 Pro comprises 1/1.3-inch CMOS sensor, camera system and controls (collectively forming "data capture circuitry") that enable Mini 4 Pro to capture images and videos. This data capture circuitry is used to capture visual images and videos of the surroundings. |



## Out-Sized Imaging Performance

Equipped with a 1/1.3" CMOS sensor, it supports 4K/60fps HDR True Vertical Shooting. With 10-bit D-Log M/HLG color modes, record up to one billion colors.

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro

**Image Quality**

1/1.3"
CMOS

1/1.3" CMOS

**48 MP**
Max Pixels

**f/1.7**
Aperture

**4K**
4K/60fps HDR
4K/100fps Slow Motion

**D-Log M/HLG**
D-Log M/HLG/Normal

True Vertical Shooting

MasterShotsⓘ

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://www.dji.com/mini-4-pro (annotated)



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4µm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source:    https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [7.4] said processor configured to acquire new-media in the digital camera device using the data capture circuitry, wherein the new-media comprises one or more of video data and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection with the cellular phone; | Defendant provides said processor configured to acquire new-media in the digital camera device using the data capture circuitry, wherein the new-media comprises one or more of video data and image data, and wherein the new-media is acquired after establishing the short-range paired wireless connection with the cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when Mini 4 Pro ("digital camera device") connects with the mobile device ("cellular phone") to send the captured images ("image data") and videos ("video data") through QuickTransfer, Mini 4 Pro checks whether the connecting mobile device is included in its internal whitelist of authorized devices. Therefore, the "short-range paired wireless connection" remains established between the mobile device and Mini 4 Pro. Further, after the "short-range paired wireless connection" is established, Mini 4 Pro's processor utilizes its data capture circuitry to acquire images and videos. The captured images and videos ("new data") are processed and sent to DJI Fly app installed on the mobile device.<br><br>## Camera Profile<br><br>DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.<br><br>The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.<br><br>Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72 |

# Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels  and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source:   https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Images and videos to the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.5] said processor configured to create a new-media file using the acquired new-media; | Defendant provides said processor configured to create a new-media file using the acquired new-media. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, after the paired wireless connection is established, Mini 4 Pro captures the images and videos of the surrounding. The captured images and videos ("acquired new-media") along with the metadata are converted into a file format ("new media file") such as JPEG or MP4. |
|---|---|



Mini 4 Pro capturing images and videos of the surroundings

Source: https://store.dji.com/content/mini-drone (annotated)

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source:                                                                                      https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)

| Photo Format | JPEG/DNG (RAW) |
| --- | --- |
| Video Resolution | H.264/H.265<br>4K: 3840×2160@24/25/30/48/50/60/100*fps<br>FHD: 1920×1080@24/25/30/48/50/60/100*/200*fps<br>* Recording frame rates. The corresponding video plays as slow-motion video. 4K/100fps and HLG/D-Log M only support H.265 coding. |
| Video Format | MP4 (MPEG-4 AVC/H.264, HEVC/H.265) |
| Max Video Bitrate | H.264/H.265: 150 Mbps |
| Supported File System | exFAT |

Source: https://www.dji.com/mini-4-pro/specs



Captured images and videos transmitted to the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.6] said processor configured to store the created new-media file in the memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone | Defendant provides said processor configured to store the created new-media file in the memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after the short-range paired wireless connection is established between the mobile device ("cellular phone") and Mini 4 Pro ("digital camera device"), Mini 4 Pro captures the images and videos and stores the captured images and videos of the surroundings. Mini 4 Pro processes the captured images and videos, and stored them in JPEG or MP4 file format ("storing the created new-media file") in its memory. Further, |

| remains paired after storing the created new-media file; | throughout the entire capturing, processing and storing process, the paired wireless connection remains active between the mobile device and Mini 4 Pro. |
|---|---|

**Wi-Fi**

| Protocol | 802.11a/b/g/n/ac |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| Protocol | Bluetooth 5.0 |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://store.dji.com/content/mini-drone (annotated)

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    Page 73

| Internal Storage | 2 GB |
|---|---|

Source: https://www.dji.com/support/product/mini-4-pro

| Photo Format | JPEG/DNG (RAW) |
|---|---|
| Video Resolution | H.264/H.265<br>4K: 3840×2160@24/25/30/48/50/60/100*fps<br>FHD: 1920×1080@24/25/30/48/50/60/100*/200*fps<br>* Recording frame rates. The corresponding video plays as slow-motion video. 4K/100fps and HLG/D-Log M only support H.265 coding. |
| Video Format | MP4 (MPEG-4 AVC/H.264, HEVC/H.265) |
| Max Video Bitrate | H.264/H.265: 150 Mbps |
| Supported File System | exFAT |

Source: https://www.dji.com/mini-4-pro/specs

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



## Storage

| Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC<br>Lexar 1066x 64GB V30 U3 A2 microSDXC<br>Lexar 1066x 128GB V30 U3 A2 microSDXC<br>Lexar 1066x 256GB V30 U3 A2 microSDXC<br>Lexar 1066x 512GB V30 U3 A2 microSDXC<br>Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC<br>Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC<br>Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC<br>Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC<br>Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC<br>Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/mini-4-pro/specs

| | Memory Card Not Inserted | Memory Card Inserted |
|---|---|---|
| DJI Mini 4 Pro | Store to the internal storage of the aircraft.<br>(Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.7] said processor configured to receive a | Defendant provides said processor configured to receive a data transfer request initiated by a software application on the cryptographically authenticated cellular phone, over the established short-range paired |

| data transfer request initiated by a software application on the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request; and | wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established between the mobile device ("cellular phone") and Mini 4 Pro ("digital camera device"), Mini 4 Pro captures the images and videos of the surroundings. The mobile device running DJI Fly app ("software application") includes an option to switch to QuickTransfer mode. Therefore, Mini 4 Pro, upon information and belief, receives a data transfer request from the mobile device, over the established connection to transfer the "new-media file" (captured image file and video file).<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request ("data transfer request") to an Access Point (AP) (short-range wireless enabled data capture device) using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-media file") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Mini 4 Pro receives the data transfer request from the mobile device, running DJI Fly app.<br><br>Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request ("data transfer request") operation when a client wants to obtain data from the server. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

## V 1.17.4

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.



The following models have been tested and are recommended for use:

**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

## V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4µm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source:    https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

| Internal Storage | 2 GB |
|---|---|
| Class | C0 (EU), with the option to apply for C1 (EU) in the DJI Fly app. |

Source: https://www.dji.com/support/product/mini-4-pro

| Storage | Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
|---|---|---|
| | | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/support/product/mini-4-pro

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

| Wi-Fi | |
| --- | --- |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

| Bluetooth | |
| --- | --- |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Received new-media files displayed in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
    ⊟ Flags: 0x26
        .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
        .... .1.. = More Fragments: More fragments follow
        .... 0... = Retry: Frame is not being retransmitted
        ...0 .... = PWR MGT: STA will stay up
        ..1. .... = More Data: Data is buffered for STA at AP
        .0.. .... = Protected flag: Data is not protected
        0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source: https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



*Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)*

The fields shown are:

• *Length: 2 octets (16 bits)*

 Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

• *Channel ID: 2 octets*

 The channel ID (CID) identifies the destination channel endpoint of the packet.

• *Information payload: 0 to 65535 octets*

 This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

| | |
|---|---|
| | BLUETOOTH SPECIFICATION Version 5.0 \| Vol 3, Part A                    page 1735<br><br>*Logical Link Control and Adaptation Protocol Specification*        **Bluetooth**®<br><br>configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).<br><br>Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.8] said processor configured to transfer the new-media file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection; | Defendant provides said processor configured to transfer the new-media file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established, Mini 4 Pro processes and transfers "new-media file" to the mobile device ("cellular phone") through the established paired connection in an encrypted form.<br><br>Further, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that the paired connection is established. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Received new-media files displayed in the mobile device

Source:   https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.9] said software application for the cryptographically authenticated cellular phone, wherein the software application is embodied as executable program instructions that when executed by a processor of the | Defendant provides said software application for the cryptographically authenticated cellular phone, wherein the software application is embodied as executable program instructions that when executed by a processor of the cryptographically authenticated cellular phone, is configured to control the processor of the cryptographically authenticated cellular phone to; send the data transfer request to the digital camera device, over the established short-range paired wireless connection, wherein the data transfer request corresponds to transfer of the new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| cryptographically authenticated cellular phone, is configured to control the processor of the cryptographically authenticated cellular phone to: send the data transfer request to the digital camera device, over the established paired wireless connection, wherein the data transfer request corresponds to transfer of the new-media file; | For example, after the short-range paired wireless connection is established between the mobile device ("cellular phone") and Mini 4 Pro ("digital camera device"), Mini 4 Pro captures the images and videos of the surroundings. The mobile device running DJI Fly app ("software application") includes the option to switch to QuickTransfer mode. Therefore, Mini 4 Pro, upon information and belief, receives the data transfer request from the mobile device ("cellular phone"), over the established connection to transfer the "new-media file".<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, to retrieve the pending data, the STA sends the PS-Poll frame, and the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Mini 4 Pro receives the data transfer request from the mobile device, running DJI Fly app.<br><br>Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request ("data transfer request") operation when a client wants to obtain data from the server. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

### Exporting Photos and Videos

1. Use QuickTransfer to export the footage to a mobile phone.

2. Connect the aircraft to a computer using a data cable, export the footage in the internal storage of the aircraft or in the microSD card mounted on the aircraft. The aircraft does not need to be powered on during the exporting process.

3. Remove the microSD card from the aircraft and insert it into a card reader, and export the footage in the microSD card through the card reader.

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Received new-media files displayed in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



Received new-media files displayed in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
    ⊟ Flags: 0x26
      .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
      .... .1.. = More Fragments: More fragments follow
      .... 0... = Retry: Frame is not being retransmitted
      ...0 .... = PWR MGT: STA will stay up
      ..1. .... = More Data: Data is buffered for STA at AP
      .0.. .... = Protected flag: Data is not protected
      0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source: https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

## 3.1 CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1: L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

| | |
|---|---|
| | BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735<br><br>*Logical Link Control and Adaptation Protocol Specification*  <br><br>configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).<br><br>Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.10] receive the new-media file from the digital camera device, over the established short-range paired wireless connection;<br>store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file; | Defendant receive the new-media file from the digital camera device, over the established short-range paired wireless connection; store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro transfers the captured image file and video file ("new-media file") to the mobile device ("cellular phone") running DJI Fly app, via the "short-range paired wireless connection". Further, DJI Fly app provides a functionality to download the received new-media files into the memory of the mobile device. Throughout the entire receiving, and downloading process, the paired wireless connection remains active between the mobile device and Mini 4 Pro. |

| **Wi-Fi** | |
| --- | --- |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Received new-media files displayed in the mobile device

Option to download the received media

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

**iOS**    Android

---

### V 1.17.4

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.apple.com/iphone-16-pro/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [7.11] provide a touch based graphical user interface for the received new-media file, wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file; and | Defendant provide a touch based graphical user interface for the received new-media file, wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the mobile device contains a touch based graphical user interface which allows DJI Fly app to access the captured image file and video file ("new-media file"). Further, DJI Fly app enables user to post captured image file and video file on a selected social media site ("select a user media publishing website"), such as SkyPixel ("user media publishing website for uploading the received new-media file"). |



Captured images and videos displayed in DJI Fly app

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



Touch based interface on the mobile device

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



Touch-based interface to upload new-media file

DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

| | |
|---|---|
| | # How We Store Our Data<br><br>Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.<br><br>Source: https://security.dji.com/data/consumer/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.12] use HTTP to upload the received new-media file along with user information to the user media publishing website over the cellular data network, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file. | Defendant use HTTP to upload the received new-media file along with user information to the user media publishing website over the cellular data network, wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app installed on the mobile device ("cryptographically authenticated cellular phone"), utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-media file") to social media sharing sites, such as SkyPixel ("media publishing website"). Further, DJI Fly app uses user credentials, such as a username and password ("user information"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-media file is uploaded on the social media site along with the user's account information ("user information") to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app. |



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [8.P] The system of claim 7, wherein the processor of the digital camera device is further configured to: create an associated file, wherein the associated file comprises data associated with the new-media; store the associated file in the memory of the digital camera device; and | Defendant provides the system of claim 7, wherein the processor of the digital camera device is further configured to: create an associated file, wherein the associated file comprises data associated with the new-media; store the associated file in the memory of the digital camera device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after Mini4 Pro ("digital camera device") captures and stores, the metadata ("associated file") is stored along the captured images and videos ("new-media") in the form of file format. Mini 4 Pro includes 2GB of internal storage and supports external microSD card ("memory") up to 512GB where the files are stored.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic. |



Source: https://store.dji.com/content/mini-drone (annotated)

| Internal Storage | 2 GB |
|---|---|

Source: https://www.dji.com/support/product/mini-4-pro

## Storage



| Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
| --- | --- |
| | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/mini-4-pro/specs

| | Memory Card Not Inserted | Memory Card Inserted |
| --- | --- | --- |
| DJI Mini 4 Pro | Store to the internal storage of the aircraft. (Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    Page 73

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

| | |
|---|---|
| | Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.
Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.
Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [8.1]    transfer    the associated    file    to    the cryptographically authenticated    cellular phone,    over    the established    short-range paired    wireless connection, wherein the software application on the    cryptographically authenticated    cellular | Defendant transfer the associated file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the software application on the cryptographically authenticated cellular phone that when executed by the processor of the cryptographically authenticated cellular phone is further configured to control the processor of the cryptographically authenticated cellular phone to receive the associated file, store the received associated file in the memory of the cryptographically authenticated cellular phone, and provide a touch based graphical user interface for the received associated file.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after Mini4 Pro ("short-range wireless enabled digital camera device") captures and stores, the metadata ("associated file") is stored along the captured images and videos. Mini 4 Pro sends the captured |

| | |
|---|---|
| phone that when executed by the processor of the cryptographically authenticated cellular phone is further configured to control the processor of the cryptographically authenticated cellular phone to receive the associated file, store the received associated file in the memory of the cryptographically authenticated cellular phone, and provide a touch based graphical user interface for the received associated file. | images and videos ("new-media") along with the metadata (collectively "new-media file") to the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app ("software application") through the established paired connection in an encrypted form. Once the mobile device receives the new-media file, DJI Fly app enables the access and download of the received "new-media file" through a touch based graphical user interface. It would be apparent to a person of ordinary skill in the art that the mobile device includes a processor that executes DJI Fly app to enable functionality such as accessing the captured videos and/or images.<br><br>Further, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that the paired connection is established. |

| Wi-Fi | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| Bluetooth | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)



Received new-media files displayed in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



Received new-media files displayed in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

| | |
|---|---|
| | The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br><br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9] The system of claim 7, wherein the software application is one of: stored on a non-transitory computer-readable medium and is installable in the memory of the cryptographically authenticated cellular phone; and downloadable on to the memory of the cryptographically authenticated cellular phone from a remote server. | Defendant provides the system of claim 7, wherein the software application is one of: stored on a non-transitory computer-readable medium and is installable in the memory of the cryptographically authenticated cellular phone; and downloadable on to the memory of the cryptographically authenticated cellular phone from a remote server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("software application") is a mobile application which is available for installation on the official site of DJI, and App Store. DJI Fly app is compatible with iPhone and Android phone ("cellular phone"). DJI Fly app provides the functionality to display the images and videos captured by Mini 4 Pro. DJI Play app utilizes the memory and the processor of the mobile device to receive and store download the captured images and videos, and upload them to SkyPixel app. |



# Your Versatile Flight Companion

Built to optimize your aerial experience, the DJI Fly app empowers users to fly, capture incredible images, edit, and share with ease. The app interface was designed to be simplified and ultra-intuitive. Thanks to comprehensive flight tutorials and the easy-to-use editor, you can now use your FlyCam right out of the box and create stunning content with confidence.

    DJI Fly application available on Apple store and Android

Source: https://www.dji.com/dji-fly



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    **Android**

### V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [10] The system of claim 7, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Defendant provides the system of claim 7, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro comprises both Bluetooth and Wi-Fi communication modules. Mini 4 Pro utilizes Bluetooth for device discovery and initiation of pairing with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app. After initial discovery via Bluetooth, Mini 4 Pro and the mobile device establish the Wi-Fi-based short-range connection ("short-range paired wireless connection") to enable QuickTransfer. |

**Wi-Fi**

| | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| | |
|---|---|
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

MasterShots        QuickShots        Hyperlapse        Panorama        **QuickTransfer**

Quickly transfer photos and videos to your smartphone without linking the remote controller.
Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [11.P] A non-transitory computer-readable medium containing machine executable instructions that, when executed by a processor on a digital camera device with short-range wireless capability, cause the processor on the digital camera device to perform a method comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a non-transitory computer-readable medium containing machine executable instructions that, when executed by a processor on a digital camera device with short-range wireless capability, cause the processor on the digital camera device to perform a method. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Defendant provides Mini 4 Pro [4] ("digital camera device"), a camera drone, which is equipped with a 48MP 1/1.3-inch CMOS sensor to capture images and 4K/60fps HDR video. Mini 4 Pro uses a wireless communication medium, such as Wi-Fi and Bluetooth, to pair with DJI Fly app installed on a mobile device ("cellular phone"), such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. Further, the mobile device has access to internet connection ("cellular data network"). |

---

[4] While Mini 4 Pro has been used as an exemplary infringing instrumentality, DJI's other camera drones including, but not limited to Air 3, Air 3S, Mavic 3 Pro and Mavic 4 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other camera drones.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs



Camera of Mini 4 Pro

Source: https://www.dji.com/mini-4-pro (annotated)



Image and video captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ  Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

## Exporting Photos and Videos

1. Use QuickTransfer to export the footage to a mobile phone.

2. Connect the aircraft to a computer using a data cable, export the footage in the internal storage of the aircraft or in the microSD card mounted on the aircraft. The aircraft does not need to be powered on during the exporting process.

3. Remove the microSD card from the aircraft and insert it into a card reader, and export the footage in the microSD card through the card reader.

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Files transferred to mobile device using DJI Fly app

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)



The mobile device supports cellular data network functionality (iOS)

Source: https://support.apple.com/en-ca/109323 (annotated)



Source: https://www.samsung.com/uk/support/mobile-devices/how-do-i-manually-select-a-network-on-my-samsung-galaxy-device/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [11.1] acquiring new-media, wherein the new-comprises one or more of video data and image data, wherein the new- | Defendant provides digital camera device to perform a method of acquiring new-media, wherein the new-comprises one or more of video data and image data, wherein the new-media is acquired after establishing a short-range paired wireless connection between the digital camera device and a cellular phone, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically |

| media is acquired after establishing a short-range paired wireless connection between the digital camera device and a cellular phone, wherein establishing the short-range paired wireless connection comprises, the digital camera device cryptographically authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol; | authenticating identity of the cellular phone, and wherein establishing the short-range paired wireless connection further comprises the digital camera device using an association protocol. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Mini 4 Pro ("digital camera device") connects with the mobile device ("cellular phone") running DJI Fly app via its Bluetooth and Wi-Fi modules. The mobile device running DJI Fly app discovers Mini 4 Pro by utilizing Bluetooth and after discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form a "short-range paired wireless connection". |
| | For example, after the short-range paired wireless connection" is established between Mini 4 Pro ("digital camera device") and the mobile device ("cellular phone") running DJI Fly app, Mini 4 Pro utilizes its built-in cameras and sensors to capture images ("image data") and record videos ("video data") ("acquiring new-media") of the surroundings, and transmit it to the mobile device |
| | Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data. Further, Mini 4 Pro uses the RSN (Robust Security Network) ("association protocol") to manage the connection, which ensures that the encryption keys are securely established before data transmission begins. |
| | Furthermore, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |

| **Wi-Fi** | |
| --- | --- |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.dji.com/mini-4-pro (annotated)

Camera of Mini 4 Pro



Source: https://store.dji.com/content/mini-drone (annotated)

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

WPA2 uses the Counter Mode with CBC-MAC Protocol (CCMP) instead of TKIP and is required for devices claiming Robust Security Network (RSN) compliance. The Advanced Encryption Standard (AES) algorithm is used for both encryption (in Counter Mode (CTR)) and data integrity (CBC-MAC) and both processes use the same temporal key from the key hierarchy.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 17

### 4.3.4.3 Robust security network association (RSNA)

*Change the first paragraph of 4.3.4.3 as follows:*

An RSNA defines a number of security features in addition to wired equivalent privacy (WEP) and IEEE 802.11 authentication. These features include the following:

— Enhanced authentication mechanisms for STAs

— Key management algorithms

— Cryptographic key establishment

— Enhanced data cryptographic encapsulation mechanisms, such as Counter mode with Cipher-block chaining Message authentication code Protocol (CCMP), Galois Counter Mode Protocol (GCMP), and, optionally, Temporal Key Integrity Protocol (TKIP).

— Fast basic service set (BSS) transition (FT) mechanism

— Enhanced cryptographic encapsulation mechanisms for robust management frames

Source: https://ieeexplore.ieee.org/document/6687187, at Page 40

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys

- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

- Device authentication: verification that the two devices have the same keys

- Encryption: message confidentiality

- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
|-----|----------------------------|---|
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.

2. Touch and hold Bluetooth ✳.

3. Tap **Pair new device**.

   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ›
     **Refresh**.

4. To pair your device, tap the name of the Bluetooth device.

5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.
- Connect to a Bluetooth device.
- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9 Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17:  Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ## Encryption key size control enhancements |
| | New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections. |
| | Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient. Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/ |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [11.2]  creating a new-media file using the acquired new-media; | Defendant provides digital camera device to perform a method creating a new-media file using the acquired new-media. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after the paired wireless connection is established, Mini 4 Pro captures the images and videos of the surrounding. The captured images and videos ("acquired new-media") along with the metadata are converted into a file format ("new media file") such as JPEG or MP4. |



Source: https://store.dji.com/content/mini-drone (annotated)

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)

| Photo Format | JPEG/DNG (RAW) |
|---|---|
| Video Resolution | H.264/H.265<br>4K: 3840×2160@24/25/30/48/50/60/100*fps<br>FHD: 1920×1080@24/25/30/48/50/60/100*/200*fps<br>* Recording frame rates. The corresponding video plays as slow-motion video. 4K/100fps and HLG/D-Log M only support H.265 coding. |
| Video Format | MP4 (MPEG-4 AVC/H.264, HEVC/H.265) |
| Max Video Bitrate | H.264/H.265: 150 Mbps |
| Supported File System | exFAT |

Source: https://www.dji.com/mini-4-pro/specs



Captured images and videos transmitted to the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [11.3] storing the created new-media file in a memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after | Defendant provides digital camera device to perform a method comprising storing the created new-media file in a memory of the digital camera device, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the created new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established between the mobile device ("cellular phone") and Mini 4 Pro ("digital camera device"), Mini 4 Pro captures the images and videos and stores the captured images and videos of the surroundings. Mini 4 Pro processes the captured images and videos, |

| storing the created new-media file; | and stored them in JPEG or MP4 file format ("storing the created new-media file") in its memory. Further, throughout the entire capturing, processing and storing process, the paired wireless connection remains active between the mobile device and Mini 4 Pro. |
|---|---|



Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Mini 4 Pro captures images and videos of the surroundings

Source: https://store.dji.com/content/mini-drone (annotated)

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

| Internal Storage | 2 GB |
|---|---|

Source: https://www.dji.com/support/product/mini-4-pro

| Photo Format | JPEG/DNG (RAW) |
|---|---|
| Video Resolution | H.264/H.265<br>4K: 3840×2160@24/25/30/48/50/60/100*fps<br>FHD: 1920×1080@24/25/30/48/50/60/100*/200*fps<br>* Recording frame rates. The corresponding video plays as slow-motion video. 4K/100fps and HLG/D-Log M only support H.265 coding. |
| Video Format | MP4 (MPEG-4 AVC/H.264, HEVC/H.265) |
| Max Video Bitrate | H.264/H.265: 150 Mbps |
| Supported File System | exFAT |

Source: https://www.dji.com/mini-4-pro/specs

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



## Storage

| Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
| --- | --- |
| | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/mini-4-pro/specs

| | Memory Card Not Inserted | Memory Card Inserted |
| --- | --- | --- |
| DJI Mini 4 Pro | Store to the internal storage of the aircraft. (Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [11.4] receiving a data transfer request initiated | Defendant provides digital camera device to perform a method comprising receiving a data transfer request initiated by a software application on the cryptographically authenticated cellular phone, over the established |
| --- | --- |

| | |
|---|---|
| by a software application on the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request; and | short-range paired wireless connection, wherein the data transfer request is for the new-media file, and wherein the new-media file was created in the digital camera device before receiving the data transfer request.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established between the mobile device ("cellular phone") and Mini 4 Pro ("digital camera device"), Mini 4 Pro captures the images and videos of the surroundings. The mobile device running DJI Fly app ("software application") includes an option to switch to QuickTransfer mode. Therefore, Mini 4 Pro, upon information and belief, receives a data transfer request from the mobile device ("cellular phone"), over the established connection to transfer the "new-media file".<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request ("data transfer request") to an Access Point (AP) (short-range wireless enabled data capture device) using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-data") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Mini 4 Pro receives the data transfer request from the mobile device, running DJI Fly app.<br><br>Furthermore, as is inherent to how BLE works, the Attribute Protocol (ATT) defines a read request ("data transfer request") operation when a client wants to obtain data from the server. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Mini 4 Pro capturing images and videos of the surroundings

Source: https://store.dji.com/content/mini-drone (annotated)



**App Store** Preview

This app is available only on the App Store for iPhone and iPad.

DJI Fly app for mobile device

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



"New media files" sent from Mini 4 Pro to the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
    ⊟ Flags: 0x26
        .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
        .... .1.. = More Fragments: More fragments follow
        .... 0... = Retry: Frame is not being retransmitted
        ...0 .... = PWR MGT: STA will stay up
        ..1. .... = More Data: Data is buffered for STA at AP
        .0.. .... = Protected flag: Data is not protected
        0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

Internally, Read Request is sent to the peer device in response to which Read Response is received. This response results in CYBLE_EVT_GATTC_READ_RSP event which is propagated to the application for handling the event data. An Error Response (CYBLE_EVT_GATTC_ERROR_RSP event at the GATT Client's end) is sent by the GATT Server in response to the Read Request on insufficient authentication or insufficient

Source: https://www.infineon.com/assets/row/public/documents/cross-divisions/396/infineon-component-ble-v2.30-software-module-datasheets-en.pdf, Page 116

Client—This is the device that initiates commands and requests towards the server and can receive responses, indications and notifications sent by the server.

Server—This is the device that accepts incoming commands and requests from the client and sends responses, indications and notifications to a client.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

The GATT profile is designed to be used by an application or another profile, so that a client can communicate with a server. The server contains a number of attributes, and the GATT Profile defines how to use the Attribute Protocol to discover, read, write and obtain indications of these attributes, as well as configuring broadcast of attributes.

Source: https://www.bluetooth.com/wp-content/uploads/Files/Specification/HTML/Core-54/out/en/host/generic-attribute-profile--gatt-.html

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

| | |
|---|---|
| | BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A               page 1735<br><br>*Logical Link Control and Adaptation Protocol Specification*                **Bluetooth**®<br><br>configuration (see Section 5.1). The minimum supported MTU values for the signaling PDUs are shown in Table 4.1).<br><br>Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and 1735<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [11.5] transferring the new-media file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated cellular phone is configured to receive the new-media file, | Defendant provides digital camera device to perform a method comprising transferring the new-media file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated cellular phone is configured to receive the new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the "short-range paired wireless connection" is established, Mini 4 Pro processes and transfers "new-media file" to the mobile device ("short-range wireless enabled cellular phone") through the established paired connection in an encrypted form.<br><br>Further, Mini 4 Pro and the mobile device on which DJI Fly app ("mobile software application") is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that the paired connection is established. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source:  https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



"Short-range paired wireless connection" setup by switching on Bluetooth and Wi-Fi in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4µm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



"New media files" are transferred to the mobile device

Source: https://apps.apple.com/us/app/dji-fly/id1479649251



The transferred media files

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [11.6] wherein the cryptographically authenticated cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file, | Defendant provides a digital camera device to perform a method, wherein the cryptographically authenticated cellular phone is configured to store the received new-media file in a memory of the cryptographically authenticated cellular phone, wherein the established short-range paired wireless connection between the digital camera device and the cellular phone remains paired after storing the received new-media file, <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, when the "new-media file" is transferred to the mobile device via the short-range paired wireless connection, DJI Fly app provides a functionality to download the received new-media file (i.e., shared images and video files) into the memory of the mobile device ("short-range wireless enabled cellular phone"). Further, throughout the entire capturing, processing, and storing process, the paired wireless connection remains active between the mobile device and Mini 4 Pro. <br><br>  <br><br> Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated) |



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Transferred new-media files displayed in the mobile device

Option to download the received images in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS     Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.apple.com/iphone-16-pro/



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [11.7] wherein the mobile software application on the cryptographically authenticated cellular phone is configured to provide a touch based graphical user interface in the cryptographically authenticated cellular phone, wherein the touch based graphical user interface is for the received new-media file, wherein the touch based graphical user interface is configured to receive | Defendant provides a digital camera device to perform a method, wherein the mobile software application on the cryptographically authenticated cellular phone is configured to provide a touch based graphical user interface in the cryptographically authenticated cellular phone, wherein the touch based graphical user interface is for the received new-media file, wherein the touch based graphical user interface is configured to receive input to delete the created new-media file, wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the mobile device ("short-range wireless enabled cellular phone") contains a touch based graphical user interface which allows the user to access DJI Fly app ("mobile software application") access the captured image file and video file ("new-media file"). Further, DJI Fly app provides the feature to delete the received image and video by clicking on the trash icon. Furthermore, DJI Fly app enables user to post captured images and videos on a selected social media site such as SkyPixel ("touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file"). |

input to delete the created new-media file, wherein the touch based graphical user interface is configured to receive input to select a user media publishing website for uploading the received new-media file

**App Store** Preview

This app is available only on the App Store for iPhone and iPad.



**DJI Fly** 4+
Fly as you are.
DJI

#95 in Photo & Video
★★★☆ 3.5 • 3.7K Ratings

Free

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Touch based graphical user interface

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Received images and videos, accessed using touch input

Source:    https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



Touch-based interface to upload new-media file

DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Touch based input option to delete the media

Source: https://www.dji.com/dji-fly (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [11.8] wherein the cryptographically authenticated cellular phone is configured to use HTTP to upload the received new-media file and user information to the user media publishing website over a cellular data network, wherein the user information is stored in the mobile software application on the | Defendant provides a digital camera to perform a method, wherein the cryptographically authenticated cellular phone is configured to use HTTP to upload the received new-media file and user information to the user media publishing website over a cellular data network, wherein the user information is stored in the mobile software application on the cryptographically authenticated short-range wireless enabled cellular phone, and wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("mobile software application") installed on the mobile device ("cryptographically authenticated cellular phone"), utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-media file") to social media sharing sites, such as SkyPixel ("media publishing website"). Further, DJI Fly app uses user credentials, such as a username and password |

| | |
|---|---|
| cryptographically authenticated short-range wireless enabled cellular phone, and wherein the user information corresponds to user related information used by the user media publishing website to publish the new-media file. | ("user information"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-media file is uploaded on the social media site along with the user's account information ("user information") to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app. |



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [12.P] The non-transitory computer-readable medium of claim 11, further comprising executable instructions that when executed by the processor of the digital camera device, cause the processor of the digital camera device to perform: creating an associated file, wherein the associated file comprises data associated with the new-media; storing the associated file in the memory of the digital camera device; and | Defendant provides the non-transitory computer-readable medium of claim 11, further comprising executable instructions that when executed by the processor of the digital camera device, cause the processor of the digital camera device to perform: creating an associated file, wherein the associated file comprises data associated with the new-media; storing the associated file in the memory of the digital camera device.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the paired wireless connection is established, Mini 4 Pro ("digital camera device") captures the images and videos of the surroundings. Mini 4 Pro processes the captured videos and images ("new-media") creates a metadata file ("associated file") based on the parameters, such as the image's exposure parameter, location, and posture ("data associated with the new-media"). The metadata is stored along the captured videos and images in the memory of Mini 4 Pro.

Further, as is inherent to how the Bluetooth Low Energy (BLE) works, after a Bluetooth connection is established, descriptors, such as Client Characteristic Configuration Descriptor (CCCD) provides metadata relating to its owning characteristic.

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method. |

| | |
|---|---|
| | Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)<br><br>it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.<br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10<br><br>The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.<br>Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [12.1] transferring the associated file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically | Defendant provides the non-transitory computer-readable medium of claim 11, further comprising executable instructions that when executed by the processor of the digital camera device, cause the processor of the digital camera device to perform transferring the associated file to the cryptographically authenticated cellular phone, over the established short-range paired wireless connection, wherein the mobile software application on the cryptographically authenticated cellular phone is configured to receive the associated file, and store the received associated file in the memory of the cryptographically authenticated cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after capturing images and videos, Mini4 Pro stores the captured image files and video files ("new-media file") along with metadata ("associated file"). Further, the new-media file and its metadata is transferred |

| authenticated cellular phone is configured to receive the associated file, and store the received associated file in the memory of the cryptographically authenticated cellular phone. | to the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app ("mobile software application") through the established "short-range paired wireless connection" in an encrypted form. Once the mobile device receives the new-media file along with metadata, DJI Fly app enables the user to access and download the captured content, which is further stored in the memory of the mobile device.<br><br>Further, Mini 4 Pro and the mobile device on which DJI Fly app is installed are connected through an encrypted connection created by exchanging secret keys which are used to cryptographically authenticate the identity of the mobile device to Mini 4 Pro such that the paired connection is established.<br><br>Source: https://store.dji.com/content/mini-drone (annotated) |

**Wi-Fi**

| | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

**Bluetooth**

| | |
|---|---|
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Commonly, media files produced by camera can be divided into still image file and video file. Metadata in a still image can describe information at you take the photo like exposure parameters, location and posture, camera settings, etc. DJI mainly use JPEG and Adobe DNG formats for still image file. Both this two formats can embedded metadata follow Exif standard (Adobe DNG also extends many metadata in Exif formats). We also use Adobe XMP format to record DJI defined metadata.

Video is more powerful to carry serial continuously changed metadata, which suitable for recording changing process like drone location and gimbal posture. DJI mainly use MOV and MP4 formats for video file. We record metadata both in MOV/MP4 native formats and our extended method.

Source: https://terra-1-g.djicdn.com/71a7d383e71a4fb8887a310eb746b47f/general/DJI_Media_File_Metadata_WhitePaper.zip, Page 6 (Part 1)



Source: https://www.dji.com/downloads/djiapp/dji-fly



Received new-media files displayed in the mobile device

Option to download the received images in the mobile device

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)



Source: https://www.apple.com/iphone-16-pro/

it to a remote Bluetooth device. The functions available for a conventional infrared remote controller can be realized in this profile. In addition to this, the profile uses Bluetooth specific extensions to support transfer of metadata related to content to be transferred between Bluetooth devices. Browsing features are provided to allow a remote controller to navigate the media and control specific media players on the remote target device. The remote control described in this profile is designed specific to A/V control. Other remote control solutions using Bluetooth wireless technology may be applied for general Bluetooth devices including A/V devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 10

The GetItemAttributes command is used to retrieve the metadata attributes for a particular media element item or folder item. The PDU format is similar to that of the GetElementAttributes command, however the GetItemAttributes is sent over the browsing channel to the Browsed Player and is not encapsulated within an AV/C frame.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 78

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [13] The non-transitory computer readable medium of claim 11, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. | Defendant provides the non-transitory computer readable medium of claim 11, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other personal area wireless networking technologies that use pairing. |
|---|---|

Within the right cell:

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Mini 4 Pro comprises both Bluetooth and Wi-Fi communication modules. Mini 4 Pro utilizes Bluetooth for device discovery and initiation of pairing with the mobile device running DJI Fly app. After initial discovery via Bluetooth, Mini 4 Pro and the mobile device establish the Wi-Fi-based short-range connection ("short-range paired wireless connection") to enable QuickTransfer.

| Wi-Fi | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| Bluetooth | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Bluetooth and Wi-Fi support in Mini 4 Pro to establish connection

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2 (annotated)



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

MasterShots    QuickShots    Hyperlapse    Panorama    **QuickTransfer**

Quickly transfer photos and videos to your smartphone without linking the remote controller.
Your creations will be instantly ready to share.

| | Source: https://www.dji.com/mini-4-pro?from=store-product-page |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |

## 2. List of References

1. https://store.dji.com/product/dji-mini-4-pro?vid=148581, last accessed on July 18, 2025
2. https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, last accessed on July 18, 2025
3. https://www.dji.com/mini-4-pro/specs , last accessed on July 18, 2025
4. https://www.dji.com/mini-4-pro, last accessed on July 18, 2025
5. https://store.dji.com/content/mini-drone , last accessed on July 18, 2025
6. https://security.dji.com/data/consumer/ , last accessed on July 18, 2025
7. https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, last accessed on July 18, 2025
8. https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, last accessed on July 18, 2025
9. https://apps.apple.com/us/app/dji-fly/id1479649251, last accessed on July 18, 2025
10. https://www.dji.com/downloads/djiapp/dji-fly , last accessed on July 18, 2025
11. https://www.youtube.com/watch?v=7y5rTbPWRRQ, last accessed on July 18, 2025
12. https://www.youtube.com/watch?v=JtYyP_y5Az0, last accessed on July 18, 2025
13. https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en, last accessed on July 18, 2025
14. https://www.dji.com/mini-4-pro?from=store-product-page , last accessed on July 18, 2025
15. https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, last accessed on July 18, 2025
16. https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review, last accessed on July 18, 2025
17. https://www.dji.com/support/product/mini-4-pro, last accessed on July 18, 2025
18. https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution, last accessed on July 18, 2025
19. https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en, last accessed on July 18, 2025
20. https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, last accessed on July 18, 2025
21. https://www.avg.com/en/signal/what-is-wpa2, last accessed on July 18, 2025
22. http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf , last accessed on July 18, 2025
23. https://ieeexplore.ieee.org/document/6687187, last accessed on July 18, 2025
24. https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, last accessed on July 18, 2025
25. https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, last accessed on July 18, 2025
26. https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, last accessed on July 18, 2025

27. https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web, last accessed on July 18, 2025

28. https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1, last accessed on July 18, 2025

29. https://developer.android.com/develop/connectivity/bluetooth, last accessed on July 18, 2025

30. https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/, last accessed on July 18, 2025

31. https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/, last accessed on July 18, 2025

32. https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4, last accessed on July 18, 2025

33. https://www.dji.com/policy, last accessed on July 18, 2025

34. https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html, last accessed on July 18, 2025

35. https://www.dji.com/trust-center/resource/consumer-privacy-controls, last accessed on July 18, 2025

36. https://developer.dji.com/doc/cloud-api-tutorial/en/feature-set/dock-feature-set/dock-media-management.html, last accessed on July 18, 2025

37. https://youtu.be/H78bL4OwBr0, last accessed on July 18, 2025

38. https://www.apple.com/iphone-16-pro/, last accessed on July 18, 2025

39. https://www.samsung.com/us/smartphones/galaxy-s25-ultra/, last accessed on July 18, 2025

40. https://support.apple.com/en-us/guide/iphone/iphd1cf4268/ios, last accessed on July 18, 2025

41. https://support.google.com/pixelphone/answer/2926415?hl=en&sjid=1546711947233454560-NC, last accessed on July 18, 2025

42. https://www.dji.com/dji-fly, last accessed on July 18, 2025

43. https://wifi-insider.com/wlan/psd.htm, last accessed on July 18, 2025

44. https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/, last accessed on July 18, 2025

45. https://www.bluetooth.com/wp-content/uploads/2019/03/Sniff-and-Sniff-Sub-rating-Modes_WP_V10.pdf, last accessed on July 18, 2025

46. https://support.apple.com/en-us/109323, last accessed on July 18, 2025