**U.S. Patent No. 11,234,121 v. DJI**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]    A    short-range wireless    enabled    data capture    device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Mini 4 Pro[1], a camera drone ("short-range wireless enabled data capture device"), which is equipped with a 48MP 1/1.3-inch CMOS sensor to capture images and 4K/60fps HDR video. Mini 4 Pro uses wireless communication medium such as Wi-Fi and Bluetooth ("short range") to pair with DJI Fly app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. |

---

[1] While Mini 4 Pro has been used as an exemplary infringing instrumentality, DJI's other camera drones including, but not limited, to Air 3, Air 3S, Mavic 3 Pro and Mavic 4 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other camera drones.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, at Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs



Source: https://www.dji.com/mini-4-pro (annotated)



Image and video captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone, (annotated)



Source: https://store.dji.com/content/mini-drone

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    **Android**

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.1] a memory device; | Defendant provides a memory device; a processor coupled to the memory device. |
|---|---|

| a processor coupled to the memory device; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro includes 2GB of internal storage and supports external microSD card ("a memory device") up to 512GB, which are coupled with a processor which performs functionalities such as, image processing. The image processing platform performs tasks such as HDR video capture, 10-bit D-Log M encoding, dual native ISO fusion, and low-light noise reduction before the captured image and video is stored in the internal memory or the external microSD card and transmitted to the mobile device via DJI Fly mobile app.<br><br><br><br>Source: https://www.dji.com/support/product/mini-4-pro<br><br><br><br>Source: https://www.dji.com/support/product/mini-4-pro |

13



|  | Memory Card Not Inserted | Memory Card Inserted |
|---|---|---|
| DJI Mini 4 Pro | Store to the internal storage of the aircraft. (Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, at Page 73



Chip including Processor and memory

Source: https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, Page 1 (annotated)



Source: https://store.dji.com/content/mini-drone

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

| | |
|---|---|
| | The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology , an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.<br><br>Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2]    a    short-range wireless communication device    configured    to establish  a  short-range paired            wireless connection between the short-range    wireless enabled    data    capture device and a short-range wireless enabled cellular phone,            wherein establishing    the    short-range    paired    wireless connection comprises the short-range    wireless enabled    data    capture device cryptographically authenticating identity of | Defendant provides a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilising Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form a "short-range paired wireless connection" to utilise the QuickTransfer functionality. Further, after establishing the connection, Mini 4 Pro stores the UUID of the authenticated mobile device in a whitelist to prevent unauthorised access. |

| the short-range wireless enabled cellular phone; | Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data.

Further, Mini 4 Pro and the mobile device are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |

## Specifications



| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

19



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.
2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.
3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

29

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

a)    Data Confidentiality;

b)    Authentication; and

c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.
- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).
- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.
- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

33

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys

- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

- Device authentication: verification that the two devices have the same keys

- Encryption: message confidentiality

- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| --- | --- | --- |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ❈ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ＞ **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.

- Connect to a Bluetooth device.

- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



*Figure 4.17: Passkey entry authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20:  OOB authentication (P-192)*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

<table>
<tr><td></td><td>

### Encryption key size control enhancements

New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.

Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.

Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td></tr>
<tr><td>

[1.3] a data capture circuitry;
</td><td>

Defendant provides a data capture circuitry.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Mini 4 Pro comprises 1/1.3-inch CMOS sensor, camera system, and controls (collectively forming "data capture circuitry") that enable Mini 4 Pro to capture images and videos. This data capture circuitry is used to capture visual images and videos.
</td></tr>
</table>

45



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

| Image Sensor | 1/1.3-inch CMOS Effective Pixels: 48 MP |
| --- | --- |

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro



**Image Quality**

1/1.3" CMOS

**48 MP**
Max Pixels

**f/1.7**
Aperture

**4K**
4K/60fps HDR
4K/100fps Slow Motion

**D-Log M/HLG**
D-Log M/HLG/Normal

True Vertical Shooting

MasterShotsⓘ

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone

| | High-Quality Imaging |
|---|---|
| | The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4µm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions. |
| | Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4] said processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone; | Defendant provides a processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, when Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") to send the captured images and videos through QuickTransfer, Mini 4 Pro checks whether the connecting mobile device is included in its internal whitelist of authorized devices. Therefore, the short-range paired wireless connection remains between the mobile device and Mini 4 Pro. Further, after the "short-range paired wireless connection" is established, Mini 4 Pro's processor utilizes its data capture circuitry to acquire images and videos. The captured images and videos ("new data") are processed and sent to DJI Fly app installed on the mobile device. |

51

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

Make sure that Bluetooth, Wi-Fi, and location services are enabled on the mobile device before using QuickTransfer.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 74

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |

| O4 | |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |

| Wi-Fi | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

| Bluetooth | |
|---|---|
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.
2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.
3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.
Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

60

| | MasterShots    QuickShots    Hyperlapse    Panorama    **QuickTransfer** |
| | Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share. |
| | Source: https://www.dji.com/mini-4-pro?from=store-product-page |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] said processor further configured to store the new-data in the memory device; | Defendant provides a processor further configured to store the new-data in the memory device. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after the short range paired wireless connection is established, Mini 4 Pro captures videos and/or images of the surroundings. Mini 4 Pro processes the captured videos and/or images ("new-data"), and stores it into the memory device. |
| | **Internal Storage**     2 GB<br><br>**Class**     C0 (EU), with the option to apply for C1 (EU) in the DJI Fly app. |
| | Source: https://www.dji.com/support/product/mini-4-pro |

| **Storage** | **Recommended microSD Cards** | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
|---|---|---|
| | | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/support/product/mini-4-pro

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73



Content captured
by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

| | |
|---|---|
| | The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology, an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate. <br><br> Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.6] said processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone over the established short-range paired wireless connection automatically, wherein the event notification corresponds to the acquired new-data and comprises sending a signal to the cryptographically | Defendant provides processor configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone over the established short-range paired wireless connection automatically, wherein the event notification corresponds to the acquired new-data and comprises sending a signal to the cryptographically authenticated short-range wireless enabled cellular phone. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, after short-range paired wireless connection is established between Mini 4 Pro ("short-range wireless enabled data capture device") and the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app, Mini 4 Pro captures the images and videos of the surroundings, and sends the captured images and videos ("new data") to the mobile device in the form of event notification via the short-range paired wireless connection which includes the captured data (images and videos) ("acquired new- data"), along with the information of the captured data (images and videos) and a signal to the mobile device on which DJI Fly app is installed. <br><br> Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Fly app is installed, receives the event notification and acquires the new data (captured images and videos) associated with it. The mobile device utilizes GATT (Generic Attribute Profile) as part of BLE functionality. |

| authenticated short-range wireless enabled cellular phone, | GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |
|---|---|

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro

65



Cameras

Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



Switching on Bluetooth and Wi-Fi on the mobile device for file transfer

Source:  https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source:    https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
|  |  |  |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0  Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ⁂ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ＞ **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225



*Figure 1.2: Signaling conventions*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 11

## 6.5 GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 29.3  RegisterNotification



*Figure 29.4: Example of using RegisterNotification*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

### 4.11   CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

#### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

84

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source:        https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

Register Notification command

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|-----|---------|---|---|---|---|---|---|---------|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | | Packet Type (0x0) | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |
| 14 | | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21  Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|-----|---------|---|---|---|---|---|---|---------|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 - 11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source:    https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:    https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified.This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11:  Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13   Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.7] wherein the cryptographically authenticated short-range wireless enabled cellular phone is configured to listen to the event notification and receive the new-data over the established short-range paired wireless connection, | Defendant provides cryptographically authenticated short-range wireless enabled cellular phone is configured to listen to the event notification and receive the new-data over the established short-range paired wireless connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after short-range paired wireless connection is established between Mini 4 Pro and the mobile device ("short-range wireless enabled cellular phone"), Mini 4 Pro's processor captures images and videos ("new-data") using its data capture circuitry. The mobile device on which DJI Fly app is installed listens to the event notification and receives the captured data ("new data" i.e., images and videos).<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI fly app is installed, receives the event notification and acquires the new data (captured images and videos) associated with it. Mobile device utilizes GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, Page 2



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ  Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Pro, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)



DJI Fly app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0 (annotated)

## 3.1   CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and
1735

### *3.4.7.1  Handle Value Notification*

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 <span>Adopted</span>

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:     https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4


The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

#### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source:        https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

| ATT_SIGNED_WRITE_<br>COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
| --- | --- | --- |

Source:     https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf,
Page 17

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified.This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11: Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

<table>
<tr>
<td></td>
<td>

**Client** – The Client device initiates the operation, which pushes and pulls objects to and from the Server or instructs the Server to perform actions on objects on the Server. In addition to the interoperability requirements defined in this profile, the Client shall also comply with the interoperability requirements for the Client of the GOEP if not defined to the contrary. The Client shall be able to interpret the OBEX Folder Listing format and may display this information for the user.

**Server** – The Server device is the target remote Bluetooth device that provides an object exchange server and folder browsing capability using the OBEX Folder Listing format. In addition to the interoperability requirements defined in this profile, the Server shall comply with the interoperability requirements for the Server of the GOEP if not defined in the contrary.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=309003, Page 13

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td>
</tr>
<tr>
<td>

[1.8] wherein a single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to process the event notification and store the received new-data in a memory device of the cryptographically authenticated short-range wireless enabled cellular phone,

</td>
<td>

Defendant provides a single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone that is configured to process the event notification and store the received new-data in a memory device of the cryptographically authenticated short-range wireless enabled cellular phone.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Fly app in the mobile device ("short-range wireless enabled cellular phone") receives the event notification that corresponds to the captured data such as images and videos ("new data"), DJI Fly app then processes the received notification to determine the existence of the new data. Moreover, DJI Fly app after processing the received notification stores the captured data ("received new data") in the memory of the mobile device

Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Fly app is installed, receives the event notification and acquires the new data (captured images and videos) associated with it. The mobile device utilizes GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT

</td>
</tr>
</table>

server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol.

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC) 5.1 GHz: <23 dBm (CE) 5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

|  | The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.<br><br>Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en<br><br>1. Power on the drone, and wait until the drone self-check is completed.<br>2. Enable Bluetooth and Wi-Fi on the smartphone. Open the DJI Fly app and select the drone for connecting when it prompts the available device list. (When connecting the smartphone and the drone for the first time, press and hold the power button for two seconds to confirm the connection.)<br>3. Tap "Connect". If connected successfully, you can view the drone album, and download videos or photos at high speed.<br><br>Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

121





Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.9] wherein the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone stores a user authentication credential | Defendant provides single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone that stores a user authentication credential in the memory device of the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

| | |
|---|---|
| in the memory device of the cryptographically authenticated short-range wireless enabled cellular phone, | For example, DJI Fly app ("single mobile client application") in the mobile device ("short-range wireless enabled cellular phone") stores the user's login credentials ("user authentication credential") such as the username and password within the mobile device's memory to facilitate automatic authentication upon subsequent logins to user's DJI Fly app's account. |



### DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

### V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.youtube.com/watch?v=lyhS6sy81YU

[Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.]

- Account Information. When you create a DJI account, you may provide us with information that includes your user ID, email address (or phone number, based on the country located), password or other information for account verification. You might choose to provide us with additional information — like gender, birthday, professional information and other information on your profile page.

Source: https://www.dji.com/policy



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.10] wherein the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular | Defendant provides the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone is configured to use HTTP to upload the received new-data and the user authentication credential to a user data publishing website over a cellular data network, wherein the upload is based on a timer setting on the single mobile client application, wherein the timer setting is no wait automatic or wait X minutes automatic. |
|---|---|

| phone is configured to use HTTP to upload the received new-data and the user authentication credential to a user data publishing website over a cellular data network, wherein the upload is based on a timer setting on the single mobile client application, wherein the timer setting is no wait automatic or wait X minutes automatic, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("single mobile client application") installed on the mobile device ("short-range wirelessly enabled cellular phone"), utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-data") to social media sharing sites, such as SkyPixel ("user data publishing website"). Further, DJI Fly app uses user credentials, such as a username and password ("user authentication credential"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app.<br><br>Further, DJI Fly app enables automatic media backup and upload to SkyPixel over the cellular data network. This upload occur immediately upon receiving new data from Mini 4 Pro (timer setting is "no wait automatic").<br><br>DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.<br><br>Source:    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html<br><br>Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.<br><br>Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls |



DJI Fly app

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Source: https://www.youtube.com/watch?v=lyhS6sy81YU

[Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.]



The mobile device supports Wi-Fi and cellular data network functionality.

Source:  https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en,  at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://developer.dji.com/doc/cloud-api-tutorial/en/feature-set/dock-feature-set/dock-media-management.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.11] wherein the single mobile client application for the short-range | Defendant provides single mobile client application for the short-range wireless enabled cellular phone that is further configured to use the HTTP to send a user preference to the user data publishing website over the cellular data network, wherein the user preference comprises global positioning system information. |
| --- | --- |

| | |
|---|---|
| wireless enabled cellular phone is further configured to use the HTTP to send a user preference to the user data publishing website over the cellular data network, wherein the user preference comprises global positioning system information, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("single mobile client application") in the mobile device ("short-range wireless enabled cellular phone") utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured images and videos along with user's precise location to social media sites such as SkyPixel ("user data publishing website"), utilizing the mobile device's Global Positioning System (GPS) ("user preference") functionality over the cellular data network to the DJI's servers.<br><br>Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.<br><br>Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls |

135



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)



Source: https://youtu.be/H78bL4OwBr0 (annotated)
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.12] and wherein the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone provides a touch based GUI for the received new-data. | Defendant provides the single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone that provides a touch based GUI for the received new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("single mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone") comprises touch based graphical user interface ("GUI") which allows the user to access the captured data such as images and videos ("new-data"). |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [2] The short-range wireless enabled data capture device of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Defendant provides the short-range wireless enabled data capture device of claim 1, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Mini 4 Pro ("short-range wireless enabled data capture device") comprises both Bluetooth and Wi-Fi communication modules. Mini 4 Pro utilizes Bluetooth for device discovery and initiation of pairing with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app. After initial discovery via Bluetooth, Mini 4 Pro and the mobile device establish the Wi-Fi-based short-range connection ("short-range paired wireless connection") to enable QuickTransfer. |



## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC) 5.1 GHz: <23 dBm (CE) 5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.
2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.
3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73

153



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |
|---|---|---|---|---|

Quickly transfer photos and videos to your smartphone without linking the remote controller.
Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

|  | Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.<br><br>Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [3] The short-range wireless enabled data capture device of claim 1, wherein the user authentication credential sent by the single mobile client application is used to authenticate a user on the user data publishing website and publish the new-data for private use on the user data publishing website. | Defendant provides the short-range wireless enabled data capture device of claim 1, wherein the user authentication credential sent by the single mobile client application is used to authenticate a user on the user data publishing website and publish the new-data for private use on the user data publishing website.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("single mobile client application") installed on the mobile device uses the user's DJI account credentials such as username and password ("user authentication credential") to authenticate the user on social media sites such as SkyPixel ("user data publishing website") before uploading the received images and videos ("new-data") from Mini 4 Pro.<br><br>Further, after authentication, the images and videos are uploaded from the mobile device to the user's SkyPixel account. SkyPixel provides the functionality to keep the uploaded content private, which allows the user to store their media in their personal account without sharing it publicly ("publish the new-data for private use on the user data publishing website"). |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

- Account Information. When you create a DJI account, you may provide us with information that includes your user ID, email address (or phone number, based on the country located), password or other information for account verification. You might choose to provide us with additional information — like gender, birthday, professional information and other information on your profile page.

Source: https://www.dji.com/policy

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://www.youtube.com/watch?v=lyhS6sy81YU

[Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.]



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)



Source: https://www.youtube.com/watch?v=H78bL4OwBr0 (annotated)
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.P]   A   system, comprising:<br>a   short-range   wireless enabled   data   capture device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a system comprising short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

For example, Defendant provides Mini 4 Pro[2], a camera drone ("short-range wireless enabled data capture device"), which is equipped with a 48MP 1/1.3-inch CMOS sensor to capture images and 4K/60fps HDR video. Mini 4 Pro uses wireless communication medium such as Wi-Fi and Bluetooth ("short range") to pair with DJI Fly app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

---

[2] While Mini 4 Pro has been used as an exemplary infringing instrumentality, DJI's other camera drones including, but not limited, to Air 3, Air 3S, Mavic 3 Pro and Mavic 4 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other camera drones.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,      at Page 72

166

# Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone, (annotated)



Source: https://store.dji.com/content/mini-drone

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf,
Page 2



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS      **Android**

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Pro, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.1] a first memory device; | Defendant provides a first memory device; a first processor coupled to the first memory device. |

| a first processor coupled to the first memory device; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro includes 2GB of internal storage and supports external microSD card ("first memory device") up to 512GB, which are coupled with a processor ("first processor") which performs functionalities such as, image processing. The image processing platform performs tasks such as HDR video capture, 10-bit D-Log M encoding, dual native ISO fusion, and low-light noise reduction before the captured image and video is stored in the internal memory or the external microSD card and transmitted to the mobile device via DJI Fly mobile app.<br><br><br><br>Source: https://www.dji.com/support/product/mini-4-pro<br><br><br><br>Source: https://www.dji.com/support/product/mini-4-pro |

| | Memory Card Not Inserted | Memory Card Inserted |
|---|---|---|
| DJI Mini 4 Pro | Store to the internal storage of the aircraft. (Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,    at Page 73



Chip including First Processor and first memory

Source: https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, Page 1 (annotated)



Source: https://store.dji.com/content/mini-drone

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

| | |
|---|---|
| | The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology , an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate. <br><br> Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.2] a first short-range wireless communication device configured to establish a short-range paired wireless connection with a short-range wireless enabled cellular phone, wherein the short-range wireless enabled cellular phone is internet enabled, wherein establishing the short-range paired wireless connection comprises, the short-range wireless enabled data capture device cryptographically authenticating identity of | Defendant provides a first short-range wireless communication device configured to establish a short-range paired wireless connection with a short-range wireless enabled cellular phone, wherein the short-range wireless enabled cellular phone is internet enabled, wherein establishing the short-range paired wireless connection comprises, the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app via its built-in Bluetooth and Wi-Fi modules (collectively called "First short-range paired wireless communication device"). Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilising Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form a "short-range paired wireless connection" to utilise the QuickTransfer functionality. Further, after establishing the connection, Mini 4 Pro stores the UUID of the authenticated mobile device in a whitelist to prevent unauthorised access. |

| the short-range wireless enabled cellular phone; | Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data.

Further, Mini 4 Pro and the mobile device are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |
|---|---|



## Specifications

| **Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1))** | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

181



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.
2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.
3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |
|---|---|---|---|---|

Quickly transfer photos and videos to your smartphone without linking the remote controller.
Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source:                                                                                              https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                                              https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

a)   Data Confidentiality;

b)   Authentication; and

c)   Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

194

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

195

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys
- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair
- Device authentication: verification that the two devices have the same keys
- Encryption: message confidentiality
- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ≸ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ＞ **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.

- Connect to a Bluetooth device.

- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17:  Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20:  OOB authentication (P-192)*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ### Encryption key size control enhancements<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.3]  a  data  capture circuitry; | Defendant provides a data capture circuitry.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro comprises 1/1.3-inch CMOS sensor, camera system, and controls (collectively forming "data capture circuitry") that enable Mini 4 Pro to capture images and videos. This data capture circuitry is used to capture visual images and videos. |



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

| Image Sensor | 1/1.3-inch CMOS | Effective Pixels: 48 MP |
|---|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone

| | |
|---|---|
| | **High-Quality Imaging**<br><br>The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.<br><br>Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.4] said first processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection with the short-range wireless enabled cellular phone; | Defendant provides said first processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection with the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") to send the captured images and videos through QuickTransfer, Mini 4 Pro checks whether the connecting mobile device is included in its internal whitelist of authorized devices. Therefore, the short-range paired wireless connection remains between the mobile device and Mini 4 Pro. Further, after the "short-range paired wireless connection" is established, Mini 4 Pro's processor utilizes its data capture circuitry to acquire images and videos. The captured images and videos ("new data") are processed and sent to DJI Fly app installed on the mobile device. |

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

Make sure that Bluetooth, Wi-Fi, and location services are enabled on the mobile device before using QuickTransfer.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 74

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

215



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.
2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.
3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source:                                                                                          https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                                          https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.
Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| | |
|---|---|
| | MasterShots   QuickShots   Hyperlapse   Panorama   **QuickTransfer** |
| | Quickly transfer photos and videos to your smartphone without linking the remote controller.<br>Your creations will be instantly ready to share. |
| | Source: https://www.dji.com/mini-4-pro?from=store-product-page |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.5] said first processor further configured to store the new-data in the first memory device; and | Defendant provides a first processor further configured to store the new-data in the first memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short range paired wireless connection is established, Mini 4 Pro captures videos and/or images of the surroundings. Mini 4 Pro processes the captured videos and/or images ("new-data"), and stores it into the first memory device.<br><br>**Internal Storage**   2 GB<br>**Class**   C0 (EU), with the option to apply for C1 (EU) in the DJI Fly app.<br>Source: https://www.dji.com/support/product/mini-4-pro |

**Storage**                    **Recommended microSD Cards**    SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC
Lexar 1066x 64GB V30 U3 A2 microSDXC
Lexar 1066x 128GB V30 U3 A2 microSDXC
Lexar 1066x 256GB V30 U3 A2 microSDXC
Lexar 1066x 512GB V30 U3 A2 microSDXC
Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC
Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC
Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC
Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC
Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC
Samsung EVO Plus 512GB V30 U3 A2 microSDXC

Source: https://www.dji.com/support/product/mini-4-pro

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

224



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

| | |
|---|---|
| | The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology , an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.<br><br>Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.6] said first processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone over the established short-range paired wireless connection automatically, wherein the event notification corresponds to the acquired new-data and comprises sending a signal to the cryptographically | Defendant provides a first processor further configured to send an event notification and the acquired new-data to the cryptographically authenticated short-range wireless enabled cellular phone over the established short-range paired wireless connection automatically, wherein the event notification corresponds to the acquired new-data and comprises sending a signal to the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after short-range paired wireless connection is established between Mini 4 Pro ("short-range wireless enabled data capture device") and the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app, Mini 4 Pro captures the images and videos of the surroundings, and sends the captured images and videos ("new data") to the mobile device in the form of event notification via the short-range paired wireless connection which includes the captured data (images and videos) ("acquired new- data"), along with the information of the captured data (images and videos) and a signal to the mobile device on which DJI Fly app is installed.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Fly app is installed, receives the event notification and acquires the new data (captured images and videos) associated with it. The mobile device utilizes GATT (Generic Attribute Profile) as part of BLE functionality. |

| authenticated short-range wireless enabled cellular phone | GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |
|---|---|

### Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Content captured
by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

# Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



Switching on Bluetooth and Wi-Fi on the mobile device for file transfer

Source:  https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en,  at 0:42 (annotated)



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source:     https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                 **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 1734 and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.
2. Touch and hold Bluetooth ⚹ .
3. Tap **Pair new device**.
   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ ❯ **Refresh**.
4. To pair your device, tap the name of the Bluetooth device.
5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225



*Figure 1.2: Signaling conventions*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 11

## 6.5 GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 29.3 RegisterNotification



*Figure 29.4: Example of using RegisterNotification*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 139

## 4.11   CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source:       https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9



Register Notification command

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | 0x0 | | | | Ctype: 0x3 (NOTIFY) | | | |
| 1 | Subunit_type:0x9 (PANEL) | | | | | Subunit_ID: 0x0 | | |
| 2 | Opcode: 0x0 (VENDOR DEPENDENT) | | | | | | | |
| 3 - 5 | Company ID: Bluetooth SIG registered CompanyID | | | | | | | |
| 6 | PDU ID (0x31 – Register Notification) | | | | | | | |
| 7 | Reserved (0x00) | | | | | | Packet Type (0x0) | |
| 8 - 9 | Parameter Length (0x5) | | | | | | | |
| 10 | EventID2: 0x2 (EVENT_TRACK_CHANGED) | | | | | | | |
| 11 14 | Playback interval: 0x0 (*Ignored for this event*) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 118

## 25.21  Get Item Attributes

Browsing command for GetItemAttributes.

| Oct | MSB (7) | 6 | 5 | 4 | 3 | 2 | 1 | LSB (0) |
|---|---|---|---|---|---|---|---|---|
| 0 | PDU ID: 0x73 (GetItemAttributes) | | | | | | | |
| 1 - 2 | Parameter Length : 0x0018 (24) | | | | | | | |
| 3 | Scope: 0x03 (Now Playing) | | | | | | | |
| 4 - 11 | UID: 0x0000000000000007 | | | | | | | |
| 12 - 13 | UID Counter: 0x2468 | | | | | | | |
| 14 | Number of Attributes: 0x03 | | | | | | | |
| 15 - 18 | Attribute ID: 0x00000001 (Title of the media) | | | | | | | |

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 129



| ATT_SIGNED_WRITE_COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source:     https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf,
Page 17

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:     https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf,
Page 4

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
|---|---|
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified.This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11:  Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

## 5.13   Browsing

Browsing functionality allows a CT device to navigate and view media content on the TG. Four different scopes are defined which may each be browsed.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 41

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [4.7] said short-range wireless enabled cellular phone, comprising: | Defendant utilizes a short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI uses short-range wireless enabled cellular phone such as the mobile device at least when they internally test DJI Fly app with Mini 4 Pro. Further, DJI induces its customers to use the mobile device by installing DJI Fly app and using DJI Fly app with Mini 4 Pro.<br><br>For example, DJI provides DJI Fly app that is installed on mobile device, such as iPhone and Android phones ("short-range wireless enabled cellular phone"). DJI Fly app utilizes the mobile device to display the captured images and/or videos received from Mini 4 Pro.<br><br> |

Source: https://apps.apple.com/us/app/dji-fly/id1479649251, (annotated)



DJI Fly app
running on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251, (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

### V 1.17.4

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS     Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

## Exporting Photos and Videos

1. Use QuickTransfer to export the footage to a mobile phone.

2. Connect the aircraft to a computer using a data cable, export the footage in the internal storage of the aircraft or in the microSD card mounted on the aircraft. The aircraft does not need to be powered on during the exporting process.

3. Remove the microSD card from the aircraft and insert it into a card reader, and export the footage in the microSD card through the card reader.

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page

257



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.8] a second memory device; | Defendant utilizes a second memory device; a second processor coupled to second memory device. |
|---|---|

| a second processor coupled to the second memory device; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app installed on the mobile device stores the received images and videos captured by Mini 4 Pro. DJI Fly app utilizes mobile device that comprises a memory unit ("second memory device") and a processor coupled to the memory ("second processor coupled to said second memory device"). The memory is utilized to store DJI Fly app and the received images and videos captured by Mini 4 Pro. The processor is utilized to process and display the received images and videos within DJI Fly app. |



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

 iOS     Android

### V 1.17.4

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.apple.com/iphone-16-pro/



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.9] a cellular network communication device configured to connect to the internet via a cellular data network; | Defendant utilizes a cellular network communication device configured to connect to internet via a cellular data network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app utilizes mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a cellular data network. DJI Fly app uses the established internet connection to enable functions such as uploading image and video data to social media sites such as SkyPixel. |



### DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS     Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly

275



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly

# Connect iPhone to the internet

Connect your iPhone to the internet by using an available Wi-Fi or cellular network.

Source: https://support.apple.com/en-us/guide/iphone/iphd1cf4268/ios

## Connect to mobile networks on a Pixel phone

You can adjust how your phone uses data by changing your mobile network settings.

Depending on your carrier and service plan, your phone may connect automatically to your carrier's fastest available data network. Or you may need to add a SIM or pick settings for a specific carrier.

Source: https://support.google.com/pixelphone/answer/2926415?hl=en&sjid=15467119472334545640-NC



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

DJI FLY

# Share It!

After editing, you can upload your creations to SkyPixel and interact with a community of aerial photographers. Enjoy the work of others and show off your creations in high definition with just a tap.

Source: https://www.dji.com/dji-fly

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

282



Source: https://youtu.be/H78bL4OwBr0
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]



Source: https://youtu.be/H78bL4OwBr0

[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.10] a second short-range wireless communication device configured to establish the short-range paired wireless connection between the short-range wireless enabled cellular phone and the short-range wireless enabled data capture device; | Defendant utilizes a second short-range wireless communication device configured to establish the short-range paired wireless connection between the short-range wireless enabled cellular phone and the short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app installed on the mobile device ("short-range wireless enabled cellular phone") utilizes the Wi-Fi and Bluetooth module of the mobile device ("second short-range wireless communication device"). Using these wireless communication modules, the mobile device establishes a short-range paired wireless connection with Mini 4 Pro ("short-range wireless enabled data capture device"). Once paired, Mini 4 Pro transmits the captured images and videos to DJI Fly app installed on the mobile device via QuickTransfer, where the user can preview and store the captured images and videos. |



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

 Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2

For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

### V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



#### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source:                                                                                          https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                                          https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48



Bluetooth and Wi-Fi for ("short range paired wireless connection")

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42, (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source:   https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.11] a single mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when executed by the second | Defendant provides a single mobile client application for the short-range wireless enabled cellular phone comprising executable instructions.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Fly app ("a single mobile client application") installed on mobile device ("short-range wireless enabled cellular phone") provides functionality to view captured images and videos. DJI Fly app communicates with Mini 4 Pro ("short-range wireless enabled data capture device") using a short-range Wi-Fi |
| --- | --- |

| | |
|---|---|
| processor controls the second processor to: | connection established after device discovery via Bluetooth. Once paired, Mini 4 Pro transmits the captured images and videos to the mobile device, and DJI Fly app provides the functionality to display the received images and videos and upload them to social media sites such as SkyPixel. |



**DJI Fly**

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2

For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly

297



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

### V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



#### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly

|  | The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device. Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en<br><br>MasterShots    QuickShots    Hyperlapse    Panorama    **QuickTransfer**<br><br>Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.<br><br>Source: https://www.dji.com/mini-4-pro?from=store-product-page |
|---|---|



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source:                                                                                                  https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                                                  https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

301



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

DJI FLY

# Share It!

After editing, you can upload your creations to SkyPixel and interact with a community of aerial photographers. Enjoy the work of others and show off your creations in high definition with just a tap.

Source: https://www.dji.com/dji-fly

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                 https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

306



Source: https://youtu.be/H78bL4OwBr0
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]



Source: https://youtu.be/H78bL4OwBr0

[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.12] listen for the event notification sent by the short-range wireless enabled data capture device, wherein the single mobile client application for the short-range wireless enabled cellular phone is configured to process the event notification; | Defendant provides mobile client application that listen for the event notification sent by the short-range wireless enabled data capture device, wherein the single mobile client application for the short-range wireless enabled cellular phone is configured to process the event notification.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after a short-range paired wireless connection is established between Mini 4 Pro and the mobile device ("short-range wireless enabled cellular phone"), the processor of the mobile device on which DJI Fly app ("single mobile client application") is installed listens for the event notification sent by Mini 4 Pro. DJI Fly app receives the event notification that comprises the captured data such as images and videos and processes the received notification to determine the existence of the received data (captured images and videos).<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI fly app is installed, receives the event notification and acquires the new data (captured images and videos) associated with it. Mobile device utilizes GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf,
Page 2



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS     **Android**

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Pro, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)



DJI Fly app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0 (annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

• *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

• *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

• *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel



BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:        https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3:  Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

#### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source:       https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf,
Page 9

326

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |

Source:    https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11: Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

| | |
|---|---|
| | **Client** – The Client device initiates the operation, which pushes and pulls objects to and from the Server or instructs the Server to perform actions on objects on the Server. In addition to the interoperability requirements defined in this profile, the Client shall also comply with the interoperability requirements for the Client of the GOEP if not defined to the contrary. The Client shall be able to interpret the OBEX Folder Listing format and may display this information for the user.<br><br>**Server** – The Server device is the target remote Bluetooth device that provides an object exchange server and folder browsing capability using the OBEX Folder Listing format. In addition to the interoperability requirements defined in this profile, the Server shall comply with the interoperability requirements for the Server of the GOEP if not defined in the contrary.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=309003, Page 13<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [4.13] receive the new-data from the short-range wireless enabled data capture device; | Defendant provides a mobile client application that receive the new-data from the short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short-range paired wireless connection is established between Mini 4 Pro ("short-range wireless enabled data capture device") and the mobile device, DJI Fly app receives the new-data, including captured images and videos, transmitted from Mini 4 Pro to the mobile device.<br><br>The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.<br>Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en |

330

| | |
|---|---|
| | MasterShots   QuickShots   Hyperlapse   Panorama   **QuickTransfer**<br><br><br>Quickly transfer photos and videos to your smartphone without linking the remote controller.<br>Your creations will be instantly ready to share.<br><br>Source: https://www.dji.com/mini-4-pro?from=store-product-page |



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source:                                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

333



Bluetooth and Wi-Fi for ("short range paired wireless connection")

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42, (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source:   https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.14] store the received new-data in the second memory device; store a user authentication credential in the second memory device; | Defendant provides a mobile client application that store the received new-data in the second memory device; store a user authentication credential in the second memory device.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Fly app installed on the mobile device stores the received new-data, including captured images and videos from Mini 4 Pro, in the storage of the mobile device ("second memory device"). Further, DJI Fly app also stores the user's login credentials ("user authentication credential") such as the username and |

password within the mobile device's storage, which enables automatic authentication when user accesses the user's DJI account.

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

1. Power on the drone, and wait until the drone self-check is completed.

2. Enable Bluetooth and Wi-Fi on the smartphone. Open the DJI Fly app and select the drone for connecting when it prompts the available device list. (When connecting the smartphone and the drone for the first time, press and hold the power button for two seconds to confirm the connection.)

3. Tap "Connect". If connected successfully, you can view the drone album, and download videos or photos at high speed.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source:     https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en,
(annotated)



Source: https://www.youtube.com/watch?v=lyhS6sy81YU

[Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.]

- Account Information. When you create a DJI account, you may provide us with information that includes your user ID, email address (or phone number, based on the country located), password or other information for account verification. You might choose to provide us with additional information — like gender, birthday, professional information and other information on your profile page.

Source: https://www.dji.com/policy

345



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.



The following models have been tested and are recommended for use:

**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly

349



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [4.15] use HTTP to upload the received new-data and the user authentication credential to a user data publishing website over the cellular data network, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic | Defendant provides mobile client application that use HTTP to upload the received new-data and the user authentication credential to a user data publishing website over the cellular data network, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Fly app ("single mobile client application") installed on the mobile device, utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-data") to social media sharing sites, such as SkyPixel ("user data publishing website"). Further, DJI Fly app uses user credentials, such as a username and password ("user authentication credential"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app.

Further, DJI Fly app enables automatic media backup and upload to SkyPixel over the cellular data network. This upload occur immediately upon receiving new data from Mini 4 Pro (timer setting is "no wait automatic").

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server. |

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



DJI Fly app

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Source: https://www.youtube.com/watch?v=lyhS6sy81YU

[Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.]



The mobile device supports Wi-Fi and cellular data network functionality.

Source:  https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en,  at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source:        https://developer.dji.com/doc/cloud-api-tutorial/en/feature-set/dock-feature-set/dock-media-management.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.16] use the HTTP to send a user preference to the user data publishing website over the cellular data network, wherein the user preference comprises global positioning system information; and | Defendant provides mobile client application that uses HTTP to send a user preference to a user data publishing web service over the cellular data network, wherein the user preference comprises global positioning system information. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, DJI Fly app in the mobile device utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured images and videos along with user's precise location to social media sites such as SkyPixel ("user data publishing website"), utilizing the mobile device's Global Positioning System (GPS) ("user preference") functionality over the cellular data network to the DJI's servers. |
| | Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server. |
| | Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)



Source: https://youtu.be/H78bL4OwBr0 (annotated)
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [4.17] provide a touch based graphical user interface for the received new-data. | Defendant provides a touch based graphical user interface for the received new-data. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, DJI Fly app installed on the mobile device comprises touch based graphical user interface which allows the user to access the captured data such as images and videos (" received new-data"). |
| |  |
| | Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [5] The system of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Defendant provides the system of claim 4, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled data capture device") comprises both Bluetooth and Wi-Fi communication modules. Mini 4 Pro utilizes Bluetooth for device discovery and initiation of pairing with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app. After initial discovery via Bluetooth, Mini 4 Pro and the mobile device establish the Wi-Fi-based short-range connection ("short-range paired wireless connection") to enable QuickTransfer. |



## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

370



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.

2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.

3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller.
Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

| | |
|---|---|
| | Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.<br><br>Source:                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [6] The system of claim 4, wherein the user authentication credential is for a user of the user data publishing website. | Defendant provides the system of claim 4, wherein the user authentication credential is for a user of the user data publishing website.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app stores user authentication credentials such as the DJI account username and password ("user authentication credential") associated with the mobile device user. These credentials are used to authenticate the user on social media sites such as SkyPixel ("user data publishing website") when uploading captured image and video data, ensuring that the content is associated with and accessible only through the authenticated user's account. |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                          https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

- Account Information. When you create a DJI account, you may provide us with information that includes your user ID, email address (or phone number, based on the country located), password or other information for account verification. You might choose to provide us with additional information — like gender, birthday, professional information and other information on your profile page.

Source: https://www.dji.com/policy

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://www.youtube.com/watch?v=lyhS6sy81YU

[Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.]



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)



Source: https://www.youtube.com/watch?v=H78bL4OwBr0 (annotated)
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.P] A short-range wireless enabled cellular phone, comprising: | DJI ("Defendant") utilizes a short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI uses short-range wireless enabled cellular phone such as the mobile device at least when they internally test DJI Fly app with Mini 4 Pro. Further, DJI induces its customers to use the mobile device by installing DJI Fly app and using DJI Fly app with Mini 4 Pro. |
|---|---|

For example, DJI provides DJI Fly app that is installed on mobile device, such as iPhone and Android phones ("short-range wireless enabled cellular phone"). DJI Fly app utilizes the mobile device to display the captured images and/or videos received from Mini 4 Pro.



DJI Fly app available on Apple store for iOS

Source: https://apps.apple.com/us/app/dji-fly/id1479649251, (annotated)



DJI Fly app
running on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251, (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

### V 1.17.4

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    **Android**

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Pro, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

## Exporting Photos and Videos

1. Use QuickTransfer to export the footage to a mobile phone.

2. Connect the aircraft to a computer using a data cable, export the footage in the internal storage of the aircraft or in the microSD card mounted on the aircraft. The aircraft does not need to be powered on during the exporting process.

3. Remove the microSD card from the aircraft and insert it into a card reader, and export the footage in the microSD card through the card reader.

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.
Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| | |
|---|---|
| | DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.<br><br>Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.1] a memory device; a processor coupled to said memory device; | Defendant utilizes a memory device; a processor coupled to said memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app installed on the mobile device stores the received images and videos captured by Mini 4 Pro. DJI Fly app utilizes mobile device that comprises a memory unit ("memory device") and a processor coupled to the memory ("processor coupled to said memory device"). The memory is utilized to store DJI Fly app and the received images and videos captured by Mini 4 Pro. The processor is utilized to process and display the received images and videos within DJI Fly app. |



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

 Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2

For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.apple.com/iphone-16-pro/

Source: https://www.apple.com/iphone-16-pro/



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

### V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



#### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://www.samsung.com/us/smartphones/galaxy-s25-ultra/



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.2] a cellular network communication device configured to connect to internet via a cellular data network; | Defendant utilizes a cellular network communication device configured to connect to internet via a cellular data network. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, DJI Fly app utilizes mobile device which comprises a cellular network communication device designed to establish an internet connection through Wi-Fi or a cellular data network. DJI Fly app uses the established internet connection to enable functions such as uploading image and video data to social media sites such as SkyPixel. |



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2

For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly

411



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly

# Connect iPhone to the internet

Connect your iPhone to the internet by using an available Wi-Fi or cellular network.

Source: https://support.apple.com/en-us/guide/iphone/iphd1cf4268/ios

## Connect to mobile networks on a Pixel phone

You can adjust how your phone uses data by changing your mobile network settings.

Depending on your carrier and service plan, your phone may connect automatically to your carrier's fastest available data network. Or you may need to add a SIM or pick settings for a specific carrier.

Source: https://support.google.com/pixelphone/answer/2926415?hl=en&sjid=15467119472334545640-NC



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

DJI FLY

# Share It!

After editing, you can upload your creations to SkyPixel and interact with a community of aerial photographers. Enjoy the work of others and show off your creations in high definition with just a tap.

Source: https://www.dji.com/dji-fly

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

418



Source: https://youtu.be/H78bL4OwBr0
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [7.3] a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled cellular phone and a short-range wireless enabled data capture device, wherein the short-range wireless enabled data capture device is configured to cryptographically authenticate identity of the short-range wireless enabled cellular phone; | Defendant utilizes a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled cellular phone and a short-range wireless enabled data capture device, wherein the short-range wireless enabled data capture device is configured to cryptographically authenticate identity of the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilising Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form a "short-range paired wireless connection" to utilise the QuickTransfer functionality. Further, after establishing the connection, Mini 4 Pro stores the UUID of the authenticated mobile device in a whitelist to prevent unauthorised access.<br><br>Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data.<br><br>Further, Mini 4 Pro and the mobile device are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |

## Specifications



| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

421



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.
2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.
3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

MasterShots     QuickShots     Hyperlapse     Panorama     **QuickTransfer**

Quickly transfer photos and videos to your smartphone without linking the remote controller.
Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source:                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

431

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

432

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

435

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys
- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair
- Device authentication: verification that the two devices have the same keys
- Encryption: message confidentiality
- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.

2. Touch and hold Bluetooth ✳ .

3. Tap **Pair new device**.

   - If there's no "Pair new device," check under "Available devices" or tap More ⋮  › **Refresh**.

4. To pair your device, tap the name of the Bluetooth device.

5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.

- Connect to a Bluetooth device.

- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4    Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14:  Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17:  Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20: OOB authentication (P-192)*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

| | |
|---|---|
| | ### Encryption key size control enhancements<br><br>New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.<br><br>Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.<br>Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.4] a single mobile client application for the short-range wireless enabled cellular phone comprising executable instructions that, when executed by the processor controls the processor to: | Defendant provides a single mobile client application for the short-range wireless enabled cellular phone comprising executable instructions.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("a single mobile client application") installed on mobile device ("short-range wireless enabled cellular phone") provides functionality to view captured images and videos. DJI Fly app communicates with Mini 4 Pro ("short-range wireless enabled data capture device") using a short-range Wi-Fi connection established after device discovery via Bluetooth. Once paired, Mini 4 Pro transmits the captured images and videos to the mobile device, and DJI Fly app provides the functionality to display the received |

images and videos and upload them to social media sites such as SkyPixel by utilizing the processor of the said mobile device.



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

 iOS      Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2

For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

|  MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller. Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source:                                                                        https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                        https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

DJI FLY

# Share It!

After editing, you can upload your creations to SkyPixel and interact with a community of aerial photographers. Enjoy the work of others and show off your creations in high definition with just a tap.

Source: https://www.dji.com/dji-fly

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

457



Source: https://youtu.be/H78bL4OwBr0
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]



Source: https://youtu.be/H78bL4OwBr0
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.5] listen for an event notification sent by the | Defendant provides mobile client application that listen for an event notification sent by the short-range wireless enabled data capture device, wherein the event notification corresponds to new-data and comprises |
|---|---|

| | |
|---|---|
| short-range wireless enabled data capture device, wherein the event notification corresponds to new-data and comprises sending a signal by the short-range wireless enabled data capture device to the short-range wireless enabled cellular phone, wherein the new-data is data acquired by the data capture device after establishing the short-range paired wireless connection with the short-range wireless enabled cellular phone; | sending a signal by the short-range wireless enabled data capture device to the short-range wireless enabled cellular phone, wherein the new-data is data acquired by the data capture device after establishing the short-range paired wireless connection with the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after a short-range paired wireless connection is established between Mini 4 Pro ("short-range wireless enabled data capture device") and the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app, Mini 4 Pro captures images and videos ("new-data") using its data capture circuitry. DJI Fly app on the mobile device is configured to listen for an event notification that is sent by Mini 4 Pro over the short-range wireless connection. This event notification includes a signal and the new-data, alerting the mobile device that new content has been captured after the connection was established.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Fly app is installed receives the event notification and acquires the new data (captured images and videos) associated with it. The mobile device utilizes GATT (Generic Attribute Profile) as part of BLE functionality. GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf,
Page 2

461



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS     Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



### Recommended Models

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Pro, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)



DJI Fly app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0 (annotated)

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                     page 1735

*Logical Link Control and Adaptation Protocol Specification*                 **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
|  |  |  |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0 Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:    https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3: Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

#### 4.11.1 Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source:        https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source:    https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 17

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified.This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11: Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

| | |
|---|---|
| | **Client** – The Client device initiates the operation, which pushes and pulls objects to and from the Server or instructs the Server to perform actions on objects on the Server. In addition to the interoperability requirements defined in this profile, the Client shall also comply with the interoperability requirements for the Client of the GOEP if not defined to the contrary. The Client shall be able to interpret the OBEX Folder Listing format and may display this information for the user.

**Server** – The Server device is the target remote Bluetooth device that provides an object exchange server and folder browsing capability using the OBEX Folder Listing format. In addition to the interoperability requirements defined in this profile, the Server shall comply with the interoperability requirements for the Server of the GOEP if not defined in the contrary.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=309003, Page 13

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.6] receive the event notification and the new-data from the short-range wireless enabled data capture device; | Defendant provides a mobile client application that receive the event notification and the new-data from the short-range wireless enabled data capture device.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, after the short-range paired wireless connection is established between Mini 4 Pro ("short-range wireless enabled data capture device") and the mobile device, DJI Fly app receives the event notification along with the new-data, including captured images and videos, transmitted wirelessly from Mini 4 Pro to the mobile device. |

| **Wi-Fi** | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC) 5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf,
Page 2



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS     __Android__

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Pro, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly

486



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)



DJI Fly app provides a functionality to download captured images/ videos to the mobile device.

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0 (annotated)

Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol.

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*                    **Bluetooth**®

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and
1735

### *3.4.7.1  Handle Value Notification*

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34: Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





# Alert Notification Profile 1.0  Adopted

This profile enables a client device to receive different types of alerts and event information, as well as information on the count of new alerts and unread items, which exist in the server device.

Source: https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/

# Exposure Notification Service

Exposure Notification is a Bluetooth Low Energy service registered with the Bluetooth Special Interest Group with 16-bit UUID 0xFD6F. It is designed to enable proximity sensing of the Rolling Proximity Identifier between devices for the purpose of computing an exposure event.

Source:      https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf/, Page 4

The GATT Profile uses the Attribute Protocol to transport data in the form of commands, requests, responses, indications, notifications and confirmations between devices. This data is contained in Attribute Protocol PDUs.



*Figure 2.3:  Attribute Protocol PDU*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2225

496

## 6.5  GATT-BASED PROFILE HIERARCHY

The GATT Profile specifies the structure in which profile data is exchanged. This structure defines basic elements such as services and characteristics, used in a profile.

The top level of the hierarchy is a profile. A profile is composed of one or more services necessary to fulfill a use case. A service is composed of characteristics or references to other services. Each characteristic contains a value and may contain optional information about the value. The service and characteristic and the components of the characteristic (i.e., value and descriptors) contain the profile data and are all stored in Attributes on the server.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 255

### 4.11  CHARACTERISTIC VALUE INDICATIONS

This procedure is used to indicate the *Characteristic Value* from a server to a client. There is one sub-procedure that can be used to indicate a value: Indications. Indications can be configured using the Client Characteristic Configuration descriptor (See Section 3.3.3.3).

A profile defines when to use Indications.

#### 4.11.1  Indications

This sub-procedure is used when a server is configured to indicate a *Characteristic Value* to a client and expects an Attribute Protocol layer acknowledgment that the indication was successfully received.

The Attribute Protocol *Handle Value Indication* is used to perform this sub-procedure. The *Attribute Handle* parameter shall be set to the *Characteristic Value Handle* being indicated, and the *Attribute Value* parameter shall be set to the *Characteristic Value*. Once the *Handle Value Indication* is received by the client, the client shall respond with a *Handle Value Confirmation*.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2267

Characteristics can have zero or more descriptors associated with them. A descriptor provides metadata relating to its owning characteristic or a means of configuring or controlling a behavior associated with that characteristic. For example, the Client Characteristic Configuration Descriptor (CCCD) allows a remote device to enable or disable the sending of notification PDUs which contain the value of the characteristic.

The Attribute Protocol (ATT) is used by an ATT client to discover details of the attribute table in a remote, connected device which is known as the ATT server. Client and server can each use the attribute protocol to interact with the other in a variety of ways. For example, a client can use ATT to ask the server to send it the current value of a particular characteristic using one of several types of *read request*. A server can inform the client whenever the value of a characteristic changes by sending it a *notification*, for which a response is not required, or an *indication*, which does require the client to respond.

ATT is one of the primary mechanisms by which applications in connected Bluetooth devices interact with each other, using the PDUs the protocol defines, and procedures defined in higher level specifications, such as the Generic Attribute Profile (GATT).

ATT defines the concept of a *transaction*. Request PDUs from a client require a response PDU to be returned by the server. *Indications* sent by a server must be replied to by the client with a *confirmation* PDU. Each request/response pair or indication/confirmation pair forms a transaction. Most ATT PDU types are transaction- oriented, but ATT also includes a few PDU types which are not associated with transactions, namely *commands* and *notifications*.

Source:    https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf, Page 9

498

| ATT_SIGNED_WRITE_ COMMAND | Signed Write | Devices that have paired and exchanged Connection Signature Resolving Keys (CSRKs) may use connection data signing. This is a procedure that appends a digital signature to the Signed Write ATT PDU. However, Bluetooth LE link encryption adds a Message Integrity Check field to all PDUs and so provides for both the authentication and confidentiality of PDUs. Therefore, signatures on Signed Write commands are not checked when sent over an encrypted link because the Message Integrity Code (MIC) is deemed to have provided the required authentication. EATT may only be used over an encrypted link, rendering the Signed Write PDU redundant and so it is not allowed when using an Enhanced ATT Bearer. |
|---|---|---|

Source:     https://www.bluetooth.com/wp-content/uploads/2020/01/Bluetooth_5.2_Feature_Overview.pdf,
Page 17

Generic Attribute Profile (GATT) is built on top of the Attribute Protocol (ATT) and establishes common operations and a framework for the data transported and stored by the Attribute Protocol. GATT defines two roles: Server and Client. The GATT roles are not necessarily tied to specific GAP roles and but may be specified by higher layer profiles. GATT and ATT are not transport specific and can be used in both BR/EDR and LE. However, GATT and ATT are mandatory to implement in LE since it is used for discovering services

The GATT server stores the data transported over the Attribute Protocol and accepts Attribute Protocol requests, commands and confirmations from the GATT client. The GATT server sends responses to requests and when configured, sends indication and notifications asynchronously to the GATT client when specified events occur on the GATT server.

GATT also specifies the format of data contained on the GATT server. Attributes, as transported by the Attribute Protocol, are formatted as **Services** and **Characteristics**. Services may contain a collection of characteristics. Characteristics contain a single value and any number of descriptors describing the characteristic value.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 254

| | |
|---|---|
| Synchronization Train | This feature indicates whether the device supports Synchronization Train as master. |
| Synchronization Scan | This feature indicates whether the device supports Synchronization Scan as slave. |
| Inquiry Response Notification Event | This feature bit indicates whether the device supports sending the HCI Inquiry Response Notification Event to the Host. |
| Secure Connections (Controller Support) | This feature indicates whether the Controller is able to support AES-CCM, the P-256 Elliptic Curve for Secure Simple Pairing, and enhanced authentication using the LMP sequences as defined in Section 4.2.7.<br><br>This feature bit shall only be set if the "Secure Simple Pairing (Controller Support)" feature bit is set. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 526

| Configuration | Value | Description |
|---|---|---|
| Notification | 0x0001 | The Characteristic Value shall be notified. This value can only be set if the characteristic's property has the notify bit set. |
| Indication | 0x0002 | The Characteristic Value shall be indicated. This value can only be set if the characteristic's property has the indicate bit set. |
| Reserved for Future Use | 0xFFFC | Reserved for future use. |

*Table 3.11: Client Characteristic Configuration bit field definition*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2239

| | |
|---|---|
| | **Client** – The Client device initiates the operation, which pushes and pulls objects to and from the Server or instructs the Server to perform actions on objects on the Server. In addition to the interoperability requirements defined in this profile, the Client shall also comply with the interoperability requirements for the Client of the GOEP if not defined to the contrary. The Client shall be able to interpret the OBEX Folder Listing format and may display this information for the user.<br><br>**Server** – The Server device is the target remote Bluetooth device that provides an object exchange server and folder browsing capability using the OBEX Folder Listing format. In addition to the interoperability requirements defined in this profile, the Server shall comply with the interoperability requirements for the Server of the GOEP if not defined in the contrary.<br><br>Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=309003, Page 13<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.7] process the event notification and store the received new-data in the memory device; store a user authentication credential in the memory device; | Defendant provides a mobile client application that process the event notification and store the received new-data in the memory device and store a user authentication credential in the memory device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app in the mobile device ("short-range wireless enabled cellular phone") receives the event notification that comprises the captured data such as images and videos ("new data"), DJI Fly app then processes the received notification to determine the existence of the new data. Moreover, DJI Fly app after processing the received notification stores the captured data ("received new data") in the memory of the mobile device. Further, DJI Fly app stores the user's login credentials ("user authentication credential") such as the username and password within the mobile device's memory, facilitating automatic authentication upon subsequent logins to user's DJI Fly app's account.<br><br>Further, as is inherent to how the Bluetooth Low Energy (BLE) works, the mobile device on which DJI Fly app is installed, receives the event notification and acquires the new data (captured images and videos) associated with it. The mobile device utilizes GATT (Generic Attribute Profile) as part of BLE functionality. |

GATT defines a framework for organizing and exchanging data between the BLE devices. When a GATT server (e.g., Mini 4 Pro), has new data or an event to notify the GATT client (e.g., mobile device), it sends a notification or indication to the client using the Client Characteristic Configuration Descriptor (CCCD) or characteristics. Further, the Bluetooth packets communicated between Mini 4 Pro and the mobile device are transmitted in payloads through L2CAP protocol.

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

1. Power on the drone, and wait until the drone self-check is completed.

2. Enable Bluetooth and Wi-Fi on the smartphone. Open the DJI Fly app and select the drone for connecting when it prompts the available device list. (When connecting the smartphone and the drone for the first time, press and hold the power button for two seconds to confirm the connection.)

3. Tap "Connect". If connected successfully, you can view the drone album, and download videos or photos at high speed.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://www.youtube.com/watch?v=lyhS6sy81YU

[Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.]

• Account Information. When you create a DJI account, you may provide us with information that includes your user ID, email address (or phone number, based on the country located), password or other information for account verification. You might choose to provide us with additional information — like gender, birthday, professional information and other information on your profile page.

Source: https://www.dji.com/policy



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4

## 3.1  CONNECTION-ORIENTED CHANNELS IN BASIC L2CAP MODE

Figure 3.1 illustrates the format of the L2CAP PDU used on connection-oriented channels. In basic L2CAP mode, the L2CAP PDU on a connection-oriented channel is also referred to as a "B-frame".



Figure 3.1:  L2CAP PDU format in Basic L2CAP mode on connection-oriented channels (field sizes in bits)

The fields shown are:

- *Length: 2 octets (16 bits)*

  Length indicates the size of the information payload in octets, excluding the length of the L2CAP header. The length of an information payload can be up to 65535 octets. The Length field is used for recombination and serves as a simple integrity check of the recombined L2CAP packet on the receiving end.

- *Channel ID: 2 octets*

  The channel ID (CID) identifies the destination channel endpoint of the packet.

- *Information payload: 0 to 65535 octets*

  This contains the payload received from the upper layer protocol (outgoing packet), or delivered to the upper layer protocol (incoming packet). The MTU for channels with dynamically allocated CIDs is determined during channel

BLUETOOTH SPECIFICATION Version 5.0 | Vol 3, Part A                    page 1735

*Logical Link Control and Adaptation Protocol Specification*

configuration (see Section 5.1). The minimum supported MTU values for the
signaling PDUs are shown in Table 4.1).

Source:  https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173,  Page  1734  and
1735

### 3.4.7.1  Handle Value Notification

A server can send a notification of an attribute's value at any time.

| Parameter | Size (octets) | Description |
|---|---|---|
| Attribute Opcode | 1 | 0x1B = Handle Value Notification |
| Attribute Handle | 2 | The handle of the attribute |
| Attribute Value | 0 to (ATT_MTU-3) | The current value of the attribute |
| | | |

*Table 3.34:  Format of Handle Value Notification*

The attribute handle shall be set to a valid handle.

The attribute value shall be set to the current value of attribute identified by the attribute handle.

If the attribute value is longer than (ATT_MTU-3) octets, then only the first (ATT_MTU-3) octets of this attributes value can be sent in a notification.

Note: For a client to get a long attribute, it would have to use the *Read Blob Request* following the receipt of this notification.

If the attribute handle or the attribute value is invalid, then this notification shall be ignored upon reception.

Source: https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587173, Page 2210

The following packets show Handle Value Notifications ("event notification") transmitted from Mini 4 Pro and received by DJI Fly app after the paired Bluetooth connection has been established.





Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.8] use HTTP to send a user preference to a user data publishing web service over the cellular data network, wherein the user preference comprises global | Defendant provides mobile client application that use HTTP to send a user preference to a user data publishing web service over the cellular data network, wherein the user preference comprises global positioning system information.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

| positioning system information; | For example, DJI Fly app in the mobile device utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured images and videos along with user's precise location to social media sites such as SkyPixel ("user data publishing website"), utilizing the mobile device's Global Positioning System (GPS) ("user preference") functionality over the cellular data network to DJI's servers.<br><br>Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.<br><br>Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls |
|---|---|



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                     https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)



Source: https://youtu.be/H78bL4OwBr0 (annotated)
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [7.9] further use the HTTP to upload the received new-data and the user authentication credential to the user data publishing web service over the cellular data, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic; and | Defendant provides mobile client application that use the HTTP to upload the received new-data and the user authentication credential to the user data publishing web service over the cellular data, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("single mobile client application") installed on the mobile device, utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-data") to social media sharing sites, such as SkyPixel ("user data publishing web service"). Further, DJI Fly app uses user credentials, such as a username and password ("user authentication credential"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app.<br><br>Further, DJI Fly app enables automatic media backup and upload to SkyPixel over the cellular data network. This upload occur immediately upon receiving new data from Mini 4 Pro (timer setting is "no wait automatic").<br><br>DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.<br><br>Source: https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html<br><br>Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server. |

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls



DJI Fly app

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Source: https://www.youtube.com/watch?v=lyhS6sy81YU

[Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.]



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source:        https://developer.dji.com/doc/cloud-api-tutorial/en/feature-set/dock-feature-set/dock-media-management.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.10] provide a touch based graphical user | Defendant provides a touch based graphical user interface for the received new-data. |
|---|---|

| interface for the received new-data. | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|
| | For example, DJI Fly app installed on the mobile device comprises touch based graphical user interface which allows the user to access the captured data such as images and videos (" received new-data"). |
| |  |
| | Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [8] The short-range wireless enabled cellular phone of claim 7, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Defendant provides the short-range wireless enabled cellular phone of claim 7, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled data capture device") comprises both Bluetooth and Wi-Fi communication modules. Mini 4 Pro utilizes Bluetooth for device discovery and initiation of pairing with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app. After initial discovery via Bluetooth, Mini 4 Pro and the mobile device establish the Wi-Fi-based short-range connection ("short-range paired wireless connection") to enable QuickTransfer. |



## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

535



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1.  Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.
2.  Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.
3.  Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller.
Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

| | |
|---|---|
| | Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone. |
| | Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48 |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.P]   A   short-range wireless   enabled   data capture   device, comprising: | DJI ("Defendant") makes, uses, sells, and/or offers to sell a short-range wireless enabled data capture device. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Defendant provides Mini 4 Pro[3], a camera drone ("short-range wireless enabled data capture device"), which is equipped with a 48MP 1/1.3-inch CMOS sensor to capture images and 4K/60fps HDR video. Mini 4 Pro uses wireless communication medium such as Wi-Fi and Bluetooth ("short range") to pair with DJI Fly app installed on a mobile device, such as an iPhone or an Android phone, through which it transmits captured images and videos to the mobile device. |

---

[3] While Mini 4 Pro has been used as an exemplary infringing instrumentality, DJI's other camera drones including, but not limited, to Air 3, Air 3S, Mavic 3 Pro and Mavic 4 Pro have the same functionality. The presently charted exemplary infringing instrumentality is representative for purposes of illustrating infringement of the other camera drones.



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,     at Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

547



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone, (annotated)



Source: https://store.dji.com/content/mini-drone

| **Wi-Fi** | |
| --- | --- |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf,
Page 2



Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



DJI Fly app
interface on iPhone

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



# DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    Android

**V 1.17.4**

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Pro, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



DJI Fly app available for Android device

Source: https://www.youtube.com/watch?v=7y5rTbPWRRQ, at 2:18 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.1] a memory device; a processor coupled to the memory device; | Defendant provides a memory device; a processor coupled to the memory device. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Mini 4 Pro includes 2GB of internal storage and supports external microSD card ("a memory device") up to 512GB, which are coupled with a processor which performs functionalities such as, image processing. The image processing platform performs tasks such as HDR video capture, 10-bit D-Log M encoding, dual native ISO fusion, and low-light noise reduction before the captured image and video is stored in the internal memory or the external microSD card and transmitted to the mobile device via DJI Fly mobile app. |
| |  |
| | Source: https://www.dji.com/support/product/mini-4-pro |
| |  |
| | Source: https://www.dji.com/support/product/mini-4-pro |

556

|  | Memory Card Not Inserted | Memory Card Inserted |
|---|---|---|
| DJI Mini 4 Pro | Store to the internal storage of the aircraft. (Built-in 2GB) | Choose to save to the internal storage or microSD card. |

Source: https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,     at
Page 73



Chip including Processor and memory

Source: https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, Page 1 (annotated)



Source: https://store.dji.com/content/mini-drone

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

| | |
|---|---|
| | The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology , an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.<br><br>Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.2] a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled data capture device cryptographically authenticating identity of | Defendant provides a short-range wireless communication device configured to establish a short-range paired wireless connection between the short-range wireless enabled data capture device and a short-range wireless enabled cellular phone, wherein establishing the short-range paired wireless connection comprises the short-range wireless enabled data capture device cryptographically authenticating identity of the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app via its built-in Bluetooth and Wi-Fi modules (collectively "short-range paired wireless communication device"). Mini 4 Pro includes QuickTransfer functionality, which allows it to wirelessly transfer captured images and video files directly to the mobile device. The mobile device running DJI Fly app discovers Mini 4 Pro by utilising Bluetooth. After discovery, Mini 4 Pro initiates cryptographic authentication of the mobile device to form a paired connection. After successful authentication, a Wi-fi connection is established using an encryption protocol such as WPA2 to form a "short-range paired wireless connection" to utilise the QuickTransfer functionality. Further, after establishing the connection, Mini 4 Pro stores the UUID of the authenticated mobile device in a whitelist to prevent unauthorised access. |

| | |
|---|---|
| the short-range wireless enabled cellular phone; | Further, Mini 4 Pro supports Bluetooth protocol BLE 5.0 and Wi-Fi protocol 802.11 a/b/g/n/ac (Wi-Fi 5). Wi-Fi 5 utilizes WPA2 protocol for secure, encrypted connections. WPA2 encrypts communication between Mini 4 Pro (referred to as Access Port (AP) in the Wi-Fi standard) and the mobile device (referred to as Station (STA) in the Wi-Fi standard) running DJI Fly app using AES-CCMP, ensuring confidentiality. Both devices derive a Pairwise Master Key (PMK) from the Wi-Fi password, which is then used in a 4-way handshake to generate a unique session key (PTK) for encrypting data.<br><br>Further, Mini 4 Pro and the mobile device are connected through an encrypted connection created by exchanging secret keys. The exchanged secret keys are used to cryptographically authenticate the identity of the mobile device such that a Bluetooth-paired connection is established between the two devices. The authentication can be done using one of the three algorithms: Numeric comparison, Passkey Entry, and Out of Band (OOB). |



## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.
2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.
3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf;  Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

Along with its predecessors WPA and WEP, WPA2 uses encryption technology to scramble data so it's indecipherable to hackers. Among all these security protocols, WPA2 offers the most sophisticated levels of encryption.

Source: https://www.avg.com/en/signal/what-is-wpa2

# How does WPA2 work?

All security protocols work by using **cryptographic keys to encrypt data** and render it indecipherable. This same key is used to decrypt the data.

But not all security protocols use the same technology. WPA2 is the security standard in networking today due to its advanced data encryption methods. Based on your needs, you can also choose specific settings within WPA2 to optimize security.

Here are some WPA2 security settings to consider:

Source: https://www.avg.com/en/signal/what-is-wpa2

## Network Architecture for 802.11ac

Throughout the evolution of wireless LAN technology, there have been a number of approaches to adding the wireless LAN access layer onto an existing wired backbone network. Most approaches share two fundamental attributes, and they remain unchanged by 802.11ac. Fundamentally, 802.11 provides MAC-layer (or, after the OSI nomenclature, "layer 2") mobility. As an 802.11 station moves throughout the coverage area of the network, from the perspective of the routing and switching infrastructure it remains in a fixed spot. All commercially available products that support large-scale networks have extended the fundamental MAC-layer mobility to encompass the entire network, sometimes even going so far as to make a single subnet available in many different locations with VPN technology. Additionally, ever since the 2006 introduction of WPA2, the 802.1X security framework (sometimes also called "WPA2-Enterprise" after the Wi-Fi Alliance certification program) has provided strong authentication and transparent encryption to client devices. The 802.1X framework offers network administrators the capability of designing network authentication around user-specific policies, often assigning a bundle of access rights (variously called a "profile" or a "role") to users upon connection to the network.

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf

Security services in IEEE Std 802.11 are provided by the authentication service and the CCMP, GCMP, and BIP mechanisms. The scope of the security services provided is limited to station-to-station data and robust management frame transmissions. When CCMP or GCMP is used, the data confidentiality service is provided for data frames and individually addressed robust management frames. For the purposes of this standard, CCMP and GCMP are is viewed as a logical services located within the MAC sublayer as shown in the reference model, Figure 4-14 (in 4.9). Actual implementations of CCMP and GCMP are transparent to the LLC and other layers above the MAC sublayer.

The security services provided by CCMP and GCMP in IEEE Std 802.11 are as follows:

    a)    Data Confidentiality;

    b)    Authentication; and

    c)    Access control in conjunction with layer management.

Source: https://ieeexplore.ieee.org/document/6687187, at Page 43

**Pairwise Master Key (PMK)** This key may be derived from the MK, or can use the PSK directly. Only a station and an authentication server can derive the PMK from the MK. A PMK is bound to a specific session between a station and an access point. Once the authentication server derives the PMK, it is moved to the authenticator (for example an access point).

The MK is not the same as the PMK, and an access point cannot derive the PMK, otherwise the access point could make access control decisions instead of the authentication server [28].

**Pairwise Transient Key (PTK)** It is derived from the PMK and a 4-way handshake between the supplicant (for example a station) and the authenticator (for example an access point), and is used between the station and the authenticator. The PTK is made up of a collection of keys:

- Key Confirmation Key (KCK): 128 bits - Used to prove the possession of the PMK and binds the PMK to a particular station and access point.

- Key Encryption Key (KEK): 128 bits - Used to distribute the Group Transient Key (GTK).

- Temporal Encryption Key: 128 bits - The key used to encrypt the traffic.

- Temporal Data Origin Authenticity Key: 128 bits - When TKIP is used, two 64 bit keys, one in each link direction, are used to encrypt the Message Integrity Code (MIC). The TKIP MIC is described later.

Source: https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, at Page 12

The Bluetooth security model includes five distinct security features: pairing, bonding, device authentication, encryption and message integrity.

- Pairing: the process for creating one or more shared secret keys

- Bonding: the act of storing the keys created during pairing for use in subsequent connections in order to form a trusted device pair

- Device authentication: verification that the two devices have the same keys

- Encryption: message confidentiality

- Message integrity: protects against message forgeries

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 240



Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 242

| SSI | Signal Strength Indication | |
| SSP | Secure Simple Pairing | Simplifies the pairing process and improves Bluetooth security |
| SSR | Sniff Subrating | A mode that defines the anchor points at which the master transmits to the slave. |

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 276



*Figure 4.1: Connection establishment initiated by CT*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 24



*Figure 4.3: Control channel establishment initiated by TG and browsing channel establishment initiated by CT when needed.*

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 25

# Bluetooth security

There are two types of Bluetooth in Apple devices, Bluetooth Classic and Bluetooth Low Energy (BLE). The Bluetooth security model for both versions includes the following distinct security features:

- *Pairing:* The process for creating one or more shared secret keys

- *Bonding:* The act of storing the keys created during pairing for use in subsequent connections to form a trusted device pair

- *Authentication:* Verifying that the two devices have the same keys

- *Encryption:* Message confidentiality

- *Message integrity:* Protection against message forgeries

- *Secure Simple Pairing:* Protection against passive eavesdropping and protection against man-in-the-middle attacks

Source: https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web

1. From the top of the screen, swipe down.

2. Touch and hold Bluetooth ⁎ .

3. Tap **Pair new device**.

   - If there's no "Pair new device," check under "Available devices" or tap More ⋮ › **Refresh**.

4. To pair your device, tap the name of the Bluetooth device.

5. Follow the on-screen instructions.

Source: https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Use of the Bluetooth APIs requires declaring several permissions in your manifest file. Once your app has permission to use Bluetooth, your app needs to access the `BluetoothAdapter` and determine if Bluetooth is available on the device. If Bluetooth is available, there are three steps to make a connection:

- Find nearby Bluetooth devices, either devices that are already paired or new ones.

- Connect to a Bluetooth device.

- Transfer data with the connected device.

Certain devices use a specific Bluetooth profile that declares the data it provides.

Source: https://developer.android.com/develop/connectivity/bluetooth

In the Bluetooth® Core Specification, there are three major architectural layers: controller, host, and application. In the host layer, there is a module called security manager (SM) which defines the methods and protocols for pairing and key distribution, the corresponding security toolbox, and the security manager protocol (SMP) which defines the pairing command frame format, frame structure, and timeout restriction. The security manager (SM) uses a key distribution approach to perform identity and encryption functionalities in radio communication.

Pairing is performed to establish keys which can then be used to encrypt a link. A transport specific key distribution is then performed to share the keys. The keys can be used to encrypt a link in future reconnections, verify signed data, or perform random address resolution. In general, there are three phases for paring.

Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/



Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/

## 2.4  Profile fundamentals

The profile fundamentals, with which all applications shall comply, are the following.

1. Support for authentication and encryption is mandatory, such that the device can take part in the corresponding procedures if requested from a peer device.

2. A link shall be established before commands can be initiated or received.

3. There are no fixed master/slave roles.

4. In this profile, the A/V functions are classified into four categories defined in Section 2.2.2. All devices that conform to this profile shall support at least one category, and may support several categories.

5. Transfer Octet Order; Packets shall transfer multiple-octet fields in standard network octet order (Big Endian), with more significant (high-order) octets being transferred before less-significant (low-order) octets.

Source: https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, Page 20

### 4.2.9  Authentication

A device can be authenticated by using one of three algorithms. The choice of algorithm is determined by the combination of the IO capabilities of the two devices.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1437



*Figure 4.14: Numeric comparison authentication*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1438



Figure 4.17:  Passkey entry authentication

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1441



*Figure 4.20:  OOB authentication (P-192)*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 1444

<table>
<tr><td></td><td>

### Encryption key size control enhancements

New and enhanced host controller interface (HCI) commands provide more efficient methods for hosts to ensure a minimum acceptable key length is used to encrypt a connection between Bluetooth Classic (BR/EDR) devices. These HCI enhancements can improve signaling efficiency in many Bluetooth Classic products, as the use of encryption is either mandatory or highly encouraged in all Bluetooth BR/EDR connections.

Bluetooth® wireless devices typically use encryption to ensure unauthorized third parties cannot access data being transmitted between two connected devices. One key factor that determines the strength of the protection provided is the size, or length, of the key being used to encrypt the data. In Bluetooth Classic (BR/EDR), the key size used to encrypt data is negotiated by the two controllers during connection establishment. It is up to the hosts to subsequently query their controllers to ensure a key of an acceptable minimum length has been selected, and if not, the hosts can choose to not send data over the connection. While this method can ensure data is not transmitted over connections that hosts do not see as appropriately protected, it is not the most efficient.

Source: https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td></tr>
<tr><td>

[9.3] a data capture circuitry;

</td><td>

Defendant provides a data capture circuitry.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Mini 4 Pro comprises 1/1.3-inch CMOS sensor, camera system, and controls (collectively forming "data capture circuitry") that enable Mini 4 Pro to capture images and videos. This data capture circuitry is used to capture visual images and videos in.

</td></tr>
</table>



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581

| **Image Sensor** | 1/1.3-inch CMOS Effective Pixels: 48 MP |
| --- | --- |

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro



Source: https://store.dji.com/product/dji-mini-4-pro?vid=148581



Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Source: https://store.dji.com/content/mini-drone

| | High-Quality Imaging |
|---|---|
| | The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.<br><br>Source: https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.4] said processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone; | Defendant provides a processor configured to acquire new-data in the short-range wireless enabled data capture device using the data capture circuitry, wherein the new-data is data acquired after establishing the short-range paired wireless connection between the short-range wireless enabled data capture device and the short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when Mini 4 Pro ("short-range wireless enabled data capture device") connects with the mobile device ("short-range wireless enabled cellular phone") to send the captured images and videos through QuickTransfer, Mini 4 Pro checks whether the connecting mobile device is included in its internal whitelist of authorized devices. Therefore, the short-range paired wireless connection remains between the mobile device and Mini 4 Pro. Further, after the "short-range paired wireless connection" is established, Mini 4 Pro's processor utilizes its data capture circuitry to acquire images and videos. The captured images and videos ("new data") are processed and sent to DJI Fly app installed on the mobile device. |

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,  Page 73

Make sure that Bluetooth, Wi-Fi, and location services are enabled on the mobile device before using QuickTransfer.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf,  Page 74

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

595

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.
2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.
3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source:                                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

After discovering the DJI device and tapping to connect to the device, authentication will be initiated on the corresponding device. The user needs to manually press the corresponding button on the drone to complete the authentication. After the authentication is completed, the mobile phone will obtain the Wi-Fi SSID and password of the drone through Bluetooth, and the UUID of the mobile phone will be recorded in the whitelist of the drone. Next, the mobile phone will connect to the device via Wi-Fi and the user can download the media files on the device. When connecting the next time, the locally cached Wi-Fi SSID and password can be used to quickly connect to the drone.

Source:                                                                                    https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, at Page 48

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.
Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

| | |
|---|---|
| | MasterShots    QuickShots    Hyperlapse    Panorama    **QuickTransfer**<br><br>Quickly transfer photos and videos to your smartphone without linking the remote controller.<br>Your creations will be instantly ready to share.<br><br>Source: https://www.dji.com/mini-4-pro?from=store-product-page<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.5] said processor further configured to store the new-data in the memory device of the short-range wireless enabled data capture device; | Defendant provides a processor further configured to store the new-data in the memory device of the short-range wireless enabled data capture device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the short range paired wireless connection is established, Mini 4 Pro captures videos and/or images of the surroundings. Mini 4 Pro processes the captured videos and/or images ("new-data"), and stores it into the memory device.<br><br>**Internal Storage**        2 GB<br><br>**Class**        C0 (EU), with the option to apply for C1 (EU) in the DJI Fly app.<br><br>Source: https://www.dji.com/support/product/mini-4-pro |

604

| Storage | Recommended microSD Cards | SanDisk Extreme PRO 32GB V30 U3 A1 microSDHC |
| | | Lexar 1066x 64GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 128GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 256GB V30 U3 A2 microSDXC |
| | | Lexar 1066x 512GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 64GB V30 U3 A2 microSDXC |
| | | Kingston Canvas GO! Plus 128GB V30 U3 A2 microSDXC |
| | | Kingston Canvas React Plus 64GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 128GB V90 U3 A1 microSDXC |
| | | Kingston Canvas React Plus 256GB V90 U3 A1 microSDXC |
| | | Samsung EVO Plus 512GB V30 U3 A2 microSDXC |

Source: https://www.dji.com/support/product/mini-4-pro

## Storing and Exporting Photos and Videos

### Storing Photos and Videos

DJI Mini 4 Pro supports the use of a microSD card to store your photos and videos. A UHS-I Speed Grade 3 rating or above microSD card is required due to the fast read and write speeds necessary for high-resolution video data. Refer to the Specifications for more information about recommended microSD cards.

Photos and videos can also be saved in the internal storage of the aircraft when no microSD card is available. Use of a microSD card is recommended for large data storage.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 73

605



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

The Mini 4 Pro offers cutting-edge imaging with a 1/1.3-inch CMOS sensor, New Image-Processing Platform and dual native ISO fusion—a hallmark of cinema-grade technology. Its f/1.7 aperture, 48MP image resolution, 4K/60fps HDR video, and Slo-Mo shooting at 4K/100fps capture moments in breathtaking detail. 2.4μm pixels and an enhanced noise reduction algorithm in Night Shots video mode delivers clear, cleaner footage even in low-light conditions.

Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution

| | |
|---|---|
| | The Mini 4 Pro allows you to achieve professional-grade post-production control with 10-bit D-Log M recording, granting access to more than a billion colors. No matter where you publish your content, HLG ensures the natural colors and brightness remain true-to-life without adjustment or format conversion due to its high dynamic range. Preserve intricate nuances with 48MP RAW and SmartPhoto technology, an ingenious fusion that harmonizes HDR imaging, scene recognition, and more, resulting in images that truly captivate.<br><br>Source:  https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9.6] said processor further configured to listen to a polling request from a single mobile client application on the short-range wireless enabled cellular phone, over the established paired short-range wireless connection, wherein the polling request is for the new-data, wherein the single mobile client application on the short-range wireless enabled cellular phone is configured to detect the new-data for transfer from the short- | Defendant provides a processor further configured to listen to a polling request from a single mobile client application on the short-range wireless enabled cellular phone, over the established paired short-range wireless connection, wherein the polling request is for the new-data, wherein the single mobile client application on the short-range wireless enabled cellular phone is configured to detect the new-data for transfer from the short-range wireless enabled data capture device to the paired and the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after short-range paired wireless connection is established between Mini 4 Pro ("short-range wireless enabled data capture device") and the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app ("single mobile client application"), Mini 4 Pro captures images and videos ("new-data") using its data capture circuitry. DJI Fly app is configured to detect when new-data has been captured and initiate a polling request to Mini 4 Pro over the established short range paired wireless connection.<br><br>Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request to an Access Point (AP) ("short-range wireless enabled data capture device") using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-data") waiting for it. To retrieve the |

| range wireless enabled data capture device to the paired and the cryptographically authenticated short-range wireless enabled cellular phone, | pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Mini 4 Pro listens for the polling request from DJI Fly app, installed on the mobile device. |
|---|---|

Furthermore, after a Bluetooth connection ("short-range paired wireless connection") is established between the mobile device ("short-range wireless enabled cellular phone") and Mini 4 Pro ("short-range wireless enabled data capture device"), Mini 4 Pro ("short-range wireless enabled data capture device") capture the user's command and send the command to the mobile device through the Bluetooth connection. As is inherent to how the Bluetooth Low Energy (BLE) works, POLL packets are sent to Mini 4 Pro, requesting to transmit a response message including either the new acquired data or a NULL packet when there is no new acquired data by Mini 4 Pro. Further, Mini 4 Pro captures the user's command ("new-data"), processes it and sends the commands meant for DJI Fly app in the mobile device in response to the POLL packet. Upon information and belief, DJI Fly app accesses the mobile device's Bluetooth capability to send the POLL requests to Mini 4 Pro.

### Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4μm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro



Cameras

Source: https://www.dji.com/mini-4-pro (annotated)



Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



Switching on Bluetooth and Wi-Fi on the mobile device for file transfer

Source:  https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source:     https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en
(annotated)

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

`(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)`

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
  ⊟ Flags: 0x26
      .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
      .... .1.. = More Fragments: More fragments follow
      .... 0... = Retry: Frame is not being retransmitted
      ...0 .... = PWR MGT: STA will stay up
      ..1. .... = More Data: Data is buffered for STA at AP
      .0.. .... = Protected flag: Data is not protected
      0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
⊟ [Malformed Packet: IEEE 802.11]
  ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
      [Malformed Packet (Exception occurred)]
      [Severity level: Error]
      [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

LE employs two multiple access schemes: Frequency division multiple access (FDMA) and time division multiple access (TDMA). Forty (40) physical channels, separated by 2 MHz, are used in the FDMA scheme. Three (3) are used as primary advertising channels and 37 are used as secondary advertising channels and as data channels. A TDMA based polling scheme is

General Description

06 December 2016

Bluetooth SIG Proprietary

BLUETOOTH SPECIFICATION Version 5.0 | Vol 1, Part A

page 170

*Architecture*



used in which one device transmits a packet at a predetermined time and a corresponding device responds with a packet after a predetermined interval.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 412

*Figure 1: Slot time and uncertainty window*

Each time the slave device receives a packet from the master, it will update its local timing data using the actual packet arrival time. This allows the slave to begin looking for the next transmission at the received packet arrival time plus 1240 µs (two slot times minus the 10 µs, i.e. one half of the uncertainty window).  The implication is that the slave must receive periodic transmissions in order to keep in sync with the master. If the transmissions are spread further apart, the slave must widen its uncertainty window, or it may never be able to re-sync with the master, causing a link loss due to link supervision timeout. When two connected devices are unable to exchange packets for an agreed-up period of time, the link supervision timeout value, the connection is automatically terminated.

Consider an example from two real devices. The trace snapshot in Figure 2 below illustrates the link maintenance packet exchanges using POLL and NULL packets. Since neither packet carries payload data they are very small, which reduces power consumption. The master device sends a POLL (slaves are not permitted to send POLL packets). A POLL packet requires the slave to respond even if it has no data to transmit at the time. If the link is not currently carrying LMP or higher protocol data, the slave will respond with a NULL packet.



*Figure 2: POLL and NULL packets in sniffer trace window*

Source:                https://www.bluetooth.com/wp-content/uploads/2019/03/Sniff-and-Sniff-Sub-rating-Modes_WP_V10.pdf, Page 8.

### 6.5.1.3 POLL Packet

The POLL packet is very similar to the NULL packet. It does not have a payload. In contrast to the NULL packet, it requires a confirmation from the recipient. It is not a part of the ARQ scheme. The POLL packet does not affect the ARQN and SEQN fields. Upon reception of a POLL packet the slave shall respond with a packet even when the slave does not have any information to send unless the slave has scatternet commitments in that timeslot. This return packet is an implicit acknowledgment of the POLL packet. This packet can be used by the master in a piconet to poll the slaves. Slaves shall not transmit the POLL packet. POLL packets shall not be sent on a Connectionless Slave Broadcast logical transport.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 412

### 4.5.1.5 Default Packet Types

On the ACL links, the default type is always **NULL** both for the master and the slave. This means that if no user information needs to be sent, either a **NULL** packet is sent if there is **ACK** or **STOP** information, or no packet is sent at all. The **NULL** packet can be used by the master to allocate the next slave-to-master slot to a certain slave (namely the one addressed). However, the slave is not forced to respond to the **NULL** packet from the master. If the master requires a response, it sends a **POLL** packet.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 394.

If the slave's response is received, the master shall change to using the master parameters, so it shall use the channel access code and the master clock. The lower clock bits $CLK_0$ and $CLK_1$ shall be reset to zero at the start of the **FHS** packet transmission and are not included in the **FHS** packet. Finally, the master enters the **CONNECTION** state in step 5. The master BD_ADDR shall be used to change to a new hopping sequence, the *basic channel hopping sequence*. The basic channel hopping sequence uses all 79 hop channels in a pseudo-random fashion, see also Section 2.6.4.7. The master shall now send its first traffic packet in a hop determined with the new (master) parameters. This first packet shall be a POLL packet. See Section 8.5. This packet shall be sent within *newconnectionTO* number of slots after reception of the FHS packet acknowledgment. The slave may respond with any type of packet. If the POLL packet is not received by the slave or the POLL packet response is not received by the master within *newconnectionTO* number of slots, the master and the slave shall return to **page** and **page scan** substates, respectively.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 454.

623

The Bluetooth device transmits a constant bit pattern. This pattern is transmitted periodically with packets aligned to the slave TX timing of the piconet formed by tester and DUT. The same test packet is repeated for each transmission.

The transmitter test is started when the master sends the first POLL packet. In non-hopping mode the agreed frequency is used for this POLL packet.

The tester (master) transmits control or POLL packets in the master-to-slave transmission slots. The DUT (slave) shall transmit packets in the following slave-to-master transmission slot. The tester's polling interval is fixed and defined by the LMP_test_control PDU. The device under test may transmit its burst according to the normal timing even if no packet from the tester was received. In this case, the ARQN bit is shall be set to NAK.

The burst length may exceed the length of a one slot packet. In this case the tester may take the next free master TX slot for polling. The timing is illustrated in Figure 1.2.



*Figure 1.2:  Timing for Transmitter Test*

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2116.

# Bluetooth Low Energy 🔖▾

Android provides built-in platform support for Bluetooth Low Energy (BLE) in the central role and provides APIs that apps can use to discover devices, query for services, and transmit information.

Common use cases include the following:

- Transferring small amounts of data between nearby devices.

- Interacting with proximity sensors to give users a customized experience based on their current location.

In contrast to classic Bluetooth, BLE is designed for significantly lower power consumption. This allows apps to communicate with BLE devices that have stricter power requirements, such as proximity sensors, heart rate monitors, and fitness devices.

Source: https://developer.android.com/develop/connectivity/bluetooth/ble/ble-overview

In most cases, your app has no way of knowing when a service's characteristic value will change on a connected device. You could repeatedly query the device (polling) to detect changes, but a more efficient way is to register to receive notifications when changes occur.

Subscribe to the value of a characteristic by passing a value of YES to the `setNotifyValue:forCharacteristic:` method of the `CBPeripheral` class, as shown in Listing 17-4. Whenever the characteristic's value changes, the peripheral calls the `peripheral:didUpdateValueForCharacteristic:error:` method of its delegate object.

Source: https://developer.apple.com/library/archive/documentation/Performance/Conceptual/EnergyGuide-iOS/BluetoothBestPractices.html

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [9.7] wherein detecting the new-data for transfer comprises: polling the short-range wireless enabled data capture device by the short-range wireless enabled cellular phone, using the single mobile client application on the short-range wireless enabled cellular phone, over the established paired short-range wireless connection; | Defendant provides a processor configured to listen to a polling request wherein detecting the new-data for transfer comprises: polling the short-range wireless enabled data capture device by the short-range wireless enabled cellular phone, using the single mobile client application on the short-range wireless enabled cellular phone, over the established paired short-range wireless connection.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Fly app ("single mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone") communicates with Mini 4 Pro ("short-range wireless enabled data capture device") over a established paired short-range wireless connection. After the connection is established, DJI Fly app periodically polls Mini 4 Pro to detect if new data (such as captured images or videos) is available. This polling is conducted by sending periodic data requests over the established paired short-range wireless connection. Upon receiving a polling request, Mini 4 Pro responds by either transmitting the newly captured image/video files ("new-data") or indicating that no new data is available at that moment.

Further, according to the IEEE 802.11 Wi-Fi standard, a station (STA) ("short-range wireless enabled cellular phone") send a polling request to an Access Point (AP) ("short-range wireless enabled data capture device") using a control frame called a PS-Poll. This process is triggered when the STA detects via the Traffic Indication Map (TIM) field in a beacon frame that the AP has buffered data ("new-data") waiting for it. To retrieve the pending data, the STA sends a PS-Poll frame. Further, the AP continuously listens for the polling request from the STA. Therefore, upon information and belief, Mini 4 Pro listens for the polling request from DJI Fly app, installed on the mobile device.

Furthermore, DJI Fly app utilizes the Bluetooth functionality of the mobile device to receive user's commands captured by Mini 4 Pro. As is inherent to how the BLE works, the mobile device sends POLL packets at a regular interval to Mini 4 Pro. Mini 4 Pro sends a response message including either the data captured by Mini 4 Pro or a NULL packet when there is no new captured data. Mini 4 Pro captures the user's command ("new-data") using its data capture circuitry and processes it. Further, when a POLL packet is received by Mini 4 Pro, Mini 4 Pro sends the captured user's command in response to the POLL packet. |

## Camera Profile

DJI Mini 4 Pro uses a 1/1.3-in CMOS sensor with 48MP effective pixels. The equivalent focal length is approximately 24 mm. The aperture of the camera is F1.7 and shoots from 1 m to infinity.

The DJI Mini 4 Pro camera can take 48MP stills and supports shooting modes such as Single, Burst, AEB, Timed Shot, and Panorama. It also supports H.264/H.265 video recording, digital zoom, and slow motion recording. 4K 60fps HDR and 4K 100fps videos are also supported.

Source: https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, Page 72

## Camera

| Image Sensor | 1/1.3-inch CMOS, Effective Pixels: 48 MP |
|---|---|

Source: https://www.dji.com/mini-4-pro/specs

Capture more complex details easily with Mini 4 Pro's camera, powered by a 1/1.3-inch CMOS sensor featuring Dual Native ISO Fusion, a f/1.7 aperture, and 2.4µm 4-in-1 pixels. [5] More highlight and shadow details with a high dynamic range means uncompromising results in every frame.

Source: https://www.dji.com/mini-4-pro

627



Source: https://www.dji.com/mini-4-pro (annotated)



Capturing of images and videos

Source: https://store.dji.com/content/mini-drone (annotated)



Content captured by Mini 4 Pro

Source: https://store.dji.com/content/mini-drone (annotated)

# Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |
| **O4** | |
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |
| **Wi-Fi** | |
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |
| **Bluetooth** | |
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf



Switching on Bluetooth and Wi-Fi on the mobile device for file transfer

Source:  https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Captured images and videos transferred to mobile device.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en (annotated)

In this scheme, an STA enters power-save mode by sending a Null frame to the AP with the Power Management bit set. From then on, the AP stores all packets destined to the STA in a per-STA queue and sets the TIM field in the beacon frame to indicate that packets destined for the STA have been queued at the AP. An STA wakes up from sleep every Listen Interval to receive the beacon frame and when it detects that the TIM field for it has been set, it sends a PS-Poll frame to the AP. In response, the AP sends the first queued frame to the STA. The STA receives the queued data frame and if the More Data field in this frame is set, it sends another PS-Poll frame to the AP. The STA continues to send PS-Poll frames to receive all the queued frames and when none are left, it goes back to sleep until the next Listen Interval.

Source: https://wifi-insider.com/wlan/psd.htm

When station receives beacon, it checks to see its AID (Association ID) in that to see any buffered unicast data frame to that station. If so station remain awake & send a PS-Poll frame to the AP. When AP receives PS-Poll frame, it wil send the buffered unicast frame to the station. Here is the wireshark filter & sample PS-Poll frame (note that due to bad FCS it identified as malformed packet)

```
(wlan.fc.type == 1)&&(wlan.fc.subtype == 10)
```

```
⊞ Frame 87734: 14 bytes on wire (112 bits), 14 bytes captured (112 bits)
⊞ 802.11 radio information
⊟ IEEE 802.11 Power-Save poll
    Type/Subtype: Power-Save poll (0x001a)
  ⊟ Frame Control Field: 0xa526
      .... ..01 = Version: 1
      .... 01.. = Type: Control frame (1)
      1010 .... = Subtype: 10
  ⊟ Flags: 0x26
      .... ..10 = DS status: Frame from DS to a STA via AP(To DS: 0 From DS: 1) (0x02)
      .... .1.. = More Fragments: More fragments follow
      .... 0... = Retry: Frame is not being retransmitted
      ...0 .... = PWR MGT: STA will stay up
      ..1. .... = More Data: Data is buffered for STA at AP
      .0.. .... = Protected flag: Data is not protected
      0... .... = Order flag: Not strictly ordered
    Duration/ID: 5106 (reserved)
    BSS Id: 43:41:f0:97:37:c2 (43:41:f0:97:37:c2)
  ⊟ [Malformed Packet: IEEE 802.11]
    ⊟ [Expert Info (Error/Malformed): Malformed Packet (Exception occurred)]
        [Malformed Packet (Exception occurred)]
        [Severity level: Error]
        [Group: Malformed]
```

Source: https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/

638

LE employs two multiple access schemes: Frequency division multiple access
(FDMA) and time division multiple access (TDMA). Forty (40) physical
channels, separated by 2 MHz, are used in the FDMA scheme. Three (3) are
used as primary advertising channels and 37 are used as secondary
advertising channels and as data channels. A TDMA based polling scheme is

General Description                                    06 December 2016
                                                      Bluetooth SIG Proprietary

BLUETOOTH SPECIFICATION Version 5.0 | Vol 1, Part A          page 170

*Architecture*                                      

used in which one device transmits a packet at a predetermined time and a
corresponding device responds with a packet after a predetermined interval.
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 412

*Figure 1: Slot time and uncertainty window*

Each time the slave device receives a packet from the master, it will update its local timing data using the actual packet arrival time. This allows the slave to begin looking for the next transmission at the received packet arrival time plus 1240 μs (two slot times minus the 10 μs, i.e. one half of the uncertainty window). The implication is that the slave must receive periodic transmissions in order to keep in sync with the master. If the transmissions are spread further apart, the slave must widen its uncertainty window, or it may never be able to re-sync with the master, causing a link loss due to link supervision timeout. When two connected devices are unable to exchange packets for an agreed-up period of time, the link supervision timeout value, the connection is automatically terminated.

Consider an example from two real devices. The trace snapshot in Figure 2 below illustrates the link maintenance packet exchanges using POLL and NULL packets. Since neither packet carries payload data they are very small, which reduces power consumption. The master device sends a POLL (slaves are not permitted to send POLL packets). A POLL packet requires the slave to respond even if it has no data to transmit at the time. If the link is not currently carrying LMP or higher protocol data, the slave will respond with a NULL packet.



*Figure 2: POLL and NULL packets in sniffer trace window*

Source:        https://www.bluetooth.com/wp-content/uploads/2019/03/Sniff-and-Sniff-Sub-rating-Modes_WP_V10.pdf, Page 8.

### 6.5.1.3  POLL Packet

The POLL packet is very similar to the NULL packet. It does not have a payload. In contrast to the NULL packet, it requires a confirmation from the recipient. It is not a part of the ARQ scheme. The POLL packet does not affect the ARQN and SEQN fields. Upon reception of a POLL packet the slave shall respond with a packet even when the slave does not have any information to send unless the slave has scatternet commitments in that timeslot. This return packet is an implicit acknowledgment of the POLL packet. This packet can be used by the master in a piconet to poll the slaves. Slaves shall not transmit the POLL packet. POLL packets shall not be sent on a Connectionless Slave Broadcast logical transport.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 412

### 4.5.1.5  Default Packet Types

On the ACL links, the default type is always **NULL** both for the master and the slave. This means that if no user information needs to be sent, either a **NULL** packet is sent if there is **ACK** or **STOP** information, or no packet is sent at all. The **NULL** packet can be used by the master to allocate the next slave-to-master slot to a certain slave (namely the one addressed). However, the slave is not forced to respond to the **NULL** packet from the master. If the master requires a response, it sends a **POLL** packet.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 394.

641

If the slave's response is received, the master shall change to using the master parameters, so it shall use the channel access code and the master clock. The lower clock bits $CLK_0$ and $CLK_1$ shall be reset to zero at the start of the **FHS** packet transmission and are not included in the **FHS** packet. Finally, the master enters the **CONNECTION** state in step 5. The master BD_ADDR shall be used to change to a new hopping sequence, the *basic channel hopping sequence*. The basic channel hopping sequence uses all 79 hop channels in a pseudo-random fashion, see also Section 2.6.4.7. The master shall now send its first traffic packet in a hop determined with the new (master) parameters. This first packet shall be a POLL packet. See Section 8.5. This packet shall be sent within *newconnectionTO* number of slots after reception of the FHS packet acknowledgment. The slave may respond with any type of packet. If the POLL packet is not received by the slave or the POLL packet response is not received by the master within *newconnectionTO* number of slots, the master and the slave shall return to **page** and **page scan** substates, respectively.

Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 454.

The Bluetooth device transmits a constant bit pattern. This pattern is transmitted periodically with packets aligned to the slave TX timing of the piconet formed by tester and DUT. The same test packet is repeated for each transmission.

The transmitter test is started when the master sends the first POLL packet. In non-hopping mode the agreed frequency is used for this POLL packet.

The tester (master) transmits control or POLL packets in the master-to-slave transmission slots. The DUT (slave) shall transmit packets in the following slave-to-master transmission slot. The tester's polling interval is fixed and defined by the LMP_test_control PDU. The device under test may transmit its burst according to the normal timing even if no packet from the tester was received. In this case, the ARQN bit is shall be set to NAK.

The burst length may exceed the length of a one slot packet. In this case the tester may take the next free master TX slot for polling. The timing is illustrated in Figure 1.2.



*Figure 1.2: Timing for Transmitter Test*
Source: https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, Page 2116.

643

# Bluetooth Low Energy 🔖▾

Android provides built-in platform support for Bluetooth Low Energy (BLE) in the central role and provides APIs that apps can use to discover devices, query for services, and transmit information.

Common use cases include the following:

- Transferring small amounts of data between nearby devices.

- Interacting with proximity sensors to give users a customized experience based on their current location.

In contrast to classic Bluetooth, BLE is designed for significantly lower power consumption. This allows apps to communicate with BLE devices that have stricter power requirements, such as proximity sensors, heart rate monitors, and fitness devices.

Source: https://developer.android.com/develop/connectivity/bluetooth/ble/ble-overview

In most cases, your app has no way of knowing when a service's characteristic value will change on a connected device. You could repeatedly query the device (polling) to detect changes, but a more efficient way is to register to receive notifications when changes occur.

Subscribe to the value of a characteristic by passing a value of YES to the `setNotifyValue:forCharacteristic:` method of the `CBPeripheral` class, as shown in Listing 17-4. Whenever the characteristic's value changes, the peripheral calls the `peripheral:didUpdateValueForCharacteristic:error:` method of its delegate object.

Source: https://developer.apple.com/library/archive/documentation/Performance/Conceptual/EnergyGuide-iOS/BluetoothBestPractices.html

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [9.8] said processor further configured to transfer the new-data from the short-range wireless enabled data capture device to the short-range wireless enabled cellular phone automatically over the established paired short-range wireless connection, wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to receive the new-data over the established short-range paired wireless connection, wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to store the received new-data in a memory device of the | Defendant provides a processor further configured to transfer the new-data from the short-range wireless enabled data capture device to the short-range wireless enabled cellular phone automatically over the established paired short-range wireless connection, wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to receive the new-data over the established short-range paired wireless connection, wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to store the received new-data in a memory device of the short-range wireless enabled cellular phone. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, after a short-range Wi-Fi connection ("short-range paired wireless connection") is established between Mini 4 Pro ("short-range wireless enabled data capture device") and the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app ("single mobile client application"), Mini 4 Pro captures images and videos ("new-data") using its data capture circuitry. The processor in Mini 4 Pro then automatically transfers the captured images and videos to the mobile device over the established short-range paired wireless connection using QuickTransfer. <br><br> Further, DJI Fly app, installed on the mobile device, receives the new image and video data over this connection and stores the received data ("received new-data") in the memory of the mobile device. |

short-range wireless enabled cellular phone,



Bluetooth and Wi-Fi for ("short range paired wireless connection")

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source:     https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, (annotated)



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4



Source: https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [9.9] wherein the single mobile client application for the short-range wireless enabled cellular phone stores a user authentication credential in the memory device of the short-range wireless enabled cellular phone, | Defendant provides a processor, wherein single mobile client application for the cryptographically authenticated short-range wireless enabled cellular phone stores a user authentication credential in the memory device of the cryptographically authenticated short-range wireless enabled cellular phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("single mobile client application") in the mobile device ("short-range wireless enabled cellular phone") stores the user's login credentials ("user authentication credential") such as the username and password within the mobile device's memory, facilitating automatic authentication upon subsequent logins to user's DJI Fly app's account. |



### DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS     Android

**V 1.17.4**

Requires iOS 13.0 or later; we recommend using an iPhone 11 or newer.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: iPhone 16 Pro Max, iPhone 16 Pro, iPhone 16 Plus, iPhone 16, iPhone 15 Pro Max, iPhone 15 Pro, iPhone 15 Plus, iPhone 15, iPhone 14 Pro Max, iPhone 14 Pro, iPhone 14 Plus, iPhone 14, iPhone 13 Pro Max, iPhone 13 Pro, iPhone 13, iPhone 13 mini, iPhone 12 Pro Max, iPhone 12 Pro, iPhone 12, iPhone 12 mini, iPhone 11 Pro Max, iPhone 11 Pro, iPhone 11, iPhone SE 3, iPhone SE 2
For older versions: Click to download

Source: https://www.dji.com/downloads/djiapp/dji-fly

655



## DJI Fly

Camera Drones

The DJI Fly app interface was designed to be simplified and ultra-intuitive. Compatible for DJI Mavic 4 Pro (Not yet available in the US and Puerto Rico), DJI Flip, DJI Air 3S, DJI Neo, DJI Avata 2, DJI Mini 4 Pro, DJI Air 3, DJI Mavic 3 Pro, DJI Mini 2 SE, DJI Mini 3, DJI Mavic 3 Classic, DJI Avata, DJI Mini 3 Pro, DJI Mavic 3, DJI Mini SE, DJI Air 2S, DJI FPV, DJI Mini 2, Mavic Air 2, Mavic Mini.

ⓘ Only supported for download on phones.

iOS    **Android**

### V 1.17.4

Requires Android 7.0 or later; we recommend using mainstream flagship phones released after 2019.

The following models have been tested and are recommended for use:



**Recommended Models**

Compatible with: Samsung Galaxy S25 Ultra, Samsung Galaxy S24 Ultra, Samsung Galaxy S23 Ultra, Samsung Galaxy S22 Ultra, Samsung Galaxy S21 Ultra, Samsung Galaxy Note 20 Ultra, Samsung Galaxy A54, Samsung Galaxy A53, HUAWEI Mate X5, HUAWEI Mate 70 Pro, HUAWEI Mate 70, HUAWEI Mate 60 Pro, HUAWEI Mate 60, HUAWEI Mate 50 Pro, HUAWEI Pura 70 pro+, HUAWEI Pura 70 pro, HUAWEI Pura 70, HUAWEI P60 pro, HUAWEI P50 pro, HUAWEI nova11 Pro, Xiaomi 15S Pro, Xiaomi 15 Pro, Xiaomi 14 Pro, Xiaomi 13 Ultra, Xiaomi 12 Ultra, Xiaomi 11 Ultra, Xiaomi MIX 4, Xiaomi POCO X5 Pro, Redmi Note 12 Pro, Redmi Note 11 Pro, Redmi K60 Pro, Redmi 12C, Honor 90 Pro, OPPO Find X8 Ultra, OPPO Reno 10 Pro, VIVO X200 Pro, VIVO X100 Pro, VIVO S17 Pro, VIVO Y78+, iQOO neo8, OnePlus Nord CE 3, Pixel 9 Pro, Pixel 8 Pro

Source: https://www.dji.com/downloads/djiapp/dji-fly



Source: https://www.youtube.com/watch?v=lyhS6sy81YU

[Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.]

- Account Information. When you create a DJI account, you may provide us with information that includes your user ID, email address (or phone number, based on the country located), password or other information for account verification. You might choose to provide us with additional information — like gender, birthday, professional information and other information on your profile page.

Source: https://www.dji.com/policy



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.10] wherein the single mobile client application on the short-range wireless enabled cellular phone is further | Defendant provides single mobile client application wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to use HTTP to send a user preference to a user data publishing website over a cellular data network, wherein the user preference comprise global positioning system information |
| --- | --- |

| configured to use HTTP to send a user preference to a user data publishing website over a cellular data network, wherein the user preference comprise global positioning system information, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, DJI Fly app ("single mobile client application") in the mobile device ("short-range wireless enabled cellular phone") utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured images and videos along with user's precise location to social media sites such as 'SkyPixel', DJI's online social media sharing platform ("user data publishing website"), utilizing the mobile device's Global Positioning System (GPS) ("user preference") functionality over the cellular data network to the DJI's servers.

Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.

Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.

Source:                    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)



Source: https://youtu.be/H78bL4OwBr0 (annotated)
[Note: The above evidence has been obtained from a third-party source, and belongs to different version of DJI Fly app. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).]

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [9.11] wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to use the HTTP to upload the received new-data and the user authentication credential to the user data publishing website over the cellular data network, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic, and | Defendant provides single mobile client application wherein the single mobile client application on the short-range wireless enabled cellular phone is further configured to use the HTTP to upload the received new-data and the user authentication credential to the user data publishing website over the cellular data network, wherein the upload is based on a timer setting on the single mobile client application, and wherein the timer setting is no wait automatic or wait X minutes automatic<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("single mobile client application") installed on the mobile device, utilizes Hypertext Transfer Protocol Secure (HTTPS i.e., a form of HTTP) to upload captured image file and video file ("new-data") to social media sharing sites, such as SkyPixel ("user data publishing website"). Further, DJI Fly app uses user credentials, such as a username and password ("user authentication credential"), associated with a user account that is common to both DJI Fly app and SkyPixel, to authenticate and upload the image and/or video captured by Mini 4 Pro to social media sites, such as SkyPixel. The new-data is uploaded on the social media site along with the user's account information to indicate the source of the content. The received new-data is uploaded over the cellular data network on DJI's online social media sharing site via DJI Fly app.<br><br>Further, DJI Fly app enables automatic media backup and upload to SkyPixel over the cellular data network. This upload occur immediately upon receiving new data from Mini 4 Pro (timer setting is "no wait automatic").<br><br>DJI Fly gives users built-in access to **SkyPixel**, a social media platform where you can share your photos and videos. You have the opportunity to view the work of others, share your own, and even check out popular aerial photography locations in your area. After editing, you can upload your content to SkyPixel and communicate with the community.<br>Source:    https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html |

| | Any data transmitted between the DJI Fly app and the cloud server are encapsulated with the HTTPS protocol to ensure secure transmission. You can also choose to enable the Local Data Mode (LDM) function - which severs the communication between your flight app and the server.<br><br>Source: https://www.dji.com/trust-center/resource/consumer-privacy-controls |
| --- | --- |



DJI Fly app

Source: https://apps.apple.com/us/app/dji-fly/id1479649251 (annotated)



Source: https://www.youtube.com/watch?v=lyhS6sy81YU

[Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.]



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, at 0:42 (annotated)



The mobile device supports Wi-Fi and cellular data network functionality.

Source: https://support.google.com/pixelphone/thread/293179028/pixel-9-won-t-connect-to-mobile-network?hl=en (annotated)



DJI Fly app uploads captured video/ image to social media sites such as, SkyPixel.

Source: https://www.dji.com/dji-fly (annotated)

# How We Store Our Data

Data of international users collected by DJI is stored on best-in-class servers located in the United States. For the majority of this data, we use Amazon Web Services (AWS). The only data stored elsewhere are multimedia files users voluntarily upload to DJI's social media sharing forum SkyPixel. This data gets stored on Alibaba Cloud servers, which are also located in the U.S.

Source: https://security.dji.com/data/consumer/



Source:     https://developer.dji.com/doc/cloud-api-tutorial/en/feature-set/dock-feature-set/dock-media-management.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [9.12] wherein the single mobile client application on the short-range wireless enabled cellular phone provides a touch based GUI for the received new-data. | Defendant provides a short-range wireless enabled data capture device, wherein the single mobile client application on the short-range wireless enabled cellular phone provides a touch based GUI for the received new-data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, DJI Fly app ("single mobile client application") installed on the mobile device ("short-range wireless enabled cellular phone") comprises touch based graphical user interface ("GUI") which allows the user to access the captured data such as images and videos ("new-data"). |



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en



Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [10] The short-range wireless enabled data capture device of claim 9, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing. | Defendant provides the short-range wireless enabled data capture device of claim 9, wherein the short-range paired wireless connection is one of a Bluetooth paired wireless connection, a Wi-Fi paired wireless connection, and other wireless personal area networking technologies that use pairing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Mini 4 Pro ("short-range wireless enabled data capture device") comprises both Bluetooth and Wi-Fi communication modules. Mini 4 Pro utilizes Bluetooth for device discovery and initiation of pairing with the mobile device ("short-range wireless enabled cellular phone") running DJI Fly app. After initial discovery via Bluetooth, Mini 4 Pro and the mobile device establish the Wi-Fi-based short-range connection ("short-range paired wireless connection") to enable QuickTransfer. |



## Specifications

| Aircraft (Model: MT4MFVD (C0) / MT4MFVDB (C1)) | |
|---|---|
| Operating Temperature | -10° to 40° C (14° to 104° F) |

| O4 | |
|---|---|
| Operating Frequency | 2.4000-2.4835 GHz, 5.170-5.250 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <33 dBm (FCC), <20 dBm (CE/SRRC/MIC)<br>5.1 GHz: <23 dBm (CE)<br>5.8 GHz: <33 dBm (FCC), <14 dBm (CE), <30 dBm (SRRC) |

| Wi-Fi | |
|---|---|
| Protocol | 802.11a/b/g/n/ac |
| Operating Frequency | 2.4000-2.4835 GHz, 5.725-5.850 GHz |
| Transmitter Power (EIRP) | 2.4 GHz: <20 dBm (FCC/CE/SRRC/MIC)<br>5.8 GHz: <20 dBm (FCC/SRRC), <14 dBm (CE) |

| Bluetooth | |
|---|---|
| Protocol | Bluetooth 5.0 |
| Operating Frequency | 2.4000-2.4835 GHz |
| Transmitter Power (EIRP) | <10 dBm |

Mini 4 Pro supports Wi-Fi and Bluetooth protocols.

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf

679



The mobile device supports Wi-Fi and Bluetooth functionality.

method one power on the aircraft enable the Wi-Fi Bluetooth and location feature on the

Source: https://www.youtube.com/watch?v=JtYyP_y5Az0, at 7: 33 (annotated)



Source: https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://www.youtube.com/watch?v=JtYyP_y5Az0



Source: https://store.dji.com/content/mini-drone

The QuickTransfer feature allows photos and videos stored in the aircraft or microSD card to be quickly and conveniently transferred to a mobile device.

Source: https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en

## QuickTransfer

The aircraft can connect directly to mobile devices via Wi-Fi, enabling users to download photos and videos from the aircraft to the mobile device through DJI Fly without using the remote controller. Users can enjoy faster and more convenient downloads with a transmission rate of up to 30 MB/s.

### Usage

### Method 1: mobile device is not connected to the remote controller

1. Power on the aircraft and wait until the self-diagnostic tests of the aircraft are complete.
2. Make sure Bluetooth and Wi-Fi are enabled on the mobile device. Launch DJI Fly and a prompt will appear to connect to the aircraft.
3. Tap Connect. Once successfully connected, the files on the aircraft can be accessed and

Source:
https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf; Page 73



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en



Source: https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en

| MasterShots | QuickShots | Hyperlapse | Panorama | QuickTransfer |

Quickly transfer photos and videos to your smartphone without linking the remote controller.
Your creations will be instantly ready to share.

Source: https://www.dji.com/mini-4-pro?from=store-product-page



Source: https://apps.apple.com/us/app/dji-fly/id1479649251

Consumer drones and their corresponding DJI Fly apps support QuickTransfer. They enable users to quickly download media files from the drone after they are captured. When connecting for the first time, the DJI Fly app scans nearby DJI devices through the Bluetooth of the mobile phone.

Source: https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, Page 48

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

## 2.  List of References

1.  https://store.dji.com/product/dji-mini-4-pro?vid=148581, last accessed on July 18, 2025
2.  https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/20240627/DJI_Mini_4_Pro_User_Manual_ENI.pdf, last accessed on July 18, 2025
3.  https://www.dji.com/mini-4-pro/specs , last accessed on July 18, 2025
4.  https://www.dji.com/mini-4-pro, last accessed on July 18, 2025
5.  https://store.dji.com/content/mini-drone, last accessed on July 18, 2025
6.  https://security.dji.com/data/consumer/ , last accessed on July 18, 2025
7.  https://dl.djicdn.com/downloads/DJI_Mini_4_Pro/DJI_Mini_4_Pro_DJI_RC_N2_Safety_Guidelines-5.pdf, last accessed on July 18, 2025
8.  https://fcc.report/FCC-ID/SS3-MT4MFVD23/6782183.pdf, last accessed on July 18, 2025
9.  https://apps.apple.com/us/app/dji-fly/id1479649251, last accessed on July 18, 2025
10. https://www.dji.com/downloads/djiapp/dji-fly , last accessed on July 18, 2025
11. https://www.youtube.com/watch?v=7y5rTbPWRRQ, last accessed on July 18, 2025
12. https://www.youtube.com/watch?v=JtYyP_y5Az0, last accessed on July 18, 2025
13. https://support.dji.com/help/content?customId=en-us03400008599&spaceId=34&re=US&lang=en, last accessed on July 18, 2025
14. https://www.dji.com/mini-4-pro?from=store-product-page , last accessed on July 18, 2025
15. https://repair.dji.com/help/content?customId=en-us03400006743&spaceId=34&re=US&lang=en, last accessed on July 18, 2025
16. https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-9-review, last accessed on July 18, 2025
17. https://www.dji.com/support/product/mini-4-pro, last accessed on July 18, 2025
18. https://www.dji.com/global/newsroom/news/unlock-creativity-with-dji-mini-4-pro-all-in-one-aerial-solution, last accessed on July 18, 2025
19. https://support.dji.com/help/content?customId=en-us03400011149&spaceId=34&re=US&lang=en, last accessed on July 18, 2025
20. https://terra-1-g.djicdn.com/851d20f7b9f64838a34cd02351370894/trust%20center/DJI%20Drone%20Security%20White%20Paper%20V3.1%202025.pdf, last accessed on July 18, 2025
21. https://www.avg.com/en/signal/what-is-wpa2, last accessed on July 18, 2025
22. http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf , last accessed on July 18, 2025
23. https://ieeexplore.ieee.org/document/6687187, last accessed on July 18, 2025
24. https://www.csse.canterbury.ac.nz/research/reports/HonsReps/2005/hons_0505.pdf, last accessed on July 18, 2025
25. https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=421043, last accessed on July 18, 2025
26. https://support.apple.com/guide/security/bluetooth-security-sec82597d97e/web, last accessed on July 18, 2025

27. https://support.google.com/android/answer/9417604?hl=en&visit_id=638893778602309166-3044423704&rd=1, last accessed on July 18, 2025

28. https://developer.android.com/develop/connectivity/bluetooth, last accessed on July 18, 2025

29. https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/, last accessed on July 18, 2025

30. https://www.bluetooth.com/blog/new-core-specification-v5-3-feature-enhancements/, last accessed on July 18, 2025

31. https://blog.google/documents/70/Exposure_Notification_-_Bluetooth_Specification_v1.2.2.pdf, last accessed on July 18, 2025

32. https://greyarro.ws/t/dji-fly-app-media-storage-on-iphone/41341/4, last accessed on July 18, 2025

33. https://www.dji.com/policy, last accessed on July 18, 2025

34. https://megadron.pl/en/blog/dji-fly-application-everything-you-need-to-know-about-it-1715772074.html, last accessed on July 18, 2025

35. https://www.dji.com/trust-center/resource/consumer-privacy-controls, last accessed on July 18, 2025

36. https://developer.dji.com/doc/cloud-api-tutorial/en/feature-set/dock-feature-set/dock-media-management.html, last accessed on July 18, 2025

37. https://youtu.be/H78bL4OwBr0, last accessed on July 18, 2025

38. https://www.apple.com/iphone-16-pro/, last accessed on July 18, 2025

39. https://www.samsung.com/us/smartphones/galaxy-s25-ultra/, last accessed on July 18, 2025

40. https://support.apple.com/en-us/guide/iphone/iphd1cf4268/ios, last accessed on July 18, 2025

41. https://support.google.com/pixelphone/answer/2926415?hl=en&sjid=15467119472334545640-NC, last accessed on July 18, 2025

42. https://www.dji.com/dji-fly, last accessed on July 18, 2025

43. https://wifi-insider.com/wlan/psd.htm, last accessed on July 18, 2025

44. https://mrncciew.com/2014/10/02/cwap-802-11-control-frame-types/, last accessed on July 18, 2025

45. https://www.bluetooth.com/wp-content/uploads/2019/03/Sniff-and-Sniff-Sub-rating-Modes_WP_V10.pdf, last accessed on July 18, 2025

46. https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=457082, last accessed on July 18, 2025

47. https://www.bluetooth.com/specifications/specs/alert-notification-profile-1-0/, last accessed on July 18, 2025