**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CELLSPIN SOFT, INC., Plaintiff, v. SZ DJI TECHNOLOGY CO., LTD., DJI EUROPE B.V., Defendants. | Case No. 2:25-CV-00949-JRG-RSP<br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO COMPEL**

Defendants SZ DJI Technology Co., Ltd. and DJI Europe B.V. (collectively, the "Defendants") request this Court extend the deadline to respond to Plaintiff's Motion to Compel (D.I. 29) by fourteen days from August 24, 2026 to September 7, 2026. This request is not made for purposes of delay, but because Defendants believe in good faith that they can resolve or at least significantly narrow the disputed issues in Plaintiff's motion with additional time. Counsel for Defendants and Plaintiff conferred on this extension, and Plaintiff indicated that it does not oppose the extension.

Accordingly, Defendants respectfully request that the Court grant this motion and extend the deadline to respond to Plaintiff's Motion to Compel (D.I. 29) to September 7, 2026.

Date: August 11, 2026

Respectfully submitted,

GILLAM & SMITH LLP

*/s/ Melissa R. Smith*

Melissa R. Smith
303 South Washington Avenue
Marshall, Texas 75670

Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Clement Naples
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
cnaples@cgsh.com
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Thomas W. Yeh
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, CA 94108
tyeh@cgsh.com
Telephone: (415) 796-4400
Facsimile: (415) 796-4499

Steven Peters
Jasmine Zhu
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, N.W.
Washington, DC 20037
speters@cgsh.com
jazhu@cgsh.com
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

*Counsel for Defendants SZ DJI Technology Co., Ltd. and DJI Europe B.V.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants has met and conferred with counsel for, Plaintiff on August 7, 2026, and that Plaintiff does not oppose this motion.

*/s/ Melissa R. Smith*

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was delivered electronically via the U.S. District Court ECF filing system to all counsel of record on August 11, 2026.

*/s/ Melissa R. Smith*