**From:** Randall Garteiser <rgarteiser@ghiplaw.com>
**Date:** August 31, 2026 at 3:57:42 PM CDT
**To:** Thomas W. Yeh <tyeh@cgsh.com>
**Cc:** Randall Garteiser <rgarteiser@ghiplaw.com>; Team-DJI-CellSpin-CGSHOnly <team-dji-cellspin-cgshonly@cgsh.com>; melissa@gillamsmithlaw.com; Tom Gorham <tom@gillamsmithlaw.com>; Holly Mack <hmack@cgsh.com>; ghcellspin@ghiplaw.com
**Subject:** Re: Cellspin Soft, Inc. v. SZ DJI Technology Co., et al., 2:25-CV-00949-JRG-RSP

**Subject: Tuesday Meet and Confer - July 17 Nontechnical Deficiencies**

Thomas,

Tuesday at 3:00 p.m. CT works. Here is the Dial-in

(903)284-5200,103#,5667#

To be clear, this conference concerns **Cellspin's July 17 Non-Technical discovery deficiency letter**, *not* the technical production discussed in your August 28 email. The July 17 letter expressly separated these deficiencies from Cellspin's technical discovery and requested production by August 21, identification of Bates ranges for materials DJI contends were already produced, and the specific basis for any category DJI would not produce.

**DJI has provided no substantive response at all to the 134 numbered non-technical categories in that letter.** Your August 28 email likewise addresses only technical production and does not respond to those nontechnical deficiencies.

The July 17 categories include U.S. sales/revenue/importation; FCC/Ninth Circuit and regulatory restrictions; U.S. operations and corporate control; preservation and custodians; PTO/reexamination coordination; comparable licenses and damages; Textron materials; indemnity/insurance; DJI Europe B.V.; cloud/platform and intercompany relationships; Anzu, Microsoft/Azure, AWS, Aloft and Axon relationships; U.S. dealer/distributor and SDK/API ecosystems; and related U.S. sales and market information.

Paragraph 9(a) of the Discovery Order requires prompt resolution of identified disclosure deficiencies and, where unresolved, a written statement identifying the requested items DJI will disclose and the reasons requested items will not be disclosed. **DJI cannot leave Cellspin's July 17 deficiency statement unanswered indefinitely while continuing to address an entirely separate technical dispute.**

We expect Tuesday's conference to address the outstanding nontechnical categories, including what DJI contends has been produced, what remains outstanding, what DJI will not produce and why, whether materials are being withheld based on objections, and dates certain for completing production.

The pending technical motion is separate. Cellspin is reviewing DJI's August 28 technical production and is not withdrawing that motion at this time.

Regards,

Randy