**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLSPIN SOFT, INC.,<br>*Plaintiff*,<br>v.<br>SZ DJI TECHNOLOGY CO., LTD., *and* DJI EUROPE B.V.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00949-JRG-RSP |

**ORDER**

Defendants SZ DJI Technology Co., Ltd., and DJI Europe B.V. previously filed a Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6). (Dkt. No. 7.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 35), recommending denial of the Motion. Defendants have now filed Objections. (Dkt. No. 38.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections, **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 7) is **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE