**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**CELLSPIN SOFT, INC.,**

Plaintiff

v.

**SZ DJI TECHNOLOGY CO., LTD. and DJI EUROPE B.V.,**

Defendants

**Case No. 2:25-cv-00949-JRG-RSP**

**JURY TRIAL DEMANDED**

**UNOPPOSED MOTION TO WITHDRAW [29] MOTION TO COMPEL**

Plaintiff Cellspin Soft, Inc. ("Plaintiff") respectfully submits this Unopposed Motion to Withdraw without prejudice its Motion to Compel Technical Discovery filed at Dkt. 29 on August 7, 2026.

Dated: October 12, 2026

Respectfully Submitted

*/s/ Randall Garteiser*
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel is unopposed to the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Randall Garteiser*
Randall Garteiser