**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CELLSPIN SOFT, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**SZ DJI TECHNOLOGY CO., LTD. and DJI EUROPE B.V.,**<br><br>Defendants | **Case No. 2:25-cv-00949-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF CELLSPIN SOFT, INC.'S ANSWER TO DEFENDANTS' COUNTERCLAIMS (DKT. 44)**

Plaintiff and Counterclaim-Defendant Cellspin Soft, Inc. ("Cellspin") answers the numbered counterclaims asserted by SZ DJI Technology Co., Ltd. ("DJI China") and DJI Europe B.V. ("DJI Europe") in Dkt. 44 as follows. Numbered responses correspond to the numbered paragraphs under the "COUNTERCLAIMS OF DJI CHINA AND DJI EUROPE" heading of Dkt. 44, not to Defendants' separate answer to the Complaint. Except as expressly admitted, Cellspin denies the allegations of the counterclaims. To the extent a paragraph contains legal conclusions, no response is required; to the extent a response is deemed required, Cellspin responds as stated below.

**RESPONSES TO NUMBERED COUNTERCLAIMS**

**1.** Cellspin lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies them.

**2.** Cellspin lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and therefore denies them.

**3.** Admitted that Cellspin alleged the referenced address in its Complaint. Cellspin denies any remaining allegations.

**4.** Admitted that this action arises under federal patent law and that the Court has subject-matter jurisdiction over the patent dispute. The remaining allegations are legal conclusions to which no response is required.

**5.** Admitted that Cellspin filed this action and is subject to this Court's jurisdiction for purposes of this action.

**6.** The allegation is a legal conclusion to which no response is required. To the extent a response is required, Cellspin does not contest venue for adjudication of these counterclaims in this action.

**7.** Admitted that an actual controversy exists between the parties concerning infringement and validity of the Asserted Patents. Cellspin denies any implication that the Asserted Patents are invalid or not infringed.

**8.** Admitted that DJI China and DJI Europe deny Cellspin's infringement claims. Cellspin denies that those denials are correct.

**COUNT I — DECLARATORY JUDGMENT OF INVALIDITY OF THE '766 PATENT**

**9.** Paragraph 9 incorporates prior allegations by reference. Cellspin incorporates its responses to those allegations as if fully set forth herein.

**10.** Admitted that an actual controversy exists concerning the validity of the asserted claims of the '766 Patent and that Cellspin served infringement contentions asserting claims of that patent. Cellspin denies that the asserted claims are invalid.

**11.** Admitted that Cellspin alleges ownership of the ’766 Patent, the right to sue, and infringement by Defendants. Cellspin affirmatively maintains that it owns the rights necessary to bring this action. Denied to the extent this paragraph implies otherwise.

**12.** Denied. Cellspin denies that the asserted claims of the ’766 Patent are invalid under any of the cited provisions.

**13.** Denied. Cellspin denies that the asserted claims of the ’766 Patent are directed to patent-ineligible subject matter or lack an inventive concept.

**14.** Admitted only that the cited publications, specification, and reexamination control number are identified in this paragraph. Denied that the cited references establish anticipation or obviousness of the asserted claims of the ’766 Patent.

**15.** Admitted that an actual controversy concerning validity exists and is ripe for adjudication. Denied to the extent the paragraph suggests invalidity.

**16.** Denied that Defendants are entitled to a declaration of invalidity of the asserted claims of the ’766 Patent.

**COUNT II — DECLARATORY JUDGMENT OF INVALIDITY OF THE ’806 PATENT**

**17.** Paragraph 17 incorporates prior allegations by reference. Cellspin incorporates its responses to those allegations as if fully set forth herein.

**18.** Admitted that an actual controversy exists concerning the validity of the asserted claims of the ’806 Patent and that Cellspin served infringement contentions asserting claims of that patent. Cellspin denies that the asserted claims are invalid.

**19.** Admitted that Cellspin alleges ownership of the ’806 Patent, the right to sue, and infringement by Defendants. Cellspin affirmatively maintains that it owns the rights necessary to bring this action. Denied to the extent this paragraph implies otherwise.

**20.** Denied. Cellspin denies that the asserted claims of the ’806 Patent are invalid under any of the cited provisions.

**21.** Denied. Cellspin denies that the asserted claims of the ’806 Patent are directed to patent-ineligible subject matter or lack an inventive concept.

**22.** Admitted only that the cited references and reexamination control number are identified in this paragraph. Denied that those references establish anticipation or obviousness of the asserted claims of the ’806 Patent.

**23.** Admitted that an actual controversy concerning validity exists and is ripe for adjudication. Denied to the extent the paragraph suggests invalidity.

**24.** Denied that Defendants are entitled to a declaration of invalidity of the asserted claims of the ’806 Patent.

**COUNT III — DECLARATORY JUDGMENT OF INVALIDITY OF THE ’121 PATENT**

**25.** Paragraph 25 incorporates prior allegations by reference. Cellspin incorporates its responses to those allegations as if fully set forth herein.

**26.** Admitted that an actual controversy exists concerning the validity of the asserted claims of the ’121 Patent and that Cellspin served infringement contentions asserting claims of that patent. Cellspin denies that the asserted claims are invalid.

**27.** Admitted that Cellspin alleges ownership of the ’121 Patent, the right to sue, and infringement by Defendants. Cellspin affirmatively maintains that it owns the rights necessary to bring this action. Denied to the extent this paragraph implies otherwise.

**28.** Denied. Cellspin denies that the asserted claims of the ’121 Patent are invalid under any of the cited provisions.

**29.** Denied. Cellspin denies that the asserted claims of the ’121 Patent are directed to patent-ineligible subject matter or lack an inventive concept.

**30.** Admitted only that the cited references and reexamination control number are identified in this paragraph. Denied that those references establish anticipation or obviousness of the asserted claims of the ’121 Patent.

**31.** Admitted that an actual controversy concerning validity exists and is ripe for adjudication. Denied to the extent the paragraph suggests invalidity.

**32.** Denied that Defendants are entitled to a declaration of invalidity of the asserted claims of the ’121 Patent.

**COUNT IV — DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE ’766 PATENT**

**33.** Paragraph 33 incorporates prior allegations by reference. Cellspin incorporates its responses to those allegations as if fully set forth herein.

**34.** Admitted that an actual controversy exists regarding infringement of the ’766 Patent and that Cellspin served infringement contentions. Denied to the extent the paragraph suggests noninfringement.

**35.** Denied. Cellspin maintains that Defendants have infringed the asserted claims of the ’766 Patent as alleged in the Complaint and infringement contentions.

**36.** Admitted that an actual controversy concerning infringement exists and is ripe for adjudication. Denied to the extent the paragraph suggests noninfringement.

**37.** Denied. Cellspin denies Defendants’ allegation that the accused instrumentalities do not meet the identified limitations of the ’766 Patent. Cellspin maintains its infringement allegations and contentions.

**38.** Denied that Defendants are entitled to a declaration of noninfringement of the ’766 Patent.

**COUNT V — DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE ’806 PATENT**

**39.** Paragraph 39 incorporates prior allegations by reference. Cellspin incorporates its responses to those allegations as if fully set forth herein.

**40.** Admitted that an actual controversy exists regarding infringement of the ’806 Patent and that Cellspin served infringement contentions. Denied to the extent the paragraph suggests noninfringement.

**41.** Denied. Cellspin maintains that Defendants have infringed the asserted claims of the ’806 Patent as alleged in the Complaint and infringement contentions.

**42.** Admitted that an actual controversy concerning infringement exists and is ripe for adjudication. Denied to the extent the paragraph suggests noninfringement.

**43.** Denied. Cellspin denies Defendants’ allegation that the accused instrumentalities do not perform the identified limitations of the ’806 Patent. Cellspin maintains its infringement allegations and contentions.

**44.** Denied that Defendants are entitled to a declaration of noninfringement of the ’806 Patent.

**COUNT VI — DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE ’121 PATENT**

**45.** Paragraph 45 incorporates prior allegations by reference. Cellspin incorporates its responses to those allegations as if fully set forth herein.

**46.** Admitted that an actual controversy exists regarding infringement of the ’121 Patent and that Cellspin served infringement contentions. Denied to the extent the paragraph suggests noninfringement.

**47.** Denied. Cellspin maintains that Defendants have infringed the asserted claims of the ’121 Patent as alleged in the Complaint and infringement contentions.

**48.** Admitted that an actual controversy concerning infringement exists and is ripe for adjudication. Denied to the extent the paragraph suggests noninfringement.

**49.** Denied. Cellspin denies Defendants' allegation that the accused instrumentalities do not meet the identified limitations of the '121 Patent. Cellspin maintains its infringement allegations and contentions.

**50.** Denied that Defendants are entitled to a declaration of noninfringement of the '121 Patent.

**51.** RESERVATION OF RIGHTS

**52.** Cellspin reserves all rights and defenses, including the right to amend this Answer as permitted by the Rules or the Court.

**RESPONSE TO PRAYER FOR RELIEF**

Cellspin denies that DJI China or DJI Europe is entitled to any of the declarations, judgments, costs, attorneys' fees, interest, or other relief requested in the Counterclaims, including the relief sought under 35 U.S.C. § 285. Cellspin requests that judgment be entered in its favor on all six counterclaims and that the Court grant such further relief as is proper.

**JURY DEMAND**

Cellspin preserves its demand for trial by jury on all issues so triable.

Dated: October 29, 2026

Respectfully submitted,

**GARTEISER HONEA, PLLC**

*<u>/s/ Randall Garteiser</u>*
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967

chonea@ghiplaw.com
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Randall Garteiser*
Randall Garteiser